UNITED STATES DISTRICT COURT
JUDGE LUCY H. KOH, PRESIDING
CIVIL MINUTES

---

# APPLE INC. v. SAMSUNG CO. LTD, et al.
### 5:11-CV-01846-LHK

---

**Court Proceedings:** Jury Trial/Verdict, Thursday, May 24, 2018
**Location:** Courtroom 8, 4th floor
**Time in Court**: 1 hour, 14 minutes

**Courtroom Deputy:** Irene Mason
**Court Reporter:** Lee-Anne Shortridge

**Plaintiff's Counsel:** Joseph Mueller, Nathaniel B. Sabri, Amy Wigmore, Erik J. Olson, and Sarah R. Frazier.
**Defense Counsel:** John B. Quinn, Victoria F. Maroulis, Carl G. Anderson, and Brett J. Arnold.

---

Court orders courtroom and transcript **sealed**. Hearing held outside presence of jury.

Individual voir dire of Juror #6 held.

Jury resumes deliberations.

Jury verdict reached. Court polls jurors. **Verdict is unanimous.** Court orders verdict filed. Jurors are discharged and thanked for their service.

Court **unseals** transcript from the morning proceedings (approximately 9:12 a.m. to 9:51 a.m.).