ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
NATHAN B. SABRI (CA SBN 252216)
nsabri@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

*Attorneys for Plaintiff Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>          Defendants. | Case No. 11-cv-01846-LHK<br><br>**APPLE'S ADMINISTRATIVE MOTION TO FILE TRIAL EXHIBITS UNDER SEAL** |

1    In accordance with Civil Local Rules 7-11 and 79-5, Apple Inc. ("Apple") submits this

2  motion for an order to file under seal the portions of the following trial exhibits that were not

3  displayed in Court:

| Exhibits | Portions To Be Filed Under Seal | Party Claiming Confidentiality |
|---|---|---|
| DX572 | The entire exhibit except for DX572.003, DX572.006, DX572.082, which are the only pages displayed in Court. | Apple |
| DX4540 | The entire exhibit except for DX4540.002 and DX4540.004, which are the only pages displayed in Court. | Apple |

Materials regarding a party's confidential business practices are properly sealable under

the compelling reasons standard.  *See, e.g.*, *Schwartz v. Cook*, 2016 WL 1301186, at *2 (N.D.

Cal. Apr. 4, 2016) (sealing "information about [a party's] business performance, structure, and

finances that could be used to gain unfair business advantage against them"); *Koninklijke Philips*

*N.V. v. Elec-Tech International Co., Ltd.*, 2015 WL 581574, at *1-2 (N.D. Cal. Deb. 10, 2015)

(sealing "information about [a party's] business practices, recruitment efforts, and discussions

regarding potential partnerships with other product manufacturers"); *Delphix Corp. v. Actifio*,

Inc., 2014 WL 4145520, at *2 (N.D. Cal. Aug. 20, 2014) (sealing documents containing "highly

sensitive information regarding [a party's] product architecture and development").

As set forth in the Declaration of Mark D. Selwyn in Support of Apple's Administrative

Motion to File Document Under Seal ("Sealing Decl."), the above exhibits contain or discuss

information that Apple has designated "Highly Confidential – Attorneys' Eyes Only" pursuant to

the Protective Order entered in this case.  Sealing Decl. ¶¶ 3-5.  As further set forth in the

Sealing Declaration, the disclosure of such information would harm Apple by giving its

1   competitors unfair insight into Apple's proprietary market research and internal strategic

2   thinking.  *Id.*  Apple's request to seal these exhibits is narrowly tailored to seal only those

3   portions of the trial exhibits that contain highly confidential information about Apple's internal

4   market research and strategic analysis.  *Id.* ¶ 5.

5          For the foregoing reasons, Apple moves to file the above-referenced documents under

6   seal.

7   Dated: May 24, 2018                                      */s/ Mark D. Selwyn*
                                                             Mark D. Selwyn (SBN 244180)
8
                                                             *Attorney for Plaintiff Apple Inc.*
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on May 24, 2018, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

/s/ Mark D. Selwyn
Mark D. Selwyn