1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLE'S MOTION TO FILE TRIAL EXHIBITS UNDER SEAL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

WHEREAS, Apple Inc. ("Apple") has filed an administrative motion for leave to file trial exhibits under seal;

Having considered said motion, and for the compelling reasons shown, the Court GRANTS Apple's motion and ORDERS that the trial exhibits below be filed under seal:

| Exhibit | Portions to be Filed Under Seal |
|---|---|
| Trial Exhibit DX572 | DX572.001-.002, .004-.005, .007-.081, .083-.097 |
| Trial Exhibit DX4540 | DX4540.001, .003, .005-.014 |

**IT IS SO ORDERED.**

DATED: _____

The Honorable Lucy H. Koh
United States District Judge