1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF TRIAL EXHIBITS NOT SHOWN AT TRIAL** |

1  Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively,
2  "Samsung") has filed an Administrative Motion to File Under Seal portions of DX4568, and
3  DX4607 not shown at trial.
4  Having considered Samsung's motion, and compelling reasons having been shown, the
5  Court GRANTS Samsung's motion and ORDERS sealed the document listed below.

| Document | Portions to be Filed Under Seal |
|---|---|
| DX4568 – Summary of Specification for Approval Documents | Entire document except DX4568.038, DX4568.100, and DX4568.146, which were shown in Court at trial. |
| DX4607 – Samsung Galaxy S II Launch Master Plan | Entire document except DX4607.009 and DX4607.013 which were shown in Court at trial. |

**IT IS SO ORDERED.**

DATED: _____

_____
The Honorable Lucy H. Koh
United States District Court Judge