<pre>
 1                  UNITED STATES DISTRICT COURT

 2                 NORTHERN DISTRICT OF CALIFORNIA

 3                       SAN JOSE DIVISION

 4

 5

      APPLE INC., A CALIFORNIA        )  C-11-01846 LHK
 6    CORPORATION,                    )
                                      )  SAN JOSE, CALIFORNIA
 7               PLAINTIFF,           )
                                      )  MAY 14, 2018
 8          VS.                       )
                                      )  VOLUME 1
 9    SAMSUNG ELECTRONICS CO., LTD.,  )
      A KOREAN BUSINESS ENTITY;       )  PAGES 1 -  256
10    SAMSUNG ELECTRONICS AMERICA,    )
      INC., A NEW YORK CORPORATION;   )
11    SAMSUNG TELECOMMUNICATIONS      )
      AMERICA, LLC, A DELAWARE        )
12    LIMITED LIABILITY COMPANY,      )
                                      )
13               DEFENDANTS.          )
      _____)

14

15

16              TRANSCRIPT OF PROCEEDINGS
               BEFORE THE HONORABLE LUCY H. KOH
17              UNITED STATES DISTRICT JUDGE

18

19

20            APPEARANCES ON NEXT PAGE

21

22    OFFICIAL COURT REPORTERS:    LEE-ANNE SHORTRIDGE, CSR, CRR
                                   CERTIFICATE NUMBER 9595
23                                 IRENE RODRIGUEZ, CSR, CRR, CMR
                                   CERTIFICATE NUMBER 8074

24

25         PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
               TRANSCRIPT PRODUCED WITH COMPUTER
</pre>

```
 1       APPEARANCES

 2       FOR PLAINTIFF          WILMER, CUTLER, PICKERING,
         APPLE:                 HALE AND DORR
 3                              BY:  WILLIAM F. LEE
                                     JOSEPH J. MUELLER
 4                                   SARAH R. FRAZIER
                                60 STATE STREET
 5                              BOSTON, MASSACHUSETTS  02109

 6                              BY:  AMY K. WIGMORE
                                1875 PENNSYLVANIA AVENUE, N.W.
 7                              WASHINGTON, D.C.  20006

 8                              MORRISON & FOERSTER
                                BY:  NATHAN B. SABRI
 9                              425 MARKET STREET, 32ND FLOOR
                                SAN FRANCISCO, CALIFORNIA  94105
10

11       ALSO PRESENT:          NOREEN KRALL
                                CYNDI WHEELER
12                              JAIME LAIRD
                                DOUG GREEN
13

14

15

16

17

18

19

20

21

22

23

24

25
```

APPEARANCES (CONTINUED)


FOR DEFENDANT          QUINN, EMANUEL, URQUHART & SULLIVAN
SAMSUNG:               BY:  JOHN B. QUINN
                            WILLIAM C. PRICE
                       865 SOUTH FIGUEROA STREET, 10TH FLOOR
                       LOS ANGELES, CALIFORNIA  90017

                       BY:  VICTORIA F. MAROULIS
                       555 TWIN DOLPHIN DRIVE
                       SUITE 560
                       REDWOOD SHORES, CALIFORNIA  94065


ALSO PRESENT:          CHRIS GRANT
                       ELLA HALLWASS
                       BRIAN KIM


                       R&D STRATEGIC SOLUTIONS
                       BY:  REIKO HASUIKE
                       2514 HIGHLAND AVENUE
                       MANHATTAN BEACH, CALIFORNIA  90266

```
1     SAN JOSE, CALIFORNIA                    MAY 14, 2018

2                      P R O C E E D I N G S

3          (COURT CONVENED AT 9:24 A.M.)

4               THE COURT:  GOOD MORNING, WELCOME.

5               MR. LEE:  GOOD MORNING, YOUR HONOR.

6               MR. QUINN:  GOOD MORNING, YOUR HONOR.

7               THE CLERK:  PLEASE BE SEATED.

8          YOUR HONOR, CALLING CASE 11-CV-01846, APPLE, INC., VERSUS

9     SAMSUNG ELECTRONICS COMPANY, LIMITED, ET AL.

10         COUNSEL, PLEASE STATE YOUR APPEARANCES.

11              MR. LEE:  YOUR HONOR, FOR APPLE, BILL LEE,

12    JOE MUELLER, AMY WIGMORE, NATE SABRI, AND SARAH FRAZIER.

13         AND WITH US ARE DOUG GREEN AND JAMIE LAIRD TODAY FOR JURY

14    SELECTION.

15              THE COURT:  WELCOME.

16              MR. PRICE:  GOOD MORNING, YOUR HONOR.  FOR SAMSUNG,

17    BILL PRICE, JOHN QUINN, AND VICTORIA MAROULIS.

18              THE COURT:  GOOD MORNING.  WELCOME.

19         SO I JUST WANT TO PLACE ON THE RECORD, WE SWITCHED OUT THE

20    PRELIMINARY JURY INSTRUCTIONS TO INCLUDE THAT ADDITIONAL -- TO

21    INCLUDE THE ADDITIONAL LANGUAGE THAT THE COURT HAD NOT

22    IDENTIFIED IN THE ARTICLE OF MANUFACTURE.  SO I JUST WANTED TO

23    MAKE SURE THAT THE PARTIES -- DID YOU REVIEW THE JURY BINDERS

24    AND YOU'RE SATISFIED THAT'S THE CORRECT VERSION OF THE

25    PRELIMINARY JURY INSTRUCTIONS?
```

1          MS. MAROULIS:  WE HAVE.

2          MR. LEE:  WE HAVE, YOUR HONOR.

3          THE COURT:  OKAY, GOOD.

4      AND THIS VOIR DIRE I WAS PLANING TO DO THE SAME WAY AS THE

5  OTHER ONES.  ONCE WE IDENTIFY WHO IS CLAIMING A HARDSHIP, I'M

6  NOT GOING TO VOIR DIRE THEM ABOUT THE HARDSHIP.  I'D LIKE TO

7  RESERVE THAT FOR LATER, ONLY IF WE NEED THOSE PEOPLE.  WE HAVE

8  ABOUT 74 PEOPLE COMING IN.

9      WE HAVEN'T HAD ANY MORE, RIGHT, MS. MASON?

10         THE CLERK:  THAT'S CORRECT, YOUR HONOR.

11         THE COURT:  SO I THINK EVEN IF WE EXCLUDE THE

12  HARDSHIP FOLKS, I THINK WE SHOULD BE ABLE TO GET ENOUGH WITHOUT

13  SPENDING TIME ON HARDSHIPS, AND THAT'S THE WAY WE'VE DONE IT IN

14  THE PAST.

15      IS THAT SATISFACTORY TO THE PARTIES?

16         MR. LEE:  IT IS, YOUR HONOR.

17         MR. PRICE:  YES, YOUR HONOR.

18         THE COURT:  OKAY.  ALL RIGHT.

19      SO I WAS GOING TO USE THE SAME FORMATTING AS WE'VE DONE

20  PREVIOUSLY.  SO WHAT I'M PLANNING TO DO IS CALL UP A GROUP OF

21  36.  WE HAVE EXACTLY 36 CHAIRS HERE.  I'LL ASK THE HARDSHIP

22  QUESTION.  IF ANYONE CLAIMS A HARDSHIP, I WILL NOT VOIR DIRE

23  THEM ABOUT THE HARDSHIP.  WE'LL JUST SORT OF PUT THEM IN

24  ABEYANCE.

25      AND THEN UNTIL WE GET A GROUP OF 36 THAT HAVE NO HARDSHIP,

1    WE'LL JUST KEEP GOING THROUGH THE RANDOMIZED LIST.

2         ONCE WE GET THE GROUP OF 36 WHO DO NOT HAVE A HARDSHIP,

3    THEN I'M GOING TO ASK WHO HAS HEARD ABOUT ANY DISPUTE BETWEEN

4    THE PARTIES, WHO MAY HAVE AN INABILITY TO BE FAIR IN THIS CASE.

5    OKAY?  WE'LL TAKE ALL THEIR NAMES DOWN.

6         AND THEN THE GROUP OF 36 WILL BE TAKEN TO JUDGE LLOYD'S

7    COURTROOM, AND WE'LL BRING THE JURORS WHO SAID THEY EITHER KNOW

8    ABOUT THE DISPUTE, OR THAT THEY HAVE SOME BIAS OR INABILITY TO

9    BE FAIR, WE'LL BRING THEM IN ONE BY ONE.

10        THE REST OF THE JURORS, AND THAT INCLUDES THE INDIVIDUALS

11   WHO WERE NOT CALLED INTO THE 36, OR WHO CLAIMED A HARDSHIP,

12   WILL ALL GO DOWN TO THE JURY ASSEMBLY ROOM AND WAIT THERE JUST

13   BECAUSE I DON'T THINK THERE'S ENOUGH ROOM IN JUDGE LLOYD'S

14   COURTROOM TO ACCOMMODATE EVERYONE.  SO THEY'LL WAIT DOWN THERE.

15        ONCE WE'VE COMPLETED ALL OF THE INDIVIDUAL VOIR DIRE,

16   WE'LL BRING FOLKS BACK.

17        NOW, I THINK I NEED AT LEAST 30.  SO -- UNLESS YOU THINK

18   THERE'S A DIFFERENT NUMBER.  I MEAN, I REALLY JUST NEED 8

19   PLUS -- I NEED 14.

20        I MEAN, I GUESS IT COULD BE A NUMBER LESS THAN 30.  DO YOU

21   HAVE AN OPINION?  I JUST THOUGHT IF WE GET TOO LOW BEFORE WE'VE

22   GONE THROUGH THE GENERAL VOIR DIRE QUESTIONS, IT'S GOING TO BE

23   MORE TIME CONSUMING TO HAVE TO REPLENISH THE POOL AND START

24   FROM SCRATCH.

25        WHAT'S YOUR VIEW WHAT THE MAGIC NUMBER IS?

1            MR. LEE:  I DON'T KNOW WHAT THE MAGIC NUMBER IS, YOUR

2       HONOR, BUT 30 IS ABOUT RIGHT.  I THINK IF WE CAN AVOID HAVING

3       TO ASK THE QUESTIONS AND THEN BRING NEW PEOPLE UP AND ASK THEM

4       AGAIN, IT WOULD BE TERRIFIC.

5            THE COURT:  OKAY.

6            MR. PRICE:  30 IS FINE FOR US, YOUR HONOR.

7            THE COURT:  OKAY.  SO IF WE DO 30, IT IS POSSIBLE

8       THAT WE'LL LOSE ENOUGH FOLKS FROM THE 36 THAT WE'RE THEN GOING

9       TO HAVE TO BRING UP SOME NEW JURORS, AND THOSE WILL HAVE TO

10      COME FROM THE JURY ASSEMBLY ROOM.  I WAS ASSUMING MAYBE WE'D

11      BRING UP FIVE, BUT IT SORT OF DEPENDS ON WHAT OUR NUMBER

12      DEFICIENCY IS.  IF WE NEED TO, WE CAN BRING UP TEN.  OKAY.

13           AND BOTH SIDES HAVE THE RANDOMIZED LIST OF JURORS; IS THAT

14      RIGHT?

15           MR. LEE:  THAT'S CORRECT.

16           MR. PRICE:  YES, YOUR HONOR.

17           THE COURT:  ALL RIGHT.  WE'LL JUST CONTINUE TO BE

18      GOING DOWN THAT RANDOMIZED LIST.  OKAY.  BUT I WILL NOT START

19      THE GENERAL VOIR DIRE UNTIL WE HAVE 30 FOLKS, AND THOSE PEOPLE

20      HAVE ALREADY BEEN SCREENED FOR HARDSHIP, THEY SHOULD HAVE

21      ALREADY BEEN SCREENED FOR BIAS AND KNOWLEDGE OF THIS DISPUTE.

22      SO I'M HOPING WE CAN GET 14 OUT OF THAT GROUP OF 30.  OKAY?

23           SO THAT'S GOING TO BE THE PROCESS.  DID YOU HAVE ANY

24      QUESTIONS ABOUT THAT?

25           MR. PRICE:  NO, YOUR HONOR.

```
 1            THE COURT:  NO?

 2            MR. LEE:  NOT FOR APPLE, YOUR HONOR.

 3            THE COURT:  ALL RIGHT.  I THINK THEY SHOULD BE COMING

 4   UP SOON, SO I'M GOING TO TAKE A MOMENT THEN TO START MAKING MY

 5   CHART SINCE IT'S GOING TO TAKE A WHILE.  BUT WE'RE IN RECESS

 6   NOW, SO YOU'RE FREE TO SPEAK OR DO WHATEVER YOU'D LIKE.  THANK

 7   YOU.

 8        (RECESS FROM 9:29 A.M. UNTIL 10:00 A.M.)

 9            THE COURT:  LET ME A ASK FOR SAMSUNG, YOU HAD AN

10   ENTITY NAME CHANGE, BUT I WAS GOING TO USE THE SAME ENTITIES

11   THAT WE'VE USED IN THE PAST AND THAT WAS WHAT WAS IN THE

12   PRELIMINARY JURY INSTRUCTION AND THERE WAS NO OBJECTION.

13        IS THAT FINE TO USE THE SAME ENTITY NAMES?

14            MS. MAROULIS:  THAT'S FINE, YOUR HONOR, BECAUSE SOME

15   OF THE OLDER RECORDS RELATE TO THE PRIOR ENTITIES AS WELL.

16            THE COURT:  OKAY.  SO IT'S FINE TO USE THOSE.  OKAY.

17   THANK YOU.

18        (RECESS FROM 10:01 A.M. UNTIL 10:21 A.M.)

19            THE COURT:  ALL RIGHT.  I APOLOGIZE.  THIS WAS NOT

20   SUPPOSED TO BE STARTING THIS LATE, AND I WAS GOING TO TELL YOU

21   HOW EFFICIENT WE ARE, BUT I CAN'T SAY THAT RIGHT NOW.  WE WILL

22   TRY TO BE EFFICIENT THE REST OF THIS TRIAL.  SO GOOD MORNING.

23   WELCOME.  PLEASE TAKE A SEAT.

24        AND DO I APOLOGIZE THAT WE'RE STARTING SO LATE.

25        I KNOW A NUMBER OF YOU MENTIONED THAT YOU NEEDED TO USE
```

1    THE RESTROOM.  IS IT URGENT NOW, OR CAN WE GO A LITTLE BIT

2    BEFORE WE TAKE A BREAK?  ANYONE NEED TO USE THE RESTROOM NOW,

3    PLEASE RAISE YOUR HAND.

4         ALL RIGHT.  I DON'T SEE ANY HANDS RAISED.

5         AGAIN, I APOLOGIZE WE'RE STARTING SO LATE THIS MORNING,

6    BUT WELCOME.  MY NAME IS LUCY KOH, AND I'M THE JUDGE THAT WILL

7    PRESIDE OVER THIS CASE.

8         OUR CONSTITUTION PROVIDES A RIGHT TO A JURY TRIAL, AND BY

9    SERVING AS A JUROR, YOU ARE UPHOLDING OUR CONSTITUTION BY

10   MAKING ITS PROMISES A REALITY.

11        OTHER COUNTRIES THROUGHOUT THE WORLD ADMIRE OUR JURY

12   SYSTEM -- WHO IS THAT COMING IN?

13             THE CLERK:  THAT'S A --

14             THE COURT:  OKAY.  ARE THERE ANY MORE -- IS ANYONE

15    AWARE OF ANYONE IN THE JURY ROOM WHO IS NOT HERE NOW?

16        ALL RIGHT.  WELL, WELCOME.  PLEASE TAKE ANY AVAILABLE

17   SEAT.  PLEASE TAKE ANY AVAILABLE SEAT.  ALL RIGHT.  THANK YOU.

18        SO OTHER COUNTRIES THROUGHOUT THE WORLD ADMIRE OUR JURY

19   SYSTEM AND ARE, IN FACT, ADOPTING JURY TRIALS THEMSELVES, SO

20   PLEASE BE WILLING TO SERVE.  WE WILL TRY TO BE EFFICIENT.  I'M

21   SORRY THIS MORNING WE WERE NOT.  BUT WE'RE TRYING TO GET THIS

22   CASE COMPLETED THIS WEEK, OVER THE NEXT FIVE DAYS, AND THE JURY

23   WILL START DELIBERATING MOST LIKELY ON MONDAY OF THE FOLLOWING

24   WEEK, AND THE JURY CAN TAKE HOWEVER LONG IT NEEDS FOR ITS

25   DELIBERATIONS.

```
 1          THE FIRST STEP IN OUR TRIAL IS TO SELECT EIGHT JURORS.

 2    EACH SIDE IS ENTITLED TO A FAIR AND IMPARTIAL JURY.

 3          AND OUR SELECTION PROCESS TODAY IS DESIGNED TO HELP US GET

 4    A FAIR AND IMPARTIAL JURY.

 5          SO IF YOU ARE SELECTED AS A JUROR IN THIS CASE, YOU MUST

 6    DECIDE THE CASE BASED ONLY ON THE EVIDENCE THAT'S ADMITTED

 7    DURING THE TRIAL AND ON MY INSTRUCTIONS AS TO THE LAW THAT

 8    APPLIES.

 9          YOU MUST NOT BE INFLUENCED BY ANY PERSONAL LIKES,

10    DISLIKES, OPINIONS, PREJUDICES, OR SYMPATHY.

11          I'M GOING TO ASK MS. MASON TO PLEASE SWEAR YOU ALL IN NOW.

12          THE CLERK:  LADIES AND GENTLEMEN OF THE JURY, AT THIS

13    MOMENT, I WILL NEED TO ADMINISTER THE OATH.  I'M GOING TO ASK

14    YOU TO PLEASE STAND AND RAISE YOUR RIGHT HAND.

15          (PROSPECTIVE JURY PANEL WAS SWORN.)

16          PROSPECTIVE JURORS:  I DO.

17          THE CLERK:  THANK YOU.  PLEASE BE SEATED.

18    YOUR HONOR, THE PROSPECTIVE JURORS HAVE BEEN SWORN.

19          THE COURT:  OKAY.  DID SOMEONE ELSE JUST WALK IN?

20          PROSPECTIVE JUROR:  YES.

21          THE COURT:  OKAY.  WERE YOU SWORN IN, OR DID YOU WALK

22    IN DURING THE SWEARING IN?

23          PROSPECTIVE JUROR:  I JUST WALKED IN.

24          THE COURT:  OKAY.  LET'S SWEAR HER IN, PLEASE.

25          THE CLERK:  PLEASE RAISE YOUR RIGHT HAND, MA'AM.
```

```
 1              (PROSPECTIVE JUROR WAS SWORN.)

 2              PROSPECTIVE JUROR:  I DO.

 3              THE COURT:  THANK YOU.  PLEASE BE SEATED.  ALL RIGHT.

 4     PLEASE RAISE YOUR HAND IF THERE'S AN EMPTY SEAT NEXT TO YOU.

 5     ALL RIGHT.  THERE'S AN EMPTY CHAIR IN THE FRONT ROW.

 6              OKAY.  SO YOU'VE JUST TAKEN THE OATH, SO YOU MUST BE

 7     CANDID IN YOUR ANSWERS.  PLEASE DO NOT BE EMBARRASSED.  BY

 8     DISCLOSING ANY PERSONAL LIKES, DISLIKES, OPINIONS, PREJUDICES,

 9     OR SYMPATHY, YOU ARE MERELY DOING YOUR DUTY.

10              YOU MAY NOT BE A GOOD JUROR FOR THIS CASE, BUT YOU MAY BE

11     A GREAT JUROR FOR ANOTHER CASE.

12              IF YOU NEED PRIVACY FOR ANY ANSWER, PLEASE LET ME KNOW.

13              TODAY'S CASE IS A PATENT CASE, IT'S CALLED APPLE, INC., TO

14     WHICH I'LL REFER TO AS "APPLE," AGAINST SAMSUNG ELECTRONICS

15     COMPANY, LIMITED, SAMSUNG AMERICA, INC., AND SAMSUNG

16     TELECOMMUNICATIONS AMERICA, LLC, TO WHICH I WILL REFER

17     COLLECTIVELY AS "SAMSUNG."

18              BECAUSE YOU MUST DECIDE THIS CASE BASED ONLY ON THE

19     EVIDENCE RECEIVED IN THE CASE AND ON MY INSTRUCTIONS AS TO THE

20     LAW THAT APPLIES, YOU MUST NOT BE EXPOSED TO ANY OTHER

21     INFORMATION ABOUT THE CASE OR TO THE ISSUES IT INVOLVES DURING

22     THE COURSE OF YOUR JURY SERVICE.

23              THUS, UNTIL THE END OF THE CASE, OR UNLESS I TELL YOU

24     OTHERWISE, DO NOT COMMUNICATE WITH ANYONE IN ANY WAY AND DO NOT

25     LET ANYONE ELSE COMMUNICATE WITH YOU IN ANY WAY ABOUT THE
```

1    MERITS OF THE CASE OR ANYTHING TO DO WITH IT.  THIS INCLUDES

2    DISCUSSING THE CASE IN PERSON, IN WRITING, BY PHONE OR

3    ELECTRONIC MEANS, VIA E-MAIL, VIA TEXT MESSAGING, OR ANY

4    INTERNET CHAT ROOM, BLOG, WEBSITE OR APPLICATION, INCLUDING,

5    BUT NOT LIMITED TO FACEBOOK, YOUTUBE, TWITTER, INSTAGRAM,

6    LINKEDIN, SNAPCHAT, OR ANY OTHER FORMS OF SOCIAL MEDIA.

7         THIS APPLIES TO COMMUNICATING WITH YOUR FELLOW JURORS

8    UNTIL I GIVE YOU THE CASE FOR DELIBERATION, AND IT APPLIES TO

9    COMMUNICATING WITH EVERYONE ELSE, INCLUDING YOUR FAMILY

10   MEMBERS, YOUR EMPLOYER, THE MEDIA OR PRESS, AND THE PEOPLE

11   INVOLVED IN THE TRIAL, ALTHOUGH YOU MAY NOTIFY YOUR FAMILY AND

12   YOUR EMPLOYER THAT YOU HAVE BEEN SEATED AS A JUROR IN THE CASE

13   AND HOW LONG YOU EXPECT THE TRIAL TO LAST.

14        BUT IF YOU ARE ASKED OR APPROACHED IN ANY WAY ABOUT YOUR

15   JURY SERVICE, OR ANYTHING ABOUT THIS CASE, YOU MUST RESPOND

16   THAT YOU HAVE BEEN ORDERED NOT TO DISCUSS THE MATTER AND TO

17   REPORT THE CONTACT TO THE COURT.

18        BECAUSE YOU WILL RECEIVE ALL OF THE EVIDENCE AND LEGAL

19   INSTRUCTION YOU PROPERLY MAY CONSIDER TO RETURN A VERDICT, DO

20   NOT READ, WATCH, OR LISTEN TO ANY NEWS OR MEDIA ACCOUNTS OR

21   COMMENTARY ABOUT THE CASE OR ANYTHING TO DO WITH IT; DO NOT DO

22   ANY RESEARCH, SUCH AS CONSULTING DICTIONARIES, USING THE

23   INTERNET OR OTHER REFERENCE MATERIALS, AND DO NOT MAKE ANY

24   INVESTIGATION OR IN ANY OTHER WAY TRY TO LEARN ABOUT THE CASE

25   ON YOUR OWN.

1          DO NOT VISIT OR VIEW ANY PLACE DISCUSSED IN THIS CASE, AND

2     DO NOT USE INTERNET PROGRAMS OR OTHER DEVICES TO SEARCH FOR OR

3     VIEW ANY PLACE DISCUSSED DURING THE TRIAL.

4          ALSO, DO NOT DO ANY RESEARCH ABOUT THIS CASE, THE LAW OR

5     THE PEOPLE INVOLVED, INCLUDING THE PARTIES, THE WITNESSES, OR

6     THE LAWYERS, UNTIL YOU HAVE BEEN EXCUSED AS JURORS.

7          IF YOU HAPPEN TO READ OR HEAR ANYTHING TOUCHING ON THIS

8     CASE IN THE MEDIA, TURN AWAY AND REPORT IT TO ME AS SOON AS

9     POSSIBLE.

10          THESE RULES PROTECT EACH PARTY'S RIGHT TO HAVE THIS CASE

11     DECIDED ONLY ON EVIDENCE THAT HAS BEEN PRESENTED HERE IN COURT.

12     WITNESSES HERE IN COURT TAKE AN OATH TO TELL THE TRUTH, AND THE

13     ACCURACY OF THEIR TESTIMONY IS TESTED THROUGH THE TRIAL

14     PROCESS.

15          IF YOU DO ANY RESEARCH OR INVESTIGATION OUTSIDE THE

16     COURTROOM, OR GAIN ANY INFORMATION THROUGH IMPROPER

17     COMMUNICATIONS, THEN YOUR VERDICT MAY BE INFLUENCED BY

18     INACCURATE, INCOMPLETE, OR MISLEADING INFORMATION THAT HAS NOT

19     BEEN TESTED BY THE TRIAL PROCESS.

20          EACH OF THE PARTIES IS ENTITLED TO A FAIR TRIAL BY AN

21     IMPARTIAL JURY.  AND IF YOU DECIDE THE CASE BASED ON

22     INFORMATION NOT PRESENTED IN COURT, YOU WILL HAVE DENIED THE

23     PARTIES A FAIR TRIAL.

24          REMEMBER, YOU HAVE TAKEN AN OATH TO FOLLOW THE RULES, AND

25     IT IS VERY IMPORTANT THAT YOU FOLLOW THESE RULES.

1    A JUROR WHO VIOLATES THESE RESTRICTIONS JEOPARDIZES THE

2    FAIRNESS OF THESE PROCEEDINGS AND A MISTRIAL COULD RESULT THAT

3    WOULD REQUIRE THE ENTIRE TRIAL PROCESS TO START OVER.

4    IF ANY JUROR IS EXPOSED TO ANY OUTSIDE INFORMATION, PLEASE

5    NOTIFY THE COURT IMMEDIATELY.

6    SO THAT MEANS WHEN WE TAKE A BREAK AND YOU GO TO THE

7    BATHROOM, YOU ARE NOT TO TALK ABOUT WHAT KIND OF PHONE YOU

8    HAVE, WHAT KIND OF TABLET YOU HAVE, NOTHING RELATED TO THIS

9    CASE CAN BE DISCUSSED AMONGST ANY OF YOU.  ALL RIGHT?  THANK

10   YOU.

11   NOW, FOR THOSE OF YOU WHO ARE SELECTED AS THE EIGHT JURORS

12   IN THIS CASE, THE RESTRICTIONS WILL APPLY TO YOU UNTIL THE END

13   OF THE CASE.  IN ORDER FOR YOU NOT TO FEEL LEFT OUT, OUR COURT

14   LIBRARIAN, STEFANIE VARTABEDIAN, WILL COLLECT ANY NEWS ARTICLES

15   ABOUT THE CASE AND GIVE YOU A COLLECTION OF THOSE ARTICLES AT

16   THE END OF THE CASE.  YOU CAN CATCH UP AT THAT TIME ON ANYTHING

17   THERE IS.  SO YOU MUST COMPLY WITH MY INSTRUCTIONS UNTIL THEN.

18   NOW, LET ME INTRODUCE YOU TO OUR COURT TEAM.

19   OUR COURTROOM DEPUTY IS MS. IRENE MASON.

20   IRENE, IF YOU WOULD PLEASE STAND.

21   MS. MASON WILL BE YOUR CONTACT FOR ANY NON -- YOU CAN SIT

22   DOWN.  THANK YOU.  -- ANY NON-SUBSTANTIVE QUESTIONS YOU MAY

23   HAVE ABOUT TODAY'S PROCEEDINGS AND THE TRIAL ITSELF.  IF YOU

24   HAVE A SUBSTANTIVE QUESTION, YOU MUST ASK IT HERE IN OPEN

25   COURT.  OTHER THAN MS. MASON, DO NOT INTERACT WITH ANYONE ELSE

```
 1    ON THE COURT TEAM.  WE CANNOT TALK TO YOU DURING THE COURT

 2    TRIAL.  PLEASE UNDERSTAND THAT IF WE SEE YOU IN THE HALLWAY, WE

 3    WILL AVOID YOU.  THE SAME APPLIES TO THE PARTIES AND THE

 4    ATTORNEYS IN THE CASE.  NO ONE IS TO TALK TO YOU UNTIL THE

 5    TRIAL IS OVER.

 6         OUR COURT REPORTER IS MS. LEE-ANNE SHORTRIDGE.

 7    MS. SHORTRIDGE TRANSCRIBES EVERYTHING THAT IS SAID, SO PLEASE

 8    SPEAK SLOWLY, LOUDLY, CLEARLY, AND ONE AT A TIME.

 9         A SHAKING OR NODDING OF THE HEAD CANNOT BE TRANSCRIBED.

10         ANOTHER COURT REPORTER IS MS. IRENE RODRIGUEZ.  SHE WILL

11    BE ASSISTING MS. SHORTRIDGE IN COURT TO PREPARE THE FINAL

12    TRANSCRIPT.

13         MY CLERKS AND EXTERNS MAY ALSO ASSIST YOU TODAY IN MOVING

14    FROM THE VARIOUS COURTROOMS.  THEY ARE AMY HEATH, JEFF CHEN,

15    JOHN MAHER, AND FLORENCE LIU.

16         PLEASE RAISE YOUR HAND IF YOU RECOGNIZE ANYONE ON THE

17    COURT TEAM.

18         OKAY.  THE RECORD SHOULD REFLECT THAT NO HANDS HAVE BEEN

19    RAISED.

20         ALL RIGHT.  NOW, THIS IS OUR PROCESS.  MS. MASON IS GOING

21    TO CALL 36 LUCKY PROSPECTIVE JURORS INTO OUR BOX.  THOSE ARE

22    THE THREE ROWS TO MY RIGHT HERE.

23         IF YOU ARE SITTING IN THE COURTROOM AND YOU HAVE NOT BEEN

24    CALLED UP, PLEASE PAY ATTENTION BECAUSE YOU MAY BE CALLED UP

25    AND YOU WILL BE ASKED TO RESPOND TO THE SAME QUESTIONS.
```

1        DURING THIS PROCESS, WE WILL ASK QUESTIONS TO SEE IF EACH

2    PERSON CAN BE FAIR AND IMPARTIAL.  WE MAY EXCUSE JURORS EITHER

3    FOR CAUSE OR FOR HARDSHIP.

4        AND AFTER THE END OF ALL OF MY QUESTIONING, EACH PARTY, OR

5    EACH SIDE, WILL HAVE 15 MINUTES TO QUESTION YOU THEMSELVES.

6        ONCE ALL OF THE QUESTIONS HAVE BEEN ASKED, I WILL CONFER

7    WITH THE PARTIES AGAIN TO SEE IF THERE ARE ANY CAUSE

8    CHALLENGES, AND THAT'S BECAUSE SOMEONE CAN'T BE FAIR AND

9    IMPARTIAL.  SOME OF YOU MAY BE EXCUSED AT THAT POINT.

10       MS. MASON WILL THEN GIVE THE PARTIES A LIST THAT THEY WILL

11   PASS BACK AND FORTH BETWEEN THEMSELVES TO EXERCISE THEIR

12   PEREMPTORY CHALLENGES, AND THAT'S A CHALLENGE WHERE THEY DON'T

13   HAVE TO GIVE ANY REASON AS TO WHY THEY'RE THANKING AND EXCUSING

14   YOU.

15       ONCE WE'VE COMPLETED THAT PROCESS, THE FIRST EIGHT PEOPLE

16   REMAINING WILL BE OUR JURY.

17       SO IF YOU ARE EXCUSED TODAY, PLEASE RETURN TO THE JURY

18   ASSEMBLY ROOM ON THE SECOND FLOOR.  YOU MAY BE NEEDED FOR

19   ANOTHER TRIAL.  BUT MOST LIKELY YOU WILL HAVE SATISFIED YOUR

20   JURY SERVICE THROUGH YOUR SERVICE TODAY.

21       SO WE'LL BE IN TRIAL EVERY DAY FROM 9:00 A.M. UNTIL 4:30.

22   WE TAKE A ONE HOUR LUNCH BREAK FROM NOON TO 1:00.  WE NORMALLY

23   TAKE A 15 MINUTE BREAK AT 10:30, WHICH IS NOW, BUT WITH YOUR

24   INDULGENCE, I'D LIKE TO GO A LITTLE BIT SINCE WE HAD SUCH A

25   LATE START.  WE'LL TAKE A TEN MINUTE BREAK AT 2:00 AND AT 3:15.

1    HOWEVER, IF ANY OF YOU -- I'VE HAD NURSING MOTHERS, I'VE HAD

2    PEOPLE WITH DIABETES WHERE WE'VE HAD TO TAKE DIFFERENT TYPES OF

3    BREAKS.  WE CAN MAKE ANY ACCOMMODATION YOU NEED TO FIT YOUR

4    SCHEDULE.  BUT THAT'S GENERALLY WHAT WE DO, A 15 MINUTE BREAK

5    IN THE MORNING, TWO, 10 MINUTE BREAKS IN THE AFTERNOON.

6         THE JURY MAY BEGIN DELIBERATING THIS FRIDAY, BUT I THINK

7    THAT'S LESS LIKELY.  I THINK MONDAY NEXT WEEK THE JURY WILL

8    BEGIN DELIBERATING.  THEY TAKE AS LONG AS THEY NEED, AND THEY

9    WILL ALSO DELIBERATE FROM 9:00 A.M. TO 4:30 EVERY DAY.  THE

10   JURY CAN DECIDE WHEN IT TAKES LUNCH BREAKS AND OTHER BREAKS,

11   HOWEVER IT WANTS TO ON ITS OWN SCHEDULE.

12        SO LET'S GO AHEAD, PLEASE, AND CALL UP THE FIRST 36.

13             THE CLERK:  YES, YOUR HONOR.

14             THE COURT:  ALL RIGHT.

15             THE CLERK:  CALLING DANA PAYNE.  PLEASE APPROACH THE

16   JURY BOX TO YOUR LEFT.  THE ENTRANCE HERE IS CLOSEST TO THE

17   WITNESS BOX.

18             THE COURT:  ACTUALLY, WHY DON'T WE DO THIS.  IF YOU

19   KNOW THAT THESE DATES WILL BE A HARDSHIP FOR YOU, CAN YOU LET

20   ME KNOW AND I WON'T HAVE YOU EVEN TAKE A SEAT TO SAVE SOME

21   TIME.

22        SO LET'S GO WITH MS. PAYNE.  ARE THESE DATES A HARDSHIP TO

23   YOU?

24             PROSPECTIVE JUROR:  I'M SORRY.  COULD YOU -- I'M

25   SELF-EMPLOYED.  I'M A BUSINESS OWNER.

```
 1                   THE COURT:  UH-HUH.

 2                   PROSPECTIVE JUROR:  SO IT'S -- IT'S TAKING ME AWAY

 3     FROM MY BUSINESS.

 4                   THE COURT:  OKAY.  AND YOU WILL NOT BE ABLE TO EARN

 5     ANY INCOME DURING THIS TIME?

 6                   PROSPECTIVE JUROR:  NO.

 7                   THE COURT:  OKAY.  ALL RIGHT.  ANY OBJECTION TO

 8     THANKING AND EXCUSING MS. PAYNE?

 9                   MR. LEE:  NONE, YOUR HONOR.

10                   MR. PRICE:  NO OBJECTION, YOUR HONOR.

11                   THE COURT:  ALL RIGHT.  THEN YOU'RE EXCUSED.  YOU CAN

12     GO DOWN AND REPORT TO MS. MATAMOROS IN THE JURY ASSEMBLY ROOM.

13     ALL RIGHT.  THANK YOU.

14               LET'S GO TO THE NEXT PERSON.

15                   THE CLERK:  YES, YOUR HONOR.  ROBERT MARCHESSAULT,

16     PLEASE TAKE SEAT NUMBER 1.

17                   THE COURT:  MR. MARCHESSAULT, ARE THESE DATES A

18     HARDSHIP FOR YOU?

19                   PROSPECTIVE JUROR:  I, I'M NOT GOING TO SAY IT'S

20     IMPOSSIBLE.  I DO HAVE A FOUR-YEAR-OLD DAUGHTER AT HOME.  MY

21     WIFE AND I BOTH WORK FROM HOME, SO WE DO THAT TOGETHER.  SO

22     IT'S GOING TO BE A LITTLE BIT OF A HASSLE FIGURING OUT CHILD

23     CARE.

24               AND I'M SUPPOSED TO PLAY MUSIC NEXT TUESDAY FOR A MUSICAL.

25     SO THOSE ARE MY TWO CONCERNS.
```

```
1              THE COURT:  AND WHAT TIME IS YOUR MUSICAL?

2              PROSPECTIVE JUROR:  AT 10:00 A.M. IN SANTA CRUZ.

3              THE COURT:  AND THAT'S A CONCERT THAT YOU'VE ALREADY

4    COMMITTED TO PARTICIPATING IN.

5              PROSPECTIVE JUROR:  IT'S A YOUTH MUSICAL THAT I HELP

6    WITH, YEAH.

7              THE COURT:  ALL RIGHT.  THAT CAN'T BE RESCHEDULED.

8              PROSPECTIVE JUROR:  IT CANNOT BE RESCHEDULED.  I CAN

9    TRY AND FIND A POSSIBLE SIT IN.

10             THE COURT:  YOU'RE A PERFORMER OR A TEACHER?

11             PROSPECTIVE JUROR:  KIND OF ALL OF THE ABOVE.

12             THE COURT:  I SEE.  ALL RIGHT.  ANY OBJECTION TO

13   THANKING AND EXCUSING MR. MARCHESSAULT?

14             MR. LEE:  NO, YOUR HONOR.

15             MR. PRICE:  NO, YOUR HONOR.

16             THE COURT:  ALL RIGHT.  GO AHEAD, PLEASE, DON'T TAKE

17   A SEAT.  GO TO THE -- IF WE END THIS EARLY, WE MAY HAVE ANOTHER

18   TRIAL THEN FOR YOU TO SIT IN.

19         ALL RIGHT.  LET'S GO TO MR. MATHEW DAY.

20             THE CLERK:  MATHEW DAY.

21             THE COURT:  SIR, DO YOU HAVE A HARDSHIP, A CLAIMED

22   HARDSHIP?

23             PROSPECTIVE JUROR:  NOT NECESSARILY.  I AM -- I DO

24   WORK FOR A PUBLICATION.  WE'RE IN THE MIDDLE OF -- I WORK FOR

25   I.T., AND WE'RE IN THE MIDDLE OF OUR STATE TESTING RIGHT NOW
```

```
1     UNTIL THE NEXT COUPLE WEEKS.  OTHER THAN THAT, NO.
2           THE COURT:  OKAY.  I'M GOING TO ASK YOU TO TAKE A
3     SEAT, PLEASE.  GO AHEAD.
4         WHY DON'T WE HAVE HIM JUST TAKE SEAT NUMBER 3, AND WE'LL
5     FILL IN THE HOLES.
6           THE CLERK:  YES, YOUR HONOR.
7           THE COURT:  OKAY.  THANK YOU.  IF YOU WOULD GO TO THE
8     FAR ROW AGAINST THE WALL AND UNDERNEATH THAT BIG MONITOR,
9     THAT'S SEAT NUMBER 1.  SO IF YOU'D GO TO SEAT NUMBER 3, PLEASE.
10    THANK YOU.
11          PROSPECTIVE JUROR:  SURE.
12          THE CLERK:  CAITRIN BRAVO, PLEASE TAKE SEAT NUMBER 4.
13          THE COURT:  MS. BRAVO, ARE YOU ABLE TO SERVE THESE
14    DATES?
15          PROSPECTIVE JUROR:  YES.
16          THE COURT:  THANK YOU SO MUCH.  PLEASE TAKE SEAT
17    NUMBER 4.
18        ALL RIGHT.  GO AHEAD, PLEASE.
19          THE CLERK:  HEATHER THOMPSON, PLEASE TAKE SEAT NUMBER
20    5.
21          THE COURT:  MS. THOMPSON, ARE YOU ABLE TO SERVE THESE
22    DAYS?
23          PROSPECTIVE JUROR:  YES.
24          THE COURT:  THANK YOU.  PLEASE TAKE SEAT NUMBER 5.
25        LET'S KEEP GOING.
```

```
1                    THE CLERK:  ERIK MONNIE, PLEASE TAKE SEAT NUMBER 6.

2                    THE COURT:  MR. MONNIE, ARE YOU ABLE TO SERVE THESE

3         DAYS?

4                    PROSPECTIVE JUROR:  I ALSO AM SELF-EMPLOYED, AND I

5         HAVE NO EARNING.

6                    THE COURT:  OUTSIDE OF YOUR EMPLOYMENT?

7                    PROSPECTIVE JUROR:  YEAH, OUTSIDE OF THE EMPLOYMENT.

8                    THE COURT:  AND WOULD THAT BE A FINANCIAL HARDSHIP

9         FOR YOU.

10                    PROSPECTIVE JUROR:  IT WOULD BE.

11                    MR. LEE:  NO OBJECTION, YOUR HONOR.

12                    MR. PRICE:  NO OBJECTION.

13                    THE COURT:  OKAY.  THEN IF YOU WOULD PLEASE GO TO THE

14         JURY ASSEMBLY ROOM.

15                    PROSPECTIVE JUROR:  THANK YOU.

16                    THE CLERK:  FAIWA IP, PLEASE TAKE SEAT NUMBER 7.

17                    THE COURT:  MR. IP, ARE YOU ABLE TO SERVE THESE

18         DATES?

19                    PROSPECTIVE JUROR:  YES.

20                    THE COURT:  THANK YOU.

21                    THE CLERK:  WEI YANG, PLEASE TAKE SEAT NUMBER 8.

22                    THE COURT:  MR. YANG, ARE YOU ABLE TO SERVE THESE

23         DATES?

24                    PROSPECTIVE JUROR:  I THINK I MAY HAVE SOME -- SO

25         FIRST, I'M AN ELECTRICAL ENGINEER WORKING ON THIS.  SO THROUGH
```

```
1      THE TWO COMPANIES, I THINK IT'S -- THERE IS --

2              THE COURT:  WHO DO YOU WORK FOR?

3              PROSPECTIVE JUROR:  GOOGLE.

4              THE COURT:  OH, I SEE.  SO YOU MAY NOT BE FAIR AND

5      IMPARTIAL IN THIS CASE?

6              PROSPECTIVE JUROR:  OH, I WORK FOR GOOGLE, TOO.

7      SO --

8          (LAUGHTER.)

9              THE COURT:  ALL RIGHT.  WHAT PART OF GOOGLE DO YOU

10     WORK FOR?  ANYTHING RELATED TO -- WHERE DO YOU WORK WITHIN

11     GOOGLE?

12             PROSPECTIVE JUROR:  GOOGLE'S CORPORATE ENGINEERING,

13     LIKE GOOGLE'S I.T. INFRASTRUCTURE.

14             THE COURT:  ALL RIGHT.  CAN YOU BE FAIR AND IMPARTIAL

15     IN THIS CASE?

16             PROSPECTIVE JUROR:  I DON'T KNOW WHAT THE CASE IS.  I

17     DON'T KNOW.

18             THE COURT:  ALL RIGHT.  I'M GOING TO ASK MR. IP TO GO

19     AHEAD AND TAKE A SEAT, PLEASE.

20             PROSPECTIVE JUROR:  OKAY.

21             THE COURT:  ALL RIGHT.  MR. YANG, SO YOU WORK

22     SPECIFICALLY ON APPLICATIONS FOR PHONES?

23             PROSPECTIVE JUROR:  I'M ESSENTIALLY WORKING ON THE

24     PHONE.  SO I DIDN'T KNOW THE DETAILS OF THIS CASE, BUT IT LOOKS

25     LIKE -- IT LOOKS LIKE THERE IS SOMETHING TO CONFLICT.
```

```
1              AND ALSO, I HAVE AN URGENT BUSINESS TRIP NEXT WEEK, I

2      ALREADY HAVE EVERYTHING BOOKED.

3                   THE COURT:  OH.  AND WHERE IS THAT TO?

4                   PROSPECTIVE JUROR:  THIS IS TO ASIA, TO --

5                   THE COURT:  ALL RIGHT.  SO YOU'VE ALREADY BOUGHT YOUR

6      PLANE TICKETS?

7                   PROSPECTIVE JUROR:  YES.  I HAVE THEM.

8                   THE COURT:  ALL RIGHT.

9                   PROSPECTIVE JUROR:  ALSO HOTELS.

10                  THE COURT:  ALL RIGHT.  AND THAT -- AND THAT TRIP

11     CAN'T BE POSTPONED TO ACCOMMODATE YOUR SCHEDULE?

12                  PROSPECTIVE JUROR:  IT CANNOT BECAUSE THE PRODUCT,

13     THE BOTH PROJECTS, THEY -- IT'S TIMELY TO THE MARKET.  IT

14     CANNOT BE RESCHEDULED.

15                  THE COURT:  I SEE.

16            ANY OBJECTION TO THANKING AND EXCUSING MR. YANG FOR

17     HARDSHIP?

18                  MR. LEE:  NONE.

19                  MR. PRICE:  NO OBJECTION, YOUR HONOR.

20                  THE COURT:  ALL RIGHT.  YOU'RE EXCUSED.  THANK YOU.

21     GO TO THE JURY ASSEMBLY ROOM.  THERE MAY BE ANOTHER CASE THAT

22     MAY BE A BETTER FIT.  ALL RIGHT.

23                  THE CLERK:  LINDA DUGGER, PLEASE TAKE SEAT NUMBER 9.

24                  THE COURT:  MS. DUGGER, CAN YOU SERVE THESE DAYS?

25                  PROSPECTIVE JUROR:  YES.
```

```
 1                  THE COURT:  OKAY.

 2                  PROSPECTIVE JUROR:  I DO HAVE A -- I DO HAVE A HOME

 3       BUSINESS, BUT IT WON'T INTERFERE.

 4                  THE COURT:  THANK YOU.  THANK YOU, MA'AM.  IF YOU

 5       WOULD PLEASE TAKE SEAT NUMBER 9, WE'LL FILL IN THE HOLES LATER.

 6       SO YOU'LL ACTUALLY BE GOING, PLEASE, TO ROW 2, THE SEAT CLOSEST

 7       TO THE MONITOR.  THANK YOU.

 8                  PROSPECTIVE JUROR:  AM I IN THE RIGHT SPOT?

 9                  THE CLERK:  NO, YOUR HONOR.  I BELIEVE 10 IS OVER

10       HERE, BECAUSE WE HAVE 12 IN EACH ROW.

11                  THE COURT:  I'M SORRY.  I DIDN'T SEE THOSE SEATS

12       THERE.

13                  PROSPECTIVE JUROR:  AM I --

14                  THE COURT:  YOU'RE IN THE RIGHT SPOT.

15                  THE CLERK:  YOU'RE NUMBER 9.

16                  PROSPECTIVE JUROR:  OH.

17                  THE CLERK:  JOHN LISSANDRELLO, PLEASE TAKE SEAT

18       NUMBER 10.

19                  THE COURT:  YOU CAN SERVE THESE DATES?

20                  PROSPECTIVE JUROR:  YES.

21                  THE COURT:  THANK YOU.  SORRY, IT'S A BIT OF A MAZE

22       IN HERE.  IT'S VERY TIGHT.

23                  PROSPECTIVE JUROR:  IT'S OKAY.

24                  THE CLERK:  RAYMOND SMITH --

25                  THE COURT:  IF YOU WOULD TAKE A SEAT NEXT TO
```

1          MS. DUGGER, PLEASE.

2               SORRY TO INTERRUPT, MS. MASON.

3               JUST AGAINST THE WALL, PLEASE.

4               MR. SMITH, YOU CAN SERVE THESE DATES.

5                    PROSPECTIVE JUROR:  YES, I CAN.

6                    THE COURT:  ALL RIGHT.  THANK YOU.

7                    THE CLERK:  AND PATRICE COOK, PLEASE TAKE SEAT NUMBER

8     12.

9                    PROSPECTIVE JUROR:  SO I'M CURRENTLY UNEMPLOYED AS OF

10    A WEEK AGO, AND I'VE BEEN PUSHING OFF RECRUITERS, AND I DON'T

11    WANT TO PUSH THEM OFF ANY LONGER.  I'M ACTUALLY APPLYING AT

12    APPLE.  I'VE WORKED TWO DIFFERENT STINTS AT APPLE.

13                   THE COURT:  OKAY.  IT WOULD BE A FINANCIAL HARDSHIP

14    FOR YOU TO DELAY FINDING EMPLOYMENT?

15                   PROSPECTIVE JUROR:  I HAVE SEVERANCE THIS MONTH, BUT

16    I NEED TO ACTUALLY START FINDING A JOB.

17                   THE COURT:  FINDING A JOB.  ALL RIGHT.  ANY OBJECTION

18    TO THANKING AND EXCUSING MS. COOK?

19                   MR. LEE:  NONE.

20                   THE COURT:  MR. PRICE.

21                   MR. PRICE:  NO, YOUR HONOR.

22                   THE COURT:  ALL RIGHT.  YOU'RE EXCUSED.  PLEASE CHECK

23    IN WITH MS. MATAMOROS IN THE JURY ASSEMBLY ROOM.  THANK YOU.

24                   THE CLERK:  ARON BOSWORTH, PLEASE TAKE SEAT NUMBER

25    13.  YOU'LL BE OUTSIDE THE BOX.

```
1            PROSPECTIVE JUROR:  I DO HAVE A HARDSHIP.  I HAVE A

2      ONE-YEAR-OLD SON, AND MY WIFE IS TRAVELLING THIS WEEK FOR WORK,

3      AND I DON'T HAVE FAMILY IN TOWN.  SO I HAD TO SCRAMBLE THIS

4      MORNING TO EVEN SHOW UP.

5            THE COURT:  ALL RIGHT.  DO YOU WORK OUTSIDE THE HOME?

6      OR YOU TAKE CARE OF HIM FULL TIME?

7            PROSPECTIVE JUROR:  I WORK AT HOME.

8            THE COURT:  OH, YOU WORK AT HOME.  ALL RIGHT.  AND

9      YOU WOULD HAVE NO ONE ELSE TO -- WHO'S TAKING CARE OF HIM THIS

10     MORNING?

11           PROSPECTIVE JUROR:  WE HAVE CHILD CARE FROM 9:00 TO

12     4:00.

13           THE COURT:  COULD THAT BE EXTENDED HALF AN HOUR,

14     BECAUSE THE SERVICE WOULD BE 9:00 TO 4:30?

15           PROSPECTIVE JUROR:  NO, IT CAN'T.

16           THE COURT:  ALL RIGHT.  ANYONE OBJECTING TO THANKING

17     AND EXCUSING MR. BOSWORTH?

18           MR. LEE:  NO, YOUR HONOR.

19           MR. PRICE:  NO, YOUR HONOR.

20           THE COURT:  ALL RIGHT.  IF YOU WOULD PLEASE GO,

21     PERHAPS THERE'S A SHORTER TRIAL THAT YOU CAN DO.

22           THE CLERK:  DOLORES AGUILAR, PLEASE TAKE SEAT NUMBER

23     14.

24           THE COURT:  MS. AGUILAR, DO YOU HAVE A CONFLICT WITH

25     THESE DATES?
```

```
 1              PROSPECTIVE JUROR:  I HAVE A HARDSHIP.  I HAD
 2   BORROWED MY DAUGHTER'S CAR TO GET HERE BECAUSE I DON'T HAVE
 3   TRANSPORTATION.  AND SHE DOESN'T GO TO SCHOOL MONDAYS, SO I HAD
 4   TO BORROW HER CAR TO COME HERE.  I LIVE AN HOUR AWAY.
 5              THE COURT:  WHERE DO YOU LIVE?
 6              THE DEFENDANT:  IN SALINAS, CALIFORNIA.
 7              THE COURT:  I SEE.  AND DO YOU WORK OUTSIDE THE HOME?
 8              PROSPECTIVE JUROR:  NO.  YES.  I'M SORRY.  I DO.
 9              THE COURT:  AND WHAT DO YOU DO FOR WORK?
10              PROSPECTIVE JUROR:  I WORK FOR CPS.
11              THE COURT:  I SEE.  AND HOW DO YOU GET TO WORK?
12              PROSPECTIVE JUROR:  WELL, MY CAR, WITHIN TOWN IS
13   OKAY.  BUT I CANNOT DRIVE IT OUTSIDE OF THE CITY LIMITS BECAUSE
14   IT'S NOT -- IT NEEDS A LOT OF REPAIR.
15              THE COURT:  I'M NOT GOING TO EXCUSE YOU.  PLEASE TAKE
16   A SEAT.
17              PROSPECTIVE JUROR:  OKAY.
18              THE COURT:  THANK YOU.
19              THE CLERK:  GLORIA HERMOSURA, PLEASE TAKE SEAT NUMBER
20   15.
21              PROSPECTIVE JUROR:  I HAVE A HARDSHIP FINANCIALLY.
22   MY JOB, MY INCOME IS NOT REALLY WELL, SO I'M TRYING TO MAKE UP
23   FOR IT WITH OVERTIME EVERY DAY.
24              THE COURT:  I'M -- I'M SORRY, I DON'T THINK I HEARD
25   EVERYTHING YOU SAID.  WHAT HAPPENED A YEAR AGO?
```

1          PROSPECTIVE JUROR:  I HAVE FINANCIAL HARDSHIP.  I

2     JUST GOT A JOB A YEAR AGO, AND MY INCOME IS KIND OF LOW.  AND

3     I'M TRYING TO MAKE UP BY WORKING OVERTIME EVERY DAY.

4          THE COURT:  AND WHO DO YOU WORK FOR?

5          PROSPECTIVE JUROR:  ATP.

6          THE COURT:  WHAT DOES THAT STAND FOR?

7          PROSPECTIVE JUROR:  APPLIED MATERIALS -- APPLIED

8     TENCOR PRODUCTS.

9          THE COURT:  WILL THEY NOT PAY YOU FOR YOUR JURY DUTY?

10          PROSPECTIVE JUROR:  I JUST TALKED TO MY BOSS AND

11     HE'S -- SHE'S NOT SURE.

12          THE COURT:  ALL RIGHT.  THEN PLEASE TAKE A SEAT.

13          ALL RIGHT.  LET'S GO AHEAD, PLEASE.

14          EVERYONE IS UNDER OATH.  IT IS PERJURY NOT TO BE HONEST IN

15     THESE ANSWERS.

16          LET'S GO FORWARD WITH THE NEXT PERSON, PLEASE.

17          THE CLERK:  BRITTANY JOHNSON, PLEASE TAKE SEAT NUMBER

18     16.

19          PROSPECTIVE JUROR:  I'M ACTUALLY A COLLEGE STUDENT AT

20     MPC, AND I HAVE FINALS NEXT WEEK, AND WITH MY JOB, IT'S A

21     FINANCIAL HARDSHIP.

22          THE COURT:  WHAT'S YOUR JOB?

23          PROSPECTIVE JUROR:  I WORK AT AN ICE CREAM PLACE

24     PART-TIME.

25          THE COURT:  AND WHERE DO YOU -- I'M SORRY, I DIDN'T

```
1      HEAR WHERE YOU GO TO SCHOOL.

2               PROSPECTIVE JUROR:  MPC.

3               THE COURT:  WHAT IS THAT?

4               PROSPECTIVE JUROR:  MONTEREY PENINSULA COLLEGE.

5               THE COURT:  ARE YOU DRIVING HERE FROM MONTEREY AS

6      WELL?

7               PROSPECTIVE JUROR:  SALINAS, YEAH.

8               THE COURT:  HOW LONG DID IT TAKE YOU THIS MORNING.

9               PROSPECTIVE JUROR:  THIS MORNING I HAD TO LEAVE AN

10     HOUR EARLY BEFORE GETTING HERE, SO I LEFT AT 5:45.

11              THE COURT:  ALL RIGHT.  ANY OBJECTION TO THANKING AND

12     EXCUSES MS. JOHNSON?

13              MR. LEE:  NO, YOUR HONOR.

14              MR. PRICE:  NO, YOUR HONOR.

15              THE COURT:  OKAY.  PLEASE GO TO THE JURY ASSEMBLY

16     ROOM.

17              PROSPECTIVE JUROR:  THANK YOU.

18              THE COURT:  ALL RIGHT.  THANK YOU.

19              THE CLERK:  SHIRLEY TANG, PLEASE TAKE SEAT NUMBER 17.

20              PROSPECTIVE JUROR:  YOUR HONOR, I'M -- I HAVE A

21     KINDERGARTEN VISITATION DATE COME UP NEXT THURSDAY FOR MY

22     FOUR-YEAR-OLD DAUGHTER.

23         SHOULD I REPEAT.

24              THE COURT:  NO, I DID HEAR YOU.  IT'S POSSIBLE THAT

25     THE JURY WILL BE DONE BY NEXT WEDNESDAY, IN WHICH CASE THERE
```

```
1        WILL BE NO CONFLICT.  BUT I CAN'T GUARANTEE THAT.

2           HOW LONG IS THE VISIT?

3              PROSPECTIVE JUROR:  IT'S TWO HOURS FROM 12:45 TO

4        2:00.  ACTUALLY, ONE AND A HALF, ALMOST TWO.  AND IT CANNOT BE

5        RESCHEDULED.

6              THE COURT:  OKAY.  AND HOW FAR WOULD YOU NEED TO

7        DRIVE FOR THAT?  HOW LONG?

8              PROSPECTIVE JUROR:  HALF AN HOUR WITHOUT TRAFFIC.

9              THE COURT:  SO YOU WOULD NEED TO LEAVE BY, WHAT,

10       12:15 AND YOU COULD COME BACK AT 2:00.

11          DOES THAT SOUND RIGHT?

12             PROSPECTIVE JUROR:  IF NO TRAFFIC, YES.

13             THE COURT:  OKAY.  I DON'T SEE THAT AS AN OBJECTION

14       OR A PROBLEM.

15          DO EITHER COUNSEL WANT TO BE HEARD?  I THINK IT'S -- I

16       THINK IT WOULD BE OKAY TO ASK THE JURY TO TAKE A BREAK DURING

17       DELIBERATIONS, IF THEY'RE STILL DELIBERATING ON THURSDAY, TO

18       ACCOMMODATE MS. TANG'S SCHEDULE.

19             MR. LEE:  THAT'S FINE.  THAT'S FINE.

20             THE COURT:  OKAY.

21             MR. PRICE:  THAT'S FINE.

22             THE COURT:  WE'VE HAD THAT WITH -- SOMEBODY WAS A

23       GRANDFATHER WHOSE GRANDCHILD WAS BEING BORN THROUGH C-SECTION,

24       SO WE JUST STARTED LATE TO ACCOMMODATE THAT.  SO I THINK THAT

25       WOULD BE FINE.  THANK YOU.
```

```
 1              ALL RIGHT.  GO AHEAD, PLEASE.

 2              THE COURT:  NOW, I AM GOING TO GO BACK.  MS. AGUILAR,

 3    HOW LONG DID IT TAKE YOU TO DRIVE UP FROM SALINAS.  I DO

 4    APPRECIATE THAT TRAFFIC AND THE DISTANCE CAN BE --

 5              PROSPECTIVE JUROR:  ALMOST TWO HOURS.

 6              THE COURT:  WHAT TIME DID YOU LEAVE YOUR HOME?

 7              PROSPECTIVE JUROR:  I LEFT AT 5:30, BECAUSE IT WAS

 8    ALL OF THAT BUMPER TO BUMPER ON A LOT OF THE HIGHWAY.

 9              THE COURT:  AND IF YOU LEFT AT 4:30 FROM SAN JOSE TO

10    TRY TO GET TO SALINAS WOULD BE --

11              PROSPECTIVE JUROR:  IF THERE'S NOT THAT MUCH TRAFFIC,

12    AN HOUR.  IT'S AN HOUR.  SALINAS TO SAN JOSE.  BUT IN THE

13    MORNING, THERE'S SO MUCH TRAFFIC.  I HAD TO TAKE THE 101 TO

14    280, JUST THE FASTEST ROUTE THAT IT WOULD BE ME.

15              THE COURT:  OKAY.  WOULD THAT BE A HARDSHIP FOR YOU

16    TO HAVE TO DO THAT EACH MORNING?

17              PROSPECTIVE JUROR:  YES, IT WOULD.

18              THE COURT:  NOW, IF YOU LIVE A CERTAIN DISTANCE FROM

19    THE COURTHOUSE, WE WOULD ACTUALLY PAY FOR A HOTEL.  BUT I KNOW

20    A LOT OF PEOPLE DON'T WANT TO BE OUT OF THEIR HOMES AND

21    SEPARATED FROM FAMILY AND WHATNOT.

22         OKAY.  ANY OBJECTION TO THANKING AND EXCUSING MS. AGUILAR?

23    IT TOOK HER TWO HOURS TO GET HERE THIS MORNING.

24              MR. LEE:  NO, YOUR HONOR.

25              MR. PRICE:  NO, YOUR HONOR.
```

```
1            THE COURT:  ALL RIGHT.  THEN IF YOU WOULD GO, PLEASE,
2     AND JUST CHECK IN WITH MS. MATYSIK ON THE SECOND FLOOR.  THANK
3     YOU.
4            PROSPECTIVE JUROR:  THANK YOU.
5            THE CLERK:  MARIA BAUTISTA, PLEASE TAKE SEAT NUMBER
6     18.
7            THE COURT:  IS SOCORR THE SURNAME OF YOUR FATHER AND
8     BAUTISTA THE SURNAME OF YOUR MOTHER?
9            PROSPECTIVE JUROR:  BAUTISTA IS MY MARRIED NAME.
10    SOCORR IS MY MAIDEN NAME.
11           THE COURT:  THAT'S YOUR MAIDEN NAME.  SO WOULD YOU
12    LIKE TO BE CALLED MS. BAUTISTA?
13           PROSPECTIVE JUROR:  THAT'S FINE.
14           THE COURT:  ARE THESE DATES ACCEPTABLE TO YOU?
15           PROSPECTIVE JUROR:  YES.
16           THE COURT:  YOU'LL BE IN SEAT 18, SO YOU'LL BE RIGHT
17    NEXT TO MS. TANG.  THANK YOU.  GO AHEAD, PLEASE.
18           THE CLERK:  MYTHILI GANESH, PLEASE COME FORWARD.
19           PROSPECTIVE JUROR:  THIS WEEK AND NEXT WEEK?
20           THE COURT:  YES, I THINK IT WILL BE EVERY DAY THIS
21    WEEK FOR SURE.  I DON'T KNOW HOW LONG IT'S GOING TO BE NEXT
22    WEEK.  I WOULD BE SKEPTICAL THAT IT'S GOING TO TAKE ALL FIVE
23    DAYS, BUT IT'S UP TO THE JURY.  THE JURY COULD TAKE MONTHS IF
24    THEY WANTED TO.  BUT I DON'T KNOW.  I CAN'T TELL YOU ABOUT NEXT
25    WEEK.
```

```
1              PROSPECTIVE JUROR:  OKAY.

2              THE COURT:  ALL RIGHT.  THANK YOU.

3          AND IF YOU WOULD PLEASE TAKE THE SEAT NEXT TO

4     MS. BAUTISTA.

5              THE CLERK:  VERONICA DELGADO, PLEASE TAKE SEAT NUMBER

6     20.

7              THE COURT:  MS. DELGADO, YOU CAN DO THESE DATES?

8              PROSPECTIVE JUROR:  I'M A SOLE PROPRIETOR.  I WORK

9     FOR -- I WORK ALONGSIDE WITH CHIROPRACTORS, SO IF I DON'T WORK,

10    I DON'T GET PAID.

11             THE COURT:  ALL RIGHT.  AND DO YOU HAVE ANY OTHER

12    SOURCES OF INCOME IN YOUR HOUSEHOLD?

13             PROSPECTIVE JUROR:  NO.

14             THE COURT:  DO YOU LIVE BY YOURSELF?

15             PROSPECTIVE JUROR:  NO.  I LIVE WITH SOMEBODY, BUT

16    THEY DON'T PAY MY BILLS.

17             THE COURT:  IS THAT A ROOMMATE OR THAT'S A

18    SIGNIFICANT OTHER?

19             PROSPECTIVE JUROR:  LIKE A ROOMMATE, YEAH.

20             THE COURT:  I SEE.  AND DO YOU HAVE ANY DEPENDENTS?

21             PROSPECTIVE JUROR:  I'M SORRY.

22             THE COURT:  DO YOU HAVE ANY DEPENDENTS, ANYONE WHO'S

23    RELYING ON YOU FINANCIALLY?

24             PROSPECTIVE JUROR:  WELL, NO.  JUST ME.

25             THE COURT:  UM-HUM.  I HATE TO ASK THIS, BUT COULD
```

```
1       YOU WORK IN THE EVENINGS?

2                   PROSPECTIVE JUROR:  YES.

3                   THE COURT:  YOU COULD?  ALL RIGHT.  THANK YOU.  WOULD

4       YOU MIND?  I'D LIKE YOU TO GO AHEAD AND SERVE.

5                   PROSPECTIVE JUROR:  (SIGH.)

6            (LAUGHTER.)

7                   THE CLERK:  SEAT NUMBER 20, PLEASE, MS. DELGADO.

8            KELLY WATSON, PLEASE TAKE SEAT NUMBER 21.

9                   THE COURT:  MS. WATSON, ANY PROBLEMS WITH THESE

10      DATES?

11                  PROSPECTIVE JUROR:  NO.  IT'S FINE.  I CAN DO THE

12      DATES.

13                  THE COURT:  ALL RIGHT.  THANK YOU.

14                  THE CLERK:  YUN ZHENG, PLEASE TAKE SEAT NUMBER 22.

15                  PROSPECTIVE JUROR:  I WOULD JUST LIKE TO ASK IF

16      WEEKENDS ARE NOT --

17                  THE COURT:  NO, WE'RE ONLY BUSINESS DAYS, MONDAY

18      THROUGH FRIDAY ONLY.

19                  PROSPECTIVE JUROR:  ALL RIGHT.  OKAY.

20                  THE COURT:  AND EVEN IF YOU WANT TO STAY PAST 4:30,

21      WE WILL FORCE YOU TO LEAVE.  SO IT'S NOT NIGHTS, IT'S NOT

22      WEEKENDS.  YOU CAN'T START EARLIER THAN 9:00.

23           EXCUSE ME.  SO IF YOU WOULD PLEASE TAKE THE SEAT NEXT TO

24      MS. WATSON.  SO TO THE RIGHT OF HER.

25                  THE CLERK:  ILONA DOBAY, PLEASE TAKE SEAT NUMBER 23.
```

```
 1        IT'LL BE THE LAST SEAT SECOND ROW.

 2                 THE COURT:  NO, I THINK WE HAVE 24.

 3                 THE CLERK:  OH, MY APOLOGIES, YOUR HONOR.

 4                 THE COURT:  YEAH, NO PROBLEM.

 5                 PROSPECTIVE JUROR:  NO PROBLEM.

 6                 THE COURT:  THANK YOU.  THANK YOU.  SO IF YOU WOULD

 7        PLEASE SIT NEXT TO MS. ZHENG.

 8                 THE CLERK:  AND SIMA SAIDIANARA, PLEASE TAKE SEAT

 9        NUMBER 24.

10                 PROSPECTIVE JUROR:  I HAVE TWO KIDS --

11                 THE COURT:  SHE HAS TWO KIDS, AND SHE JUST RECEIVED A

12        TEXT.

13                 PROSPECTIVE JUROR:  YEAH, I JUST, FOR SCHEDULING,

14        HE'S, YOU KNOW, IN THE SOPHOMORE GRADE.  MY KIDS -- THE OTHER

15        ONE IS IN FOURTH GRADE, PICK UP, DROP OFF.  MY HUSBAND WORKS AT

16        ONE OF THESE TECH, SO HE CANNOT GET THEM.  YOU KNOW, THEY ALSO

17        JUST KIND OF JUST, YOU KNOW, HARD TO MANAGE ALL THESE THINGS,

18        YOU KNOW, TOGETHER.  YOU KNOW?

19                 THE COURT:  SO DO THEY TAKE THE BUS OR YOU PICK THEM

20        UP?

21                 PROSPECTIVE JUROR:  I JUST DROP THEM, PICK THEM UP,

22        YOU KNOW, DIFFERENT TIMING.  IT'S GOTTEN TO BE SO HECTIC.

23                 THE COURT:  AND WHO DOES YOUR --

24                 PROSPECTIVE JUROR:  MY MIND CAN'T BE THINKING, YOU

25        KNOW, FOCUS --
```

```
 1                    THE COURT:  I'M SORRY TO INTERRUPT YOU.  WHO DOES

 2       YOUR HUSBAND WORK FOR?

 3                    PROSPECTIVE JUROR:  AMCOR TECHNOLOGY.

 4                    THE COURT:  OKAY.  WHAT TIME DO YOUR CHILDREN GET OUT

 5       OF SCHOOL?

 6                    PROSPECTIVE JUROR:  TODAY 2:00 O'CLOCK ONE OF THEM,

 7       THE OTHER ONE 3:00 O'CLOCK.

 8                    THE COURT:  OKAY.  AND NO ONE ELSE CAN PICK THEM UP?

 9                    PROSPECTIVE JUROR:  NO, I DON'T HAVE ANY FAMILY OR --

10       I WAS -- I'M THE ONLY ONE IN CHARGE OF THESE THINGS.  SO MY

11       HUSBAND DOESN'T HAVE ANYTHING TO DO.

12                    THE COURT:  I SEE.  AND YOU DON'T HAVE A JOB OUTSIDE

13       OF HOME?

14                    PROSPECTIVE JUROR:  NO.

15                    THE COURT:  THIS IS YOUR RESPONSIBILITY?

16                    PROSPECTIVE JUROR:  THIS IS MY JOB, YES.

17                    THE COURT:  ALL RIGHT.  THANK YOU.  ANY OBJECTION TO

18       AN EXCUSE FOR HARDSHIP?

19                    MR. LEE:  NONE, YOUR HONOR.

20                    MR. PRICE:  NO, YOUR HONOR.

21                    THE COURT:  OKAY.  THANK YOU.  YOU MAY GO DOWN TO THE

22       JURY ASSEMBLY ROOM, PLEASE.

23               ALL RIGHT.  LET'S GO TO --

24                    THE CLERK:  JAMES SHALES, PLEASE TAKE SEAT NUMBER 25.

25                    PROSPECTIVE JUROR:  THE DATES WORK FINE FOR ME, BUT I
```

```
1         HAVE A FINANCIAL INTEREST IN APPLE.

2                 THE COURT:  OH.  YOU DON'T --

3                 PROSPECTIVE JUROR:  I WORK AT APPLE, AND I'M GOING TO

4         RETIRE AFTER 31 YEARS, AND I ALSO DO HOLD SHARES.

5                 THE COURT:  YOU OWN SHARES AS WELL?

6                 PROSPECTIVE JUROR:  YES.

7                 THE COURT:  OKAY.  ANY OBJECTION TO THANKING AND

8         EXCUSING MR. SHALES?

9                 MR. LEE:  NO OBJECTION, YOUR HONOR.

10                MR. PRICE:  NO OBJECTION.

11                THE COURT:  ALL RIGHT.  THANK YOU.  IF YOU'D GO TO

12        THE JURY ASSEMBLY ROOM, PLEASE.

13                THE CLERK:  ELENA AGUILAR, PLEASE TAKE SEAT NUMBER

14        26.

15                THE COURT:  I WOULD APPRECIATE, IF ANYONE HAS ANY

16        FINANCIAL INTEREST IN EITHER COMPANY, IF YOU WOULD LET US KNOW

17        AS WELL SO WE WON'T BOTHER SEATING YOU.

18            OKAY, GO AHEAD, PLEASE, MS. AGUILAR.  ARE YOU ABLE TO

19        SERVE?

20                MR. LEE:  YOUR HONOR, THERE'S --

21                PROSPECTIVE JUROR:  I DON'T HAVE -- I DON'T OWN

22        SHARES OF APPLE, BUT MY HUSBAND HAS IT.  SO THAT'S --

23                THE COURT:  YOUR HUSBAND HAS WHAT KIND OF PRACTICE?

24                PROSPECTIVE JUROR:  HE HOLDS SHARES OF APPLE.

25                THE COURT:  OH, HE DOES?
```

```
 1              PROSPECTIVE JUROR:  YEAH.  SO THAT'S --

 2              THE COURT:  I SEE.  I SEE.  SO YOU WOULD HAVE A

 3     FINANCIAL INTEREST IN THIS CASE AS WELL.

 4         ANY --

 5              PROSPECTIVE JUROR:  SAME WITH ME.  I DO OWN SHARES.

 6              THE COURT:  OH, MS. TANG DOES AS WELL.

 7              PROSPECTIVE JUROR:  SAME.

 8              PROSPECTIVE JUROR:  MY WIFE USED TO WORK FOR APPLE

 9     YEARS AGO, SO I'M NOT SURE WHETHER WE STILL OWN SHARES.  I NEED

10     TO CHECK WITH HER.

11              THE COURT:  OH, I SEE.

12         ALL RIGHT.  WELL, ANY OBJECTION TO THANKING AND EXCUSING

13     MS. GANESH BECAUSE THAT WOULD BE COMMUNITY PROPERTY, FINANCIAL

14     INTEREST.

15              MR. LEE:  NONE.

16              THE COURT:  MR. PRICE?

17              MR. PRICE:  NO OBJECTION.

18              PROSPECTIVE JUROR:  I'M SORRY.  MY SPOUSE WORKS FOR

19     APPLE.

20              THE COURT:  AH, OKAY.  GIVE ME JUST ONE MOMENT,

21     PLEASE.

22         ALL RIGHT.  MS. TANG, YOU OWN APPLE SHARES AS WELL?

23              PROSPECTIVE JUROR:  UM-HUM.

24              THE COURT:  OKAY.  ANY OBJECTION TO THANKING AND

25     EXCUSING MS. TANG?
```

```
 1              MR. LEE:  NO, YOUR HONOR.

 2              MR. PRICE:  NO, YOUR HONOR.

 3              THE COURT:  OKAY.  WAIT.  BEFORE WE KEEP GOING, I

 4   FEEL BAD, MS. AGUILAR HAS BEEN STANDING THERE THE WHOLE TIME.

 5              MS. AGUILAR, ANY OTHER EITHER HARDSHIP WITH THE DATES OR

 6   FINANCIAL OR OTHER INTEREST IN THESE COMPANIES?

 7              PROSPECTIVE JUROR:  NO.

 8              THE COURT:  NO?  ALL RIGHT.

 9         WOULD YOU PLEASE TAKE SEAT 26, WHICH IS THE SECOND SEAT ON

10   ROW 3.

11         ALL RIGHT.  SO MS. TANG AND MS. GANESH, THANK YOU.  YOU'RE

12   EXCUSED.  BUT IF YOU WOULD PLEASE CHECK IN IN THE JURY ASSEMBLY

13   ROOM.

14         AND PLEASE LEAVE ALL THOSE PAPERS ON YOUR CHAIR FOR THE

15   NEXT JURORS.

16         ALL RIGHT.  THANK YOU VERY MUCH.

17         NOW, WE HAD MR. IP, YOUR WIFE YOU THINK MAY STILL OWN HER

18   APPLE SHARES?

19              PROSPECTIVE JUROR:  I'M NOT SURE, YEAH.

20              THE COURT:  HOW LONG DID SHE WORK AT APPLE?

21              PROSPECTIVE JUROR:  MANY YEARS AGO, LIKE TEN YEARS

22   AGO.

23              THE COURT:  TEN YEARS.  AND HOW LONG AGO DID SHE

24   LEAVE APPLE?

25              PROSPECTIVE JUROR:  NOT -- ACTUALLY, SHE LEFT MORE
```

```
1    THAN TEN YEARS AGO.

2              THE COURT:  OH, SHE LEFT MORE THAN TEN YEARS AGO?

3              PROSPECTIVE JUROR:  YEAH, I THINK MORE THAN TEN YEARS

4    AGO, YES.

5              THE COURT:  AND HOW LONG DID SHE WORK THERE?

6              PROSPECTIVE JUROR:  A FEW YEARS.  2001-ISH.  STARTED

7    2001.

8              THE COURT:  I SEE.  BUT YOU SAID YOU COULD BE FAIR

9    AND IMPARTIAL IN THIS CASE; CORRECT?  YOU DON'T KNOW ANYTHING

10   ABOUT IT?

11             PROSPECTIVE JUROR:  WITHOUT KNOWING THE DETAILS,

12   YEAH, PROBABLY.  BY THE TIME I KNOW DETAILS, I DON'T KNOW.

13             THE COURT:  YEAH, OKAY.  BUT AT THIS TIME YOU CAN.

14   I'M GOING TO HAVE YOU SIT.  OKAY.  THANK YOU.

15        NOW, I THINK, MR. SMITH, YOUR WIFE WORKS AT APPLE?

16             PROSPECTIVE JUROR:  YES.

17             THE COURT:  CURRENTLY?

18             PROSPECTIVE JUROR:  YES.

19             THE COURT:  OKAY.  ALL RIGHT.  ANY OBJECTION TO

20   THANKING AND EXCUSING MR. SMITH?

21             MR. LEE:  NO, YOUR HONOR.

22             MR. PRICE:  NO, YOUR HONOR.

23             THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

24        IF YOU WOULD PLEASE GO TO THE JURY ASSEMBLY ROOM, PLEASE.

25             THE CLERK:  DAVID OLSON, PLEASE TAKE SEAT NUMBER 27.
```

```
 1              THE COURT:  OTHER THAN MR. IP, NO ONE ELSE IN OUR
 2    JURY BOX OWNS SHARES OR -- ALL RIGHT.
 3              PROSPECTIVE JUROR:  MY SIGNIFICANT OTHER MAY -- MAY
 4    OWN SHARES IN SAMSUNG, BUT I'M NOT SURE.  I CAN FIND OUT.
 5              THE COURT:  OKAY.  UM --
 6              PROSPECTIVE JUROR:  OR A COMPANY OWNED BY SAMSUNG.  I
 7    DON'T KNOW IF THAT COUNTS.
 8              THE COURT:  WHAT COMPANY IS THAT?
 9              PROSPECTIVE JUROR:  IT'S RENOVO.
10              THE COURT:  LENOVO?
11              PROSPECTIVE JUROR:  RENOVO.  IT'S A -- IT'S A, AN
12    AUTONOMOUS VEHICLE.
13              THE COURT:  OKAY.
14              PROSPECTIVE JUROR:  I DON'T KNOW IF THEY EVER BOUGHT
15    IT, BUT THEY WERE INTERESTED IN IT.
16              THE COURT:  OKAY.
17              PROSPECTIVE JUROR:  I NEVER --
18              THE COURT:  ALL RIGHT.  AND ARE YOU IN, LIKE, A
19    COMMON LAW MARRIAGE RELATIONSHIP, OR THIS IS --
20              PROSPECTIVE JUROR:  SIGNIFICANT OTHER.
21              THE COURT:  OKAY.  ALL RIGHT.  SO THE FINANCIAL
22    BENEFITS ARE NOT LEGALLY YOURS AT THIS TIME?
23              PROSPECTIVE JUROR:  RIGHT.
24              THE COURT:  ALL RIGHT.  I WILL WRITE THAT DOWN.  AND
25    YOU'RE NOT SURE, BUT YOUR SIGNIFICANT OTHER MAY OWN STOCK.  ALL
```

```
 1      RIGHT.

 2           I THOUGHT I SAW SOMEONE ELSE RAISE THEIR HAND.

 3   MS. THOMPSON, DID YOU RAISE YOUR HAND?  NO, NOBODY ELSE DID.

 4           OKAY.  ALL RIGHT.  LET ME GO TO MS. AGUILAR, SO,

 5   MS. HERMOSURA?

 6                PROSPECTIVE JUROR:  I OWN AMCOR.

 7                THE COURT:  AMCOR STOCK WHERE YOU WORK?

 8                PROSPECTIVE JUROR:  I BOUGHT IT THERE.

 9                THE COURT:  OKAY.  THANK YOU.

10        OKAY.  ARE WE AT?  MR. OLSON?

11                THE CLERK:  YES, YOUR HONOR.

12                THE COURT:  MR. OLSON, YOU CAN SERVE THESE DAYS, NEXT

13   WEEK AND SOME PART OF --

14                PROSPECTIVE JUROR:  NO.  I'M SELF-EMPLOYED, AND IT

15   WOULD BE A FINANCIAL HARDSHIP.

16                THE COURT:  HOW MANY PEOPLE ARE IN YOUR HOUSEHOLD?

17                PROSPECTIVE JUROR:  JUST TWO.

18                THE COURT:  AND DOES THE OTHER PERSON WORK AND HAVE

19   INCOME?

20                PROSPECTIVE JUROR:  SHE JUST STARTED A JOB RECENTLY,

21   SO IT'S NOT TOTALLY RAMPED UP YET.

22                THE COURT:  UM-HUM.  WHERE DO YOU LIVE?

23                PROSPECTIVE JUROR:  SAN JOSE.

24                THE COURT:  AND WHAT IS YOUR SELF-EMPLOYED JOB?

25                PROSPECTIVE JUROR:  INSURANCE SALES.
```

```
 1                 THE COURT:  ALL RIGHT.  SO COULD YOU DO SOME OF THAT

 2      IN THE EVENING AND ON WEEKENDS?

 3                 PROSPECTIVE JUROR:  PARDON ME?

 4                 THE COURT:  CAN YOU DO SOME OF THE INSURANCE SALES

 5      WORK ON THE EVENING?

 6                 PROSPECTIVE JUROR:  NO.  IT'S, IT'S REGULAR 8:00 TO

 7      5:00, MONDAY THROUGH FRIDAY TYPE OF WORK.

 8                 THE COURT:  UM-HUM.  SO WHAT DO YOU DO WHEN YOU GO ON

 9      VACATION?

10                 PROSPECTIVE JUROR:  WHAT DO I DO?

11                 THE COURT:  OR YOU'RE SICK, YES.

12                 PROSPECTIVE JUROR:  I DON'T GET SICK, AND I DON'T GO

13      ON VACATION VERY OFTEN.

14           (LAUGHTER.)

15                 THE COURT:  ALL RIGHT.  PLEASE TAKE A SEAT.

16                 THE CLERK:  27.

17                 THE COURT:  PLEASE TAKE A SEAT.  THANK YOU.

18                 THE CLERK:  YOUR HONOR, 27 IS RIGHT THERE.

19                 PROSPECTIVE JUROR:  WHICH NUMBER?

20                 THE CLERK:  27.

21           YOUNG KIM, PLEASE TAKE SEAT NUMBER 28.

22                 PROSPECTIVE JUROR:  MY HUSBAND IS AN APPLE ENGINEER

23      AND I HAVE A FRIEND THAT WORKS FOR SAMSUNG.  SO BOTH SIDES.

24                 THE COURT:  WELL, YOU MIGHT BY FAIRER THEN.

25           (LAUGHTER.)
```

```
 1                 THE COURT:  BUT IF YOUR HUSBAND WORKS AT APPLE, YOU

 2     THINK YOU HAVE A FINANCIAL INTEREST.

 3                 ANY OBJECTION TO THANKING AND EXCUSING MS. KIM?

 4                 MR. LEE:  NO, YOUR HONOR.

 5                 MR. PRICE:  NO, YOUR HONOR.

 6                 THE COURT:  ALL RIGHT.  THANK YOU.  IF YOU WOULD GO,

 7     PLEASE, TO THE SECOND FLOOR.  THANK YOU.

 8                 THE CLERK:  BIN PHAM, IF YOU WOULD TAKE SEAT NUMBER

 9     16.

10                 THE CLERK:  DIANNE PERRY.

11                 PROSPECTIVE JUROR:  I'M A SMALL BUSINESS OWNER, I

12     ONLY PERFORM SOME OF THE FUNCTIONS THAT ARE TIME SENSITIVE.

13                 THE COURT:  UM-HUM.  WHAT'S YOUR BUSINESS?

14                 PROSPECTIVE JUROR:  IT'S A MORTGAGE COMPANY.  I DO

15     LOAN SERVICING.

16                 THE COURT:  OKAY.  PLEASE TAKE A SEAT.  THANK YOU.

17                 THE CLERK:  JORGE ALVAREZ, PLEASE TAKE SEAT NUMBER

18     31.

19                 PROSPECTIVE JUROR:  I HAVE NO OBJECTIONS.

20                 THE COURT:  THANK YOU.  PLEASE TAKE A SEAT NEXT TO

21     MS. PERRY.

22                 THE CLERK:  DEREK TAKEGAMI, PLEASE TAKE SEAT NUMBER

23     32.

24                 PROSPECTIVE JUROR:  THE DATES ARE FINE WITH ME, BUT

25     I'M AN APPLE SHAREHOLDER AS WELL.
```

```
1                THE COURT:  YOU OWN APPLE SHARES AS WELL?

2                PROSPECTIVE JUROR:  YEAH.

3                THE COURT:  OKAY.  ANY OBJECTION TO THANKING AND

4    EXCUSING MR. TAKEGAMI?

5                MR. LEE:  NO OBJECTION, YOUR HONOR.

6                MR. PRICE:  NO OBJECTION, YOUR HONOR.

7                THE COURT:  ALL RIGHT.  THANK YOU, SIR.  IF YOU WOULD

8    PLEASE GO TO THE SECOND FLOOR ASSEMBLY ROOM.

9                THE CLERK:  SRIRAM VIDHYA, PLEASE TAKE SEAT NUMBER

10   33.

11               PROSPECTIVE JUROR:  I DO OWN APPLE SHARES AS WELL,

12   AND MY NIECE'S WEDDING IS FRIDAY AND SATURDAY, AND I HAVE TO BE

13   THERE.

14               THE COURT:  OKAY.  ALL RIGHT.  ANY OBJECTION TO

15   THANKING AND EXCUSING MS. SRIRAM?

16               MR. LEE:  NO, YOUR HONOR.

17               MR. PRICE:  NO OBJECTION.

18               THE COURT:  ALL RIGHT.  THANK YOU.  IF YOU WOULD GO

19   TO THE SECOND FLOOR ASSEMBLY ROOM, PLEASE.

20               THE CLERK:  TYSON CELINO, PLEASE TAKE SEAT NUMBER 34.

21               THE COURT:  YOU CAN SERVE, SIR?

22               PROSPECTIVE JUROR:  YES.

23               THE COURT:  YES, THANK YOU.

24               THE CLERK:  CHRISTINE GIULIANELLI, PLEASE TAKE SEAT

25   NUMBER 35.
```

```
1              THE COURT:  YOU CAN SERVE, MA'AM?

2              PROSPECTIVE JUROR:  YES.

3              THE COURT:  THANK YOU VERY MUCH.

4              THE CLERK:  AND MARILYN CHOW, PLEASE TAKE SEAT NUMBER

5      36.

6              PROSPECTIVE JUROR:  I FEEL I COULD BE OBJECTIVE, BUT

7      I DO OWN APPLE SHARES AS WELL.

8              THE COURT:  ALL RIGHT.  OKAY.  THANK YOU, BUT I DON'T

9      THINK WE CAN KEEP YOU.  THANK YOU.  PLEASE GO TO THE SECOND

10     FLOOR JURY ASSEMBLY ROOM.

11          ALL RIGHT.  DOES ANYONE NEED A RESTROOM BREAK, OR CAN WE

12     KEEP GOING?  PEOPLE NEED RESTROOM BREAKS?  OKAY.

13          LET'S GO AHEAD AND -- LET'S GO AHEAD AND TAKE -- CAN WE

14     JUST TAKE A TEN MINUTE BREAK?  WOULD THAT BE OKAY?  LET'S TAKE

15     A BREAK UNTIL 11:15.  THANK YOU VERY MUCH FOR YOUR PATIENCE AND

16     SERVICE.

17          REMEMBER, YOU CANNOT TALK ABOUT THE CASE OR ANYTHING

18     RELATED.  THANK YOU VERY MUCH.

19          DON'T RESEARCH THE CASE AS WELL.

20          (JURY OUT AT 11:04 A.M.)

21          (RECESS FROM 11:04 A.M. UNTIL 11:16 A.M.)

22              THE COURT:  WELCOME BACK.  WAS ANYONE STILL REMAINING

23      IN THE RESTROOM?

24          PLEASE TAKE A SEAT.

25          WAS THERE ANYONE STILL WAITING IN THE RESTROOM?  I DON'T
```

```
1          WANT TO START WITHOUT ANYONE.

2               ALL RIGHT.  GO AHEAD, PLEASE AND CALL THE NEXT PERSON.

3               THE CLERK:  YES, YOUR HONOR.

4               BERNARD SMITH, PLEASE TAKE SEAT NUMBER 1, YOUR HONOR, THE

5     BACK SEAT.

6               THE COURT:  MR. SMITH, CAN YOU SERVE THESE DATES?

7               PROSPECTIVE JUROR:  SURE.

8               THE COURT:  OKAY.  NO CONFLICTS WITH EITHER

9     COMPANIES, FINANCIAL INTERESTS?

10              PROSPECTIVE JUROR:  NO.

11              THE COURT:  OKAY.  GO AHEAD, PLEASE, SIR.  TAKE SEAT

12    NUMBER 1 IN ROW 1 WHICH IS AGAINST THE WALL UNDERNEATH THE

13    MONITOR.

14              THE CLERK:  SIR, THE ENTRANCE IS ON THIS SIDE.  IT'S

15    THE FIRST SEAT RIGHT UNDER THE MONITOR, TOP ROW.

16              PROSPECTIVE JUROR:  THANK YOU.

17              THE COURT:  ANA BORBA, PLEASE TAKE SEAT NUMBER 2.

18          ANY CONFLICTS, MS. BORBA?

19              PROSPECTIVE JUROR:  NO.

20              THE COURT:  ALL RIGHT.  THANK YOU.

21          IF YOU WOULD PLEASE TAKE SEAT NUMBER 2, WHICH IS ON THE

22    BACK ROW NEXT TO MR. SMITH AND MR. DAY.

23              THE CLERK:  CHRISTINE CALDERON, PLEASE TAKE SEAT

24    NUMBER 6.

25              THE COURT:  MS. CALDERON, PLEASE TAKE SEAT NUMBER 6.
```

1         THANK YOU.

2              LET ME ASK, I KNOW IT WAS A SHORT BREAK, BUT WHETHER

3    MR. IP OR MR. DUGGER WERE ABLE TO FIND OUT ABOUT THE STOCK

4    SITUATION.

5                   PROSPECTIVE JUROR:  I ALREADY FOUND OUT.  THERE WAS

6    NO -- IT WAS NEVER PURCHASED BY SAMSUNG, THE OTHER COMPANY,

7    SO --

8                   THE COURT:  OKAY.  ALL RIGHT.  WHAT ABOUT MR. IP?

9                   PROSPECTIVE JUROR:  I DIDN'T CHECK BECAUSE I WASN'T

10   SURE WHETHER THERE WAS A NEED TO ASK MY WIFE ABOUT, YOU KNOW,

11   WHETHER WE OWN APPLE STOCK OR WHETHER WE OWN SAMSUNG OR

12   WHATEVER.

13        SO IF I'M ALLOWED, I CAN CHECK NOW.  I CAN JUST TEXT.  I

14   CAN TEXT HER.

15                  THE COURT:  OKAY.  IF YOU WOULD PLEASE CHECK.

16                  PROSPECTIVE JUROR:  OKAY.

17                  THE COURT:  ALL RIGHT.  THANK YOU.

18                  PROSPECTIVE JUROR:  IS IT OKAY FOR ME TO MENTION THE

19   TWO -- THE NAMES OF THE TWO SPECIFIC STOCKS?

20                  THE COURT:  YES.

21                  PROSPECTIVE JUROR:  OKAY.

22                  THE COURT:  THANK YOU.

23        NO ONE ELSE HAD ANY ISSUE ON STOCK, RIGHT?

24        OKAY.  GO AHEAD, PLEASE.

25                  THE CLERK:  JOLANTA ZINGITE, PLEASE TAKE SEAT NUMBER

```
1        11.  MY APOLOGIES, SEAT NUMBER 8.

2               PROSPECTIVE JUROR:  I HAVE A CONFLICT IN MY SCHEDULE.

3               THE COURT:  WHAT'S THAT?

4               PROSPECTIVE JUROR:  I'M SCHEDULED TO TAKE ACLS,

5    ADVANCED CARDIAC LIFE SUPPORT AND PEDIATRIC LIFE SUPPORT CLASS

6    NEXT WEEK MONDAY AND TUESDAY.

7               THE COURT:  OH.  ARE YOU A NURSE?

8               PROSPECTIVE JUROR:  YES.

9               THE COURT:  I SEE.  AND THAT'S TRAINING THAT YOU

10   CAN'T RESCHEDULE?  WHERE IS THAT TRAINING?

11              PROSPECTIVE JUROR:  I POSSIBLY COULD, BUT IT WOULD

12   PUT ME -- I WOULD BE SUSPENDED FROM WORK.

13              THE COURT:  WHERE DO YOU WORK?

14              PROSPECTIVE JUROR:  FOR KAISER.

15              THE COURT:  KAISER HAS SO MANY CASES.  THEY'RE NOT

16   GOING TO LET THEIR EMPLOYEES SERVE ON JURIES WHEN THEY ASK US

17   TO RULE ON ALL THEIR CASES?

18          (LAUGHTER.)

19              THE COURT:  I'M KIND OF SURPRISED THEY WOULD SUSPEND

20   YOU FOR JURY SERVICE.

21              PROSPECTIVE JUROR:  IF I'M DUE FOR MY CERTIFICATION

22   AND IF I MISS --

23              THE COURT:  OH, I SEE.  OKAY.  YOU NEED IT FOR YOUR

24   CERTIFICATION.  OTHERWISE YOU'LL -- OH, OKAY.  ALL RIGHT.  ANY

25   OBJECTION TO THANKING AND EXCUSING FOR HARDSHIP?  NO, YOUR
```

```
 1      HONOR.

 2              MR. PRICE:  NO, YOUR HONOR.

 3              THE COURT:  ALL RIGHT.  THANK YOU.

 4              PROSPECTIVE JUROR:  THANK YOU.

 5              THE COURT:  OKAY.  THANK YOU.  IF YOU WOULD GO TO THE

 6      JURY ASSEMBLY ROOM, PLEASE.

 7              THE CLERK:  LEONARD CAMPBELL-ROSSEN.  PLEASE TAKE

 8      SEAT NUMBER 11.  WOULD YOU LIKE THAT TO BE 8, PLEASE.

 9              PROSPECTIVE JUROR:  I WAS JUST GOING TO -- I WAS

10      CLARIFYING IT WAS FOR HER CERTIFICATION.

11              THE COURT:  OH, OKAY.  THANK YOU.

12          I'M SORRY.  WHAT NUMBER ARE WE ON?

13              THE CLERK:  YOUR HONOR, WE ARE ON MR. --

14              THE COURT:  NUMBER 41?  ANY CONFLICTS?

15              PROSPECTIVE JUROR:  I'M GOOD.

16              THE COURT:  GREAT.  LOVE IT.  LOVE IT.

17              PROSPECTIVE JUROR:  WHERE DO I GO?  NUMBER 11?

18              THE COURT:  YES, IF YOU WOULD SEAT NEXT TO MR. IP,

19      PLEASE.

20              THE CLERK:  STEVEN TONG, PLEASE TAKE SEAT NUMBER 11.

21              PROSPECTIVE JUROR:  HELLO, YOUR HONOR.  I DON'T --

22      MY -- I'M NOT A BIG FAN OF APPLE, BUT HAVING SAID THAT, MY

23      BACKGROUND IS IN PRODUCT DESIGN.  BUT MY CONCERN WITH THE

24      HARDSHIP IS THAT WE'RE IN THE PROCESS OF MOVING AND WE'RE -- AS

25      OF TODAY, WE HAVE 25 DAYS TO MOVE AND IT'S BASICALLY, IT'S
```

```
 1        MYSELF AND THEN MY, MY MOTHER.

 2             AND SO THAT'S KIND OF THE CONCERN.

 3             THE OTHER CONCERN FOR ME IS THAT THE LAST TEN YEARS OF MY

 4    BIOLOGICAL SLEEP PATTERN, IT'S MORE LIKE A GRAVEYARD SHIFT AND

 5    SO I DON'T SLEEP UNTIL, LIKE, 3:00 OR 4:00 IN THE MORNING.

 6             THE COURT:  AND YOU NORMALLY SLEEP THIS TIME OF DAY?

 7             PROSPECTIVE JUROR:  YEAH, YEAH.  I MEAN, THAT'S ONE

 8    ASPECT OF IT.

 9             THE OTHER ASPECT IS THAT AS OF TODAY, WE HAVE ABOUT 25

10    DAYS TO, TO MOVE.

11             THE COURT:  TO MOVE YOU AND YOUR MOTHER?

12             PROSPECTIVE JUROR:  I'M SORRY?

13             THE COURT:  TO MOVE YOU AND YOUR MOTHER.

14             PROSPECTIVE JUROR:  YES, MA'AM.

15             THE COURT:  HOW OLD IS YOUR MOTHER?

16             PROSPECTIVE JUROR:  SHE'S ABOUT 70 AND --

17             THE COURT:  OKAY.

18             PROSPECTIVE JUROR:  SO I HAVE MY FATHER, TOO, BUT

19    WE -- BUT IT'S BASICALLY MYSELF AND MY MOTHER WHO ARE MORE

20    CAPABLE OF MOVING STUFF.  THE CASE ITSELF DOESN'T SEEM THAT

21    LONG --

22             THE COURT:  OKAY.  I'M SORRY TO INTERRUPT YOU.  I'M

23    FINE.

24             ANYONE HAVE ANY OBJECTION TO THANKING AND EXCUSING

25    MR. TONG?
```

```
1              MR. LEE:  NO OBJECTION.

2              MR. PRICE:  NO OBJECTION.

3              THE COURT:  ALL RIGHT.

4              THE CLERK:  GURPREET SINGH, YOUR HONOR, WOULD YOU

5    LIKE HIM TO TAKE SEAT NUMBER 11?

6              THE COURT:  YES, PLEASE.

7           MR. SINGH, ARE YOU OKAY TO SERVE?

8              PROSPECTIVE JUROR:  I'M OKAY, BUT I'M NOT SURE IF I

9    HAVE ANY FINANCIAL STAKE IN APPLE OR NOT, BECAUSE OF A

10   FINANCIAL FUND AND MY ADVISER, AND HE'S THE ONE WHO DOES

11   EVERYTHING.

12             THE COURT:  I SEE.

13             PROSPECTIVE JUROR:  I DON'T KNOW.  I HAVEN'T LOOKED

14   AT IT IN A LONG TIME, AND I DON'T MANAGE IT ACTIVELY MYSELF.

15             THE COURT:  WELL, I'M WONDERING IF IT'S BETTER FOR

16   YOU NOT TO KNOW OR IF YOU WANT TO LOOK IT UP DURING THE BREAK,

17   OR -- WHAT WOULD YOU PREFER?  DO YOU WANT HIM TO LOOK IT UP

18   DURING THE BREAK?  YOU KNOW, THE WAY A LOT OF CONFLICTS WORK,

19   AS LONG AS IT'S IN A MUTUAL FUND, YOU'RE NOT PAYING ATTENTION

20   TO WHERE IT GOES.  I KNOW SOME JUDGES, IF IT'S IN A MUTUAL

21   FUND, THEY DON'T REQUIRE US TO RECUSE.

22             PROSPECTIVE JUROR:  I DON'T MANAGE IT MYSELF.

23             THE COURT:  ANY OBJECTION FROM THE PARTIES?

24             MR. LEE:  NO, YOUR HONOR.

25             MR. PRICE:  NO, YOUR HONOR.
```

```
1              THE COURT:  ALL RIGHT.  GO AHEAD, PLEASE.  THANK YOU

2     FOR DISCLOSING THAT.

3              THE CLERK:  ANDREW CORNELL, PLEASE TAKE SEAT NUMBER

4     12.

5              THE COURT:  MR. CORNELL, ANY CONFLICTS?

6              PROSPECTIVE JUROR:  YES.

7              THE COURT:  WHAT'S THAT?

8              PROSPECTIVE JUROR:  I'M SCHEDULED TO FLY TO DENVER,

9     COLORADO NEXT WEEK.

10             THE COURT:  OKAY.  AND THAT CANNOT BE RESCHEDULED?

11             PROSPECTIVE JUROR:  NO.  I'VE ALREADY BOOKED IT.

12             THE COURT:  OKAY.  ALL RIGHT.  ANY OBJECTION?

13             MR. LEE:  NO, YOUR HONOR.

14             MR. PRICE:  NO, YOUR HONOR.

15             THE COURT:  ALL RIGHT.  GO AHEAD, PLEASE, YOU'RE

16    EXCUSED.

17             THE CLERK:  MICHAEL MAYERS, PLEASE TAKE SEAT NUMBER

18    12.

19             PROSPECTIVE JUROR:  I USED TO WORK AT APPLE SIX YEARS

20    AGO.  I DON'T HAVE ANY STOCK.  I SOLD IT ALL.

21        I THINK MY 401(K) IS STILL MANAGED BY THEM.  I DIDN'T ROLL

22    IT OVER.  I DON'T KNOW IF THAT MATTERS.

23             THE COURT:  DID YOU SAY IT'S ROLLED OVER?

24             PROSPECTIVE JUROR:  I DIDN'T ROLL IT OVER, SO I

25    BELIEVE IT'S STILL MANAGED BY APPLE, WHOEVER MANAGED APPLE,
```

```
1          APPLE'S 401(K).

2                    THE COURT:  OKAY.  BUT YOU DON'T KNOW WHERE THAT

3     MONEY IS INVESTED?

4                    PROSPECTIVE JUROR:  I HAVE NO IDEA.

5                    THE COURT:  OKAY.  WHAT ABOUT, WHAT DO THE PARTIES

6     THINK?  IT'S BEEN SIX YEARS YOU SAID?

7                    PROSPECTIVE JUROR:  YES.

8                    THE COURT:  AND YOU SOLD ALL YOUR STOCK?

9                    PROSPECTIVE JUROR:  YES.

10                    MR. LEE:  IF I MIGHT ASK JUST HOW LONG HE WAS THERE,

11    YOUR HONOR?

12                    THE COURT:  HOW LONG WERE YOU THERE?

13                    PROSPECTIVE JUROR:  I WAS THERE FROM 2010 TO 2012.

14                    THE COURT:  WHAT DID YOU WORK ON?

15                    PROSPECTIVE JUROR:  SOFTWARE FOR IOS.

16                    THE COURT:  I SEE.  IOS.

17                    MR. PRICE:  I'VE A QUESTION WHETHER YOU THINK YOU CAN

18    BE FAIR?

19                    PROSPECTIVE JUROR:  YES.

20                    MR. PRICE:  NO OBJECTION?

21                    THE COURT:  ALL RIGHT.  I ASSUME NO OBJECTION,

22    MR. LEE?

23                    MR. LEE:  NO, YOUR HONOR.

24                    THE COURT:  ALL RIGHT.  SO, MR. MAYERS, IF YOU WOULD

25    PLEASE GO TO SEAT 12, WHICH IS RIGHT NEXT TO MR. SINGH.  IT'S
```

```
1    THE LAST CHAIR IN THE ROW AGAINST THE WALL.  SO IT'S IN THE FAR

2    CORNER HERE RIGHT NEXT TO THAT WATER COOLER IN THE CORNER.

3              THE CLERK:  BRANDY SALDANA, PLEASE TAKE SEAT NUMBER

4    13.

5              PROSPECTIVE JUROR:  GOOD MORNING, YOUR HONOR.

6              THE COURT:  GOOD MORNING.  I KNOW IT'S BAD WHEN YOU

7    START LIKE THAT.

8         (LAUGHTER.)

9              PROSPECTIVE JUROR:  I'M JUST WAITING.  SO I HAVE A

10   JOB INTERVIEW SCHEDULED FOR WEDNESDAY.  I THINK I CAN

11   RESCHEDULE.  BUT OTHER THAN, THAT I HAVE NO OTHER CONFLICTS.

12             THE COURT:  OKAY.  WOULD IT BE -- I HATE FOR YOU NOT

13   TO GET A JOB.  ARE YOU CURRENTLY WORKING?

14             PROSPECTIVE JUROR:  I AM.

15             THE COURT:  OKAY.  WELL, I WOULD HATE FOR THIS TO

16   MAKE IT DIFFICULT FOR YOU TO GET ANOTHER JOB.

17             PROSPECTIVE JUROR:  I CAN CHECK IF I CAN RESCHEDULE.

18             THE COURT:  UM-HUM.  WHAT TIME IS THAT?

19             PROSPECTIVE JUROR:  OH, 11:30 ON WEDNESDAY.

20             THE COURT:  DO YOU THINK IT WOULD UNDERMINE YOUR

21   CHANCES OF GETTING THE JOB IF YOU HAD TO RESCHEDULE?

22             PROSPECTIVE JUROR:  NO, YOUR HONOR.

23             THE COURT:  OH, ALL RIGHT.  THANK YOU.  THEN I'M

24   GOING TO ASK YOU TO TAKE A SEAT.

25        NOW, IF DURING THE LUNCH BREAK YOU FIND OUT THAT IT WILL
```

```
1        IN ANY WAY CREATE A PROBLEM, CAN YOU LET ME KNOW?

2                    PROSPECTIVE JUROR:  YES.

3                    THE COURT:  MS. SALDANA, YOU'LL ACTUALLY BE OUTSIDE

4        THE JURY BOX IN THE PURPLE CHAIR OUTSIDE.

5            THANK YOU.

6            FREDERICK TURNER, PLEASE TAKE SEAT NUMBER 14.

7                    PROSPECTIVE JUROR:  NO CONFLICT.

8                    THE COURT:  ALL RIGHT.  THANK YOU.

9                    THE CLERK:  KEVIN MARQUES, PLEASE TAKE SEAT NUMBER

10       16.

11                   THE COURT:  AND, MR. TURNER, YOU'RE GOING TO TAKE

12       SEAT 14.  THAT'S IN THE BOX, RIGHT, MS. MASON?

13                   THE CLERK:  YES.

14                   THE COURT:  NEXT TO MS. HERMOSURA.

15                   PROSPECTIVE JUROR:  NO PROBLEM.

16                   THE COURT:  ALL RIGHT.  THANK YOU.

17                   THE CLERK:  NOMEN RASETARINERA.

18                   THE COURT:  ANY ISSUES?  OH, SIR, YOU'RE GOING TO GO

19       NEXT TO MS. HERMOSURA, WHICH IS SEAT NUMBER 16.  THE FOURTH

20       SEAT ON ROW 2.

21           ALL RIGHT.  MR. RASETARINERA, IS IT -- RASETARINERA?

22                   PROSPECTIVE JUROR:  RASETARINERA.

23                   THE COURT:  ALL RIGHT.  DO YOU HAVE ANY CONFLICTS?

24                   PROSPECTIVE JUROR:  JUST FINANCIALLY.  MY WORK

25       DOESN'T COVER THE TIME OFF, AND I'M ON A CONTRACT.  SO I'M
```

```
1      TRYING TO GET CONVERTED FULL TIME AT WORK.

2              THE COURT:  OH, YOU MEAN YOU'RE -- I'M NOT SURE I

3      HEARD EVERYTHING.  YOU'RE TRYING TO GET CONVERTED TO FULL TIME

4      AND THIS WOULD BE UNHELPFUL TO BE GONE FOR --

5              PROSPECTIVE JUROR:  RIGHT, CORRECT.

6              THE COURT:  ALL RIGHT.  ANY OBJECTION TO THANKING AND

7      EXCUSING MR. --

8              MR. LEE:  NO, YOUR HONOR.

9              MR. PRICE:  NO, YOUR HONOR.

10             THE COURT:  ALL RIGHT.  THANK YOU.

11     IF YOU WOULD PLEASE REPORT TO MS. MATAMOROS IN THE JURY

12     ASSEMBLY ROOM, THAT'S ON 2.  IT'S WHERE YOU STARTED OUT THIS

13     MORNING.  SECOND FLOOR.

14             PROSPECTIVE JUROR:  OKAY.

15             THE CLERK:  ALEJANDRA SANDBERG, PLEASE TAKE SEAT

16     NUMBER 14.

17             THE COURT:  MS. SANGIOVANNI, ANY PROBLEMS WITH THESE

18     DATES?

19             PROSPECTIVE JUROR:  I'M A HOME HEALTH AID, AND I

20     MISSED MY APPOINTMENTS FOR MY PATIENTS TODAY.  I HAVE MY OWN

21     GROUP OF PATIENTS THAT I HAVE TO VISIT, SIX PATIENTS THAT I

22     HAVE TO VISIT PER DAY.

23             THE COURT:  I SEE.  AND WILL ANYONE ELSE BE ABLE TO

24     VISIT THOSE PATIENTS?

25             PROSPECTIVE JUROR:  NO, BECAUSE WE COVER FOR AREAS,
```

1        SO I HAVE THREE TOWNS THAT I HAVE TO COVER, SO EVERY -- EVERY

2    HOME HEALTH AID HAVE THEIR OWN PATIENTS.

3            THE COURT:  I SEE.  IS THIS A PRIVATE BUSINESS OR

4    YOU'RE THROUGH AN AGENCY?

5            PROSPECTIVE JUROR:  I WORK FOR BRIDGE HOSPITAL.

6            THE COURT:  OKAY.  AND THEY CAN'T --

7            PROSPECTIVE JUROR:  NO.  LIKE I SAY, WE ALL HAVE OUR

8    OWN GROUP.

9            THE COURT:  UM-HUM.

10           PROSPECTIVE JUROR:  SO WHEN I HAVE MY SIX PATIENTS

11   AND I HAVE MY AREA THAT I HAVE TO COVER.

12           THE COURT:  UM-HUM.

13           PROSPECTIVE JUROR:  SO FOR TODAY, WE PUT A MISSED

14   VISIT.  BUT LIKE I SAY, EVERYBODY HAVE THEIR OWN PATIENTS.

15           THE COURT:  UM-HUM.  IS SOMEONE COVERING FOR YOU

16   TODAY?

17           PROSPECTIVE JUROR:  NO, NOT TODAY.

18           THE COURT:  SO NO ONE IS VISITING YOUR PATIENTS.

19           PROSPECTIVE JUROR:  UH-HUH, YEAH.  NO.  WE EXCUSED

20   MYSELF TODAY WITH THEM.

21           THE COURT:  BUT YOU ARE WORKING WITH AN AGENCY, AN

22   AGENCY CAN'T SEND SOMEONE ELSE IN?

23           PROSPECTIVE JUROR:  YEAH, THE THING LIKE, IT'S LIKE

24   THEY CAN'T HAVE EXTRA HOME HEALTH AIDS BECAUSE THEY DON'T HAVE

25   ENOUGH PATIENTS FOR THE HOME HEALTH.  THEY CAN GIVE THEM OURS,

```
1        SO THEY CAN COVER ONE DAY, TWO DAYS, BUT NOT THE WHOLE WEEK.
2              THE COURT:  I SEE.  ALL RIGHT.  AND THESE ARE HOSPICE
3     PATIENTS, I ASSUME YOU'VE DEVELOPED A RELATIONSHIP WITH THEM?
4              PROSPECTIVE JUROR:  EXACTLY.
5              THE COURT:  ALL RIGHT.  ANY OBJECTION?
6              MR. LEE:  NO, YOUR HONOR.
7              THE COURT:  MR. PRICE?
8              MR. PRICE:  NO, YOUR HONOR.
9              THE COURT:  ALL RIGHT.  THEN THANK YOU.  IF YOU WOULD
10    GO TO THE JURY ASSEMBLY ROOM, THANK YOU.
11             THE CLERK:  LAURA SERNA, PLEASE TAKE SEAT NUMBER 17.
12             THE COURT:  MS. SERNA, ANY ISSUES?
13             PROSPECTIVE JUROR:  NO.  BUT I HAVE WORKED WITH
14    SEVERAL APPLE ENGINEERS IN THE COMPANY THAT I WORK FOR, FUJI
15    FILMS, WE SUBLET OUR FAB OUT TO THEM.  BUT THAT'S IT.
16             THE COURT:  OKAY.  BUT COULD YOU BE FAIR AND
17    IMPARTIAL IN THIS CASE TO BOTH PARTIES, INCLUDING SAMSUNG?
18             PROSPECTIVE JUROR:  YEAH.
19             THE COURT:  OKAY.  THANK YOU.
20        IF YOU WOULD TAKE SEAT NUMBER 17, THAT'S NEXT TO
21    MR. MARQUES.  IT IS SEAT NUMBER 5 IN ROW 2, AND YOU ENTER ON
22    THE RIGHT.  THANK YOU.
23             THE COURT:  LAUREN PURICELLI, PLEASE TAKE SEAT NUMBER
24    19.
25             PROSPECTIVE JUROR:  NO CONFLICTS.
```

```
 1              THE COURT:  ALL RIGHT.  THANK YOU.  IF YOU WOULD
 2     PLEASE TAKE SEAT NUMBER 19, IT'S RIGHT NEXT TO MS. BAUTISTA IN
 3     ROW 2.
 4              THE CLERK:  JUDY DEMERS, PLEASE TAKE SEAT NUMBER 24.
 5              THE COURT:  ANY ISSUES?
 6              PROSPECTIVE JUROR:  NO CONFLICT IF IT DOESN'T GO WELL
 7     INTO NEXT WEEK.  I'M A TEACHER.
 8              THE COURT:  OKAY.  WELL, THE JURY DELIBERATION WILL
 9     START ON MONDAY.  I DON'T KNOW HOW LONG THE JURY WILL TAKE, SO
10     DOES THAT --
11              PROSPECTIVE JUROR:  WELL, WE END SCHOOL ON THE 7TH,
12     AND I TEACH AUTISTIC KIDS, SO I THINK WELL OVER A WEEK WOULD BE
13     PRETTY HARD FOR THEM.  BUT EVEN IF IT WAS MID-NEXT WEEK, I
14     WOULDN'T HAVE A PROBLEM WITH THAT.
15              THE COURT:  I CAN'T SPEAK FOR THE JURY.  SO IT COULD
16     GO THE WHOLE NEXT WEEK OR IT COULD JUST GO NEXT --
17              PROSPECTIVE JUROR:  DO YOU SPECULATE NOT PAST TWO
18     WEEKS?
19              THE COURT:  I WOULD BE SHOCKED IF IT WENT PAST TWO
20     WEEKS.  BUT, YOU KNOW, I DON'T WANT TO SPEAK FOR THE JURY
21     THAT'S ULTIMATELY SELECTED.  BUT I PERSONALLY WOULD BE SHOCKED.
22     I'M ASSUMING THE PARTIES ALSO DON'T EXPECT THIS TO GO BEYOND
23     TWO WEEKS; CORRECT?
24              MR. PRICE:  I WOULD NOT EXPECT THAT.
25              THE COURT:  YEAH, NO ONE IS EXPECTING BEYOND TWO
```

```
1     WEEKS.

2              PROSPECTIVE JUROR:  THEN I SHOULD BE FINE.

3              THE COURT:  OKAY.  THANK YOU.  IF YOU WOULD TAKE SEAT

4     NUMBER 24, WHICH IS RIGHT NEXT TO MS. DOBAY.  IT'S THE LAST

5     SEAT ON ROW 2.

6         BLESS YOU.

7              THE CLERK:  ASHISH DIXIT, PLEASE TAKE SEAT NUMBER 25?

8              THE COURT:  ANY ISSUES?

9              PROSPECTIVE JUROR:  NO.

10             THE COURT:  ALL RIGHT.  THANK YOU.  YOU'RE GOING TO

11    TAKE SEAT NUMBER 25, WHICH I THINK IS TO THE LEFT OF

12    MS. AGUILAR ON ROW 3.  IT'S OUTSIDE THE BOX.

13             THE CLERK:  MARISA BAKER, PLEASE TAKE SEAT NUMBER 28.

14             PROSPECTIVE JUROR:  THE ONLY ISSUE THAT I MIGHT HAVE

15    IS CHILDCARE, BUT I CAN TRY TO FIND ARRANGEMENTS.

16             THE COURT:  OKAY.  WHAT DO YOU PICK UP OR DROP OFF

17    OR --

18             PROSPECTIVE JUROR:  I PICK UP AND DROP OFF.  I HAVE

19    THREE KIDS.

20             THE COURT:  AT WHAT TIMES?

21             PROSPECTIVE JUROR:  11:45, 2:30, AND 3:00.

22             THE COURT:  OH.  AND WHO WOULD YOU BE ABLE TO GET TO

23    DO THAT?

24             PROSPECTIVE JUROR:  MY PARENTS.

25             THE COURT:  OKAY.  ARE THEY DOING THE PICKUPS TODAY?
```

```
1                     PROSPECTIVE JUROR:  YES.

2                     THE COURT:  OKAY.  THEN I'D ASK YOU TO TAKE A SEAT,

3        PLEASE.

4                     THE CLERK:  SEAT 32, MA'AM.

5              VITTORIO MOLINARI, PLEASE TAKE SEAT NUMBER 33.

6                     THE COURT:  WHAT ABOUT KIMBERLEY JONES?

7                     THE CLERK:  MY APOLOGIES.  KIMBERLEY JONES, PLEASE

8        TAKE SEAT NUMBER 32?

9                     THE COURT:  YES, MA'AM.

10                    PROSPECTIVE JUROR:  YES, YOUR HONOR.  I HAVE

11       TWO-YEAR-OLD TWINS AT HOME, AND MY HUSBAND IS A PRIVATE

12       BUSINESS OWNER.  SO HE HAD TO STAY HOME TODAY, AND HE'S OUR

13       SOLE MONEY MAKER IN THE HOUSEHOLD.  AND I DON'T HAVE FAMILY TO

14       WATCH THEM.

15                    THE COURT:  I SEE YOU'RE IN RETAIL MANAGEMENT; IS

16       THAT RIGHT?  SO WHAT ARE YOUR HOURS?

17                    PROSPECTIVE JUROR:  I WORK TUESDAY, THURSDAY,

18       SATURDAY, AND SUNDAY, AND I USUALLY GO IN FROM 6:00 A.M. TO

19       2:00 P.M.

20                    THE COURT:  WHO TAKES CARE OF YOUR KIDS?

21                    PROSPECTIVE JUROR:  WE HAVE A NANNY, BUT SHE GOES TO

22       SCHOOL TUESDAY AND THURSDAYS.  I'M AVAILABLE MONDAY AND

23       WEDNESDAY.

24                    THE COURT:  SO YOUR HUSBAND IS DOING MONDAY AND

25       WEDNESDAY THIS WEEK IF YOU'RE CALLED AS A JUROR?
```

```
1              PROSPECTIVE JUROR:  HE'S DOING MONDAY, AND MY
2     MOTHER-IN-LAW FLIES IN LATER, AND SHE'LL TAKE WEDNESDAY, AND I
3     HAVE NOBODY FOR THE OTHER DAYS.
4              THE COURT:  WHERE DOES YOUR MOTHER-IN-LAW LIVE?
5     HERE?
6              PROSPECTIVE JUROR:  SHE LIVES IN WATSONVILLE, WHICH
7     IS WHERE I LIVE.
8              THE COURT:  HOW LONG DID IT TAKE TO YOU GET TO THE
9     COURTHOUSE TODAY?
10             PROSPECTIVE JUROR:  ABOUT AN HOUR AND 20 MINUTES
11    BECAUSE THERE WAS TRAFFIC ON 17.
12             THE COURT:  OKAY.  WOULD THAT BE A HARDSHIP FOR TO
13    YOU DRIVE BACK AND FORTH?
14             PROSPECTIVE JUROR:  YES.  IT'S HARD ON MY BOYS.
15             THE COURT:  ANY OBJECTION TO THANKING MS. JONES?
16             MR. LEE:  NO, YOUR HONOR.
17             MR. PRICE:  NO, YOUR HONOR.
18             THE COURT:  ALL RIGHT.  THANK YOU.  IF YOU WOULD GO,
19    PLEASE, TO THE JURY ASSEMBLY ROOM.
20             THE CLERK:  VITTORIO MOLINARI, IF YOU WOULD TAKE SEAT
21    33.
22             THE COURT:  MR. MOLINARI, ANY ISSUES?
23             PROSPECTIVE JUROR:  I DO OWN APPLE SHARES.
24             THE COURT:  ANY OBJECTION TO THANKING AND EXCUSING
25    MR. MOLINARI?
```

64

```
1              MR. LEE:  NO, YOUR HONOR.

2              MR. PRICE:  NO, YOUR HONOR.

3              THE COURT:  ALL RIGHT.  IF YOU WOULD GO TO THE JURY

4    ASSEMBLY ROOM, PLEASE.  THANK YOU.

5              THE CLERK:  EDWINA GRAHAM, PLEASE TAKE SEAT NUMBER

6    33.

7              THE COURT:  ANY ISSUES, SIR?  OR MA'AM.

8              PROSPECTIVE JUROR:  YES.  OUR FAMILY TRUST OWNS APPLE

9    SHARES, AND I'M ALSO AN ATTORNEY.

10             THE COURT:  OKAY.  AND YOU BENEFIT FROM THE FAMILY

11   TRUST FINANCIALLY?

12             PROSPECTIVE JUROR:  YEAH, IT'S IRREVOCABLE FAMILY

13   TRUST.  I'M ONE OF THE TRUSTEES.

14             THE COURT:  OKAY.  ANY OBJECTION TO THANKING AND

15   EXCUSING MS. GRAHAM?

16             MR. LEE:  NO, YOUR HONOR.

17             MR. PRICE:  NO, YOUR HONOR.

18             THE COURT:  THANK YOU, MA'AM.  IF YOU WOULD GO TO THE

19   SECOND FLOOR, PLEASE.

20             THE CLERK:  KELLY ALVES HELSING.

21             THE COURT:  ANY ISSUES, MA'AM?

22             PROSPECTIVE JUROR:  YEAH.  MY HUSBAND IS TRAVELLING

23   WEDNESDAY, THURSDAY, AND FRIDAY, SO I DON'T HAVE ANYONE TO TAKE

24   MY KIDS TO SCHOOL AND PICK THEM UP.

25             THE COURT:  DO YOU HAVE A NANNY OR ANYONE ELSE THAT
```

```
1        HELPS YOU?  FAMILY MEMBERS?  FRIENDS?

2                 PROSPECTIVE JUROR:  (SHAKES HEAD FROM SIDE TO SIDE.)

3                 THE COURT:  ALL RIGHT.  ANY OBJECTION TO THANKING AND

4        EXCUSING THIS JUROR?

5                 MR. LEE:  NO, YOUR HONOR.

6                 MR. PRICE:  NO, YOUR HONOR.

7                 THE COURT:  OKAY.  IF YOU WOULD PLEASE GO TO THE JURY

8        ASSEMBLY ROOM.

9                 THE CLERK:  HUONG HAN, PLEASE TAKE SEAT NUMBER 32?

10                PROSPECTIVE JUROR:  YES.  I HAVE A BUSINESS TRIP

11       SCHEDULED FOR NEXT MONDAY.  I'M GOING TO SAN DIEGO.

12                THE COURT:  AND THAT CANNOT BE RESCHEDULED?

13                PROSPECTIVE JUROR:  NO, IT'S BEEN RESCHEDULE TWICE.

14       IT'S A DEMO, BIG CUSTOMER OR SOMETHING.

15                THE COURT:  IF YOU RESCHEDULED IT TWICE, THE THIRD

16       TIME IS ALWAYS THE CHARM.

17            (LAUGHTER.)

18                THE COURT:  NO?  COULD YOU RESCHEDULE IT FOR JURY

19       DUTY?

20                PROSPECTIVE JUROR:  NO.

21                THE COURT:  THE PROBLEM IS I'M RUNNING OUT OF JURORS.

22       I NEED 16, AND I ONLY HAVE 74.

23            WHERE DO YOU WORK?

24                PROSPECTIVE JUROR:  IT'S A COMPANY CALLED SIGMA

25       DESIGN IN FREMONT.  AND WE MAKE WIRELESS -- WE COMPETE WITH
```

```
1      SAMSUNG RIGHT NOW, WIRELESS, TRACKING DEVICE.

2              THE COURT:  ALL RIGHT.  ANY OBJECTION TO THANKING AND

3      EXCUSING MR. HAN?

4              MR. LEE:  NO, YOUR HONOR.

5              MS. SULLIVAN:  MR. PRICE?

6              MR. PRICE:  NO, YOUR HONOR.

7              THE COURT:  ALL RIGHT.  IF YOU WOULD PLEASE GO TO THE

8      JURY ASSEMBLY ROOM.  THANK YOU.

9              THE CLERK:  QIAN XIAO, IF YOU WOULD PLEASE TAKE SEAT

10     NUMBER 32.

11             PROSPECTIVE JUROR:  I'M OKAY.

12             THE COURT:  THANK YOU.  THANK YOU VERY MUCH.

13             THE CLERK:  NICK KONJUH, PLEASE TAKE SEAT NUMBER 33.

14             THE COURT:  OH, IF YOU WOULD PLEASE, MA'AM, TAKE SEAT

15     32, WHICH IS NEXT TO MR. ALVAREZ.

16         SO THAT IS THE --

17             THE CLERK:  RIGHT IN THE FRONT.

18             THE COURT:  EIGHTH SEAT IN THAT ROW.

19         ALL RIGHT.  SIR, DO YOU HAVE AN ISSUE?

20             PROSPECTIVE JUROR:  CONFLICT FREE.

21             THE COURT:  YES, THANK YOU.

22         (LAUGHTER.)

23             THE COURT:  IF YOU WOULD PLEASE TAKE SEAT 33, THAT'S

24     RIGHT NOW TO MS. XIAO.

25             THE CLERK:  KIRANKUMAR JAYAPRAKASH, PLEASE TAKE SEAT
```

```
1          NUMBER 36?

2                    THE COURT:  ANY ISSUES, SIR?

3                    PROSPECTIVE JUROR:  I WORK FOR APPLE.

4                    THE COURT:  WAIT, YOU WORK FOR APPLE?

5                    PROSPECTIVE JUROR:  YES.

6                    THE COURT:  OKAY.  ANY OBJECTION TO THANKING AND

7          EXCUSING HIM?

8                    MR. PRICE:  NO OBJECTION.

9                    MR. LEE:  NO, YOUR HONOR.

10                    THE COURT:  ALL RIGHT.  THANK YOU.

11                    THE CLERK:  TIMOTHY VASQUEZ, PLEASE TAKE SEAT NUMBER

12          36.

13                    THE COURT:  ANY ISSUES, MR. VASQUEZ?

14                    PROSPECTIVE JUROR:  FINANCIAL HARDSHIP.  MY WIFE IS

15          WORKING AND SUPPORTING MY INCOME.

16                    THE COURT:  ALL RIGHT.  AND IF YOU WERE TO SERVE AS A

17          JUROR, YOU WOULDN'T BE EARNING DURING THIS TIME?

18                    PROSPECTIVE JUROR:  NO.

19                    THE COURT:  OKAY.  ALL RIGHT.  AND DO YOU HAVE OTHER

20          DEPENDENTS OTHER THAN YOUR WIFE?

21                    PROSPECTIVE JUROR:  TWO DAUGHTERS.

22                    THE COURT:  I SEE.  ALL RIGHT.  ANY OBJECTION TO --

23          AND WHAT IS YOUR JOB, SIR?

24                    PROSPECTIVE JUROR:  WHAT WAS THAT?

25                    THE COURT:  WHAT IS YOUR JOB?
```

```
1              PROSPECTIVE JUROR:  I WORK FOR CAPITAL VOLKSWAGEN.

2              THE COURT:  OKAY.  WHAT DO YOU DO THERE?

3              PROSPECTIVE JUROR:  WHOLESALE PARTS MANAGER.

4              THE COURT:  ALL RIGHT.  ANY OBJECTION TO THANKING AND

5     EXCUSING MR. VASQUEZ?

6              MR. LEE:  NO, YOUR HONOR.

7              MR. PRICE:  NO, YOUR HONOR.

8              THE COURT:  ALL RIGHT.  THANK YOU.

9              THE CLERK:  CHANGCHI LIU, PLEASE TAKE SEAT NUMBER 36.

10             PROSPECTIVE JUROR:  I'M OKAY TO SERVE, BUT I DON'T

11    LIKE TO MENTION THAT I'M WORKING WITH A COUPLE APPLE ENGINEERS

12    FOR PURCHASING A HOUSE RIGHT NOW.  SO IF THAT'S OKAY, I'M OKAY.

13             THE COURT:  I THINK THAT'S FINE.  YOU CAN BY FAIR IN

14    THIS CASE?

15             PROSPECTIVE JUROR:  YES.

16             THE COURT:  ALL RIGHT.  THANK YOU.

17        SIR, IF YOU WOULD TAKE SEAT 36, WHICH IS NEXT RIGHT TO

18    MS. -- IS IT GIULIANELLI?

19             PROSPECTIVE JUROR:  UM-HUM.

20             THE COURT:  OKAY.  IT'S THE LAST SEAT IN ROW 3.

21        ALL RIGHT.  THANK YOU.

22        OKAY.  NOW, SO WE'VE SORT OF DEALT WITH THIS, I HOPE, BUT

23    OF THE JURORS WHO ARE IN OUR GROUP OF 36, CAN YOU RAISE YOUR

24    HAND IF YOU HAVE HEARD ANYTHING ABOUT ANY DISPUTE BETWEEN APPLE

25    AND SAMSUNG.  LET'S SEE WHO WE HAVE.
```

```
1              OKAY.  LET ME -- SO I'VE GOT MR. DAY, WHO'S NUMBER 3; I'VE
2       GOT MR. CAMPBELL-ROSSEN, WHO'S NUMBER 8; I HAVE MS. DUGGER,
3       WHO'S NUMBER 9; MR. LISSANDRELLO, WHO'S NUMBER 10; MR. SINGH,
4       WHO'S NUMBER 11; LET'S GO TO ROW 2, I'VE GOT MR. TURNER, WHO'S
5       NUMBER 14; I HAVE MS. HERMOSURA, NUMBER 15; MR. MARQUES, NUMBER
6       16; MS. SERNA, NUMBER 17; MS. BAUTISTA, NUMBER 18.  OKAY, LET'S
7       SEE.  MS. ZHENG, WHO'S 22; MS. DOBAY, WHO'S 23.
8              LET'S GO TO ROW 4.  I'VE GOT, IS IT MR. DIXIT?
9                   PROSPECTIVE JUROR:  YES.
10                  THE COURT:  OKAY.  THAT'S 25; MS. AGUILAR, WHO'S 26;
11       MR. PHAM, WHO'S 29; AND IS THAT --
12                  THE CLERK:  MR. KONJUH, I BELIEVE.
13                  THE COURT:  THAT'S NUMBER 33.  OKAY.  DID I GET
14       EVERYBODY?
15             ALL RIGHT.  NOW, ALSO, I THINK WE KIND OF COVERED THIS
16       BEFORE, BUT IF THERE'S ANYONE WHO THINKS THEY HAVE A BIAS AND
17       CAN'T BE AN IMPARTIAL JUROR IN THIS CASE, I THINK WE SORT OF
18       COVERED IT ALREADY, BUT WOULD YOU RAISE YOUR HAND?
19             OKAY.  SO THIS IS WHAT WE'RE GOING TO DO.
20             FOR THE INDIVIDUALS WHO HAVE HEARD ABOUT THIS, ANY DISPUTE
21       BETWEEN THESE PARTIES, I'M GOING TO ASK THAT YOU COME IN ONE AT
22       A TIME AND WE'RE GOING TO INDIVIDUALLY ASK YOU QUESTIONS.  AND
23       IN THE MEANTIME -- HOW MANY PEOPLE DO WE HAVE LEFT IN OUR POOL?
24       CAN YOU RAISE YOUR HAND IF YOU'RE PART OF OUR POOL.  OH, IT'S A
25       VERY TINY NUMBER.
```

```
 1          OKAY.  THEN I DON'T THINK THERE'S A NEED TO SEND ANYONE TO
 2    THE JURY ASSEMBLY ROOM.
 3          MS. MASON, DON'T YOU THINK THEY'LL FIT IN JUDGE LLOYD'S
 4    COURTROOM?
 5              THE CLERK:  THEY WILL FIT, YOUR HONOR.
 6              THE COURT:  OKAY.  SO THEN I'M GOING TO KEEP YOU ALL
 7    TOGETHER.  I WAS ORIGINALLY GOING TO SEND FOLKS DOWN TO THE
 8    JURY ASSEMBLY ROOM, BUT WE'VE LOST SO MANY PEOPLE.  THERE HAVE
 9     BEEN TOO MANY CASUALTIES THIS MORNING.
10          SO I'M GOING TO HAVE THEN EVERYONE PLEASE GO TO
11    JUDGE LLOYD'S COURTROOM, MR. MAHER IS GOING TO TAKE YOU OVER
12    THERE, AND THEN WE'RE GOING TO BRING YOU BACK INDIVIDUALLY ONE
13     AT A TIME.
14          NOW, I WANT EVERYONE TO TAKE WITH YOU -- THERE SHOULD BE A
15    SHEET OF PAPER -- ACTUALLY, THERE ARE TWO SHEETS.  SO ONE OF
16    THEM -- DO THEY HAVE THE LIST OF INDIVIDUALS AND ENTITIES?
17              THE CLERK:  YES, YOUR HONOR.
18              THE COURT:  OKAY.  SO I'D LIKE YOU TO TAKE THAT WITH
19     YOU, AND WHILE YOU'RE WAITING, IF YOU WOULD PLEASE READ THROUGH
20     THE LIST.  IF YOU COME BACK HERE, WE'LL ASK YOU, DO YOU KNOW
21     ANYONE ON THAT LIST OR ANY OF THE ENTITIES ON THAT LIST?
22          SO LET'S USE THAT TIME OVER THERE TO LOOK OVER THAT LIST,
23     PLEASE.
24          AND THEN THE OTHER LISTS ARE LISTS OF QUESTIONS THAT WILL
25     ALSO BE ASKED OF YOU, SO IF YOU WANT TO THINK ABOUT YOUR
```

```
1     ANSWERS TO THOSE AS WELL, THAT'S FINE.

2          BUT WE'LL HAVE EVERYONE GO, BOTH EVERYONE IN THE BOX OF 36

3     AND THE FEW JURORS WE HAVE LEFT, GO TO JUDGE LLOYD'S COURTROOM

4     THERE AND WE'LL CALL YOU IN INDIVIDUALLY, ALTHOUGH WE'LL BREAK

5     AT NOON FOR EVERYONE, OKAY, AND WE'LL TAKE A LUNCH BREAK UNTIL

6     1:00 O'CLOCK.

7          AND WHEN YOU COME BACK AT 1:00, IF YOU -- CAN THEY STILL

8     GO TO JUDGE LLOYD'S COURTROOM?

9               THE CLERK:  YES, YOUR HONOR.

10              THE COURT:  ALL RIGHT.  SO WHEN YOU COME BACK AT

11    1:00, PLEASE GO BACK TO JUDGE LLOYD'S COURTROOM BECAUSE IT'S

12    GOING TO TAKE US SOME TIME TO GO THROUGH THIS ENTIRE LIST ONE

13    BY ONE.  OKAY?

14         ALL RIGHT.  THANK YOU.  SO IF EVERYONE PLEASE WILL GO.

15    MR. MAHER IS GOING TO TAKE YOU OVER TO JUDGE LLOYD'S COURTROOM.

16         WHY DON'T, NUMBER 3, THAT'S MR. DAY, IF YOU WOULD STAY,

17    YOU'LL BE THE FIRST ONE, AND WE'LL JUST GO NUMERICALLY DOWN THE

18    NUMBERS.

19         AND MS. LIU IS GOING TO STAY IN THE COURTROOM TO ENFORCE

20    THE NO TALKING ABOUT THE CASE, NO RESEARCHING THE CASE

21    INSTRUCTIONS.  SO SHE'LL REMAIN THERE.

22              PROSPECTIVE JUROR:  EVERYONE, OR JUST --

23              THE COURT:  YES, EVERYONE.  I ONLY WANT MR. DAY TO

24    STAY FOR NOW.  AND THEN WE'LL CALL EVERYONE ELSE ONE BY ONE.

25              (PAUSE IN PROCEEDINGS.)
```

```
1              (ONLY JUROR DAY PRESENT.)

2              THE COURT:  ALL RIGHT.  PLEASE TAKE A SEAT.

3         OKAY.  THE RECORD SHOULD REFLECT THAT ALL THE JURORS HAVE

4    LEFT.

5              THERE'S NO OTHER JUROR IN THE ROOM; CORRECT?

6         OKAY.  THE RECORD SHOULD REFLECT ALL OF THE JURORS HAVE

7    LEFT THE COURTROOM EXCEPT FOR NUMBER 3, WHAT IS MR. MATHEW DAY.

8         SO, MR. DAY, WOULD YOU PLEASE LET US KNOW WHAT YOU HAVE

9    HEARD ABOUT ANY DISPUTE BETWEEN APPLE AND SAMSUNG?

10             PROSPECTIVE JUROR:  NOT A LOT, OTHER THAN I KNOW IT

11   WAS A PATENT CASE.

12             THE COURT:  OKAY.  AND DO YOU KNOW OR REMEMBER FROM

13   WHAT SOURCE YOU HEARD OR LEARNED?

14             PROSPECTIVE JUROR:  OH, PROBABLY ONE WEBSITE, NEWS

15   WEBSITE OR ANOTHER.  I CAN'T REMEMBER.  IT'S BEEN A WHILE.

16             THE COURT:  OKAY.  AND DO YOU KNOW HOW LONG AGO THAT

17   WAS?

18             PROSPECTIVE JUROR:  OH, PROBABLY THREE OR FOUR MONTHS

19   AGO.

20             THE COURT:  OKAY.  AND DO YOU RECALL ANYTHING ELSE IN

21   THAT ARTICLE?

22             PROSPECTIVE JUROR:  NO, NO.  I DON'T THINK I EVEN

23   READ IT.  I THINK I JUST SKIMMED THE HEADLINES.

24             THE COURT:  OKAY.  AND HOW DID YOU COME ACROSS THAT

25   NEWS WEBSITE?  IS THAT ONE YOU NORMALLY CHECK?
```

```
1              PROSPECTIVE JUROR:  YEAH, I HAVE MY LIST THAT I GO

2      THROUGH DAILY AND THAT JUST POPPED UP ON THE LIST.

3              THE COURT:  OKAY.  DO YOU HAVE AN OPINION ABOUT THE

4      DISPUTE?

5              PROSPECTIVE JUROR:  NO.

6              THE COURT:  OKAY.  DO YOU KNOW -- OKAY.  SO BEYOND

7      THAT IT'S A PATENT CASE, THERE'S NOTHING ELSE YOU KNOW ABOUT,

8      ABOUT THE DISPUTE?

9              PROSPECTIVE JUROR:  NO.

10              THE COURT:  HAVE YOU TALKED WITH ANYONE ELSE ABOUT

11      THE DISPUTE?

12              PROSPECTIVE JUROR:  NO.

13              THE COURT:  HAS ANYONE SHARED THEIR OPINIONS ABOUT

14      THE DISPUTE WITH YOU?

15              PROSPECTIVE JUROR:  NO.

16              THE COURT:  OKAY.  WILL YOU BE A FAIR AND IMPARTIAL

17      JUROR IN THIS CASE?

18              PROSPECTIVE JUROR:  ABSOLUTELY.

19              THE COURT:  ALL RIGHT.  IS THERE ANYTHING THE PARTIES

20      WANT TO ASK?

21              MR. LEE:  NO, YOUR HONOR.

22              MR. PRICE:  NO, YOUR HONOR.

23              THE COURT:  ALL RIGHT.  THANK YOU, MR. DAY.

24        I'M GOING TO ASK YOU TO PLEASE GO WITH MR. MAHER BACK TO

25      THE COURTROOM, AND IF YOU WOULD PLEASE BRING IN NUMBER 8, WHO
```

1          IS MR. CAMPBELL-ROSSEN, LEONARD CAMPBELL-ROSSEN.

2               (JUROR DAY NOT PRESENT.)

3               THE COURT:  YOU KNOW WHAT WE SHOULD PROBABLY DO,

4     LET'S HAVE THE NEXT JUROR READY AND WAITING IN THAT JURY ROOM.

5     THAT WAY THEY'RE READY TO GO, AND WE'LL SAVE A LITTLE TIME.

6               I DON'T WANT MORE THAN ONE IN THERE TOGETHER, BUT AT LEAST

7     ONE READY TO COME IN.

8               THANK YOU.

9               (PAUSE IN PROCEEDINGS.)

10              THE COURT:  I'M HOPING, SINCE SO MANY PEOPLE HAVE

11    ALREADY EXPRESSED THEIR VIEWS SOMEWHAT ABOUT THESE COMPANIES

12    AND THESE CASES, THAT WE WON'T LOSE A LOT OF PEOPLE IN THIS

13    PROCESS.  THAT'S MY HOPE.

14              (PAUSE IN PROCEEDINGS.)

15              MR. PRICE:  YOUR HONOR, JUST TO BE CLEAR, THE JUROR

16    THAT'S WAITING WILL NOT BE ABLE TO HEAR WHAT'S GOING ON OUT

17    HERE?

18              THE COURT:  THAT'S RIGHT.

19              MR. PRICE:  OKAY.

20              THE COURT:  SO THEY'RE ALL IN JUDGE LLOYD'S

21    COURTROOM, WHICH IS TOTALLY EMPTY, AND THERE'S NO SOUND,

22    THERE'S NOTHING GOING ON THERE.

23              AND WE HAVE MS. LIU POSTED THERE TO KEEP THE ENFORCEMENT

24    RULE OF NO CONVERSATIONS ABOUT THE CASE, ANYTHING TO DO WITH

25    THE CASE.

```
 1                    MR. PRICE:  I WAS WONDERING ABOUT THE JUROR THAT WILL
 2        BE IN THE WINGS HERE.
 3                    THE COURT:  OH, OH.  YOU MEAN IN THIS JURY ROOM?
 4                    MR. PRICE:  YES.
 5                    THE COURT:  NO, THERE'S NO SOUND THERE.
 6                    MR. PRICE:  OKAY.
 7                    THE COURT:  YEAH.
 8                    MS. WIGMORE:  JUDGE, WHO'S THE NEXT PERSON?
 9                    THE COURT:  NUMBER 9, WHO IS MS. DUGGER, NUMBER 9,
10        10, AND 11 ARE THE NEXT LINED UP.
11            SO WE HAVE NUMBER 8, WHO IS MR. CAMPBELL-ROSSEN.
12            (ONLY JUROR CAMPBELL-ROSSEN PRESENT.)
13                    THE COURT:  PLEASE TAKE A SEAT, SIR.
14            WHAT HAVE YOU HEARD ABOUT ANY DISPUTE BETWEEN APPLE AND
15        SAMSUNG?
16                    PROSPECTIVE JUROR:  WELL, I'VE BEEN FOLLOWING IT FOR
17        YEARS.  I THINK THIS IS THE SAME -- I'M NOT SURE IF THIS IS THE
18        SAME -- NOT RECENTLY, BUT I'VE BEEN FOLLOWING IT IN THE NEWS
19        WHEN THEY FIRST STARTED YEARS AGO, AND I FOLLOWED IT, YOU KNOW,
20        IN THE DIFFERENT PAPERS I GET AND WHAT I'VE READ.  SO I'VE
21        JUST -- IT WAS PATENT LAWSUITS AND -- SO, YEAH.  I'M JUST -- I
22        READ A LOT, AND I'M IN THE COMPUTER INDUSTRY.
23                    THE COURT:  I SEE.  WHO DO YOU WORK FOR?
24                    PROSPECTIVE JUROR:  RIGHT NOW I WORK FOR MICROFOCUS.
25                    THE COURT:  OKAY.  AND WHO HAVE YOU WORKED FOR LIKE
```

```
1        IN THE LAST TEN YEARS?

2                PROSPECTIVE JUROR:  LET'S SEE, VERITAS, SYMANTEC,

3        HEWLETT-PACKARD ENTERPRISE, AND MOST RECENTLY FOR MICROFOCUS.

4                THE COURT:  OKAY.  AND DO YOU HAVE AN OPINION ABOUT

5        THE CASE OR ANY DISPUTE BETWEEN THESE PARTIES?

6                PROSPECTIVE JUROR:  OH, I HAVE OPINIONS ABOUT -- NOT

7        ABOUT THE CASE OR WHO'S RIGHT OR WRONG.  I JUST HAVE GENERAL

8        OPINIONS ABOUT PATENTS AND THINGS.

9                THE COURT:  WHAT ARE THOSE?  WHY DON'T YOU SHARE

10       THEM.

11               PROSPECTIVE JUROR:  WELL, IT'S JUST A COTTAGE

12       INDUSTRY IN THE SENSE THAT PEOPLE TAKE OWNERSHIP FOR IDEAS AND

13       THOUGHTS.  IT'S --

14               THE COURT:  AND YOU THINK THAT'S NOT RIGHT?

15               PROSPECTIVE JUROR:  WELL, IT'S NOT THAT IT'S RIGHT.

16       I THINK THAT THE --

17               THE COURT:  I'M SORRY, JUST WAIT ONE MINUTE.

18            AND WE'RE SURE -- CAN YOU JUST DOUBLE-CHECK THAT THEY

19       CAN'T HEAR ANYTHING IN THERE.  I DON'T THINK THERE'S SOUND,

20       BUT --

21            ALL RIGHT.  GO AHEAD, PLEASE.

22               PROSPECTIVE JUROR:  IT'S HARD TO TELL WHO'S RIGHT OR

23       WRONG, BECAUSE SOME OF THESE PATENTS AND SOME OF THESE IDEAS

24       CLEARLY --

25               THE COURT:  I'M SORRY, ONE MINUTE.
```

```
 1              MR. MAHER:  YEAH.

 2              THE COURT:  ALL RIGHT.  GO AHEAD.

 3              PROSPECTIVE JUROR:  SOME OF THESE THINGS I THINK

 4   CLEARLY WERE DERIVED AND CREATED OR THOUGHT OF MANY YEARS

 5   BEFORE THESE COMPANIES EVEN GOT THEM CONCEPTUALLY.  SO I

 6   JUST -- THIS WHOLE LITIGATION I JUST THINK IT'S -- IT'S

 7   ENTERTAINING.

 8              THE COURT:  UM-HUM.

 9              PROSPECTIVE JUROR:  PROBABLY NOT FOR THE PEOPLE

10   CONCERNED.

11              THE COURT:  OKAY.  ALL RIGHT.  WE HAVE A JUROR IN

12   THERE AND I JUST DON'T WANT THAT PERSON TO HEAR WHAT YOU'RE

13   SAYING.  SO WHENEVER THAT DOOR OPENS, IF YOU WOULD PLEASE STOP.

14              PROSPECTIVE JUROR:  YEAH.  ANYWAY --

15              THE COURT:  OKAY.

16              PROSPECTIVE JUROR:  I DON'T KNOW WHAT THIS IS ABOUT,

17   THOUGH.

18              THE COURT:  ALL RIGHT.  BUT IT SOUNDS LIKE YOU THINK

19   THIS INTELLECTUAL PROPERTY IS -- HAS BEEN DECIDED OR DEVELOPED

20   BY SOMEBODY ELSE, SO WHAT'S THIS FIGHT EVEN WORTH?  IS THAT

21   RIGHT?  THAT'S KIND OF WHAT I'M HEARING FROM YOU.  I DON'T WANT

22   TO PUT WORDS IN YOUR MOUTH.

23              PROSPECTIVE JUROR:  YEAH.  I -- NATURALLY I'VE TALKED

24   TO A LOT OF PEOPLE, YOU KNOW, IN THE INDUSTRY, THE PEOPLE I

25   WORK WITH, AND PEOPLE -- AND WE'D BE SITTING AROUND EATING
```

```
1     LUNCH AND SAYING, HEY, DID YOU KNOW THAT XEROX DID THAT AND

2     THEY DID IT THIS WAY IN 1957 OR SOMETHING.

3              THE COURT:  YEAH.

4              PROSPECTIVE JUROR:  AND WE ALL LAUGHED ABOUT IT.

5              THE COURT:  YEAH.

6              PROSPECTIVE JUROR:  BUT THAT'S THE KIND OF BANTERING

7     THAT WOULD GO ON.

8              THE COURT:  I SEE.

9              PROSPECTIVE JUROR:  YEAH.

10             THE COURT:  OKAY.

11             PROSPECTIVE JUROR:  I DON'T KNOW.  I'M JUST TRYING TO

12    BE TRANSPARENT.

13             THE COURT:  NO, I APPRECIATE IT.  I APPRECIATE IT.

14          ANY OBJECTION TO THANKING MR. CAMPBELL-ROSSEN FOR CAUSE?

15             MR. LEE:  NO, YOUR HONOR.

16             MR. PRICE:  YOUR HONOR, I DO.  I DON'T THINK IT'S

17    BEEN ESTABLISHED THAT HE -- IF HE'S TOLD THAT THIS CASE

18    INVOLVES PATENTS WHICH HAVE BEEN FOUND INFRINGED AND VALID, AND

19    IT'S A QUESTION OF DAMAGES, I DON'T THINK WE'VE EXAMINED

20    WHETHER HE CAN BE FAIR IN THAT CASE.

21             THE COURT:  DO YOU WANT TO ANSWER THAT QUESTION OF

22    MR. PRICE?

23             PROSPECTIVE JUROR:  COULD YOU PLEASE REPEAT THAT?

24             MR. PRICE:  SURE.  IN THIS CASE SAMSUNG HAS BEEN

25    FOUND TO INFRINGE VALID PATENTS AND THE CASE IS ABOUT WHAT ARE
```

```
1         THE DAMAGES.

2              PROSPECTIVE JUROR:  OH.

3              MR. PRICE:  SO IN THAT SITUATION, DO YOU THINK THAT

4    YOU WOULD HAVE -- THAT YOU'D BE ABLE TO LOOK AT THE EVIDENCE

5    AND DECIDE FAIRLY WHAT THE DAMAGES WOULD BE?

6              PROSPECTIVE JUROR:  YES.  IF IT'S ALREADY BEEN

7    DECIDED, I MEAN --

8              MR. LEE:  YOUR HONOR, I ACTUALLY HAVE MORE OF A

9    CONCERN BECAUSE OF VALIDITY AND INFRINGEMENT THAT HAS BEEN

10   DECIDED.  TO SEAT SOMEONE WHO HAS FAIRLY HELD STRONG VIEWS

11   ABOUT THE PATENT SYSTEM AND PATENTS IN THIS AREA WOULD NOT BE

12   AN UNBIASED JUROR, EVEN IF --

13             THE COURT:  SO WHAT NEWS SOURCES DID YOU LOOK AT?

14   YOU SAID YOU'VE BEEN FOLLOWING THIS CASE FOR YEARS.

15             PROSPECTIVE JUROR:  NO, I HAVEN'T, I HAVEN'T -- I WAS

16   FOLLOWING IT FOR MANY YEARS, BUT I HAVEN'T REALLY LOOKED AT --

17   I SEE THEM COME UP, BUT I'M NOT REALLY INTERESTED ANYMORE AND I

18   HAVEN'T REALLY READ ANYTHING ABOUT SAMSUNG AND APPLE FOR QUITE

19   SOME TIME.

20        I DO REMEMBER THAT I THINK APPLE WON THE CASE, CASES.

21   SAMSUNG WAS FOUND GUILTY.  THEY WERE ASKED TO PAY A CERTAIN

22   AMOUNT OF MONEY.  IT WAS A VERY LARGE AMOUNT.

23        THEN THE AMOUNT WAS REDUCED.  AND THAT'S KIND OF, LIKE, I

24   THOUGHT, OH, IT'S OVER.

25             SO --
```

1          THE COURT:  BUT YOU SAID YOU AND YOUR COLLEAGUES WERE

2     LAUGHING ABOUT THE PATENTS.

3          PROSPECTIVE JUROR:  THE WHOLE --

4          THE COURT:  THAT SOMEONE WAS BEFORE -- SO I'M GOING

5     TO EXCUSE HIM FOR CAUSE.  HE DOESN'T EVEN THINK THE PATENTS ARE

6     VALID.  THANK YOU VERY MUCH.

7          PROSPECTIVE JUROR:  YOU'RE VERY WELCOME.

8          THE COURT:  YOU CAN NOW, IF YOU WOULD PLEASE, LEAVE

9     YOUR PAPER ON SEAT 8, AND YOU'RE THANKED AND EXCUSED.

10         I WOULD RECOMMEND THAT YOU GO SEE MS. MATAMOROS IN THE

11    JURY ASSEMBLY ROOM BECAUSE SHE CAN VALIDATE YOUR PARKING AND

12    DEAL WITH YOUR JUROR FEES OR SEE IF THERE'S ANOTHER TRIAL THAT

13    MAY NEED YOU.

14         PROSPECTIVE JUROR:  ALL RIGHT.  THANK YOU, YOUR

15    HONOR.

16         THE COURT:  ALL RIGHT.  THANK YOU.

17         PROSPECTIVE JUROR:  WHAT'S THE BEST WAY OUT, HERE?

18         THE COURT:  NO, I'D PREFER YOU GO AHEAD AND GO OUT

19    THROUGH THE PUBLIC ELEVATORS.  THANK YOU.  THANK YOU VERY MUCH.

20         ALL RIGHT.  CAN WE HAVE NUMBER 9, PLEASE.

21         (JUROR CAMPBELL-ROSSEN NOT PRESENT.)

22         (ONLY JUROR DUGGER PRESENT.)

23         THE COURT:  ALL RIGHT.  SEAT NUMBER 9 IS MS., IS IT

24    DUGGER OR DUGGER?

25         PROSPECTIVE JUROR:  EITHER.  HOWEVER YOU WANT TO

```
1         PRONOUNCE IT, BUT IT'S USUALLY DUGGER.

2              THE COURT:  DUGGER, ALL RIGHT.

3         SO GO AHEAD, PLEASE, AND LET US KNOW WHAT YOU HAVE HEARD

4    ABOUT ANY DISPUTE BETWEEN APPLE AND SAMSUNG?

5              PROSPECTIVE JUROR:  IT WAS QUITE A WHILE AGO, I THINK

6    IT WAS MORE THAN FIVE YEARS AGO WHEN THEY WERE -- THEY WERE

7    DISCUSSING A CONFLICT ABOUT THE APP -- THE -- I BELIEVE IT WAS

8    A SAMSUNG PHONE WHERE THERE WAS PATENT INFRINGEMENT OR

9    SOMETHING.  AND I DIDN'T ACTUALLY FOLLOW UP ON ALL THE DETAILS.

10        I TEND NOT TO DRAW CONCLUSION ON WHO WAS RIGHT AND WRONG

11   UNLESS I KNOW ALL THE FACTS AND SO THAT WASN'T SOMETHING THAT I

12   FOLLOWED UP ON AND MADE A PERSONAL DECISION ON WHO WAS RIGHT OR

13   WRONG IN THAT CASE.

14             THE COURT:  OKAY.  AND DID YOU -- I'M SORRY TO

15   INTERRUPT YOU.  GO AHEAD.

16             PROSPECTIVE JUROR:  THAT'S ALL.  JUST THAT I DIDN'T

17   MAKE A PERSONAL --

18             THE COURT:  AND IF IT'S MORE COMFORTABLE FOR YOU TO

19   SIT DOWN, PLEASE GO AHEAD AND TAKE A SEAT.

20             PROSPECTIVE JUROR:  OH, I'M FINE.  I NEED TO STAND

21   UP.

22             THE COURT:  FROM WHAT SOURCES DO YOU THINK YOU

23   LEARNED ABOUT THE DISPUTE?

24             PROSPECTIVE JUROR:  PROBABLY NBC NEWS.  NOTHING MORE

25   THAN JUST EVENING NEWS.
```

```
1                THE COURT:  OKAY.  ALL RIGHT.  AND YOU SAID YOU DON'T
2        HAVE AN OPINION ONE WAY OR THE OTHER; RIGHT?
3                PROSPECTIVE JUROR:  RIGHT.
4                THE COURT:  OKAY.  AND HAVE YOU TALKED WITH ANYONE
5        ABOUT THE DISPUTE?
6                PROSPECTIVE JUROR:  YEARS AGO, YEAH, THERE WAS A
7        DISCUSSION.  BUT I -- YOU KNOW, WITH PEOPLE THAT I KNEW.  I WAS
8        IN COLORADO AT THE TIME.  SO --
9                THE COURT:  AND ARE YOU IN THE EITHER COMPUTER, PHONE
10       INDUSTRY?  WHAT DO YOU DO FOR WORK?
11               PROSPECTIVE JUROR:  I'VE WORKED IN I.T. AS A SUPPORT
12       PERSON FOR 15 YEARS.  BUT NOW I HAVE MY OWN BUSINESS AND I DO
13       PRODUCT DEVELOPMENT, AND I HELP MY SIGNIFICANT OTHER WITH
14       STAYING ORGANIZED.
15               THE COURT:  OKAY.  AND WERE YOU IN I.T. WHEN YOU
16       HEARD ABOUT THIS -- A PATENT INFRINGEMENT SUIT FIVE YEARS AGO?
17       WERE YOU IN I.T.?  WERE YOU IN THE BUSINESS OF TECHNOLOGY?
18               PROSPECTIVE JUROR:  YEAH, I WAS IN -- BUT NOT WITH
19       CELL PHONES OR ANYTHING.
20               THE COURT:  OKAY.
21               PROSPECTIVE JUROR:  I WAS WITH -- IT'S A COMPANY
22       CALLED NICE SYSTEMS, N-I-C-E, SYSTEMS, AND THEY DO VOICE
23       RECORDING.  SO COMPLETELY DIFFERENT.
24               THE COURT:  OKAY.  BUT THE PEOPLE THAT YOU SPOKE WITH
25       ABOUT THE PATENT INFRINGEMENT DISPUTE, DID THEY SHARE THEIR
```

1    OPINIONS WITH YOU ABOUT THE CASE?  DID YOU SHARE YOUR OPINIONS

2    WITH THEM?

3              PROSPECTIVE JUROR:  NOT REALLY ANYTHING SIGNIFICANT,

4    LIKE WHO, WHO THEY THOUGHT WAS RIGHT -- OR WHO THEY THOUGHT WAS

5    RIGHT OR WRONG, BUT THAT IT WAS A CONFLICT.  AND -- WELL, I

6    GUESS THE ONLY THING WOULD BE JUST, YOU KNOW, DECIDING ON -- I

7    DECIDED ON AN APPLE PRODUCT VERSUS SAMSUNG BECAUSE THERE MIGHT

8    BE A PROBLEM WITH THE PHONE LATER ON.  SO --

9              THE COURT:  YOU MEAN A PROBLEM BECAUSE OF THE CASE?

10   OR WHAT?

11             PROSPECTIVE JUROR:  YEAH, BECAUSE -- I MEAN, WHO

12   KNOWS IF SUPPORT MIGHT END ON A CERTAIN PRODUCT IF THEY LOST

13   THE CASE I GUESS.  SO A PERSONAL DECISION ABOUT WHAT CELL PHONE

14   TO BUY WAS KIND OF MORE -- THAT'S HOW I MAKE DECISIONS, BECAUSE

15   I'VE BEEN IN I.T., AND I KNOW WHAT HAPPENS TO SUPPORT AFTER A

16   PRODUCT GOES TO THE WAYSIDE.  SO --

17             THE COURT:  UM-HUM.  AND WHAT KIND OF PHONE DO YOU

18   HAVE NOW?

19             PROSPECTIVE JUROR:  APPLE.

20             THE COURT:  WOULD YOU BE FAIR TO SAMSUNG IN THIS

21   CASE?

22             PROSPECTIVE JUROR:  I BELIEVE I WOULD BECAUSE I DON'T

23   REALLY KNOW, YOU KNOW -- IT'S NOT -- IT'S MORE OF A -- IT'S

24   WHAT PRODUCT I WOULD BUY AND NOT ONE ABOUT WHO WAS RIGHT OR

25   WRONG BECAUSE I DON'T KNOW WHO WAS RIGHT OR WRONG IN THAT CASE.

```
 1              THE COURT:  OKAY.  AND WHEN YOU'RE TALKING WITH --

 2     WERE THESE WORK COLLEAGUES THAT YOU WERE TALKING TO OR FRIENDS,

 3     OR WHAT WAS THE CONTEXT OF THAT CONVERSATION ABOUT THE DISPUTE?

 4              PROSPECTIVE JUROR:  YEAH, WORK COLLEAGUES.

 5              THE COURT:  AND --

 6              PROSPECTIVE JUROR:  YEAH.

 7              THE COURT:  DID YOU ALL TALK ABOUT THE ACTUAL

 8     INTELLECTUAL PROPERTY THAT WAS THE SUBJECT OF THAT SUIT?

 9              PROSPECTIVE JUROR:  NOT ANY DETAILS, NO.

10              THE COURT:  ALL RIGHT.  ANY QUESTIONS?

11              MR. LEE:  NO, YOUR HONOR.

12              THE COURT:  MR. PRICE?

13              MR. PRICE:  YEAH, JUST A FEW QUESTIONS OF MS. DUGGER.

14        YOU SAID THAT THIS EFFECT OF WHAT KIND OF PHONE YOU WERE

15     GOING TO BUY BECAUSE YOU WERE WORRIED ABOUT PRODUCT SUPPORT?

16              THE DEFENDANT:  YEAH.

17              MR. PRICE:  DO YOU HAVE ANY MEMORY AS TO, AS TO

18     WHETHER THERE WAS ANYTHING IN PARTICULAR YOU THOUGHT WOULD NOT

19     BE SUPPORTED IN THE SAMSUNG PHONE BECAUSE OF THE DISPUTES THAT

20     WERE GOING ON?

21              PROSPECTIVE JUROR:  NO, NOT ANYTHING IN PARTICULAR.

22     I JUST KNOW THAT SOMETIMES SUPPORT GOES TO THE WAYSIDE WHEN --

23     IF A COMPANY CAN'T PROVIDE SUPPORT FOR IT.

24        I'M NOT SAYING IT HAPPENED, BECAUSE IT DIDN'T, I DON'T

25     THINK.
```

```
 1              MR. PRICE:  WERE YOU WORRIED THAT SAMSUNG MIGHT GO

 2    OUT OF BUSINESS OR JUST THAT A PARTICULAR PHONE MIGHT --

 3              PROSPECTIVE JUROR:  OR THAT PHONE MIGHT NOT -- MAY

 4    NOT STAY ON THE, YOU KNOW, AS A VIABLE PHONE.  YOU KNOW,

 5    OTHER -- YOU KNOW, CELL PHONE SERVICES MIGHT NOT CONTINUE TO

 6    GIVE GOOD SERVICE FOR THAT KIND OF A PHONE OR SUPPORT.  YOU

 7    KNOW, THAT KIND OF THING CAN HAPPEN.  SO AFTER 15 YEARS IN

 8    I.T., I KNOW.

 9              MR. PRICE:  SO YOU THOUGHT THAT KIND OF THING MIGHT

10    HAPPEN IF APPLE WON THIS CASE, OR A CASE AGAINST SAMSUNG?

11              PROSPECTIVE JUROR:  YEAH, YEAH.

12              MR. PRICE:  HOW LONG AGO WAS IT THAT YOU MADE THIS

13    DECISION TO BUY AN APPLE PHONE PARTLY BECAUSE YOU WERE WORRIED

14    SAMSUNG MIGHT NOT BE ABLE TO SUPPORT IT?

15              PROSPECTIVE JUROR:  IT WAS ABOUT FIVE YEARS AGO.  I

16    STILL HAVE AN IPHONE 5.

17              MR. PRICE:  THAT WAS MY NEXT QUESTION IS HAS -- SO

18    YOU'VE JUST KEPT THAT SAME PHONE?

19              PROSPECTIVE JUROR:  YEAH, I HAVE IT.

20              MR. PRICE:  HAVE YOU HAD ANY OTHER PRODUCTS THAT --

21    WHERE YOU'VE BOUGHT APPLE INSTEAD OF SAMSUNG BECAUSE YOU WERE

22    WORRIED ABOUT THE EFFECT THAT THIS MIGHT HAVE ON SAMSUNG AND

23    SUITS AGAINST APPLE?

24              PROSPECTIVE JUROR:  NO, I HAVEN'T MADE ANY OTHER

25    PRODUCT DECISIONS THAT -- ACTUALLY, I BOUGHT A SAMSUNG --
```

```
 1         BEFORE I BOUGHT THE APPLE, I BOUGHT A SAMSUNG LAPTOP.  SO --

 2     AND SO IT DIDN'T AFFECT THAT DECISION.

 3              THE COURT:  DO YOU HAVE ANY OTHER SAMSUNG PRODUCTS IN

 4     YOUR HOME?

 5              PROSPECTIVE JUROR:  NO.

 6              THE COURT:  OKAY.

 7              MR. PRICE:  I DON'T THINK I HAVE ANY FURTHER

 8     QUESTIONS FOR NOW.

 9              THE COURT:  ALL RIGHT.  THANK YOU.

10          ALL RIGHT.  THANK YOU.  IF YOU CAN GO, PLEASE, BACK TO --

11     OH, WOW.  IT'S ALREADY PAST NOON.

12          I THINK WE SHOULD GO AHEAD AND TAKE OUR LUNCH BREAK NOW.

13          WERE YOU GOING TO SAY SOMETHING, MR. LEE?

14              MR. LEE:  YES, YOUR HONOR.  AFTER -- NO, NO.  NOT FOR

15     MS. DUGGER.

16              THE COURT:  OH, OKAY.  ALL RIGHT.

17              MR. LEE:  THANK YOU.

18              THE COURT:  SO, YEAH, IF YOU CAN GO AHEAD AND TELL

19     THE JURORS, PLEASE, THAT THEY'RE FREE TO GO TO LUNCH AND BE

20     BACK AT 1:00 TO -- LET'S SAY 1:05 BECAUSE IT'S ALREADY 12:03,

21     GO BACK TO JUDGE LLOYD'S COURTROOM AT 1:05.  THANK YOU.

22          OKAY.  LET'S --

23          (JUROR DUGGER NOT PRESENT.)

24              THE COURT:  LET'S WAIT UNTIL THE DOOR CLOSES.  THERE

25     ARE NO JURORS IN THE COURTROOM.
```

1         MR. LEE:  YOUR HONOR, WHEN WE COME BACK AFTER LUNCH,

2    I WAS WONDERING IF YOU COULD INDIVIDUALLY VOIR DIRE JUROR

3    NUMBER 12 ON THE QUESTION OF KNOWING ABOUT THE LAWSUITS.  THIS

4    IS THE PERSON WHO WAS AN APPLE EMPLOYEE FROM 2010 TO 2012, BUT

5    DIDN'T RAISE HIS HAND WHEN HE WAS ASKED WHETHER HE KNEW ABOUT

6    THE LAWSUITS.

7         THE COURT:  OKAY.  ALL RIGHT.  I'LL ADD HIM.

8         MR. LEE:  THANK YOU.

9         THE COURT:  DID YOU WANT TO TALK ABOUT MS. DUGGER

10   NOW, MR. PRICE?

11        MR. PRICE:  YEAH, NOW IS -- I'LL START NOW, YOUR

12   HONOR.  I WOULD ASK THAT SHE BE REMOVED FOR CAUSE BECAUSE SHE

13   ACTUALLY CHANGED HER BEHAVIOR BECAUSE OF THE MERE ALLEGATIONS

14   AGAINST SAMSUNG, AND I THINK SOMEONE WHO BEHAVES IN THAT

15   FASHION IS SHOWING A BIAS THAT, YOU KNOW, THAT IS PERHAPS

16   SUBCONSCIOUS, PERHAPS CONSCIOUS, BUT OF WHICH THEY WILL NOT BE

17   ABLE TO PUT TO THE SIDE.

18        THE COURT:  DO YOU WANT TO COMMENT ON THAT?

19        MR. LEE:  I DON'T AGREE.  SHE SAID AS AN EXPERIENCED

20   I.T. PROFESSIONAL, SHE WORRIES IF SOMEONE STOPS SUPPORTING A

21   PRODUCT, THAT YOU MAY NOT BE ABLE TO USE THAT PRODUCT.  AND SHE

22   JUST SAID THAT'S HER GENERAL EXPERIENCE.  SHE DIDN'T INDICATE

23   THAT SHE COULDN'T BE FAIR TO BOTH PARTIES.  SHE BOUGHT A

24   SAMSUNG LAPTOP.  SHE HAS AN IPHONE 5.

25        I DON'T THINK THERE'S ANYTHING THAT WOULD REQUIRE HER TO

```
 1          BE EXCUSED FOR CAUSE.
 2                  THE COURT:  ALL RIGHT.  I'M GOING TO DENY THE EXCUSAL
 3          FOR CAUSE NOW, BUT LET'S SEE HOW THE REST OF HER QUESTIONING
 4          GOES, OKAY, AND YOU CAN RENEW YOUR MOTION IF YOU THINK THERE'S
 5          SOMETHING FURTHER THAT DEVELOPS THAT WOULD UNDERMINE HER
 6          ABILITY TO BE FAIR.
 7              OKAY.  I'D LIKE US TO GO AHEAD AND TAKE OUR BREAK, PLEASE.
 8          WHEN WE COME BACK, WE'LL DO 10, 11, 12, 14, 15, 16, 17, 18.
 9          OKAY.  AND THEN 22, 23, 25, 26, 29, AND 33.
10                  ALL RIGHT.  THANK YOU.
11              EXCUSE ME.  ALL OF THE OPENING DEMONSTRATIVES WERE
12          SUPPOSED TO BE DELIVERED TO MS. MASON AT 8:30, AND WE DON'T
13          HAVE THE SAMSUNG SLIDES.  IT'S AFTER NOON.
14                  MS. MAROULIS:  YOUR HONOR, I WILL CHECK IMMEDIATELY.
15                  THE COURT:  OKAY.  THANK YOU.
16              (THE LUNCH RECESS WAS TAKEN FROM 12:06 P.M. UNTIL
17          1:03 P.M.)
18
19
20
21
22
23
24
25
```

```
 1                        AFTERNOON SESSION

 2           (COURT CONVENED AT 1:03 P.M.)

 3               THE CLERK:  PLEASE BE SEATED.

 4               THE COURT:  WELCOME BACK.  WE'RE WAITING TO GET THE

 5     NEXT JUROR.

 6           (PAUSE IN PROCEEDINGS.)

 7           (ONLY JUROR LISSANDRELLO PRESENT.)

 8               THE CLERK:  JUROR NUMBER 10 IS HERE.

 9               THE COURT:  THIS IS MR. LISSANDRELLO.

10       DID I PRONOUNCE THAT CORRECTLY?

11               PROSPECTIVE JUROR:  YES, YOU DID.

12               THE COURT:  WELCOME BACK, SIR.  SO WHAT HAVE YOU

13     HEARD ABOUT ANY DISPUTE BETWEEN APPLE AND SAMSUNG?

14               PROSPECTIVE JUROR:  ACTUALLY, I DIDN'T REALIZE THAT

15     IT WAS STILL GOING ON, BUT I THOUGHT THAT APPLE WAS SUING

16     SAMSUNG FOR STEALING SOME OF THEIR PROPRIETARY, I GUESS, FOR

17     LACK OF A BETTER WORD, INVENTIONS.

18               THE COURT:  OKAY.  AND HOW LONG AGO DID YOU HEAR

19     THAT?

20               THE DEFENDANT:  I THOUGHT IT WAS MAYBE TWO OR THREE

21     YEARS AGO.

22               THE COURT:  OKAY.  AND DO YOU RECALL WHAT WAS YOUR

23     SOURCE OF INFORMATION?

24               PROSPECTIVE JUROR:  JUST THE LOCAL MEDIA, MAYBE THE

25     LOCAL NEWS OR NATIONAL NEWS, NIGHTLY NEWS.
```

```
 1                  THE COURT:  SO IT'S TV?

 2                  PROSPECTIVE JUROR:  PROBABLY, YES.

 3                  THE COURT:  OKAY.  AND DO YOU HAVE AN OPINION ABOUT

 4       WHAT YOU HEARD?

 5                  PROSPECTIVE JUROR:  NO, I DON'T.

 6                  THE COURT:  ALL RIGHT.  SO YOU KNOW THAT A LAWSUIT

 7       WAS FILED, BUT DID YOU EVER HEAR ANYTHING ABOUT ANY OUTCOMES?

 8                  PROSPECTIVE JUROR:  ACTUALLY, NO, BECAUSE I DIDN'T

 9       FOLLOW IT, AND I'M SURPRISED THAT WE'RE HERE TODAY.  I THOUGHT

10       THAT WAS OVER.  I THOUGHT THOSE PROCEEDINGS WERE DONE WITH.

11                  THE COURT:  OKAY.  BUT YOU DIDN'T HEAR ABOUT ANY

12       OUTCOME ONE WAY OR THE OTHER, YOU JUST HEARD THAT A SUIT WAS

13       FILED?

14                  PROSPECTIVE JUROR:  THAT'S CORRECT.

15                  THE COURT:  OKAY.  HAVE YOU TALKED ABOUT THIS CASE

16       WITH ANYONE ELSE?

17                  PROSPECTIVE JUROR:  I MEAN, TODAY?

18                  THE COURT:  WELL, OR TWO OR THREE YEARS AGO WHEN YOU

19       HEARD THAT A LAWSUIT HAD BEEN FILED.  HAVE YOU HAD ANY

20       CONVERSATIONS ABOUT IT?

21                  PROSPECTIVE JUROR:  NO, NOT REALLY.  IT'S NOT

22       RELEVANT TO ME.

23                  THE COURT:  OKAY.  DOES NOT REALLY MEAN YOU DID AND

24       YOU CAN'T RECALL SPECIFICS, OR --

25                  PROSPECTIVE JUROR:  I DON'T RECALL TALKING TO ANYBODY
```

```
1    ABOUT IT.
2              THE COURT:  OKAY.  ALL RIGHT.  AND YOU DON'T RECALL
3    ANYONE ELSE SHARING THEIR OPINION WITH YOU ABOUT ANY DISPUTE
4    BETWEEN THESE COMPANIES?
5              PROSPECTIVE JUROR:  I DO NOT.
6              THE COURT:  OKAY.  WILL YOU BE FAIR AND IMPARTIAL TO
7    BOTH SIDES IN THIS CASE?
8              PROSPECTIVE JUROR:  I THINK SO, YES.
9              THE COURT:  OKAY.  DOES ANY COUNSEL WANT TO VOIR DIRE
10   HIM?
11             MR. LEE:  NOT FOR APPLE, YOUR HONOR.
12             THE COURT:  MR. PRICE?
13             MR. PRICE:  NOTHING, YOUR HONOR.  THANK YOU.
14             THE COURT:  ALL RIGHT.  THEN THANK YOU.
15         IF YOU WOULD PLEASE GO BACK TO JUDGE LLOYD'S COURTROOM AND
16   IF WE COULD PLEASE HAVE MR. SINGH.
17         AND IF MR. SINGH IS NOT THERE, JUST ANYONE ELSE ON THE --
18   THE NEXT PERSON ON IS THE LIST IS ALL RIGHT.
19         ALL RIGHT.  THANK YOU.
20         (JUROR LISSANDRELLO NOT PRESENT.)
21         (ONLY JUROR SINGH PRESENT.)
22             THE COURT:  ALL RIGHT.  WELCOME.  WE HAVE MR. SINGH
23   WHO IS IN SEAT NUMBER 11.
24         CAN YOU TELL US WHAT, IF ANYTHING, YOU'VE HEARD ABOUT ANY
25   DISPUTE BETWEEN THESE PARTIES?
```

1          PROSPECTIVE JUROR:  I THINK I MAY HAVE EITHER

2     MISSPOKE OR SOMETHING.  I KNOW OF THE CASE A FEW YEARS AGO THAT

3     WAS BETWEEN THE SAME TWO COMPANIES, APPLE HAD SUED, I THINK,

4     SAMSUNG FOR COPYING THE U/I ELEMENTS OF THE PHONE.  THAT WAS

5     THE CASE I WAS REFERRING TO.  I'M NOT AWARE IF THIS IS THE SAME

6     ONE OR A DIFFERENT ONE.

7          THE COURT:  OKAY.  AND HOW LONG AGO DID YOU HEAR

8     ABOUT THE SUIT THAT YOU'RE REFERRING TO?

9          PROSPECTIVE JUROR:  SIX -- FIVE, SIX, SEVEN YEARS

10    AGO.  WHENEVER IT WAS.  I DON'T KNOW.  JUST A --

11         THE COURT:  OKAY.

12         PROSPECTIVE JUROR:  I CAN'T REMEMBER EXACTLY.  BUT

13    SEVERAL YEARS AGO.

14         THE COURT:  OKAY.  AND DO YOU RECALL WHETHER THERE

15    WAS ANY OUTCOME IN THE SUIT THAT YOU HEARD ABOUT?

16         PROSPECTIVE JUROR:  YES, THERE WAS AN OUTCOME.  I

17    DON'T KNOW THE DETAILS.  I THINK IT WAS HALF AND HALF.  I THINK

18    APPLE WON SOME AND SAMSUNG WON THE OTHER.  SOMETHING LIKE THAT.

19         THE COURT:  OKAY.  DID YOU HAVE AN OPINION ABOUT THAT

20    DISPUTE?

21         PROSPECTIVE JUROR:  I DIDN'T FOLLOW IT AS WELL.  I

22    DIDN'T FOLLOW AS CLOSELY.

23         THE COURT:  OKAY.  DID YOU SPEAK TO ANYONE ABOUT THE

24    DISPUTE?

25         PROSPECTIVE JUROR:  THIS ONE?  OR THE PREVIOUS ONE?

```
1              THE COURT:  THE PREVIOUS ONE.

2              PROSPECTIVE JUROR:  NO.

3              THE COURT:  I'M INTERESTED IN WHAT YOU'VE HEARD ABOUT

4       IT.

5              PROSPECTIVE JUROR:  THIS ONE I HAVEN'T HEARD

6       ANYTHING, I DIDN'T KNOW ANYTHING.  BUT THE PREVIOUS ONE I HAD

7       HEARD, BUT I DIDN'T SPEAK ABOUT IT.

8              THE COURT:  OKAY.  WHAT WERE THE SOURCES ABOUT THE

9       INFORMATION?  YOU SAID -- WHAT WERE THE YEARS ON THE SUIT THAT

10      YOU HEARD ABOUT?

11             PROSPECTIVE JUROR:  I CAN'T REMEMBER.  I'D HAVE TO

12      SAY FIVE OR SIX YEARS AGO, IF NOT MORE.  WHENEVER IT WAS, IT

13      WAS THE TALK OF THE TOWN BACK THEN.  I DON'T REMEMBER EXACTLY

14      WHICH YEARS IT WAS.

15             THE COURT:  OKAY.

16             PROSPECTIVE JUROR:  IN OTHER WORDS, WHENEVER IT WAS

17      DONE, I HAVEN'T FOLLOWED UP SINCE THEN, WHENEVER IT WAS.

18             THE COURT:  OKAY.  THAT'S FINE.  AND WHAT WERE YOUR

19      SOURCES OF INFORMATION, TV, NEWSPAPERS?

20             PROSPECTIVE JUROR:  YEAH, A BIT OF EVERYTHING HERE OR

21      THERE.

22             THE COURT:  OKAY.

23             PROSPECTIVE JUROR:  NEWS PERHAPS.  LESS FOR SOCIAL

24      MEDIA.

25             THE COURT:  UH-HUH.
```

1          PROSPECTIVE JUROR:  I DON'T GO THERE A WHOLE LOT.

2    BUT NEWS, PERHAPS.

3          THE COURT:  OKAY.

4          PROSPECTIVE JUROR:  YEAH.

5          THE COURT:  OKAY.  DO YOU -- YOU SAID IT WAS THE TALK

6    OF THE TOWN.  DID YOU TALK TO ANYONE ABOUT THE CASE OR DID

7    ANYONE SHARE THEIR OPINIONS ABOUT THE CASE WITH YOU?

8          PROSPECTIVE JUROR:  I CAN'T REMEMBER.  IT'S BEEN A

9    LONG TIME.

10          THE COURT:  OKAY.  ALL RIGHT.  WILL YOU BE FAIR TO

11    BOTH SIDES IN THIS CASE?

12          PROSPECTIVE JUROR:  I THINK SO.

13          THE COURT:  ALL RIGHT.

14       MR. LEE, DO YOU HAVE ANY QUESTIONS?

15          MR. LEE:  NOT FOR APPLE, YOUR HONOR.

16          THE COURT:  ALL RIGHT.  MR. PRICE, DO YOU HAVE ANY

17    QUESTIONS FOR MR. SINGH.

18          MR. PRICE:  MR. SINGH, WHEN YOU SAW THE -- WHEN YOU

19    GOT THIS INFORMATION, DID YOU HAVE ANY BACKGROUND LIKE IN

20    TECHNOLOGY OR SOMETHING THAT, YOU KNOW, THAT KIND OF HELPED YOU

21    UNDERSTAND WHAT WAS GOING ON?

22          PROSPECTIVE JUROR:  I AM AN ELECTRICAL ENGINEER BY

23    EDUCATION.  AND BY PROFESSION, BACK THEN, I WAS IN MORE OF

24    ENGINEERING SIDE I THINK.

25          MR. PRICE:  ALL RIGHT.

1          PROSPECTIVE JUROR:  BUT NOT THAT PART -- NOT THAT

2    DOMAIN OF THE LAWSUIT, WHICH WAS MORE AROUND DESIGN, I THOUGHT.

3          MR. PRICE:  I'M SORRY.

4          PROSPECTIVE JUROR:  THAT LAWSUIT WAS MORE AROUND

5    DESIGN ELEMENTS.  I'M MORE OF AN ENGINEER.

6          MR. PRICE:  OKAY.

7          PROSPECTIVE JUROR:  SO NOT PRODUCT DEVELOPER,

8    HARDWARE ENGINEER.  I'M A DESIGN PERSON.

9          MR. PRICE:  HAVE YOU HAD ANY EXPERIENCE WITH PATENTS?

10          PROSPECTIVE JUROR:  I HAVE TWO PATENTS OF MY OWN.

11          MR. PRICE:  WHAT KIND OF THINGS DO THEY COVER?

12          PROSPECTIVE JUROR:  THIS WAS 25 YEARS AGO.  THEY'RE

13    AROUND NETWORKING TECHNOLOGIES, TCPIP NETWORKING.  CONGESTION

14    CONTROL, FLOW CONTROL MECHANISMS.

15          THE COURT:  CAN YOU TELL US, WHO HAVE YOU WORKED FOR

16    OVER THE LAST TEN YEARS?

17          PROSPECTIVE JUROR:  LAST TEN YEARS?

18          THE COURT:  UM-HUM.

19          PROSPECTIVE JUROR:  A COMPANY CALLED PURE STORAGE.

20          THE COURT:  OKAY.

21          PROSPECTIVE JUROR:  A COMPANY CALLED DATERA,

22    D-A-T-E-R-A.

23          THE COURT:  OKAY.

24          PROSPECTIVE JUROR:  AND CURRENTLY I'M AT PAVILION

25    DATA, P-A-V-I-L-I-O-N, DATA, D-A-T-A.

1          AND PRIOR TO PURE, I WAS AT BROCADE.

2                THE COURT:  OKAY.

3                PROSPECTIVE JUROR:  ALL TECHNOLOGY, OF COURSE.

4                THE COURT:  OKAY.  ALL RIGHT.

5                PROSPECTIVE JUROR:  THAT SOUNDS LIKE IT, YEAH.

6                MR. PRICE:  I THINK YOU SAID YOU REMEMBERED THAT

7     APPLE WON SOME, SAMSUNG HAD WON SOME, OR SOMETHING LIKE THAT.

8                PROSPECTIVE JUROR:  YEAH.

9                MR. PRICE:  DO YOU REMEMBER ANYTHING MORE SPECIFIC

10    THAN THAT.

11                PROSPECTIVE JUROR:  I THINK THERE WAS ONE ELEMENT

12    WHICH I REMEMBER I THINK APPLE HAD WON, I THINK, I CAN'T

13    REMEMBER.  WAS IT ON THE BOXES, THE ICON BEING ROUNDED SQUARES

14    VERSUS HARSH SQUARES, OR MAYBE THEY DIDN'T WIN.  I DON'T

15    REMEMBER WHO WON.  BUT THERE WAS ONE CLAIM THAT THE SQUARES

16    WERE ROUNDED, OR NOT, SOMETHING LIKE THAT, ON THE IPHONE.

17                MR. PRICE:  YOU SAID YOU THOUGHT YOU HEARD THAT

18    SAMSUNG HAD WON SOME.  DO YOU REMEMBER WHAT THAT WAS ABOUT?

19                PROSPECTIVE JUROR:  NO, I CAN'T REMEMBER.  IT'S BEEN

20    A LONG TIME.  I DON'T REMEMBER WHO WON WHICH ONE.  THERE'S A

21    FEW CLAIMS ON BOTH SIDES.

22                MR. PRICE:  DID YOU HAVE ANY THOUGHTS YOURSELF ABOUT

23    WHAT YOU WERE READING?

24                PROSPECTIVE JUROR:  FOR THAT?

25                MR. PRICE:  IN THAT OLD CASE, DID YOU HAVE ANY

1       THOUGHTS AT THE TIME, LIKE --

2              PROSPECTIVE JUROR:  IT'S BEEN A LONG TIME, LIKE I

3       SAID.  IT JUST CAME TO ME -- I REMEMBER IT CAME BECAUSE THE

4       JUDGE ASKED ABOUT IT.  I HAD COMPLETELY FORGOTTEN ABOUT IT

5       UNTIL I WALKED IN THIS ROOM AND THE JUDGE MENTIONED APPLE AND

6       SAMSUNG.

7              MR. PRICE:  OKAY.

8              PROSPECTIVE JUROR:  I CAN'T REMEMBER AT ALL.

9              MR. PRICE:  FINE.  THANK YOU VERY MUCH.

10             PROSPECTIVE JUROR:  SURE.

11             MR. LEE:  IF I MIGHT, JUST A COUPLE OF QUESTIONS,

12      YOUR HONOR.

13             THE COURT:  GO AHEAD, PLEASE.

14             MR. LEE:  AT ANY OF YOUR PRIOR EMPLOYERS OR PAVILION

15      DATA, HAVE YOU HAD TO BRING A LAWSUIT TO PROTECT YOUR

16      INTELLECTUAL PROPERTY, YOUR PATENTS, YOUR TRADE SECRETS?

17             PROSPECTIVE JUROR:  AT PURE STORAGE WE DID A

18      COUNTERCLAIM, I THINK.  I'M NOT SO SURE.  BUT EMC HAD BROUGHT A

19      LAWSUIT AGAINST PURE AND AFTER THREE, FOUR YEARS -- I THINK IN

20      THAT CONTEXT, I THINK WE HAD -- WE WERE -- PURE HAD MADE A

21      COUNTERCLAIM AGAINST EMC.  I DON'T KNOW THE SPECIFICS OF OUR

22      COUNTERCLAIM.  BUT --

23             MR. LEE:  FAIR ENOUGH.  DID ANY OF IT INVOLVE YOUR

24      PATENTS AT ALL?

25             PROSPECTIVE JUROR:  NO.

```
 1              MR. LEE:  OKAY.  LAST QUESTION.  GOING BACK TO WHAT

 2    YOU HEARD ABOUT THE APPLE/SAMSUNG CASE, I THINK YOU SAID YOU'RE

 3    NOT IN PRODUCT DEVELOPMENT, YOU'RE AN ENGINEER; CORRECT?

 4              PROSPECTIVE JUROR:  NO.  I SAID I WAS IN PRODUCT

 5    DEVELOPMENT AND ENGINEERING SEVERAL YEARS AGO WHEN THIS WAS

 6    GOING ON.

 7              MR. LEE:  OKAY.

 8              PROSPECTIVE JUROR:  SINCE THEN, I HAVE MOVED INTO

 9    GENERAL MANAGEMENT AND BUSINESS AND ALL THAT STUFF.

10              MR. LEE:  GREAT.  AND DID YOU, BASED UPON YOUR

11    EXPERIENCE AND YOUR ENGINEERING BACKGROUND, FORM ANY VIEWS

12    ABOUT THE STRENGTH OR THE VALIDITY OF ANY OF THE INTELLECTUAL

13    PROPERTY INVOLVED IN THE APPLE/SAMSUNG CASE?

14              PROSPECTIVE JUROR:  FROM THE LAST TIME?

15              MR. LEE:  YES.

16              PROSPECTIVE JUROR:  I DON'T UNDERSTAND THE QUESTION,

17    SIR.

18              MR. LEE:  JUST TO GO BACK TO THE LAST SUIT THAT YOU

19    HEARD ABOUT FOUR OR FIVE YEARS AGO, DID YOU FORM ANY JUDGMENTS

20    OR OPINIONS YOURSELF ABOUT THE CLAIMS BEING ASSERTED IN THE

21    CASE?

22              PROSPECTIVE JUROR:  I WOULD HAVE TO GO BACK.

23              THE COURT:  NO, DON'T DO THAT.

24              PROSPECTIVE JUROR:  OKAY.

25              THE COURT:  OKAY.  THANK YOU.  IF YOU WOULD PLEASE RE
```

```
 1        JOIN YOUR COLLEAGUES IN THE COURTROOM OF JUDGE LLOYD.

 2             IF YOU WOULD BRING IN MR. MAYERS.

 3             (ONLY JUROR MAYERS PRESENT.)

 4                  THE COURT:  ALL RIGHT.  WE NOW HAVE MR. MAYERS, WHO'S

 5        JUROR NUMBER 12.  SIR, YOU DIDN'T RAISE YOUR HAND, BUT YOU WERE

 6        AT APPLE FROM 2010 TO 2012.  DID YOU EVER HEAR ABOUT ANY

 7        DISPUTE BETWEEN APPLE AND SAMSUNG?

 8                  PROSPECTIVE JUROR:  NO.

 9                  THE COURT:  ALL RIGHT.  WHAT WERE YOU DOING FOR APPLE

10        IN 2010, 2012?  WHAT WAS YOUR TITLE AND YOUR ROLE?

11                  PROSPECTIVE JUROR:  MY TITLE WAS -- I HAVE TO THINK

12        BACK.  SORRY.  SENIOR SOFTWARE ENGINEER.

13                  THE COURT:  OKAY.  AND WHAT DID YOU WORK ON?

14                  PROSPECTIVE JUROR:  I WORKED ON GRAPHICS SOFTWARE FOR

15        IOS, 3-D GRAPHICS, PRIMARILY FOR GAMES, TOOLS FOR GAMES

16        ENGINEERS TO MAKE GAMES.

17                  THE COURT:  OKAY.  AND -- OKAY.  AND YOU'VE NEVER

18        HEARD ABOUT ANY DISPUTE BETWEEN THESE COMPANIES?

19                  PROSPECTIVE JUROR:  NO.

20                  THE COURT:  ALL RIGHT.  WHAT WERE THE CIRCUMSTANCES

21        THAT YOU LEFT THE COMPANY?

22                  PROSPECTIVE JUROR:  I RESIGNED.  DO YOU WANT, LIKE,

23        DETAILS?

24                  THE COURT:  NO, JUST -- YOU KNOW, WAS IT ON GOOD

25        TERMS, BAD TERMS?
```

1          PROSPECTIVE JUROR:  IT WAS ON GOOD TERMS.

2          THE COURT:  OKAY.  ALL RIGHT.  I HAVE NO FURTHER

3     QUESTIONS FOR MR. MAYERS.  DOES EITHER PARTY HAVE A QUESTION

4     FOR HIM?

5          MR. LEE:  NOT FOR APPLE, YOUR HONOR.

6          THE COURT:  MR. PRICE?

7          MR. PRICE:  NOT FOR SAMSUNG, YOUR HONOR.

8          THE COURT:  ALL RIGHT.  THANK YOU.

9     IF YOU COULD PLEASE GO BACK TO JUDGE LLOYD'S COURTROOM.

10    LET'S BRING IN, PLEASE, NUMBER 14, WHO'S MR. FRED RICK

11    TURNER.

12    (ONLY JUROR TURNER PRESENT.)

13         THE COURT:  OKAY, MR. TURNER, WELCOME.  THIS IS JUROR

14    14.  THE DOOR IS NOW CLOSED.

15    CAN YOU TELL US WHAT YOU'VE HEARD ABOUT ANY DISPUTE

16    BETWEEN APPLE AND SAMSUNG?

17         PROSPECTIVE JUROR:  MY UNDERSTANDING, IT'S A PATENT

18    INFRINGEMENT -- INFRINGEMENT CASE IF IT'S THE SAME CASE I'VE

19    HEARD ABOUT BEFORE.  SOMETHING TO DO WITH THE OPERATING SYSTEM

20    ON THE PHONE.

21         THE COURT:  AND DO YOU RECALL WHEN YOU HEARD ANYTHING

22    ABOUT -- YOU SAID SAME AS BEFORE.  TELL US WHAT -- BLESS YOU.

23    TELL US WHAT YOU HEARD BEFORE.

24         PROSPECTIVE JUROR:  THAT APPLE WAS SUING SAMSUNG

25    BECAUSE -- OVER PATENT INFRINGEMENT.

1          THE COURT:  AND DO YOU RECALL WHEN THAT WAS?

2          PROSPECTIVE JUROR:  OH, IT WAS OVER A NUMBER OF

3     YEARS.

4          THE COURT:  OKAY.  AND DO YOU KNOW WHAT THE OUTCOME

5     OF THAT WAS, IF ANY?

6          PROSPECTIVE JUROR:  I BELIEVE THAT APPLE PREVAILED.

7     BUT THE -- THAT SAMSUNG WAS APPEALING IT.  THAT WAS MY

8     UNDERSTANDING.

9          BUT I HAVEN'T BEEN, LIKE, AN AVID FOLLOWER OF IT.  IT WAS

10    JUST HERE AND THERE.  I DIDN'T READ THE NEWSPAPER ABOUT IT.  I

11    WOULD JUST HEAR ABOUT IT.  I WOULD PAY ATTENTION TO IT BECAUSE

12    IT WAS SOMETHING THAT I WAS KIND OF INTERESTED.

13         THE COURT:  AND WHAT KIND OF SOURCES DID YOU RELY

14    UPON FOR YOUR INFORMATION?

15         PROSPECTIVE JUROR:  MAINLY THE RADIO.

16         THE COURT:  OKAY.

17         PROSPECTIVE JUROR:  AND THE NEWSPAPER SOMETIMES,

18    "SAN JOSE MERCURY."

19         THE COURT:  OKAY.

20         PROSPECTIVE JUROR:  THAT'S ABOUT IT.

21         THE COURT:  THAT'S IT.  OKAY.  DID YOU EVER FORM AN

22    OPINION ABOUT THAT DISPUTE?

23         PROSPECTIVE JUROR:  NO.  I DIDN'T KNOW ENOUGH ABOUT

24    IT TO FORM AN OPINION I DIDN'T FEEL LIKE AT THE TIME.

25         THE COURT:  DID YOU EVER HAVE CONVERSATIONS WITH

```
1        ANYONE ELSE ABOUT THE DISPUTE?

2               PROSPECTIVE JUROR:  NO.  I DON'T -- NOT THAT I CAN

3    RECALL.

4               THE COURT:  OKAY.

5               PROSPECTIVE JUROR:  IT'S BEEN OVER A NUMBER OF YEARS,

6    YOUR HONOR.

7               THE COURT:  SURE.

8               PROSPECTIVE JUROR:  I DON'T RECALL.

9               THE COURT:  ALL RIGHT.  SO YOU DON'T BELIEVE THAT

10   THERE ARE ANY CONVERSATIONS OR OPINIONS OF OTHERS THAT YOU

11   HEARD THAT WOULD AFFECT YOUR VIEW OF THIS CASE?

12              PROSPECTIVE JUROR:  NO.

13              THE COURT:  ALL RIGHT.

14        CAN YOU BE FAIR --

15              PROSPECTIVE JUROR:  I LIKE TO FORM MY OWN OPINION

16   ANYWAY.

17              THE COURT:  ALL RIGHT.  WOULD YOU BE FAIR AND

18   IMPARTIAL TO BOTH SIDES IN THIS CASE?

19              PROSPECTIVE JUROR:  I THINK SO.  BUT, YOU KNOW, I

20   HAVE MY PREJUDICES OVER THE YEARS THAT I'VE DEVELOPED.

21              THE COURT:  AND WHAT IS THAT PREJUDICE?

22              PROSPECTIVE JUROR:  OH, I JUST -- YOU KNOW, I HAVE NO

23   GREAT LOVE FOR APPLE OR -- BUT NOT THAT MUCH FOR SAMSUNG,

24   EITHER.  SO -- I'VE NEVER BEEN AN APPLE USER AT ALL.  I'VE

25   NEVER OWNED AN APPLE PRODUCT, EVER.
```

```
1              THE COURT:  OKAY.

2              PROSPECTIVE JUROR:  AND I'VE NEVER HAD ANYTHING TO

3       DO -- I'VE NEVER USED THEIR EQUIPMENT.  I'M AN I.T. MANAGER.

4              THE COURT:  OKAY.  WHERE DO YOU WORK?

5              PROSPECTIVE JUROR:  I WORK FOR A SMALL MANUFACTURING

6       COMPANY IN OAKLAND.

7              THE COURT:  AND WHAT DO YOU --

8              PROSPECTIVE JUROR:  BUT I'VE WORKED AT A LOT OF

9       DIFFERENT COMPANIES, ELECTRONIC COMPANIES AND SOFTWARE

10      COMPANIES OVER THE YEARS.  I'VE BEEN IN IT FOR, LIKE, 40 YEARS.

11             THE COURT:  AND WHERE HAVE YOU WORKED OVER THE LAST

12      TEN YEARS?

13             PROSPECTIVE JUROR:  THE SAME COMPANY IN OAKLAND.

14      I'VE WORKED THERE 18 YEARS.

15             THE COURT:  I SEE.  OKAY.  WHEN YOU SAID YOU HAVE NO

16      LOVE FOR APPLE, IT SOUNDED LIKE YOU HAD SOME ANTI LOVE FOR

17      APPLE.  WHAT -- DO YOU WANT TO FLUSH THAT OUT A LITTLE BIT.

18             PROSPECTIVE JUROR:  WITHIN THE LAST FEW YEARS, IT

19      DOESN'T REALLY HAVE ANYTHING TO DO WITH THEIR PRODUCTS OR

20      ANYTHING.  IT'S JUST THE WAY THEY OPERATE THEIR BUSINESS AND

21      STUFF.

22             THE COURT:  AND WHY DON'T YOU TELL US WHAT YOU FEEL

23      ABOUT THAT?

24             PROSPECTIVE JUROR:  WELL, TO BE FRANK --

25             THE COURT:  WE WANT YOU TO BE FRANK.
```

```
 1              PROSPECTIVE JUROR:  OKAY.  THE WAY THEY'VE HIDDEN
 2      MONEY OVERSEAS -- NOT HIDDEN, BUT KEPT MONEY OVERSEAS, PUSHED
 3      TO GET THIS THING BACK, IT JUST KIND OF BUGS ME.  I'M SORRY,
 4      BUT --
 5              THE COURT:  TO GET WHAT BACK?
 6              PROSPECTIVE JUROR:  GET THEIR MONEY BACK, BRING
 7      THE --
 8              THE COURT:  MONEY BACK AFTER THE TAX CUTS?
 9              PROSPECTIVE JUROR:  YEAH, THE TAX CUTS AND, WHAT DO
10      THEY CALL IT, THE HOLIDAY, THE TAX HOLIDAY?  THEY KIND OF
11      PUSHED TO GET THAT THROUGH.  THAT PART KIND OF BUGS ME.  BUT
12      I -- YOU KNOW, THAT'S NOT REALLY RELEVANT TO THIS, SO I -- YOU
13      KNOW.
14              THE COURT:  OKAY.  WOULD YOU BE FAIR TO APPLE IN THIS
15      CASE?
16              PROSPECTIVE JUROR:  I THINK I WOULD BE, YEAH.
17              THE COURT:  ALL RIGHT.
18              PROSPECTIVE JUROR:  I'D TRY TO -- I'D TRY TO, YEAH.
19              THE COURT:  OKAY.  AND YOU COULD SET ASIDE ANY
20      RESENTMENT YOU FEEL ABOUT HOW THEY'VE KEPT THEIR MONEY OVERSEAS
21      OR BROUGHT IT BACK AFTER THE TAX CUTS, THOSE KINDS OF ISSUES?
22      YOU COULD SET THAT ASIDE?
23              PROSPECTIVE JUROR:  I THINK SO.
24              THE COURT:  OKAY.  ANY QUESTIONS FROM COUNSEL?
25              MR. LEE:  MR. TURNER, CAN I ASK YOU A FEW QUESTIONS
```

1     FOR APPLE.

2                  PROSPECTIVE JUROR:  SURE.

3                  MR. LEE:  YOU'VE OBVIOUSLY THOUGHT A LOT ABOUT THESE

4     THOUGHTS YOU'VE HAD ABOUT THE TAX CUTS AND THE MONEY OVERSEAS;

5     CORRECT?

6                  PROSPECTIVE JUROR:  YES.

7                  MR. LEE:  AND YOU'VE THOUGHT ABOUT THEM OVER SOME

8     PERIOD OF TIME?

9                  PROSPECTIVE JUROR:  YES.

10                 MR. LEE:  AND THEY'RE PRETTY FIRMLY HELD CONVICTIONS

11    OR VIEWS?

12                 PROSPECTIVE JUROR:  YES.  OH, YES.

13                 MR. LEE:  AND --

14                 PROSPECTIVE JUROR:  AND RECENTLY I'VE HEARD THINGS

15    THAT REINFORCED THAT.

16                 MR. LEE:  THEY REINFORCED YOUR REACTION TO YOUR

17    FEELINGS ABOUT APPLE?

18                 PROSPECTIVE JUROR:  YES.

19                 MR. LEE:  AND IS IT CORRECT TO SAY GIVEN THAT, GIVEN

20    THAT YOU'VE GIVEN IT A LOT OF THOUGHT, APPLE WOULD START A

21    LITTLE BIT BEHIND IN YOUR VIEW IN THIS CASE?

22                 PROSPECTIVE JUROR:  THEY WOULD BE WHAT?

23                 MR. LEE:  WOULD START A LITTLE BIT BEHIND IN YOUR

24    VIEW IN THIS CASE?

25                 PROSPECTIVE JUROR:  YEAH, MAYBE.  I DON'T -- I -- I'D

```
1        TRY TO DEVELOP MY -- I DON'T THINK SO, NO.

2                MR. LEE:  SO I KNOW YOU WOULD TRY TO BE FAIR.

3                PROSPECTIVE JUROR:  YES.

4                MR. LEE:  AS YOU SAID IN ANSWER TO HER HONOR'S

5        QUESTIONS.

6                PROSPECTIVE JUROR:  YES.

7                MR. LEE:  BUT AS I SAID, YOU'VE THOUGHT A LOT ABOUT

8        THESE VIEWS; CORRECT?

9                PROSPECTIVE JUROR:  YES.

10               MR. LEE:  AND THERE HAVE BEEN THINGS THAT HAVE

11       HAPPENED SINCE THAT HAVE REINFORCED YOUR VIEWS?

12               PROSPECTIVE JUROR:  YES.

13               MR. LEE:  NOTHING FURTHER, YOUR HONOR.

14               THE COURT:  WHAT ARE THE THINGS YOU'VE HEARD

15       RECENTLY?

16               PROSPECTIVE JUROR:  OH, THAT THEY WERE BRINGING IN,

17       LIKE, $200 BILLION BACK AND A LARGE PORTION OF THAT WAS GOING

18       INTO THE STOCK BUYBACKS TO JACK UP THE PRICE OF THE STOCK.

19               THE COURT:  ALL RIGHT.  ANY QUESTIONS FROM MR. PRICE?

20               MR. PRICE:  SURE.

21           MR. TURNER, I MAY HAVE MISHEARD YOU.  I THOUGHT YOU KIND

22       OF SAID YOU ALSO DIDN'T KNOW IF YOU HAD A LOT OF LOVE FOR

23       SAMSUNG.

24               PROSPECTIVE JUROR:  NO, I DON'T.  I DON'T HAVE A LOT

25       OF LOVE FOR SAMSUNG, EITHER.  BUT IT'S MAINLY BECAUSE -- I DO
```

```
1          OWN A SAMSUNG PRODUCT, A TV.

2              BUT IT'S JUST THAT THEY'RE -- YOU KNOW, THEY'RE JUST

3      ANOTHER BIG -- IT'S TWO BIG COMPANIES GOING AT EACH OTHER.

4                  THE COURT:  WHAT'S YOUR NOT LOVE FOR SAMSUNG BASED

5      ON?  DO YOU HAVE ANY --

6                  PROSPECTIVE JUROR:  NO, NO PARTICULAR.  IT'S JUST --

7      I DON'T HAVE A GREAT LOVE FOR BIG COMPANIES, I GUESS.

8                  THE COURT:  OKAY.

9                  PROSPECTIVE JUROR:  I'VE ALWAYS WORKED FOR SMALL

10     COMPANIES EXCEPT FOR ONE, ONE OR TWO.  THAT'S A --

11                 MR. PRICE:  SO LET ME ASK YOU THIS.  IN THIS CASE,

12     THERE'S BEEN A PRIOR FINDING BY A JURY THAT SAMSUNG DID

13     INFRINGE SOME OF APPLE'S PATENTS?

14                 PROSPECTIVE JUROR:  YES.

15                 MR. PRICE:  AND THE QUESTION HERE IS, WHAT ARE THE

16     DAMAGES FOR THAT?

17                 PROSPECTIVE JUROR:  YES, OKAY.

18                 MR. PRICE:  BECAUSE OF YOUR FEELINGS FOR APPLE,

19     MISGIVINGS ABOUT APPLE'S TAX SITUATION, WOULD THAT AFFECT

20     WHETHER OR NOT YOU WOULD BE ABLE TO ACCEPT THE JURY'S VERDICT,

21     FOR EXAMPLE, THAT PATENTS WERE INFRINGED?

22                 PROSPECTIVE JUROR:  I DON'T THINK SO, NO.  I DON'T

23     THINK SO.

24             I DON'T THINK SO, BUT --

25                 MR. PRICE:  DO YOU --
```

```
 1              PROSPECTIVE JUROR:  SUBCONSCIOUSLY, I DON'T KNOW.  I

 2    DON'T THINK SO, BECAUSE I'M NOT THAT KIND OF PERSON.

 3              MR. PRICE:  DO YOU THINK YOU COULD BE FAIR IN THIS

 4    CASE?

 5              PROSPECTIVE JUROR:  YEAH, I THINK -- I DO THINK I

 6    WOULD BE.

 7              MR. PRICE:  IT'S NOT JUST AN ISSUE OF THESE TWO HUGE

 8    COMPANIES?

 9              PROSPECTIVE JUROR:  YEAH, I THINK I COULD BE FAIR,

10    YES.

11              MR. PRICE:  OKAY.  THANK YOU.

12              THE COURT:  ALL RIGHT.  THANK YOU.

13         IF YOU WOULD GO BACK, PLEASE --

14              PROSPECTIVE JUROR:  OKAY.  THANK YOU.

15              THE COURT:  -- TO JUDGE LLOYD'S COURTROOM.

16         (JUROR TURNER NOT PRESENT.)

17              THE COURT:  OH, CAN YOU WAIT, PLEASE.  WERE YOU GOING

18    TO STAND UP, MR. LEE?

19              MR. LEE:  YOUR HONOR, WE WOULD MOVE TO DISMISS

20    MR. TURNER FOR CAUSE.  SOMEONE WHO'S GIVEN A LOT OF THOUGHT TO

21    THE REPATRIATION OF MONEY AFTER THE CHANGES IN THE TAX LAWS,

22    SOMEONE WHO'S GIVEN A LOT OF THOUGHT TO THE BUYBACK OF STOCK

23    AND WHO SAYS THEY HAVE A BIAS AS A RESULT WOULDN'T BE FAIR AND

24    IMPARTIAL.

25         I MEAN, I THINK HE IS SITTING IN A COURTROOM, HE'S
```

1     HONESTLY TRYING TO SAY THAT HE WOULD TRY TO BE FAIR.

2          BUT HE WAS VERY SPECIFIC.  HE HAS STRONGLY HELD VIEWS.

3     THEY HAVE NOTHING TO DO WITH WHAT HAPPENED BETWEEN 2010 AND

4     2012, AND WE DON'T THINK HE WOULD BE A FAIR AND IMPARTIAL

5     JUROR.

6          THE COURT:  ALL RIGHT.  THAT'S DENIED.

7          GO AHEAD, PLEASE.  LET'S BRING IN OUR NEXT JUROR.

8          HE SAID HE COULD BE FAIR AND IMPARTIAL.

9          LET'S GO TO NUMBER 14 -- NO, I'M SORRY.  THAT WAS 14.

10         LET'S GO TO NUMBER 15, PLEASE, THAT'S MS. HERMOSURA.

11         (ONLY JUROR HERMOSURA PRESENT.)

12         PROSPECTIVE JUROR:  GOOD AFTERNOON.

13         THE COURT:  ALL RIGHT.  GOOD AFTERNOON, WELCOME BACK.

14     PLEASE TELL US WHAT YOU'VE HEARD ABOUT THE DISPUTE?

15         PROSPECTIVE JUROR:  THIS IS REGARDING THE COPY.

16         THE COURT:  WELL, JUST LET US KNOW WHAT YOU KNOW

17     ABOUT ANY DISPUTE BETWEEN APPLE AND SAMSUNG, PLEASE.

18         PROSPECTIVE JUROR:  OH, YES.  I HEARD ABOUT THE,

19     SAMSUNG COPIED ABOUT -- THEIR IPHONE FOR APPLE COMPUTER.

20         THE COURT:  HOW LONG AGO DID YOU HEAR THAT?

21         PROSPECTIVE JUROR:  I HEARD THAT A COUPLE YEARS AGO,

22     BUT I CANNOT REMEMBER.

23         THE COURT:  OKAY.  AND DO YOU RECALL WHAT YOUR SOURCE

24     OF INFORMATION WAS?

25         PROSPECTIVE JUROR:  MY SOURCE OF INFORMATION IS

1    THROUGH MY DOMESTIC PARTNER, WHICH IS -- WE BOTH USED TO WORK

2    AT SAMSUNG, YES, IN THE EARLY '90S.

3            THE COURT:  YOU BOTH USED TO WORK AT SAMSUNG?

4            PROSPECTIVE JUROR:  YES.  THAT'S WHERE I MET HIM.

5        AND HE REALLY IS NOT HAPPY ABOUT IT BECAUSE HE GOT LAID

6    OFF AT SAMSUNG DUE TO HIS DISABILITY FOR A FEW MONTHS, AND THEN

7    HE GOT LAID OFF.

8        AND THAT'S WHY HE REALLY DOESN'T LIKE SAMSUNG.

9            THE COURT:  HE THOUGHT HE GOT LAID OFF BECAUSE OF A

10   DISABILITY?

11           PROSPECTIVE JUROR:  YES.

12           THE COURT:  OKAY.  HOW LONG AGO WAS THAT?

13           PROSPECTIVE JUROR:  THAT WAS -- PROBABLY EARLY '90S,

14   AROUND '93, '94.

15           THE COURT:  OKAY.  AND IS HE STILL UNHAPPY WITH

16   SAMSUNG?

17           PROSPECTIVE JUROR:  YES.

18           THE COURT:  OKAY.  AND WHAT ABOUT YOU?

19           PROSPECTIVE JUROR:  SAME THING.

20           THE COURT:  WOULD YOU BE FAIR TO SAMSUNG IN THIS

21   CASE?

22           PROSPECTIVE JUROR:  PROBABLY NOT.

23           THE COURT:  EVEN THOUGH IT HAS NOTHING TO DO WITH

24   YOUR DOMESTIC PARTNER'S EMPLOYMENT SITUATION?

25           PROSPECTIVE JUROR:  I DO, YES.

```
1              THE COURT:  ALL RIGHT.  DOES ANY COUNSEL WANT TO ASK
2       ANY QUESTIONS?
3              MR. LEE:  NOT FOR APPLE, YOUR HONOR.
4              MR. PRICE:  NOT FOR SAMSUNG.
5              THE COURT:  ALL RIGHT.  ANY OBJECTION TO THANKING AND
6       EXCUSING MS. HERMOSURA?
7              MR. PRICE:  NO OBJECTION.
8              MR. LEE:  NO, YOUR HONOR.
9              THE COURT:  ALL RIGHT.  THEN, MS. HERMOSURA, I WANT
10      TO THANK YOU VERY MUCH.
11           WOULD YOU PLEASE LEAVE YOUR PAPERWORK HERE.  DO YOU HAVE
12      ALL YOUR THINGS, OR IS IT STILL IN THE COURTROOM?
13             PROSPECTIVE JUROR:  I HAVE.
14             THE COURT:  OKAY.  IF YOU WOULD, PLEASE GO TO THE
15      SECOND FLOOR AND JUST LET THEM KNOW YOU'VE BEEN EXCUSED.
16             PROSPECTIVE JUROR:  OKAY.
17             THE COURT:  OKAY?  THANK YOU, MA'AM.
18           ALL RIGHT.  IF YOU WOULD PLEASE BRING IN MR. MARQUES.
19      HE'S NUMBER 16.
20           (JUROR HERMOSURA NOT PRESENT.)
21           (ONLY JUROR MARQUES PRESENT.)
22             PROSPECTIVE JUROR:  HI.
23             THE COURT:  ALL RIGHT.  MR. MARQUES, WELCOME BACK.
24             PROSPECTIVE JUROR:  HI.
25             THE COURT:  SO WHAT HAVE YOU HEARD ABOUT ANY DISPUTE
```

```
 1        BETWEEN THESE COMPANIES?

 2                PROSPECTIVE JUROR:  ONLY I THINK THEY'VE HAD SEVERAL

 3        DIFFERENT CASES OVER THE YEARS IF I'M NOT MISTAKEN.

 4                THE COURT:  OKAY.

 5                PROSPECTIVE JUROR:  I GUESS SAMSUNG IS A SUPPLIER TO

 6        APPLE, I THINK.

 7                THE COURT:  UM-HUM.

 8                PROSPECTIVE JUROR:  I GUESS -- JUST VERY GENERAL

 9        STUFF LIKE THAT.  I REALLY DON'T KNOW ANY SPECIFICS.

10                THE COURT:  OKAY.  AND DO YOU RECALL WHAT YOUR

11        SOURCES OF INFORMATION WERE?

12                PROSPECTIVE JUROR:  MERCURY NEWS, PROBABLY

13        TELEVISION, I GUESS, TELEVISION NEWS.

14                THE COURT:  OKAY.  AND DO YOU RECALL ANY OUTCOMES OR

15        OPINIONS ABOUT THE DISPUTES?

16                PROSPECTIVE JUROR:  NO, NOT EXACTLY, NO.  I THINK

17        THERE WAS AN APPEAL AT ONE POINT, BUT THAT'S THE ONLY THING I

18        CAN REMEMBER.  I CAN'T REMEMBER WHO WON.

19                THE COURT:  ALL RIGHT.  AND HAVE YOU DISCUSSED ANY OF

20        THE DISPUTES WITH ANYONE ELSE?

21                PROSPECTIVE JUROR:  NO.

22                THE COURT:  ALL RIGHT.  SO HAVE YOU FORMED ANY

23        OPINION -- AND I'M SORRY IF I'VE ALREADY ASKED YOU THIS, BUT

24        I'M GOING TO JUST ASK YOU ONE MORE TIME WHETHER YOU'VE FORMED

25        ANY OPINIONS ABOUT ANY OF THESE DISPUTES?
```

```
1                    PROSPECTIVE JUROR:  NO.

2                    THE COURT:  WOULD YOU BE FAIR AND IMPARTIAL TO BOTH

3        SIDES?

4                    PROSPECTIVE JUROR:  I THINK SO, YES.

5                    THE COURT:  ALL RIGHT.  AND FURTHER QUESTIONS?  GO

6        AHEAD, PLEASE.

7                    MR. LEE:  NOTHING FOR APPLE, YOUR HONOR.

8                    THE COURT:  MR. PRICE?

9                    MR. PRICE:  NOTHING FOR SAMSUNG.

10                   THE COURT:  ALL RIGHT.  THANK YOU.

11            MR. MARQUES, IF YOU WOULD PLEASE GO BACK TO THE COURTROOM.

12            (JUROR MARQUES NOT PRESENT.)

13            LET'S HAVE MS. SERNA, NUMBER 17, PLEASE.

14            (ONLY JUROR SERNA PRESENT.)

15                   THE CLERK:  MS. SERNA, WELCOME BACK.  WHAT HAVE YOU

16       HEARD ABOUT ANY DISPUTE BETWEEN THESE COMPANIES?

17                   PROSPECTIVE JUROR:  SOMETHING TO DO WITH SOFTWARE AND

18       I HAD -- ACTUALLY, I HAD HEARD IT WAS SAMSUNG THAT WAS SUING

19       APPLE BEFORE.  BUT IT WAS JUST ABOUT SOME KIND OF TECHNOLOGY.

20                   THE COURT:  HOW LONG AGO DID YOU HEAR THAT?

21                   PROSPECTIVE JUROR:  MAYBE ABOUT A YEAR AGO.

22                   THE COURT:  ALL RIGHT.  AND WHAT WAS YOUR SOURCE OF

23       INFORMATION?

24                   PROSPECTIVE JUROR:  YOU KNOW, I THINK IT MIGHT HAVE

25       BEEN JUST PEOPLE TALKING ABOUT IT.
```

1          THE COURT:  AND WAS THIS AT WORK OR SOCIAL OCCASIONS?

2          PROSPECTIVE JUROR:  I THINK IT WAS MORE SOCIAL

3    OCCASIONS.

4          THE COURT:  ALL RIGHT.  AND DID YOU HEAR ABOUT, OR

5    ARE YOU AWARE OF, ANY OUTCOMES OF ANY DISPUTE?

6          PROSPECTIVE JUROR:  NO.

7          THE COURT:  DID YOU EVER FORM AN OPINION ABOUT THE

8    DISPUTE?

9          PROSPECTIVE JUROR:  NO.

10         THE COURT:  DID THE PEOPLE WHO TOLD YOU ABOUT THE

11   DISPUTE SHARE THEIR OPINIONS WITH YOU?

12         PROSPECTIVE JUROR:  NOT THAT I RECALL.

13         THE COURT:  WOULD YOU BE FAIR AND IMPARTIAL TO BOTH

14   SIDES IN THIS CASE?

15         PROSPECTIVE JUROR:  YEAH, I'D TRY.

16         THE COURT:  ALL RIGHT.  ANY FURTHER QUESTIONS?

17         MR. LEE:  NO, YOUR HONOR.

18         MR. PRICE:  YOUR HONOR, JUST A COUPLE.

19      THAT'S A LARGE COUPLE.

20      MS. SERNA, I THINK YOU SAID THAT YOU WORKED WITH APPLE

21   ENGINEERS?

22         PROSPECTIVE JUROR:  YES.

23         MR. PRICE:  AND HOW DO YOU WORK WITH THEM?  WHAT'S

24   THE RELATIONSHIP?

25         PROSPECTIVE JUROR:  WELL, WE SHARED A FAB TOGETHER.

```
1              MR. PRICE:  A FAB?

2              PROSPECTIVE JUROR:  YEAH.  THEY WERE ACTUALLY LUXVUE

3     AT THE TIME BEFORE THE APPLE BOUGHT THEM OUT.

4              MR. PRICE:  UM-HUM.

5              PROSPECTIVE JUROR:  BUT FOR ABOUT A YEAR AND A HALF,

6     WE SHARED THE SAME FAB.  WE WORKED TOGETHER.

7              MR. PRICE:  OKAY.  HOW MANY ENGINEERS OF APPLE DID

8     YOU WORK WITH THIS?

9              PROSPECTIVE JUROR:  MAYBE ABOUT SIX.  IT WAS ACTUALLY

10    ENGINEERS AND TECHNICIANS.

11             MR. PRICE:  OKAY.

12             PROSPECTIVE JUROR:  WE SHARED THE SAME EQUIPMENT.

13             MR. PRICE:  AND HAVE YOU GUYS -- HAVE YOU TALKED WITH

14    THE APPLE FOLKS ABOUT ANY DISPUTES BETWEEN SAMSUNG AND APPLE?

15             PROSPECTIVE JUROR:  NO.

16             THE COURT:  AND HOW LONG AGO DID YOU SHARE THE FAB?

17             PROSPECTIVE JUROR:  APPROXIMATELY TWO YEARS AGO THEY

18    MOVED OUT, SO MAYBE -- AND THEY WERE THERE FOR ABOUT A YEAR.

19             MR. PRICE:  AND THAT WAS YOUR JOB AT THE TIME?

20             PROSPECTIVE JUROR:  TECHNICIAN.

21             MR. PRICE:  AND WHAT WERE YOU DOING WITH THE FAB?

22    WHAT WAS -- CAN YOU GIVE US SOME MORE --

23             PROSPECTIVE JUROR:  I WORK ON THE JUDGMENT.  I CAN --

24    I ASSIGN JOBS TO THE PEOPLE IN THE FAB, AS WELL AS MYSELF.

25    JUST -- WE MAKE PRINT HEADS FOR FUJI FILM.
```

```
 1            MR. PRICE:  DID YOU DEVELOP ANY FRIENDSHIPS WITH

 2      THESE FOLKS THAT MIGHT AFFECT YOUR ABILITY TO BE FAIR?

 3            PROSPECTIVE JUROR:  NO.  THEY WERE FRIENDLY AT WORK

 4      AND EVERYTHING, BUT NOTHING OUTSIDE OF THAT.

 5            MR. PRICE:  OKAY.  THANK YOU.

 6            THE COURT:  ALL RIGHT.  THANK YOU.

 7         IF YOU WOULD PLEASE GO BACK TO JUDGE LLOYD'S COURTROOM.

 8      THANK YOU VERY MUCH.

 9            LET'S HAVE NUMBER 18, WHO'S MS. BAUTISTA, PLEASE.

10            (JUROR SERNA NOT PRESENT.)

11            (ONLY JUROR BAUTISTA PRESENT.)

12            THE COURT:  WELCOME BACK.

13            PROSPECTIVE JUROR:  HI.

14            THE COURT:  PLEASE TELL US WHAT YOU HAVE HEARD ABOUT

15      ANY DISPUTE BETWEEN THESE COMPANIES?

16            PROSPECTIVE JUROR:  YOU KNOW, I WAS THINKING ABOUT IT

17      OVER LUNCH.  IT'S JUST THE NORMAL STUFF.  MY HUSBAND TALKS A

18      LOT ABOUT WHAT'S HAPPENING ON THE NEWS, SO I DON'T REALLY PAY

19      ATTENTION TO IT BECAUSE I'M NOT INTO TECH STUFF.  SO I THINK

20      MAYBE I JUST RAISED MY HAND TOO SOON.  I DON'T REALLY KNOW

21      WHAT'S GOING ON.

22            THE COURT:  OKAY.

23            MR. PRICE:  YOUR HONOR, I'M SORRY.  I CAN'T HEAR.

24            THE COURT:  YOU CAN'T HEAR THAT.  ALL RIGHT.  SHE

25      SAID HER HUSBAND TALKS ABOUT THE NEWS TO HER, BUT SHE'S NOT
```

1        INTO TECH, SO SHE WASN'T REALLY PAYING ATTENTION.

2                PROSPECTIVE JUROR:  I DON'T REALLY PAY ATTENTION.  HE

3        TALKS A LOT, HE ASKS -- I HAVE AN APPLE PHONE, HE HAS A SAMSUNG

4        PHONE.

5            HE HAS A SAMSUNG, I HAVE AN APPLE.  SO WHENEVER I SAY

6        SOMETHING ABOUT MY PHONE, THEN HE SAYS SOMETHING ABOUT SAMSUNG,

7        AND I'M JUST, YOU KNOW, KIND OF JUST LET IT PASS ME BY BECAUSE

8        I'M NOT REALLY INTO THAT TECH STUFF.  SO --

9                THE COURT:  DO YOU KNOW HOW LONG AGO YOUR HUSBAND

10       TOLD YOU ABOUT THE NEWS ABOUT ANY DISPUTE BETWEEN THESE

11       COMPANIES?

12               PROSPECTIVE JUROR:  I WOULD SAY MAYBE -- YOU KNOW, HE

13       CONSTANTLY TALKS ABOUT STUFF LIKE THAT.

14               THE COURT:  CAN YOU WAIT ONE SECOND.

15           CAN YOU HEAR HER, MR. PRICE?

16               THE COURT:  COULD YOU PLEASE USE THE MICROPHONE.

17       THANK YOU.

18               PROSPECTIVE JUROR:  SO MY HUSBAND READS A LOT ABOUT

19       THE TECH STUFF AND HE KIND OF JUST CONSTANTLY -- BECAUSE WE

20       COMMUTE TOGETHER TO WORK AND BACK, SO HE'S CONSTANTLY THROWING

21       THINGS AT ME THAT I'M NOT REALLY INTO.  THAT'S WHY I SAID THAT.

22       SO I WOULD SAY THE LAST TIME WE WOULD FRIDAY WHEN WE DROVE

23       HOME.

24               THE COURT:  AND DO YOU RECALL WHAT HE SAID?

25               PROSPECTIVE JUROR:  NOT REALLY.  NOT REALLY.

```
1              THE COURT:  OKAY.  IS YOUR HUSBAND IN TECH?  WHAT
2     DOES HE DO?
3              PROSPECTIVE JUROR:  HE DOES.  CURRENTLY HE'S WORKING
4     FOR -- OH, MY GOSH.  IT'S -- OH, MY GOSH.  STARTS WITH A V.
5     IT'S IN SANTA CLARA.
6         HE USED TO WORK FOR CISCO SYSTEMS, AND THEN HE WORKED
7     FOR -- IT'S IN MOUNTAIN VIEW.  I CAN'T RECALL.  I DON'T RECALL
8     WHAT COMPANY HE WORKS FOR.  BUT HE WORKED FOR CISCO SYSTEMS FOR
9     A LONG TIME, SO HE'S BEEN IN TECH.  HE USED TO WORK AT NOVELL.
10    HE'S INTO THAT STUFF.
11             THE COURT:  UM-HUM.
12             PROSPECTIVE JUROR:  LIKE WITH MY COMPUTER, IF IT
13    DOESN'T, YOU KNOW, IF I GO IN AND IT DOESN'T GO, I GET REALLY
14    FRUSTRATED.  SO I'M NOT INTO TECH AT ALL, SO --
15             THE COURT:  UM-HUM.  WHAT DO YOU DO FOR WORK?
16             PROSPECTIVE JUROR:  I WORK AT A SCHOOL AS A NURSE.
17             THE COURT:  OKAY.  ALL RIGHT.
18        DID YOUR HUSBAND TELL YOU ABOUT ANY OUTCOMES IN ANY OF --
19    ANY DISPUTE BETWEEN THE PARTIES?
20             PROSPECTIVE JUROR:  NO.
21             THE COURT:  OKAY.  DID HE SHARE HIS OPINION ABOUT THE
22    DISPUTE?
23             PROSPECTIVE JUROR:  HE ALWAYS DOES.  HE ALWAYS HAS AN
24    OPINION ABOUT SOMETHING GOING ON WITH TECH STUFF.
25             THE COURT:  AND WHAT WAS HIS OPINION?
```

1          PROSPECTIVE JUROR:  WELL, I GUESS HIS OPINION IS,

2     I'VE BEEN TRYING TO GET HIM TO GO WITH APPLE, TO GO -- SO WE

3     CAN HAVE THE SAME PHONES, AND HE PREFERS TO STAY WITH SAMSUNG

4     BECAUSE HE FEELS SAMSUNG IS BETTER APPS AND ALL THAT STUFF.

5          THE COURT:  UM-HUM.  DID HE HAVE ANY OPINION ABOUT

6     THE DISPUTE BETWEEN THE PARTIES, OR IS IT MORE YOU'RE TRYING TO

7     CONVINCE EACH OTHER TO SWITCH PHONES?

8          PROSPECTIVE JUROR:  I THINK IT'S MORE ME TRYING TO

9     CONVINCE HIM TO SWITCH AND HIM -- I GUESS THERE'S DIFFERENT

10    PLATFORMS THAT THESE PHONES RUN ON, AND HE PREFERS THE SAMSUNG,

11    THE IOS OR WHATEVER.

12         THE COURT:  UM-HUM.

13         PROSPECTIVE JUROR:  I JUST HIT GO AND IF IT DOESN'T

14    GO, THEN I GET FRUSTRATED.

15         THE COURT:  OKAY.  WHY DO YOU WANT HIM TO SWITCH?

16         PROSPECTIVE JUROR:  BECAUSE APPLE PHONES, FOR ME,

17    IT'S EASIER.  I DID DO THE SAMSUNG FOR A WHILE.  I TRIED IT.

18    BUT I REALLY PREFER APPLE.

19         THE COURT:  WOULD YOU BE FAIR TO BOTH SIDES IN THIS

20    CASE?

21         PROSPECTIVE JUROR:  I THINK -- I THINK SO.  IT'S JUST

22    THAT, LIKE I SAID, I DON'T KNOW WHAT THIS CASE IS.  IS IT ABOUT

23    TECH?  BECAUSE I KNOW NOTHING ABOUT TECH.

24       OR IS IT -- I REALLY DON'T KNOW.

25         THE COURT:  SO THERE'S BEEN AN INFRINGEMENT VERDICT

1    IN THIS CASE, SO THE ONLY THING THIS JURY HAS TO DECIDE IS

2    DAMAGES.

3              PROSPECTIVE JUROR:  OKAY.  I -- I THINK SO.  I THINK

4    I CAN BE.  I'M NOT SURE.

5         I'VE NEVER BEEN ON A JURY BEFORE, SO I'M NOT REALLY SURE.

6              THE COURT:  ALL RIGHT.  ANY COUNSEL WANT TO ASK ANY

7    QUESTIONS?

8              MR. LEE:  NO, YOUR HONOR.

9              MR. PRICE:  I JUST WANT TO CLARIFY.  SO THE WAY I

10   UNDERSTAND IT, YOU THINK APPLE'S PHONES ARE BETTER THAN SAMSUNG

11   PHONES AND YOUR HUSBAND THINKS SAMSUNG PHONES ARE BETTER?

12             PROSPECTIVE JUROR:  WELL, HE -- YES.  HE LIKES THE

13   WAY THE SAMSUNG -- HE HAS A SAMSUNG -- WHATEVER RUNS THE PHONE,

14   HE LIKES IT BETTER, WHERE I PREFER APPLE BECAUSE I THINK IT'S

15   USER FRIENDLIER FOR ME.

16        SO I DON'T KNOW IF THAT MEANS ANYTHING, BUT YES.

17   EVERYTHING I HAVE AS FAR AS ELECTRONICS IS APPLE JUST BECAUSE

18   IT'S EASIER FOR ME TO WORK AROUND.

19             MR. PRICE:  ALL RIGHT.  AND DID HE TELL YOU WHY HE

20   PREFERS SAMSUNG?

21             PROSPECTIVE JUROR:  SOMETHING ABOUT HOW THE APPS ARE

22   EASIER TO MANEUVER AND HE LIKES THE WAY IT WORKS.  LIKE I SAID,

23   HE PROBABLY DID TELL ME WHY, I JUST DON'T REALLY PAY THAT MUCH

24   ATTENTION TO IT.  SO --

25             MR. PRICE:  OKAY.  I HAVE NO FURTHER QUESTIONS.

```
1              THE COURT:  ALL RIGHT.  THANK YOU VERY MUCH.

2              PROSPECTIVE JUROR:  OKAY.

3              THE COURT:  OKAY.  LET'S GO TO JUROR NUMBER 22,

4       PLEASE.  THAT'S MS. ZHENG.

5              (JUROR BAUTISTA NOT PRESENT.)

6              (ONLY JUROR ZHENG PRESENT.)

7              THE COURT:  OKAY.  WELCOME BACK, MS. ZHENG.  CAN YOU

8       TELL US ABOUT ANY DISPUTE YOU HEARD BETWEEN APPLE AND SAMSUNG?

9              PROSPECTIVE JUROR:  I JUST HEARD THE HEADLINE, NOT

10      THE DETAIL.

11             THE COURT:  AND WHEN DID YOU HEAR THAT HEADLINE?

12             PROSPECTIVE JUROR:  I DON'T REMEMBER.

13             THE COURT:  OKAY.  DO YOU RECALL WHAT THE HEADLINE

14      SAID?

15             PROSPECTIVE JUROR:  IT JUST SAID THE COURT CASES.  I

16      THINK IT'S OUTSIDE THE U.S. OR SOMETHING LIKE THAT.  SOMETHING

17      MESSED UP.

18             THE COURT:  DO YOU HAVE ANY OPINION ABOUT ANY DISPUTE

19      BETWEEN THESE COMPANIES?

20             PROSPECTIVE JUROR:  NOT REALLY.

21             THE COURT:  YOU QUALIFIED IT WITH "NOT REALLY."  DOES

22      THAT MEAN THAT YOU HAVE ONE, OR YOU DON'T?

23             PROSPECTIVE JUROR:  NO, I DON'T.

24             THE COURT:  ALL RIGHT.  HAVE YOU HAD ANY

25      CONVERSATIONS WITH ANYONE ABOUT ANY DISPUTE BETWEEN THESE
```

```
 1        COMPANIES?

 2                PROSPECTIVE JUROR:  NO.

 3                THE COURT:  ALL RIGHT.  AND ANYONE SHARE THEIR

 4        OPINION WITH YOU ABOUT ANY DISPUTE BETWEEN THESE COMPANIES?

 5                PROSPECTIVE JUROR:  NO.

 6                THE COURT:  OKAY.  WOULD YOU BE FAIR TO BOTH SIDES IN

 7        THIS CASE?

 8                PROSPECTIVE JUROR:  YES.

 9                THE COURT:  ANY QUESTIONS FROM COUNSEL?

10                MR. LEE:  NO, YOUR HONOR.

11                THE COURT:  MR. PRICE?

12                MR. PRICE:  IF I CAN JUST, MS. ZHENG, WHAT WAS THE

13        HEADLINE THAT YOU SAW?

14                PROSPECTIVE JUROR:  I THINK IT WAS -- NOT SAW.  I

15        THINK I WAS DRIVING WITH MY CHILDREN, LIKE, JUST, LIKE, I PUT

16        ON 740 OR, WHAT IS THAT, PUBLIC RADIO, NPR STATION AND JUST,

17        LIKE, YOU KNOW.

18                MR. PRICE:  AND DO YOU REMEMBER ANYTHING ABOUT WHAT

19        YOU HEARD?

20                PROSPECTIVE JUROR:  I JUST HEARD THEY HAVE SOME KIND

21        OF LAWSUIT.  THAT'S ALL.

22                MR. PRICE:  OKAY.

23                PROSPECTIVE JUROR:  JUST THE NEWS.

24                MR. PRICE:  THAT'S IT.  THANK YOU.

25                THE COURT:  ALL RIGHT.  THANK YOU.
```

1          IF YOU WOULD PLEASE GO BACK TO JUDGE LLOYD'S COURTROOM.

2          IF WE WOULD PLEASE BRING IN MS. DOBAY, SHE'S NUMBER 23.

3          (JUROR ZHENG NOT PRESENT.)

4          (ONLY JUROR DOBAY PRESENT.)

5               THE COURT:  WELCOME BACK, MS. DOBAY.

6          WHAT HAVE YOU HEARD ABOUT ANY DISPUTE BETWEEN THESE

7     COMPANIES?

8               PROSPECTIVE JUROR:  NOT -- I DON'T KNOW TOO MUCH

9     DETAIL.  I JUST HEARD THAT THERE WAS SOME DISAGREEMENT ABOUT

10    THE PHONES, SOMETHING ABOUT, LIKE, SAMSUNG THOUGHT THAT APPLE

11    COPIED.  SOMETHING ABOUT THE PHONE.  IT WAS PRETTY VAGUE.

12              THE COURT:  OKAY.  SO WHAT YOU KNOW IS THAT SAMSUNG

13    THOUGHT APPLE COPIED ITS PHONE?

14              PROSPECTIVE JUROR:  (NODS HEAD UP AND DOWN.)

15              THE COURT:  OKAY.  WHERE DO YOU THINK YOU HEARD THAT

16    FROM?  OR WHAT GAVE YOU THAT IMPRESSION?

17              PROSPECTIVE JUROR:  I THINK IT WAS JUST PEOPLE

18    TALKING AT WORK.  I DON'T THINK I ACTUALLY READ ANYTHING.

19              THE COURT:  ALL RIGHT.  AND WHERE DO YOU WORK?  OR

20    WHERE DID -- HOW LONG AGO WAS THIS CONVERSATION?

21              PROSPECTIVE JUROR:  IT WAS MONTHS AGO.

22              THE COURT:  OKAY.  AND WHY DO YOU WORK?  OR WHERE DID

23    YOU WORK A MONTH AGO?

24              PROSPECTIVE JUROR:  SALINAS VALLEY MEMORIAL HOSPITAL.

25              THE COURT:  AT THE HOSPITAL?

```
1            PROSPECTIVE JUROR:  EXACTLY.

2            THE COURT:  OKAY.  AND DID ANYONE SHARE THEIR OPINION

3    ABOUT THAT DISPUTE WITH YOU?

4            PROSPECTIVE JUROR:  NO.  THEY WERE JUST MORE

5    COMMENTING ON IT.  I DON'T REALLY HAVE ANY OPINION.

6            THE COURT:  OKAY.  DID ANY OF THOSE CONVERSATIONS

7    AFFECT YOUR OPINION ABOUT ANY DISPUTE BETWEEN THESE COMPANIES?

8            PROSPECTIVE JUROR:  NO.

9            THE COURT:  DO YOU HAVE ANY OPINION ABOUT ANY DISPUTE

10   BETWEEN THESE COMPANIES?

11           PROSPECTIVE JUROR:  NO.

12           THE COURT:  WOULD YOU BE FAIR TO BOTH SIDES IN THIS

13   CASE?

14           PROSPECTIVE JUROR:  YES.

15           THE COURT:  OKAY.

16        ANY QUESTIONS FROM COUNSEL?

17           MR. LEE:  MS. DOBAY, I THINK YOU TOLD HER HONOR YOU

18   HEARD THAT SAMSUNG HAD ACCUSED APPLE OF COPYING OR SOMETHING.

19           PROSPECTIVE JUROR:  YES.

20           MR. LEE:  IN THIS CASE, IF YOU LEARN THAT A PRIOR

21   JURY HAS DECIDED THAT SAMSUNG INFRINGED APPLE'S INTELLECTUAL

22   PROPERTY AND THE ISSUE WAS DAMAGES, WOULD YOU BE ABLE TO ACCEPT

23   THAT PRIOR VERDICT?

24           PROSPECTIVE JUROR:  YES.

25           MR. LEE:  OKAY.  THANK YOU.
```

```
1              PROSPECTIVE JUROR:  YEAH.

2              THE COURT:  OKAY.  MR. PRICE, ANY FOLLOW-UP?

3              MR. PRICE:  NO QUESTIONS.

4              THE COURT:  ALL RIGHT.  THANK YOU, MS. DOBAY.

5              PROSPECTIVE JUROR:  YOU'RE WELCOME.

6          (JUROR DOBAY NOT PRESENT.)

7              THE COURT:  ALL RIGHT.  LET'S BRING IN, PLEASE, JUROR

8      NUMBER 25, WHO'S MR. DIXIT.

9          (JUROR DIXIT PRESENT.)

10             THE COURT:  ALL RIGHT.  WELCOME BACK, MR. DIXIT.

11         WHAT HAVE YOU HEARD ABOUT ANY DISPUTE BETWEEN THESE

12     COMPANIES?

13             PROSPECTIVE JUROR:  I'VE HEARD NEWS REPORTS IN THE

14     PAST ABOUT THE TWO COMPANIES SUING EACH OTHER.

15             THE COURT:  AND DO YOU RECALL HOW LONG AGO YOU HEARD

16     THAT?

17             PROSPECTIVE JUROR:  TWO, THREE, FOUR YEARS AGO,

18     SOMETHING LIKE THAT.

19             THE COURT:  ALL RIGHT.  DO YOU RECALL WHAT YOUR

20     SOURCE OF INFORMATION WAS?

21             PROSPECTIVE JUROR:  NEWS, NEWS REPORTS BASICALLY.

22             THE COURT:  AND IS THAT RADIO, PRINT, INTERNET,

23     MAGAZINES?

24             PROSPECTIVE JUROR:  IT WASN'T PRINT.  IT WASN'T RADIO

25     OR TELEVISION.  IT WAS PROBABLY "NEW YORK TIMES" PROBABLY.
```

```
 1                    THE COURT:  OKAY.

 2                    PROSPECTIVE JUROR:  YEAH.

 3                    THE COURT:  ALL RIGHT.  DO YOU RECALL WHETHER YOU

 4       HEARD ABOUT -- WELL, DO YOU HAVE ANY OPINION ABOUT THE

 5       DISPUTES?

 6                    PROSPECTIVE JUROR:  NOT REALLY.  I THOUGHT IT WAS

 7       INTERESTING.  BUT NO PARTICULAR OPINION.

 8                    THE COURT:  DID YOU HAVE ANY CONVERSATIONS WITH

 9       ANYONE ABOUT THE DISPUTE?

10                    PROSPECTIVE JUROR:  I'M SURE I DID.  I'M SURE PEOPLE

11       WERE TALKING ABOUT IT, PEOPLE, YOU KNOW, FRIENDS IN MY CIRCLE

12       WERE TALKING ABOUT, ABOUT THAT PATENT DISPUTE.

13          BUT -- YEAH.

14                    THE COURT:  DO YOU RECALL IF ANYONE SHARED THEIR

15       OPINIONS ABOUT THE DISPUTE WITH YOU?

16                    PROSPECTIVE JUROR:  YEAH, I'M SURE.  WE TALKED

17       ABOUT -- I MEAN, IF I REMEMBER RIGHT, IT WAS SOME USER

18       INTERFACE STUFF ON THE IPHONE, AND IT WAS DISCUSSIONS LIKE HOW

19       CAN YOU PATENT WHICH WAY A FINGER MOVES ON THE PHONE, THAT KIND

20       OF STUFF.

21                    THE COURT:  ALL RIGHT.  AND DID THOSE CONVERSATIONS

22       AFFECT YOUR OPINION ABOUT THE CASE?

23                    PROSPECTIVE JUROR:  NO.

24                    THE COURT:  DO YOU HAVE ANY OPINIONS ABOUT THE

25       DISPUTE?
```

```
1                    PROSPECTIVE JUROR:  I DON'T THINK I HAVE OPINIONS

2       ABOUT THE DISPUTE.

3            I HAVE -- I FIND IT STRANGE THAT PATENTS CAN BE MADE FOR

4       SUCH THINGS, BUT -- OR CAN BE GRANTED FOR SUCH THINGS.  BUT I

5       DO NOT KNOW PATENT LAW.

6                    THE COURT:  OKAY.  WHAT IS YOUR LINE OF WORK?

7                    PROSPECTIVE JUROR:  I'VE BEEN IN THE SEMICONDUCTOR

8       DESIGN ENGINEERING FIELD, OR I AM IN THAT FIELD.

9                    THE COURT:  AND WHERE WERE YOU WORKING DURING THE TWO

10      TO FOUR YEARS AGO WHEN YOU WERE HEARING ABOUT THESE CASES?

11                   PROSPECTIVE JUROR:  I WAS WORKING FOR MOSYS,

12      M-O-S-Y-S.

13                   THE COURT:  ALL RIGHT.  DO YOU HAVE ANY OTHER

14      OPINIONS ABOUT PATENTS AND WHETHER TOO MUCH SUBJECT MATTER IS

15      BEING PATENTED?

16                   PROSPECTIVE JUROR:  YEAH.  IN FACT, I HAVE SEVERAL

17      PATENTS MYSELF, AND THEY WERE -- IT'S BEEN A POINT OF

18      CONVERSATION ON, YOU KNOW, WHY ARE COMPANIES TRYING TO GET SO

19      MANY PATENTS FOR THINGS WHICH ARE IN SOME ENGINEER'S OPINIONS

20      SMALL THINGS.

21            BUT -- YEAH.

22                   THE COURT:  OKAY.  IN THIS CASE, A PREVIOUS JURY

23      FOUND PATENT INFRINGEMENT AND VALIDITY.  SO THE ONLY ISSUE

24      BEFORE THIS JURY IS DAMAGES.

25            CAN YOU BE FAIR TO BOTH SIDES IN THIS CASE AND ACCEPT THAT
```

```
 1    PRIOR JURY'S VERDICT?

 2              PROSPECTIVE JUROR:  MAY I -- CAN YOU PLEASE SAY THAT

 3    AGAIN?  I'M NOT SURE I UNDERSTOOD WHAT YOU JUST SAID.

 4              THE COURT:  ALL RIGHT, SURE.  ANOTHER JURY IN ANOTHER

 5    TRIAL HAS FOUND THE PATENTS AND THE -- WELL, THE PATENTS IN

 6    THIS CASE TO BE VALID AND INFRINGED.

 7              PROSPECTIVE JUROR:  OKAY.

 8              THE COURT:  CAN YOU ACCEPT THAT PRIOR JURY'S VERDICT,

 9    OR WILL YOU BE THINKING, WHY IS THIS BEING PATENTED?

10              PROSPECTIVE JUROR:  NO, I THINK I CAN ACCEPT THE

11    PRIOR JURY'S VERDICT.

12              THE COURT:  OKAY.  AND THEN THE SOLE QUESTION BEFORE

13    THIS JURY THEN WILL BE WHAT ARE THE DAMAGES FOR THAT

14    INFRINGEMENT OF VALID PATENTS.

15              PROSPECTIVE JUROR:  ALL RIGHT.

16              THE COURT:  CAN YOU BE FAIR AND IMPARTIAL?

17              PROSPECTIVE JUROR:  I THINK SO, YES.

18              THE COURT:  OKAY.  ALL RIGHT.

19         DOES EITHER SIDE WANT TO ASK ANY QUESTIONS?

20              MR. LEE:  YES, YOUR HONOR.

21         LET ME JUST ASK A COUPLE MORE QUESTIONS ABOUT YOUR VIEW ON

22    PATENTS.

23         AS HER HONOR SAID, THE ONLY ISSUE HERE IS DAMAGES.

24         WOULD YOUR VIEW ON PATENTS AND WHAT IS PATENTABLE AFFECT

25    YOUR VIEW ON THE VALUE OF A PATENT AND THE AMOUNT THAT YOU'D BE
```

1       AWARDING IN DAMAGES FOR INFRINGEMENT OF THAT PATENT?

2                    PROSPECTIVE JUROR:  I DON'T THINK SO.

3                    MR. LEE:  OKAY.  YOU COULD TAKE THE PRIOR JURY'S

4       VERDICT THAT SAMSUNG INFRINGED A VALID PATENT AND AWARD

5       DAMAGES, NOTWITHSTANDING -- NOTWITHSTANDING YOUR VIEWS ABOUT

6       THE PATENT SYSTEM GENERALLY; CORRECT?

7                    PROSPECTIVE JUROR:  YES, THAT'S RIGHT.

8                    MR. LEE:  THANK YOU.

9                    THE COURT:  MR. PRICE?

10                   MR. PRICE:  NO QUESTIONS, YOUR HONOR.

11                   THE COURT:  NO QUESTIONS.  ALL RIGHT.

12      THANK YOU.  IF YOU WOULD PLEASE GO BACK TO JUDGE LLOYD'S

13      COURTROOM.

14           (JUROR DIXIT NOT PRESENT.)

15           NUMBER 26, PLEASE, THAT'S MS. AGUILAR.

16           (JUROR AGUILAR PRESENT.)

17                   THE COURT:  OKAY.  WELCOME BACK, MS. AGUILAR.

18           WHAT HAVE YOU HEARD ABOUT ANY DISPUTE BETWEEN APPLE AND

19      SAMSUNG?

20                   PROSPECTIVE JUROR:  I THINK FROM WHAT I RECALL IT WAS

21      A DISPUTE ABOUT THE -- APPLE OWNED APPLICATION DEVELOPMENT THAT

22      ALLOWED FOR EXPANDING AND CLOSING A WINDOW ON THE PHONE, AND

23      SAMSUNG IMPLEMENTED THEIR FEATURE ALMOST IDENTICALLY, AND I

24      THINK THAT'S WHAT THE LAWSUIT WAS ABOUT.

25                   THE COURT:  ALL RIGHT.  AND DO YOU RECALL WHEN YOU

```
1    HEARD THAT?

2              PROSPECTIVE JUROR:  OH, ABOUT MAYBE FIVE YEARS AGO,

3    MAYBE LESS.

4              THE COURT:  DO YOU RECALL HOW YOU HEARD THAT?  WHAT

5    WAS THE SOURCE OF INFORMATION?

6              PROSPECTIVE JUROR:  VARIOUS NEWSPAPER ARTICLES.

7    I'M -- I WORK IN TECH, SO I PAY ATTENTION TO A LOT OF THAT

8    STUFF.

9         AND I HATE TO SAY, I HAD A FRIEND THAT SERVED AS A LAWYER

10   FOR THIS, BUT I DON'T --

11             THE COURT:  WHO IS THAT?

12             PROSPECTIVE JUROR:  I DON'T KNOW IF HE WORKED WITH

13   THIS SPECIFIC CASE.

14             THE COURT:  OKAY.  CAN YOU --

15             PROSPECTIVE JUROR:  BUT I DON'T KNOW DETAILS.  I JUST

16   KNOW HE WAS INVOLVED.

17             THE COURT:  OKAY.  THAT'S FINE.  CAN YOU TELL WHAT

18   THAT PERSON'S NAME IS OR WHAT COMPANY THEY WORKED FOR?

19             PROSPECTIVE JUROR:  HE USED TO WORK WITH US, AND NOW

20   HE WORKS FOR -- AS AN ATTORNEY FAR AWAY.  BUT HIS NAME IS

21   DAVID ROSEN.

22             THE COURT:  OKAY.  WHERE DO YOU WORK?

23             PROSPECTIVE JUROR:  AT U.C. SANTA CRUZ.

24             THE COURT:  AND WHERE DID YOU WORK FIVE YEARS AGO?

25             PROSPECTIVE JUROR:  AT U.C. SANTA CRUZ.
```

```
1              THE COURT:  OKAY.  SO HE USED TO WORK AT U.C.

2       SANTA CRUZ?

3              PROSPECTIVE JUROR:  YEAH.

4              THE COURT:  IN WHAT CAPACITY?

5              PROSPECTIVE JUROR:  HE WAS A DEVELOPER.

6              THE COURT:  A DEVELOPER OF WHAT?

7              PROSPECTIVE JUROR:  APPLICATIONS.

8              THE COURT:  OKAY.  SO HE WAS IN THE I.T. DEPARTMENT?

9              PROSPECTIVE JUROR:  YES.  WE WERE ALL IN I.T.

10             THE COURT:  YOU'RE IN I.T. AS WELL?

11             PROSPECTIVE JUROR:  YES.

12             THE COURT:  I SEE.  SO HOW -- WAIT, HE WAS A LAWYER,

13      BUT HE --

14             PROSPECTIVE JUROR:  HE LEFT OUR DEPARTMENT TO PURSUE

15      LAW.

16             THE COURT:  OH, I SEE.  I SEE.

17         AND YOU THINK HE WORKED ON THE -- ANY DISPUTE BETWEEN

18      APPLE AND SAMSUNG?

19             PROSPECTIVE JUROR:  YEAH, I DON'T KNOW WHAT HIS

20      PARTICULAR JOB WAS, BUT I THOUGHT HE WAS GOING TO WORK IN THAT

21      PARTICULAR CASE OR DOING SOMETHING WITH.

22             THE COURT:  AND YOU DON'T KNOW WHERE HE WORKED AS A

23      LAWYER?

24             PROSPECTIVE JUROR:  NO.

25             THE COURT:  OKAY.  IS THIS A NAME THAT EITHER SIDE
```

```
1        KNOWS, DAVID ROSEN?

2               MR. LEE:  NOT FOR US, YOUR HONOR.

3               MS. MAROULIS:  YOUR HONOR, WE'RE NOT AWARE.

4               THE COURT:  OKAY.  WHAT WAS YOUR -- WHAT -- DID HE

5        TELL YOU HE WAS WORKING ON THE CASE.

6               PROSPECTIVE JUROR:  NO.

7               THE COURT:  WHERE IS YOUR IMPRESSION FROM?

8               PROSPECTIVE JUROR:  FRIEND OF A FRIEND.

9               THE COURT:  I SEE.

10              PROSPECTIVE JUROR:  I DON'T HAVE CONTACT, DIRECT

11       CONTACT WITH HIM.

12              THE COURT:  I SEE.  HOW LONG AGO DID YOU HAVE CONTACT

13       WITH HIM?

14              PROSPECTIVE JUROR:  FIVE YEARS AGO.

15              THE COURT:  OH, FIVE YEARS AGO WHEN HE WAS IN I.T. AT

16       U.C. SANTA CRUZ?

17              PROSPECTIVE JUROR:  YES, HE WAS PROBABLY STILL THERE.

18              THE COURT:  I SEE.  WAS HE IN LAW SCHOOL AT THE TIME?

19              PROSPECTIVE JUROR:  YES.

20              THE COURT:  OKAY.  DID YOU HAVE ANY OPINION ABOUT THE

21       DISPUTE?

22              PROSPECTIVE JUROR:  I HAVE PERSONAL DISLIKE FOR APPLE

23       COMPANY.  I DON'T FEEL LIKE THEY CAN -- I MEAN, I FEEL LIKE

24       THEY'VE STOLEN A LOT OF IDEAS FROM OTHER PEOPLE, AND I'VE BEEN

25       PERSONALLY BURNED BY THEM WITH THEIR OWN PRODUCTS.
```

```
1            THE COURT:  HOW HAVE YOU BEEN PERSONALLY BURNED?

2            PROSPECTIVE JUROR:  I SPENT A LOT OF MONEY ON ONE OF

3     THEIR EARLIER NOTEBOOKS AND IT WAS -- IT WAS -- THERE WAS

4     SOMETHING WRONG WITH IT, AND SO I TRIED TO DISPUTE IT UNDER THE

5     WARRANTY AND THEY WOULDN'T HONOR IT.

6         AND THEN ABOUT A YEAR LATER AFTER THE WARRANTY EXPIRED,

7     THEY ADMITTED THAT THERE WAS A DEFECT IN THAT PARTICULAR BRAND.

8            THE COURT:  BUT THEN YOU GOT NO RELIEF BECAUSE YOUR

9     WARRANTY HAD EXPIRED?

10            PROSPECTIVE JUROR:  NO.  YEAH.

11            THE COURT:  ALL RIGHT.  DO YOU HOLD SOME RESENTMENT

12    TOWARDS APPLE BASED ON THAT EXPERIENCE.

13            PROSPECTIVE JUROR:  YEAH, AND I STILL DO I.T. STUFF

14    AND I'M STILL DEALING WITH A LOT OF ISSUES WITH THAT PARTICULAR

15    BUSINESS.

16            THE COURT:  WHAT BUSINESS?

17            PROSPECTIVE JUROR:  WITH APPLE.  WITH THEIR PRODUCTS

18    AND HOW THEY DO THINGS.

19            THE COURT:  I SEE.  WOULD YOU BE FAIR TO APPLE IN

20    THIS CASE?

21            PROSPECTIVE JUROR:  I DON'T KNOW.  I CAN'T SAY THAT

22    I'D TRULY BE FAIR.  I MIGHT BE BIASED.

23            THE COURT:  WHAT ARE THE PROBLEMS THAT YOU HAVE IN

24    YOUR I.T. BUSINESS WITH APPLE?

25            PROSPECTIVE JUROR:  EVERY TIME THEY RELEASE
```

1    SOMETHING, THEY MAKE US GO OUT AND BUY A NEW SET UP FOR --

2    ADAPTERS TO ACCOMMODATE WHAT THEY DO.  THEIR WARRANTY, THEY

3    DON'T ALWAYS HONOR THEIR WARRANTIES.

4        I HAVE PARTICULAR PROBLEMS WITH PEOPLE THAT TURN IN

5    DEVICES THAT ARE LOCKED AND I HAVE TO OPEN UP THE CASE WITH

6    THEM TO PROVE THAT I ACTUALLY WORK WHERE I WORK AND SAY WHO I

7    AM AND PROVE -- I HAVE TO GO THROUGH NUMEROUS HOOPS TO GET

8    THINGS RESOLVED.

9            THE COURT:  UM-HUM.

10       ALL RIGHT.  DO COUNSEL WANT TO ASK ANY QUESTIONS?

11           MR. LEE:  NO, YOUR HONOR.

12           MR. PRICE:  NO, YOUR HONOR.

13           THE COURT:  ALL RIGHT.  THANK YOU VERY MUCH.

14       ACTUALLY, I'M GOING TO ASK, IF YOU WOULD JUST STEP INTO

15   THE ROOM JUST A MINUTE.  NO CONVERSATIONS, PLEASE, WITH ANY

16   JUROR WHO'S IN THERE.

17       (JUROR AGUILAR NOT PRESENT.)

18           MR. LEE:  YOUR HONOR, WE WOULD MOVE TO DISMISS THE

19   JUROR FOR CAUSE.  SHE SAID SHE HAS RESENTMENT FOR SEVERAL

20   REASONS, AND SHE SAID THAT SHE THINKS SHE WOULD HAVE TROUBLE

21   BEING FAIR AND IMPARTIAL.

22           THE COURT:  ANY OBJECTION?

23           MR. PRICE:  WELL, THE ONLY THING I WOULD SAY, YOUR

24   HONOR, SHE DOESN'T KNOW -- SHE GAVE A GOOD DESCRIPTION OF WHAT

25   THE PRIOR CASE WAS ABOUT, PROBABLY THE MOST DETAILED YET.

1    I DON'T -- SHE WASN'T ASKED WHETHER, OR TOLD THAT SAMSUNG

2    INFRINGED A VALID PATENT, WHETHER SHE COULD BE FAIR IN

3    ASSESSING DAMAGES.

4        THE COURT:  SHE SAID SHE WAS PERSONALLY BURNED BY ONE

5    OF THE COMPANIES IN THIS TRIAL.  THAT'S PRETTY GRAPHIC

6    LANGUAGE.

7        MR. PRICE:  SHE DID.

8        THE COURT:  YEAH.  ALL RIGHT.  I'M GOING TO EXCUSE

9    HER FOR CAUSE.

10       LET'S GO AHEAD AND BRING HER IN.  JUST MS. AGUILAR, NOT

11   MR. PHAM YET, PLEASE.  THANK YOU.

12       (ONLY JUROR AGUILAR PRESENT.)

13       THE COURT:  ALL RIGHT.  MS. AGUILAR, I'M GOING TO

14   THANK YOU AND EXCUSE YOU.  IF YOU WOULD PLEASE GO AND CHECK IN

15   WITH MS. MATAMOROS WHO IS ON THE SECOND FLOOR WHERE YOU CAME IN

16   THIS MORNING, AND WE'LL GO AHEAD AND TAKE YOUR PAPERWORK AND

17   PUT IT ON YOUR CHAIR FOR THE NEXT JUROR.

18       THANK YOU.  GO AHEAD AND GO DOWN IN THE PUBLIC ELEVATOR,

19   PLEASE.  THANK YOU.

20       (JUROR AGUILAR NOT PRESENT.)

21       THE COURT:  ALL RIGHT.  IF YOU COULD NOW PLEASE BRING

22   IN MR. PHAM, WHO'S NUMBER 29.

23       (ONLY JUROR PHAM PRESENT.)

24       THE COURT:  ALL RIGHT.  MR. PHAM, WELCOME BACK.

25       CAN YOU PLEASE TELL US WHAT YOU'VE HEARD ABOUT ANY DISPUTE

1   BETWEEN THESE PARTIES?

2           PROSPECTIVE JUROR:  I BELIEVE IT WAS THE CASE TWO

3   YEARS AGO, OR THREE YEARS AGO.  I CAN'T REMEMBER.  BUT I THINK

4   IT WAS IN REGARDS TO DESIGN PATENTS BETWEEN APPLE AND SAMSUNG.

5           THE COURT:  AND WHAT SPECIFICALLY DO YOU RECALL

6   HEARING?

7           PROSPECTIVE JUROR:  VAGUELY JUST REMEMBERING THE

8   SETTLEMENT BEING, LIKE, CLOSE TO A BILLION DOLLARS OR SOMETHING

9   LIKE THAT.

10          THE COURT:  SO YOU HEARD THE CASE HAD SETTLED?

11          PROSPECTIVE JUROR:  YES.

12          THE COURT:  OKAY.  WHAT WAS YOUR SOURCE OF

13   INFORMATION?

14          PROSPECTIVE JUROR:  ONLINE, ONLINE BLOGS.

15          THE COURT:  DID YOU FORM ANY OPINIONS ABOUT ANY

16   DISPUTES BETWEEN THESE COMPANIES?

17          PROSPECTIVE JUROR:  NOT NECESSARILY.  IT WAS JUST --

18   IT WAS KIND OF CRAZY BECAUSE IT WAS, LIKE, A BILLION DOLLARS.

19   SO THAT'S WHAT REALLY CAUGHT MY EYE.

20          THE COURT:  OKAY.  DO YOU RECALL IF YOU THOUGHT THAT

21   WAS TOO MUCH, OR WHAT -- WHEN YOU SAY IT'S KIND OF CRAZY, CAN

22   YOU ELABORATE A LITTLE BIT?

23          PROSPECTIVE JUROR:  CRAZY IN A SENSE WHERE I'VE NEVER

24   HEARD OF A CASE BEING SETTLED FOR THAT MUCH MONEY I GUESS.

25          THE COURT:  OKAY.  DO YOU RECALL HAVING ANY

```
1     CONVERSATIONS WITH ANYONE ABOUT ANY DISPUTE BETWEEN THE

2     PARTIES?

3          PROSPECTIVE JUROR:  NOT NECESSARILY, NO.

4          THE COURT:  OKAY.  YOU QUALIFIED IT.  IS THAT BECAUSE

5     YOU DON'T REMEMBER OR --

6          PROSPECTIVE JUROR:  NO.  I REMEMBER NOT REALLY

7     TALKING ABOUT IT REALLY.

8          THE COURT:  OKAY.  DO YOU HAVE ANY OPINION ABOUT ANY

9     DISPUTE BETWEEN THESE PARTIES?

10         PROSPECTIVE JUROR:  NOT NECESSARILY.

11         THE COURT:  OKAY.  WOULD YOU BE FAIR AND IMPARTIAL TO

12    BOTH SIDES IN THIS CASE?

13         PROSPECTIVE JUROR:  I BELIEVE SO, YES.

14         THE COURT:  OKAY.

15       DO COUNSEL WANT TO ASK ANY QUESTIONS?

16         MR. LEE:  JUST A COUPLE QUESTIONS.

17         PROSPECTIVE JUROR:  YES, SIR.

18         MR. LEE:  IN THIS CASE, THERE'S BEEN A PRIOR

19    DETERMINATION THAT SAMSUNG INFRINGED VALID PATENTS.

20       WOULD YOU BE ABLE TO AWARD DAMAGES AND LISTEN TO THE

21    EVIDENCE ON THE AMOUNT, NOTWITHSTANDING YOUR REACTION TO THE

22    BILLION DOLLARS?

23         PROSPECTIVE JUROR:  YEAH, YES.

24         MR. LEE:  OKAY.  THANK YOU.

25         MR. PRICE:  AND I'M BILL PRICE.
```

1        MR. PHAM, I THINK I CAN REPRESENT THERE'S NOT A BILLION

2   DOLLARS SETTLEMENT THAT TOOK PLACE.

3            PROSPECTIVE JUROR:  YEAH.

4        MR. PRICE:  AND I'M WONDERING WHETHER OR NOT YOUR

5   HAVING HEARD THAT, WILL THAT AFFECT YOUR ABILITY TO JUDGE THIS

6   CASE?  BECAUSE THIS CASE, THE QUESTION IS WHAT ARE THE

7   APPROPRIATE DAMAGES BECAUSE THERE WAS A FINDING OF

8   INFRINGEMENT.  AND WILL THE FACT THAT YOU HEARD THIS NUMBER OUT

9   THERE HAVE ANY IMPACT ON YOUR ABILITY TO LOOK AT THIS CASE AND

10  SEE WHAT'S APPROPRIATE?

11           PROSPECTIVE JUROR:  NO.

12           MR. PRICE:  THANK YOU.

13           THE COURT:  ALL RIGHT.  MR. PHAM, YOU ARE FREE TO

14  RETURN TO THE COURTROOM, PLEASE.

15           PROSPECTIVE JUROR:  OKAY.

16           THE COURT:  THANK YOU.

17       (JUROR PHAM NOT PRESENT.)

18           THE COURT:  ALL RIGHT.  LAST ONE IS NUMBER 33,

19  MR. KONJUH.  I'LL HAVE TO ASK HIM HOW TO PRONOUNCE IT.

20       (ONLY JUROR KONJUH PRESENT.)

21           THE COURT:  OKAY.  WELCOME BACK.  CAN YOU PLEASE

22  PRONOUNCE YOUR LAST NAME.

23           PROSPECTIVE JUROR:  KONJUH.

24           THE COURT:  KONJUH.  OKAY.

25       WHAT HAVE YOU HEARD ABOUT ANY DISPUTE BETWEEN THESE

1      COMPANIES?

2                    PROSPECTIVE JUROR:  JUST SMALL BUSINESS TYPE NEWS

3      REPORTS, THEY HAD A PATENT OR INFRINGEMENT GOING ONE WAY OR THE

4      OTHER.  NOTHING TOO SPECIFIC.

5                    THE COURT:  WHEN YOU SAY SMALL BUSINESS TYPE NEWS,

6      WHAT DOES THAT MEAN?

7                    PROSPECTIVE JUROR:  BLOOMBERG, BLOOMBERG, CNBC, THAT

8      KIND OF STUFF.

9                    THE COURT:  OKAY.  AND DO YOU RECALL HEARING ABOUT --

10     WELL, LET ME ASK YOU, WHAT SPECIFICALLY DID YOU HEAR?  JUST

11     THAT THERE WAS A DISPUTE?  OR ANYTHING ELSE?

12                   PROSPECTIVE JUROR:  TODAY I SPECIFICALLY RECALL THAT

13     IT'S BEEN SOME TIME.

14                   THE COURT:  UM-HUM.

15                   PROSPECTIVE JUROR:  I DON'T REMEMBER -- IT WASN'T

16     YESTERDAY, BUT I BELIEVE, LIKE, SCREEN STUFF.

17                   THE COURT:  OKAY.  AND DID YOU EVER FORM AN OPINION

18     ABOUT ANY DISPUTES BETWEEN THESE COMPANIES?

19                   PROSPECTIVE JUROR:  NO.

20                   THE COURT:  DID YOU HAVE ANY CONVERSATIONS WITH

21     ANYONE ABOUT THE DISPUTES BETWEEN THESE COMPANIES?

22                   PROSPECTIVE JUROR:  NO.

23                   THE COURT:  ANYONE SHARE THEIR OPINIONS ABOUT ANY

24     DISPUTE WITH YOU?

25                   PROSPECTIVE JUROR:  NO.

```
 1              THE COURT:  CAN YOU BE FAIR, OR WILL YOU BE FAIR AND

 2    IMPARTIAL TO BOTH SIDES IN THIS CASE?

 3              PROSPECTIVE JUROR:  YES.  I DON'T LIKE SMARTPHONES.

 4              THE COURT:  YOU DON'T LIKE SMARTPHONES?

 5              PROSPECTIVE JUROR:  NO.

 6              THE COURT:  OKAY.  WOULD THAT AFFECT -- SO IN THIS

 7    CASE THERE'S BEEN A JUDGMENT BY A PRIOR JURY OF INFRINGEMENT

 8    AND THAT PATENTS ARE VALID.  SO THIS JURY WILL ONLY HAVE TO

 9    DECIDE THE DAMAGES.

10              PROSPECTIVE JUROR:  I THINK I COULD BE FAIR.

11              THE COURT:  OKAY.  EVEN THOUGH IT WILL INVOLVE

12    SMARTPHONES?

13              PROSPECTIVE JUROR:  YES.

14              THE COURT:  WHAT DON'T YOU LIKE ABOUT SMARTPHONES?

15              PROSPECTIVE JUROR:  JUST DON'T LIKE THEM.

16              THE COURT:  SO DO YOU USE FLIP PHONES, OR YOU DON'T

17    USE ANY PHONES?

18              PROSPECTIVE JUROR:  YEAH, PAID FOR BY WHERE I WORK.

19              THE COURT:  A FLIP PHONE?

20              PROSPECTIVE JUROR:  YEAH.  I WOULDN'T HAVE ONE IF IT

21    WASN'T FOR WORK.

22              THE COURT:  OKAY.  SO YOU WOULDN'T HAVE A PHONE AT

23    ALL.

24              PROSPECTIVE JUROR:  NO.

25              THE COURT:  AND YOU ONLY LIKE FLIP PHONES, OR --
```

```
 1              PROSPECTIVE JUROR:  I ONLY LIKE FLIP PHONES.

 2              THE COURT:  OKAY.  WHAT DO YOU DISLIKE ABOUT

 3      SMARTPHONES?

 4              PROSPECTIVE JUROR:  JUST -- I DON'T NEED THEM.  MY

 5      WIFE HAS ONE.

 6              THE COURT:  OKAY.  BUT THAT WOULDN'T CAUSE YOU TO

 7      DISLIKE THESE COMPANIES WHO MAY HAVE MADE THEM?

 8              PROSPECTIVE JUROR:  NO.  THEY'RE FINE COMPANIES.

 9              THE COURT:  ALL RIGHT.  ANY QUESTIONS FROM COUNSEL?

10              MR. LEE:  NONE, YOUR HONOR.

11              MR. PRICE:  NO QUESTIONS.

12              THE COURT:  ALL RIGHT.  THANK YOU VERY MUCH.

13          IF YOU CAN GO BACK -- ACTUALLY, WHY DON'T -- CAN I BRING

14      ALL THE JURORS, IN OR DO WE NEED TO DO SOMETHING OUTSIDE THE

15      PRESENCE OF THE JURY?

16              MR. PRICE:  YOU CAN BRING THEM IN.

17              MR. LEE:  YOUR HONOR, I THINK THAT'S IT, YOUR HONOR.

18              THE COURT:  ALL RIGHT.  THANK YOU.

19          THEN IF YOU COULD BRING ALL OF OUR JURORS BACK, I WOULD

20      SAY ABSOLUTELY EVERYONE, LET'S BRING THEM BACK.

21          IF YOU COULD GO AHEAD AND TAKE YOUR SEAT, YOU'RE IN SEAT

22      33, SO YOU'RE IN ROW 3, YOU'RE FOURTH FROM THE RIGHT.

23              (PAUSE IN PROCEEDINGS.)

24              THE COURT:  WE'VE ONLY LOST 3, SO WE HAVE 33.  SO I

25      THINK WE'RE FINE TO GO.
```

```
1              (PAUSE IN PROCEEDINGS.)

2              THE COURT:  I'M NEXT GOING TO ASK THE COUNSEL FOR

3      BOTH SIDES TO INTRODUCE YOUR TEAMS AND STAND AND SEE IF ANYONE

4      RECOGNIZES ANYONE ON YOUR TEAMS, AND THEN WE'LL HAVE PEOPLE GO

5      THROUGH THAT -- HOPEFULLY THEY'VE ALREADY REVIEWED THAT LIST IN

6      THE OTHER COURTROOM TO SEE IF THEY KNOW ANYONE ON THAT LIST.

7              NOW, I WAS GOING TO ASK ABOUT ALL THE ENTITIES THAT I'VE

8      ASKED ABOUT IN THE PAST.  THAT WOULD BE APPLE, SAMSUNG, GOOGLE,

9      MOTOROLA, HTC, NOKIA, AND SEAGATE, OKAY.

10             (PAUSE IN PROCEEDINGS.)

11             THE CLERK:  YOUR HONOR, ARE YOU READY?

12             THE COURT:  YES, PLEASE.

13             (PROSPECTIVE JURY PANEL PRESENT.)

14             THE COURT:  SO SEAT 8 AND SEAT 15 AND SEAT 26 SHOULD

15     BE EMPTY.  WE'VE HAD A FEW MORE CASUALTIES.

16             MR. IP, WERE YOU ABLE TO DETERMINE WHETHER YOU OWN APPLE

17     STOCK?

18             PROSPECTIVE JUROR:  YES, AND NO STOCKS, NO APPLE

19     STOCKS.

20             THE COURT:  OKAY.  THANK YOU.

21         ALL RIGHT.  THANK YOU.

22             PROSPECTIVE JUROR:  AND I DID TELL MY WIFE.  I MEAN,

23     SHE -- SO SHE HAS AN IDEA.

24             THE COURT:  OKAY.  BUT YOU DIDN'T HAVE HER TELL YOU

25     ANYTHING ABOUT HER IDEA ABOUT THIS CASE, DID YOU?
```

1           PROSPECTIVE JUROR:  NO, I JUST ASKED ABOUT THOSE TWO

2      STOCKS.

3           THE COURT:  OKAY.

4           PROSPECTIVE JUROR:  SHE SEEMS TO GET SOME IDEA ABOUT,

5      YOU KNOW, WHAT CASE.  SO I DON'T KNOW WHETHER THAT MATTERS.

6           THE COURT:  OH.  OKAY.

7           WELL, WE MAY HAVE TO ASK YOU A QUESTION INDIVIDUALLY THEN.

8           SHE GAVE YOU HER OPINION ABOUT --

9           PROSPECTIVE JUROR:  NO, SHE DIDN'T.

10          THE COURT:  LET'S NOT TALK ABOUT IT RIGHT NOW.

11          PROSPECTIVE JUROR:  SHE DIDN'T GIVE AN OPINION.  JUST

12     THAT'S THE CASE.

13          THE COURT:  OKAY.  ALL RIGHT.  WELL, WE MAY HAVE

14     TO -- PLEASE TAKE A SEAT.

15          WE MAY HAVE TO ASK YOU A QUESTION INDIVIDUALLY BEFORE THE

16     NEXT BREAK, WHICH WE'LL TAKE SOON.

17          OKAY.  SO WE SHOULD HAVE NINE JURORS WHO HAVEN'T BEEN

18     CALLED IN YET.  I WOULD ASK THAT YOU PLEASE PAY ATTENTION TO

19     THE QUESTIONS BECAUSE IF WE LOSE TOO MANY JURORS IN THE BOX,

20     YOU WILL BE CALLED IN TO REFILL THOSE EMPTY CHAIRS.  OKAY?

21          SO LET'S GO AHEAD, AND I WOULD LIKE COUNSEL FOR APPLE TO

22     PLEASE STAND AND IDENTIFY YOUR TEAM, AND I'M GOING TO ASK ANY

23     JURORS WHO KNOW, HAVE SEEN OR HEARD OF ANY OF THESE INDIVIDUALS

24     TO PLEASE RAISE YOUR HAND, AND I'M GOING TO ADDRESS THIS

25     QUESTION NOT ONLY TO OUR BOX, BUT TO OUR NINE JURORS WHO ARE IN

```
 1        THE AUDIENCE.
 2             SO EACH ONE WHEN YOU STAND UP, CAN YOU DO A FULL 360 TURN.
 3        THANK YOU.
 4              MR. LEE:  OKAY.  I'LL STAND THIS WAY SO I CAN SEE
 5        BOTH OF YOU.  MY NAME IS BILL LEE, AND I REPRESENT APPLE.
 6             WITH ME ARE NOREEN KRALL FROM APPLE; JAMIE LAIRD AND DOUG
 7        GREEN, WHO WORK WITH US; AND THEN MY COLLEAGUES, THE LAWYERS
 8        WHO SOME OF YOU WILL SEE, SARAH FRAIZER; AMY WIGMORE;
 9        NATE SABRI; AND JOE MUELLER.
10              THE COURT:  ALL RIGHT.  I WANT THE RECORD TO REFLECT
11        THAT NO HANDS HAVE BEEN RAISED ANYWHERE IN THE COURTROOM.
12        THANK YOU.
13        ALL RIGHT.  MR. PRICE, WILL YOU PLEASE IDENTIFY YOUR TEAM.
14              MR. PRICE:  THANKS.
15             GOOD AFTERNOON, LADIES AND GENTLEMEN.  MY NAME IS
16        BILL PRICE REPRESENTING SAMSUNG.
17             AND WITH ME ARE REIKO HASUIKE; THIS IS VICTORIA MAROULIS;
18        JOHN QUINN; ELLA HALLWASS IS HELPING US OUT; AND FROM SAMSUNG,
19        MR. BRIAN KIM.
20              THE COURT:  LET THE RECORD REFLECT THAT NO HANDS HAVE
21        BEEN RAISED ANYWHERE IN THE COURTROOM.
22             NOW, THERE ARE MORE INDIVIDUALS AND ENTITIES THAT ARE
23        ASSOCIATED WITH THIS CASE.  EACH OF YOU SHOULD HAVE HAD A LIST
24        OF INDIVIDUALS AND ENTITIES ON YOUR CHAIRS THAT YOU TOOK WITH
25        YOU TO JUDGE LLOYD'S COURTROOM.
```

1          IF YOU DID NOT HAVE AN OPPORTUNITY TO REVIEW THAT LIST,

2    WOULD YOU PLEASE RAISE YOUR HAND.

3          OKAY.  THE RECORD SHOULD REFLECT THAT NO HANDS HAVE BEEN

4    RAISED.

5          IF YOU KNOW, HAVE HEARD OF, READ ABOUT, HAVE ANY PRIOR

6    KNOWLEDGE, OR ACQUAINTANCE WITH ANY PERSON OR THING ON THAT

7    LIST, WOULD YOU PLEASE RAISE YOUR HAND.

8          ALL RIGHT.  I SEE THREE HANDS GOING UP.

9          LET'S GO WITH MS. CALDERON, PLEASE, IN SEAT NUMBER 6.

10          PROSPECTIVE JUROR:  SO I RECOGNIZE THE NAME

11    ERIK OLSON ON HERE.

12          THE COURT:  ALL RIGHT.  AND THE ERIK OLSON THAT YOU

13    KNOW, WHAT DOES HE DO?

14          PROSPECTIVE JUROR:  I BELIEVE HE'S A DESIGNER THERE.

15    I DON'T TALK TO HIM ANYMORE.  IT'S -- I KNEW HIM FROM, LIKE,

16    FOUR YEARS AGO.

17          THE COURT:  OH, THIS IS AN APPLE DESIGNER?

18          PROSPECTIVE JUROR:  YEAH.  I JUST -- I BELIEVE SO.  I

19    RECOGNIZE THE NAME, AND I DO KNOW IF HE WORKS FOR APPLE.

20          THE COURT:  OKAY.  THE ERIK OLSON THAT'S ON THAT LIST

21    IS ACTUALLY A LAWYER WITH A LAW FIRM IN SAN FRANCISCO.

22          PROSPECTIVE JUROR:  I SAW THERE WAS ANOTHER ONE, TOO,

23    IN THE LIST OF ALL THE NAMES, SO I WASN'T SURE IF THAT WAS A

24    DIFFERENT ONE.

25          THE COURT:  OKAY.  LET ME HEAR FROM -- I ONLY SEE ONE

1    ERIK OLSON.  WAS THERE SOMEBODY ELSE THAT YOU -- THE E-R-I-K,

2    O-L-S-O-N, THAT'S THE ATTORNEY AT MORRISON AND FOERSTER;

3    CORRECT?

4            MR. LEE:  CORRECT, YOUR HONOR.

5            THE COURT:  WAS THERE SOMEONE ELSE -- WAS IT

6    CARL OLSON THAT YOU SAID YOU RECOGNIZED?

7            PROSPECTIVE JUROR:  NO.

8            THE COURT:  YOU SAID THERE WAS ONE OTHER NAME THAT

9    YOU RECOGNIZED OTHER THAN ERIK OLSON.  DO YOU REMEMBER WHO THAT

10   WAS?

11           PROSPECTIVE JUROR:  I SAW ONE ON PAGE 4, AND I SAW

12   THE OTHER ONE ON PAGE 7, SO I DIDN'T KNOW IF THAT WAS THE SAME

13   PERSON OR NOT, OR TWO DIFFERENT PEOPLE.

14           THE COURT:  OH, THAT'S THE SAME PERSON, AND HE IS A

15   LAWYER AT MORRISON AND FOERSTER IN SAN FRANCISCO.  SO IT SOUNDS

16   LIKE IT MIGHT BE A DIFFERENT PERSON.

17           PROSPECTIVE JUROR:  SO I DON'T KNOW HIM, THEN.

18           THE COURT:  ALL RIGHT.  BUT YOU DO KNOW OF AN

19   ERIK OLSON WHO'S A DESIGNER AT APPLE; IS THAT RIGHT?

20           PROSPECTIVE JUROR:  UM-HUM.

21           THE COURT:  AND HOW DO YOU KNOW THAT PERSON?

22           PROSPECTIVE JUROR:  WELL, I KNEW HIM, LIKE, FOUR

23   YEARS AGO.  WE HAD LIKE A SHORT-TERM RELATIONSHIP.  BUT I DON'T

24   TALK TO HIM ANYMORE.

25           THE COURT:  OKAY.  DID THAT END BADLY OR --

```
1              PROSPECTIVE JUROR:  NO.

2              THE COURT:  ANY HARD FEELINGS EITHER TOWARDS HIM OR

3    TOWARDS THE COMPANY BASED ON THAT RELATIONSHIP?

4              PROSPECTIVE JUROR:  MAYBE TOWARDS HIM, BUT NOT THE

5    COMPANY.

6         (LAUGHTER.)

7              THE COURT:  ALL RIGHT.  AND HE'S NOT GOING TO BE A

8    WITNESS IN THE CASE; CORRECT?

9              MR. LEE:  CORRECT, YOUR HONOR.

10             THE COURT:  ALL RIGHT.  BUT YOU CAN BE FAIR TO BOTH

11   SIDES IN THIS CASE?

12             PROSPECTIVE JUROR:  YES.

13             THE COURT:  ALL RIGHT.  THANK YOU.

14        LET'S SEE, I THINK MR. MA -- MR. MAYERS, NUMBER 12.

15        WHO DID YOU RECOGNIZE ON THIS LIST?

16             PROSPECTIVE JUROR:  THE -- WAS IT PHIL SCHILLER,

17   JONATHAN IVE, AND SCOTT FORSTALL.

18             THE COURT:  AND WERE THOSE PEOPLE THAT YOU KNEW

19   PERSONALLY OR JUST YOU KNOW OF THEM?

20             PROSPECTIVE JUROR:  I JUST KNOW OF THEM.

21             THE COURT:  OKAY.  ANYTHING ABOUT YOUR KNOWLEDGE OF

22   THEM THAT WOULD MAKE YOU NOT ABLE TO BE FAIR IN THIS CASE TO

23   BOTH SIDES?

24             PROSPECTIVE JUROR:  NO.

25             THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.
```

1          ALL RIGHT.  MR. SINGH, YOU RAISED YOUR HAND.  GO AHEAD,

2     PLEASE.

3               PROSPECTIVE JUROR:  I JUST REMEMBERED, I'VE HEARD OF

4     SCOTT FORSTALL AND JONATHAN IVE AS WELL.

5               THE COURT:  DO YOU KNOW THEM PERSONALLY, OR --

6               PROSPECTIVE JUROR:  NO, JUST HEARD OF THEM.

7               THE COURT:  ANYTHING ABOUT YOUR KNOWLEDGE OF THEM

8     THAT WOULD AFFECT YOUR ABILITY TO BE FAIR AND IMPARTIAL?

9               PROSPECTIVE JUROR:  NO.

10              THE COURT:  OKAY.  THANK YOU.

11         ALL RIGHT.  MR. IP HAS RAISED HIS HAND IN SEAT NUMBER 7.

12              PROSPECTIVE JUROR:  THE NAME, LAM OIO, O-I-O, YEAH, I

13    KNOW OF THIS PERSON AS MY FELLOW CHURCH BROTHER.

14         BUT I HAVEN'T HAD INTERACTION WITH HIM IN THE LAST, MAYBE,

15    PROBABLY THREE YEARS.

16              THE COURT:  SO DID HE STOP GOING OR YOU STOPPED GOING

17    TO CHURCH?  OR HOW DO YOU --

18              PROSPECTIVE JUROR:  PROBABLY HE GOES TO ANOTHER ONE.

19              THE COURT:  I SEE.  OKAY.  SO I ASSUME -- WAS THAT A

20    CLOSE RELATIONSHIP?  OR YOU JUST SAW HIM AT CHURCH?

21              PROSPECTIVE JUROR:  WE USED TO GO TO THE SAME SMALL

22    GROUP.

23              THE COURT:  OH, I SEE.  SO YOU MIGHT KNOW HIM FAIRLY

24    WELL?

25              PROSPECTIVE JUROR:  NOT VERY WELL, BUT, YEAH,

```
 1        SOMEWHAT.  YEAH.
 2                THE COURT:  OKAY.  ANYTHING ABOUT YOUR RELATIONSHIP
 3        WITH MR. LAM THAT WOULD AFFECT YOUR ABILITY TO BE FAIR AND
 4        IMPARTIAL?
 5                PROSPECTIVE JUROR:  I DON'T THINK SO.
 6                THE COURT:  OKAY.
 7            ALL RIGHT.  THANK YOU.
 8            NOW, I SAW -- IS IT MR. DIXIT, YOU WERE RAISING YOUR HAND.
 9        I DON'T THINK I SAW ANY OTHERS.
10            OKAY.  MR. DIXIT, WHOSE NAME DID YOU RECOGNIZE ON THIS
11        LIST?
12                PROSPECTIVE JUROR:  I RECOGNIZE TOM BEYER, IF HE'S A
13        PROFESSOR AT STANFORD.
14                THE COURT:  ALL RIGHT.  IS THAT THE SAME TOM BEYER?
15        DOES ANYONE KNOW IF THAT'S THE SAME TOM BEYER?
16                MR. LEE:  I DON'T THINK SO, YOUR HONOR.  IT'S A
17        PARALEGAL AT MOFO.
18                THE COURT:  OH, I SEE.
19                MR. LEE:  I THINK IT'S A DIFFERENT PERSON.
20                THE COURT:  IT'S A PARALEGAL AT A LAW FIRM IN
21        SAN FRANCISCO, SO IT SOUNDS LIKE IT'S A DIFFERENT PERSON.
22            ANYONE ELSE?
23                PROSPECTIVE JUROR:  I RECOGNIZE THE COMPANY, THE LAW
24        FIRM OF MORRISON AND FOERSTER.
25                THE COURT:  OKAY.  AND WHAT -- WHAT'S YOUR --
```

1          PROSPECTIVE JUROR:  THERE WAS A PATENT DEPOSITION

2     WHERE MAYBE THEY REPRESENTED -- EITHER REPRESENTED INTEL OR

3     WERE AGAINST INTEL.  I DON'T REMEMBER.

4          THE COURT:  AND WERE YOU INVOLVED IN THAT DEPOSITION?

5          PROSPECTIVE JUROR:  I WAS INVOLVED IN THAT

6     DEPOSITION.

7          THE COURT:  WAS IT YOUR DEPOSITION?

8          PROSPECTIVE JUROR:  IT WAS MY DEPOSITION.

9          THE COURT:  I SEE.  SO THEY MAY HAVE DEFENDED YOU OR

10    THEY MAY HAVE DEPOSED YOU?

11         PROSPECTIVE JUROR:  I DON'T EXACTLY REMEMBER.  I'M

12    NOT EVEN SURE WHETHER IT WAS THAT FIRM, BUT IT SOUNDED

13    FAMILIAR.

14         THE COURT:  I SEE.  AND WERE YOU WORKING AT INTEL?

15         PROSPECTIVE JUROR:  NOT AT THIS TIME.

16         THE COURT:  OKAY.  SO WHAT COMPANY WERE YOU WORKING

17    AT?

18         PROSPECTIVE JUROR:  I WAS WORKING AT A COMPANY CALLED

19    INSILICA AT THAT TIME.

20         THE COURT:  OKAY.  SO THEN INTEL SUED INSILICA OR

21    VICE-VERSA?

22         PROSPECTIVE JUROR:  NO, WHEN I WAS AN EMPLOYEE AT

23    INTEL, I WAS ONE OF THE PATENT AUTHORS.

24         THE COURT:  OKAY.

25         PROSPECTIVE JUROR:  SO THEY WERE DEPOSING ME.

```
 1              THE COURT:  I SEE.  I SEE.  OKAY.  ANY -- HOW LONG

 2     AGO WAS THAT?

 3              PROSPECTIVE JUROR:  IT WAS MORE THAN TEN YEARS AGO.

 4     PROBABLY 15 YEARS AGO.

 5              THE COURT:  OKAY.  ANYTHING ABOUT THAT EXPERIENCE

 6     THAT WOULD MAKE IT DIFFICULT FOR YOU TO BE FAIR AND IMPARTIAL

 7     TO EITHER SIDE IN THIS CASE?

 8              PROSPECTIVE JUROR:  NO, NOT AT ALL.

 9              THE COURT:  ALL RIGHT.  THANK YOU.

10        I DIDN'T SEE ANY OTHER HANDS.

11        SO THE RECORD SHOULD REFLECT THAT NO HANDS HAVE BEEN

12     RAISED.  THANK YOU.

13        ALL RIGHT.  PLEASE -- AND SOME OF YOU MAY HAVE ALREADY

14     ANSWERED SOME OF THESE QUESTIONS BECAUSE WE DEALT WITH THEM

15     EARLIER.

16        IF YOU ALREADY HAVE, ALL YOU CAN SAY IS, YOU KNOW, WHAT I

17     PREVIOUSLY MENTIONED SO WE DON'T HAVE TO GO THROUGH EVERYTHING

18     EXACTLY IDENTICALLY A SECOND TIME.

19        SO PLEASE RAISE YOUR HAND IF YOU, A FAMILY MEMBER, OR

20     CLOSE FRIEND WORK FOR OR HAVE EVER WORKED FOR APPLE, SAMSUNG,

21     GOOGLE, MOTOROLA, HTC, NOKIA, OR SEAGATE.

22        ALL RIGHT.  LET'S START WITH MR. DAY.

23              PROSPECTIVE JUROR:  I HAVE A FRIEND WHO DOES

24     MAINTENANCE FOR GOOGLE; ANOTHER FRIEND WHO DRIVES A -- WHO

25     DRIVES A BUS FOR A THIRD PARTY COMPANY THAT DOES GOOGLE
```

```
 1    EMPLOYEES.  BUT HE DOESN'T WORK DIRECTLY WITH GOOGLE.  IT'S A

 2    CONTRACTOR.

 3              THE COURT:  OKAY.  ANYTHING ABOUT THOSE RELATIONSHIPS

 4    THAT WOULD AFFECT YOUR ABILITY TO BE FAIR AND IMPARTIAL IN THIS

 5    CASE?

 6              PROSPECTIVE JUROR:  ABSOLUTELY NOT.

 7              THE COURT:  ALL RIGHT.  THANK YOU.

 8        I SAW SOME OTHER HANDS RAISED.  LET'S START WITH ROW 1

 9    FIRST.  ANYONE ELSE ON ROW 1.  MR. -- OKAY, LET'S GO WITH

10    MS. CALDERON?

11              PROSPECTIVE JUROR:  SO MY SISTER IS A RECEPTIONIST AT

12    GOOGLE THROUGH AN AGENCY.

13              THE COURT:  OKAY.  HOW LONG HAS SHE BEEN THERE?

14              PROSPECTIVE JUROR:  I WOULD SAY FOR LIKE A YEAR OR

15    TWO MAYBE.

16              THE COURT:  OKAY.  ANYTHING ABOUT THAT RELATIONSHIP

17    THAT WOULD MAKE IT DIFFICULT FOR YOU TO BE FAIR IN THIS CASE?

18              PROSPECTIVE JUROR:  NO.  AND I DO KNOW A FEW PEOPLE

19    THAT WORK AT GOOGLE, TOO, BUT THAT WOULDN'T MAKE IT DIFFICULT

20    TO MAKE A DECISION FOR THIS CASE.

21              THE COURT:  OKAY.  AND WHAT JOBS DO THEY HAVE AT

22    GOOGLE.

23              PROSPECTIVE JUROR:  I KNOW A GUY THAT WORKS AS A

24    RECRUITER?

25              THE COURT:  OKAY.
```

```
1                    PROSPECTIVE JUROR:  A SOFTWARE RECRUITER.  AND I KNOW

2       A GIRL THAT'S A SOFTWARE ENGINEER.

3                    THE COURT:  OKAY.  DO YOU KNOW IF THEY HAPPEN TO WORK

4       ON PHONES OR WHAT THEY WORK ON OVER THERE?

5                    PROSPECTIVE JUROR:  I DON'T.

6                    THE COURT:  OKAY.

7                    PROSPECTIVE JUROR:  NO.

8                    THE COURT:  ALL RIGHT.  THANK YOU.

9             ALL RIGHT.  MR. IP, HOW LONG HAVE YOU BEEN WORKING AT

10      GOOGLE.

11                   PROSPECTIVE JUROR:  SINCE 2013, SO FIVE YEARS.

12                   THE COURT:  AND WHAT DO YOU DO THERE?

13                   PROSPECTIVE JUROR:  I'M A SOFTWARE ENGINEER WORKING

14      ON THE CORPORATE I.T. INFRASTRUCTURE OF GOOGLE.

15                   THE COURT:  OKAY.  AND THEN YOU SAID YOUR WIFE WORKED

16      AT APPLE TEN YEARS GO.

17                   PROSPECTIVE JUROR:  USED TO WORK FOR APPLE FROM 2001

18      TO 2005.

19                   THE COURT:  OKAY.  AND DID SHE LEAVE ON GOOD TERMS?

20                   PROSPECTIVE JUROR:  YES.

21                   THE COURT:  WHAT DID SHE DO FOR THEM?

22                   PROSPECTIVE JUROR:  ACCOUNTANT.  TAX ACCOUNTANT.

23                   THE COURT:  OKAY.  ANYONE ELSE WITH ANY OF THESE

24      COMPANIES?

25             NO?  ALL RIGHT.  THANK YOU.
```

```
1              PROSPECTIVE JUROR:  OH, YEAH.

2              THE COURT:  ALL RIGHT.  OKAY.  LET'S GO TO MR. SINGH.

3    HE RAISED HIS HAND.

4         MR. SINGH.

5              PROSPECTIVE JUROR:  DID YOU MENTION SEAGATE AS WELL?

6              THE COURT:  I DID.

7              PROSPECTIVE JUROR:  MY BROTHER-IN-LAW USED TO WORK

8    FOR SEAGATE A FEW YEARS AGO, SIX, SEVEN YEARS AGO PERHAPS.

9    YEAH.  IN DENVER.

10             THE COURT:  OKAY.  ANYTHING ABOUT THAT RELATIONSHIP

11   THAT WOULD AFFECT YOUR ABILITY TO BE FAIR AND IMPARTIAL IN THIS

12   CASE?

13             PROSPECTIVE JUROR:  NO.

14             THE COURT:  ALL RIGHT.  THANK YOU.

15        LET'S GO TO ROW 2, PLEASE.

16             PROSPECTIVE JUROR:  ONE MORE, YOUR HONOR.

17             THE COURT:  I'M SORRY, MR. MAYERS.  GO AHEAD, PLEASE.

18             PROSPECTIVE JUROR:  CAN YOU ACTUALLY REPEAT THE

19   QUESTION.  I WANT TO MAKE SURE I ANSWER IN FULL DETAIL.

20             THE COURT:  SURE.  PLEASE RAISE YOUR HAND IF YOU, A

21   FAMILY MEMBER, OR CLOSE FRIEND WORKED FOR OR HAVE EVER WORKED

22   FOR APPLE, SAMSUNG, GOOGLE, MOTOROLA, HTC, NOKIA, OR SEAGATE.

23             PROSPECTIVE JUROR:  OKAY.  I THOUGHT ACQUAINTANCES

24   WAS IN THERE.  OTHER THAN ME, NO.

25             THE COURT:  OKAY.
```

```
1                PROSPECTIVE JUROR:  WAIT A MINUTE, I HAD ANOTHER
2     CLOSE FRIEND THAT WORKED AT APPLE, BUT HE DOESN'T WORK THERE
3     ANYMORE.
4                THE COURT:  OKAY.  DID HE LEAVE ON GOOD TERMS?
5                PROSPECTIVE JUROR:  AS FAR AS I KNOW.
6                THE COURT:  OKAY.  AND HOW LONG AGO DID HE WORK
7     THERE?
8                PROSPECTIVE JUROR:  I THINK HE WORKED THERE, LIKE, 10
9     OR 15 YEARS.
10               THE COURT:  AND WHEN DID HE LEAVE?
11               PROSPECTIVE JUROR:  PROBABLY A COUPLE YEARS AFTER ME.
12               THE COURT:  AND EXACTLY WHAT YEAR DID YOU LEAVE?  I
13    FORGOT?
14               PROSPECTIVE JUROR:  2012.
15               THE COURT:  '12.  SO HE WOULD HAVE BEEN, LIKE, 2014,
16    2015?
17               PROSPECTIVE JUROR:  ROUGHLY.
18               THE COURT:  OKAY.  ANYTHING -- DO YOU KNOW WHAT HE
19    WORKED ON THERE?
20               PROSPECTIVE JUROR:  HE WORKED ON CORE OS.  SO HE
21    WORKED ON MOSTLY THE MAC.
22               THE COURT:  ALL RIGHT.  ANYTHING ABOUT YOUR
23    RELATIONSHIP WITH HIM THAT WOULD AFFECT YOUR ABILITY TO BE FAIR
24    AND IMPARTIAL?
25               PROSPECTIVE JUROR:  NO.
```

```
1              THE COURT:  ALL RIGHT.  THANK YOU.
2          ALL RIGHT.  LET'S GO BACK TO MS. BRAVO IN SEAT NUMBER 4,
3      PLEASE.
4              PROSPECTIVE JUROR:  MY BROTHER-IN-LAW WAS AN EX-
5      APPLE EMPLOYEE.  HE NO LONGER WORKS THERE.  I BELIEVE HE LEFT
6      THE COMPANY TWO OR THREE YEARS AGO, AND HE PRIMARILY WORKED ON
7      THEIR E-MAIL.
8              THE COURT:  AND HOW LONG WAS HE THERE?
9              PROSPECTIVE JUROR:  I BELIEVE QUITE SOME TIME.
10     EITHER FIVE OR TEN YEARS, BUT I DON'T HAVE INTIMATE KNOWLEDGE.
11             THE COURT:  OKAY.  THAT'S FINE.  AND DID HE LEAVE ON
12     GOOD TERMS?
13             PROSPECTIVE JUROR:  AS FAR AS I KNOW, YES.
14             THE COURT:  OKAY.  ANYTHING ABOUT THAT RELATIONSHIP
15     THAT WOULD AFFECT YOUR ABILITY TO BE FAIR AND IMPARTIAL IN THIS
16     CASE?
17             PROSPECTIVE JUROR:  NO.
18             THE COURT:  OKAY.  THANK YOU.
19         LET'S GO TO ROW 2.  I THOUGHT I SAW SOME HANDS.
20         OKAY.  LET'S GO TO MR. MARQUES IN SEAT 16, PLEASE.
21             PROSPECTIVE JUROR:  MY BROTHER-IN-LAW WORKS FOR
22     GOOGLE AS A CONTRACTOR ON THEIR AIR CONDITIONING SYSTEMS.
23             THE COURT:  ALL RIGHT.  ANYTHING ABOUT THEIR -- THAT
24     RELATIONSHIP THAT WOULD AFFECT YOUR ABILITY TO BE FAIR AND
25     IMPARTIAL IN THIS CASE?
```

```
1              PROSPECTIVE JUROR:  NO.

2              THE COURT:  ALL RIGHT.  THANK YOU.

3          ALL RIGHT.  LET'S GO TO MS. WATSON?  OR -- NO, I'M SORRY,

4     MS. DELGADO.  I'M SORRY.  I'M SORRY.  I NEED TO -- LET'S SEE.

5     MS. SERNA, MS. BAUTISTA, OH, MS. PURICELLI.

6              PROSPECTIVE JUROR:  YES.

7              THE COURT:  I'M SORRY.

8              PROSPECTIVE JUROR:  MY HUSBAND WORKS AT GOOGLE.

9              THE COURT:  OKAY.  WHAT DOES HE DO THERE?

10             PROSPECTIVE JUROR:  HE IS A TECHNICAL INFRASTRUCTURE

11    RECRUITER.

12             THE COURT:  OKAY.  ANYTHING ABOUT HIS EMPLOYMENT THAT

13    WOULD MAKE IT DIFFICULT FOR YOU TO BE FAIR AND IMPARTIAL IN

14    THIS CASE?

15             PROSPECTIVE JUROR:  NO.  I ALSO HAVE A FEW CLOSE

16    FRIENDS THAT WORK THERE AS WELL AS RECRUITERS.  BUT THAT

17    WOULDN'T AFFECT MY OPINION.

18             THE COURT:  OKAY.  DO YOU KNOW WHAT THEY RECRUIT FOR?

19    WHAT POSITIONS?

20             PROSPECTIVE JUROR:  SOFTWARE.

21             THE COURT:  OKAY.  ALL RIGHT.

22         THANK YOU.

23         MS. DELGADO, GO AHEAD PLEASE?

24             PROSPECTIVE JUROR:  I KNOW TWO PEOPLE THERE, ONE

25    CLOSE FRIEND AND ONE CLIENT FRIEND.  ONE WORKS FOR EXECUTIVE
```

```
1     ASSISTANT TO A HIGHER UP MANAGER, OR HIGHER UP BOSS.

2              THE COURT:  OKAY.

3              PROSPECTIVE JUROR:  AND ANOTHER ONE IS IN ACCOUNTING.

4              THE COURT:  OKAY.  ANYTHING ABOUT THOSE RELATIONSHIPS

5     THAT WOULD AFFECT YOUR ABILITY TO BE FAIR AND IMPARTIAL IN THIS

6     CASE?

7              PROSPECTIVE JUROR:  WELL, THEY ARE GOOD FRIENDS.  I

8     DON'T KNOW.

9              THE COURT:  OKAY.

10             PROSPECTIVE JUROR:  I COULDN'T -- I COULDN'T SAY.

11             THE COURT:  ALL RIGHT.  WELL, GOOGLE IS NOT A PARTY

12    IN THIS CASE.  YOU UNDERSTAND THIS IS APPLE VERSUS SAMSUNG;

13    RIGHT?

14             PROSPECTIVE JUROR:  YEAH.

15             THE COURT:  OKAY.  BUT YOU'RE SAYING THAT YOUR CLOSE

16    FRIENDSHIP WITH THEM --

17             PROSPECTIVE JUROR:  YEAH.

18             THE COURT:  WOULD YOU DECIDE THE CASE BASED ONLY ON

19    THE EVIDENCE THAT'S ADMITTED DURING THE TRIAL?

20             PROSPECTIVE JUROR:  I DON'T KNOW.  I MEAN -- REPEAT

21    THAT AGAIN.

22             THE COURT:  OKAY.  I'M ACTUALLY GOING TO WITHDRAW THE

23    QUESTION.  I'M FINE.  THANK YOU.  LET'S MOVE ON.

24        I KNOW YOU WANT TO GET OFF THE JURY.  I CAN TELL FROM YOUR

25    BODY LANGUAGE.  I'M GOING TO ASK IF YOU WOULD PLEASE BE WILLING
```

```
1    TO SERVE.

2            I MEAN, DO YOU WANT TO BE HEARD MORE?  I MEAN, I DON'T

3    WANT TO SELECT SOMEONE WHO'S GOING TO HAVE A BAD ATTITUDE AND

4    NOT BE A GOOD JUROR.

5            PROSPECTIVE JUROR:  IT'S NOT THAT I HAVE A BAD

6    ATTITUDE.  IT'S JUST THAT I -- LIKE I SAID BEFORE, I KNOW YOU

7    HAD ASKED CAN I WORK AT NIGHT.  I CAN.  BUT MY LINE OF WORK, I

8    DON'T WANT TO.  I WOULD PREFER WORKING DURING THE DAY.  AND,

9    AGAIN, IF I DON'T WORK, I DON'T GET PAID.  AND THAT'S MY

10   CONCERN.

11           THE COURT:  I'M GOING TO ASK THAT YOU STAY FOR NOW.

12   WHAT ARE YOUR OTHER -- DO YOU HAVE ANY DEPENDENTS?  WHO DO YOU

13   LIVE WITH?

14           PROSPECTIVE JUROR:  WELL, I DO HAVE A HUSBAND WHO

15   JUST --

16           THE COURT:  OKAY.

17           PROSPECTIVE JUROR:  -- GOT HIRED ONTO A COMPANY THAT

18   TOOK A PAY CUT.  WE'RE -- I MEAN, THIS IS MY BUSINESS.  BUT

19   KIND OF WORKING ON OUR RELATIONSHIP RIGHT NOW.

20           THE COURT:  OKAY.

21           PROSPECTIVE JUROR:  SO --

22           THE COURT:  SO WILL IT BE FINANCIALLY STRESSFUL FOR

23   YOU?

24           PROSPECTIVE JUROR:  (NODS HEAD UP AND DOWN.)

25           THE COURT:  ALL RIGHT.  IS THERE ANY OBJECTION TO
```

```
 1      THANKING AND EXCUSING MS. DELGADO?

 2              MR. LEE:  NO, YOUR HONOR.

 3              THE COURT:  MR. PRICE?

 4              MR. PRICE:  NO.

 5              THE COURT:  ALL RIGHT.  THEN YOU'RE THANKED AND

 6      EXCUSED.

 7          IF YOU WOULD PLEASE JUST GO TO THE SECOND FLOOR TO THE

 8      JURY ASSEMBLY COORDINATOR AND JUST LET HER KNOW.

 9              PROSPECTIVE JUROR:  THANK YOU, I APPRECIATE THAT.

10              THE COURT:  AND JUST LEAVE THE PAPERS ON THE CHAIR.

11      THANK YOU.

12          ALL RIGHT.  ANYONE ELSE ON ROW 2?

13          I DON'T THINK I SAW ANY.

14              THE CLERK:  I THINK WE HAVE MR. IP, YOUR HONOR.

15              PROSPECTIVE JUROR:  I THINK I MISSED THE PART OF THE

16      QUESTION WHERE YOU MENTIONED IT INCLUDES CLOSE FRIENDS, AND

17      ALSO THE -- I MEAN, CAN YOU REPEAT THE LIST OF COMPANIES,

18      BECAUSE IN THIS VALLEY, EVERYBODY WORKS FOR THEM.

19              THE COURT:  YES.

20              PROSPECTIVE JUROR:  SO JUST IN CASE I MISSED.

21              THE COURT:  APPLE, SAMSUNG, GOOGLE, MOTOROLA, HTC,

22      NOKIA, OR SEAGATE.

23              PROSPECTIVE JUROR:  OKAY.  YEAH.  I HAVE -- I STILL

24      HAVE FRIENDS WORKING FOR GOOGLE, AND SO -- I USED TO WORK FOR

25      GOOGLE.  AND AT LEAST ONE CLOSE FRIEND, AND THEN TWO JUST
```

```
 1         FRIENDS.  OKAY.  SO I DON'T KNOW WHETHER THAT MATTERS.

 2              THE COURT:  OKAY.  BUT WOULD YOU BE ABLE TO BE FAIR

 3    AND IMPARTIAL IN THIS CASE?

 4              PROSPECTIVE JUROR:  I BELIEVE SO.

 5              THE COURT:  ALL RIGHT.  THANK YOU.  I'M SATISFIED.

 6              MR. LEE:  YOUR HONOR, THERE WAS ONE, I THINK, THING

 7    LEFT OUT WHEN WE WERE TALKING WITH THE JURY BEFORE.  MR. LAM IS

 8    GOING TO BE A WITNESS, EITHER BY DEPOSITION, IN THE CASE.

 9              THE COURT:  OH, I SEE.

10         SO MR. LAM IS GOING TO BE A WITNESS IN THE CASE.  WOULD

11    YOUR RELATIONSHIP WITH HIM, YOU'RE BEING IN THE SAME CHURCH,

12    SMALL GROUP, WOULD YOU VIEW HIM AS A MORE RELIABLE, CREDIBLE

13    WITNESS BASED ON YOUR CHURCH RELATIONSHIP WITH HIM THAN ANY

14    OTHER WITNESS?

15              PROSPECTIVE JUROR:  OH, COMPARED TO OTHER --

16              THE COURT:  YES.

17              PROSPECTIVE JUROR:  OKAY.  SO I WILL SEE HIM AS A

18    RELIABLE WITNESS.  BUT I DON'T KNOW -- I DON'T THINK I WILL

19    KIND OF COMPARE HIM WITH OTHER WITNESSES.  SO I'M NOT SURE IF I

20    ANSWERED THE QUESTION.

21              THE COURT:  OKAY.  WELL, I GUESS THE QUESTION IS, I'M

22    GOING TO GIVE YOU A JURY INSTRUCTION ON WHAT FACTORS YOU

23    CONSIDER IN TRYING TO ASSESS THE CREDIBILITY OF A WITNESS WHO

24    TESTIFIES DURING THE TRIAL.  AND WOULD YOU USE THE SAME

25    CRITERIA FOR ALL OF THE WITNESSES OR WOULD MR. LAM GET SORT OF
```

1    A LEG UP BECAUSE HE -- YOU KNOW HIM THROUGH CHURCH AND HAVE

2    BEEN IN THE SMALL GROUP WITH HIM?  SO I ASSUME YOU KNOW HIM

3    FAIRLY WELL PERSONALLY.

4         HOW LONG WERE YOU IN THE SAME GROUP, THE SAME SMALL GROUP

5    AT CHURCH?

6              PROSPECTIVE JUROR:  A FEW YEARS, I WOULD SAY TWO TO

7    THREE YEARS.

8              THE COURT:  AND YOU SAW HIM EVERY WEEK?

9              PROSPECTIVE JUROR:  EVERY OTHER WEEK.

10             THE COURT:  EVERY OTHER WEEK.

11             PROSPECTIVE JUROR:  ACTUALLY, SORRY.  NOT THAT

12   FREQUENTLY, SORRY.  PROBABLY ONCE A MONTH.

13             THE COURT:  ONCE A MONTH FOR TWO TO THREE YEARS?

14             PROSPECTIVE JUROR:  YEAH.

15             THE COURT:  OKAY.  BUT YOU WOULD VIEW HIM AS MORE

16   CREDIBLE BECAUSE YOU HAVE A PERSONAL RELATIONSHIP WITH HIM?

17             PROSPECTIVE JUROR:  I WOULD VIEW HIM AS CREDIBLE, BUT

18   I DON'T KNOW ABOUT THE MORE PART.  SO I DON'T KNOW.  SO --

19   YEAH, I WOULD TRUST HIM, OKAY.

20             THE COURT:  UM-HUM.

21             PROSPECTIVE JUROR:  I WOULD BELIEVE WHAT HE SAID WAS

22   TRUE.

23             THE COURT:  OKAY.  IS THERE ANY OBJECTION TO THANKING

24   AND EXCUSING MR. IP?

25             MR. LEE:  NONE, YOUR HONOR.

1          MR. PRICE:  YOUR HONOR, WE HAVE AN OBJECTION.

2     MR. LAM IS ON THE EXTENSIVE WITNESS LIST.  HE HAS NOT BEEN

3     DISCLOSED, HOWEVER, SO FAR.  I THOUGHT WE'D SEEN ALL OF THAT

4     WITH WITNESSES AT THIS POINT.

5          THE COURT:  ALL RIGHT.  WHY DON'T WE DO THIS.  WE

6     SHOULD TAKE A BREAK BECAUSE WE'VE BEEN GOING AN HOUR AND A

7     HALF, AND I NEED TO ALSO JUST TALK TO MR. IP INDIVIDUALLY ABOUT

8     WHAT HIS WIFE TOLD HIM.

9          SO NOW MIGHT BE AN APPROPRIATE TIME TO DO IT.

10          LET'S TAKE A BREAK UNTIL 2:50 AND THAT WILL GIVE US TIME

11     HOPEFULLY TO TALK TO MR. IP IN PRIVATE.

12          I'M GOING TO ASK OUR JURORS, THANK YOU FOR YOUR PATIENCE,

13     THANK YOU FOR YOUR SERVICE.  WE'RE GOING TO TAKE A TEN MINUTE

14     BREAK, AND I'M GOING TO ASK YOU TO STEP OUTSIDE.  THEY CAN JUST

15     STEP OUTSIDE IN THE HALLWAY.

16          IF YOU WOULD LEAVE ALL THE PAPERS ON YOUR CHAIRS, PLEASE.

17     THANK YOU.

18          PROSPECTIVE JUROR:  CAN WE LEAVE OUR BAG.

19          THE COURT:  YES.  WE'LL -- SOMEONE WILL BE -- WILL

20     REMAIN -- MS. MASON, THEY CAN LEAVE THEIR BAGS, RIGHT?

21          THE CLERK:  YES.

22          THE COURT:  SOMEONE WILL BE HERE THE WHOLE TIME

23     DURING THE BREAK.

24          IF YOU'D GO OUT THE PUBLIC WAY, PLEASE, AND USE THE

25     RESTROOMS.

```
1              AND, MR. IP, ACTUALLY, IF YOU WOULD STAY.  WE'RE GOING TO
2       TALK TO YOU IN PRIVATE.
3              (PROSPECTIVE JURY PANEL NOT PRESENT, ONLY JUROR IP
4       PRESENT.)
5                   THE COURT:  ALL RIGHT.  IF YOU WILL WAIT JUST ONE
6        MINUTE, PLEASE.  LET'S --
7              HAS EVERYONE WHO'S A JUROR LEFT THE COURTROOM?  IS THERE
8       ANYONE HERE WHO'S STILL A JUROR?  NO.  OKAY.  THANK YOU.
9                   PLEASE TAKE A SEAT.
10             ALL RIGHT, GO AHEAD, MR. IP.  I'M JUST CONCERNED.  WHAT
11      DID YOUR WIFE TELL YOU WHEN YOU ASKED HER ABOUT APPLE SHARES?
12                  PROSPECTIVE JUROR:  I ASKED HER WHETHER WE OWN ANY
13       APPLE AND/OR SAMSUNG SHARES AND WHETHER WE HAVE -- OR STILL
14       HAVE A FINANCIAL INTEREST IN EITHER COMPANY.
15                  THE COURT:  UM-HUM.
16                  PROSPECTIVE JUROR:  SHE ANSWERED NOT CURRENTLY, OR
17       NOT ANYMORE.
18             AND THEN -- AND THEN SHE ASKED, IS THIS -- ARE YOU PICKED?
19      AND IS THIS ABOUT THEIR CASE?
20                  THE COURT:  UM-HUM.
21                  PROSPECTIVE JUROR:  OKAY.  AND I ANSWERED, YOU KNOW,
22       I'M NOT PICKED YET AT LEAST, AND THEN I CAN'T SAY.  SO --
23                  THE COURT:  OKAY.  SO SHE DIDN'T SAY ANYTHING MORE
24       ABOUT THEIR CASE?
25                  PROSPECTIVE JUROR:  NO.
```

```
1                 THE COURT:  OKAY.

2                 PROSPECTIVE JUROR:  OKAY.

3                 THE COURT:  ALL RIGHT.  I'M GOING TO ALLOW THE

4       PARTIES TO ASK YOU ANY QUESTIONS ABOUT MR. LAM IF YOU HAVE ANY.

5                 MR. LEE:  MR. IP, MY NAME IS BILL LEE, AND I

6       REPRESENT APPLE.

7            SO YOU KNEW MR. LAM THROUGH YOUR CHURCH?

8                 PROSPECTIVE JUROR:  YES.

9                 MR. LEE:  IS THAT HOW YOU MET HIM?

10                PROSPECTIVE JUROR:  YES.

11                MR. LEE:  AND FOR HOW MANY YEARS -- THE CHURCH WAS

12      SMALL I THINK YOU SAID.

13                PROSPECTIVE JUROR:  A COUPLE HUNDRED PEOPLE.

14                MR. LEE:  AND HOW OFTEN WOULD YOU SEE HIM?

15                PROSPECTIVE JUROR:  YEAH, WE HAVE SMALL GROUPS, LIKE,

16      EVERY OTHER WEEK, BUT HE DOES NOT ALWAYS COME.  HIS WIFE COMES,

17      BUT HE DID NOT ALWAYS COME.

18           SO PROBABLY ROUGHLY ONCE PER MONTH I WOULD SEE HIM.  YEAH.

19                MR. LEE:  DID YOU EVER SEE HIM OUTSIDE OF CHURCH?

20                PROSPECTIVE JUROR:  YES.

21                MR. LEE:  WHAT KIND OF THINGS WOULD YOU DO WITH HIM

22      OUTSIDE OF CHURCH?

23                PROSPECTIVE JUROR:  SO BACK THEN I STILL WORKED FOR

24      ORACLE, SO I HAD LUNCH WITH HIM.  YEAH, SO -- AT MY WORK PLACE.

25      YEAH.
```

```
1              MR. LEE:  AND HOW FREQUENTLY WOULD YOU SEE HIM?

2              PROSPECTIVE JUROR:  NOT VERY FREQUENT.  PROBABLY ONCE

3    OR TWICE A YEAR.

4              MR. LEE:  I'M SORRY.  WOULD YOU DESCRIBE HIM AS A

5    FRIEND?

6              PROSPECTIVE JUROR:  YEAH, I WOULD DESCRIBE HIM AS A

7    FRIEND.

8              MR. LEE:  ALL RIGHT.  AND IF HE WERE TO TESTIFY HERE

9    BY DEPOSITION, LIVE OR ON A VIDEO SCREEN, AND IF HER HONOR

10   ASKED YOU IF YOU COULD JUDGE HIS TESTIMONY THE SAME WAY.  DO

11   YOU RECALL THAT?

12             PROSPECTIVE JUROR:  I THINK SO, YEAH.  BUT -- SO I

13   WOULD LISTEN TO WHAT HE SAID, I WOULD JUST TRUST, YOU KNOW,

14   WHAT HE SAID.

15             MR. LEE:  YOU WOULD TRUST IT BECAUSE YOU KNOW HIM;

16   CORRECT?

17             PROSPECTIVE JUROR:  YEAH, BECAUSE I KNOW HIS

18   CHARACTER AND THINGS LIKE THAT, YEAH.

19             MR. LEE:  OKAY.

20        NOTHING FURTHER, YOUR HONOR.

21             THE COURT:  ALL RIGHT.  MR. PRICE?

22             MR. PRICE:  WHO DID MR. LAM WORK FOR?

23             PROSPECTIVE JUROR:  ACTUALLY, I DON'T QUITE REMEMBER

24   ACTUALLY.  YEAH, I CAN'T REMEMBER IF HE WORKS FOR SAMSUNG, BUT,

25   YEAH, I'M NOT SURE WHETHER HE CHANGED COMPANY OR -- IN THE LAST
```

```
1     COUPLE OF YEARS.

2              MR. PRICE:  AND THIS WAS HOW LONG AGO THAT YOU KNEW

3     HIM?

4              PROSPECTIVE JUROR:  OH, A COUPLE YEARS AGO.  YEAH,

5     BECAUSE WE CHANGED SMALL GROUP AND THEN WE DON'T SEE EACH OTHER

6     OFTEN AFTER THAT.

7              MR. PRICE:  SO I'M TRYING TO FIGURE OUT WHETHER OR

8     NOT THE PERSON THAT WE'RE TALKING ABOUT HERE IS THE SAME PERSON

9     THAT YOU KNEW.

10             PROSPECTIVE JUROR:  OH.  WELL, THAT NAME IS SO

11    UNIQUE, SO, YEAH, I -- IT MUST BE HIM.  SO, YEAH.

12             THE COURT:  HE SAYS HE WAS AN ENGINEER.

13             PROSPECTIVE JUROR:  YEAH, HE WAS AN ENGINEER.

14             THE COURT:  HE SAYS HE WAS AN ENGINEER AT SAMSUNG AND

15    THAT'S WHO MR. LAM WAS.

16             MR. PRICE:  CAN YOU DESCRIBE HIM?

17             PROSPECTIVE JUROR:  SKINNY, LIKE ME.  PROBABLY

18    SHORTER.

19             MR. PRICE:  THIN.

20             PROSPECTIVE JUROR:  YEAH.  ASIAN, OF COURSE.

21             MR. PRICE:  AND YOU SAID YOU KNEW HIS WIFE.  WHAT WAS

22    HIS WIFE'S NAME?

23             PROSPECTIVE JUROR:  AMY.

24             MR. PRICE:  AMY.

25             PROSPECTIVE JUROR:  BUT SOMETIMES, YOU KNOW, ASIAN
```

1    PEOPLE HAVE ENGLISH NAMES.  WE REFERRED TO HER USING THE

2    NAME -- HER ENGLISH NAME, BUT I'M NOT SURE LEGALLY WHETHER SHE

3    GOES BY AMY OR ANYTHING ELSE.

4             MR. PRICE:  SO IF HE WERE YOUR FRIEND --

5             PROSPECTIVE JUROR:  YEAH.

6             MR. PRICE:  -- AND HE WAS CALLED, I'M SORRY, HIS

7    DEPOSITION WAS PLAYED AND THERE WAS A SUGGESTION THAT HE HAD

8    BEEN DISHONEST IN ANSWERING THAT THERE WAS SOME SORT OF

9    DOCUMENT OR SOMETHING THAT MIGHT SUGGEST THAT, HOW WOULD YOU

10   HANDLE THAT?

11            PROSPECTIVE JUROR:  THEN PROBABLY I WILL LOOK AT THE

12   EVIDENCE AND, YOU KNOW, THAT SUGGESTS, YOU KNOW, WHAT THAT

13   EVIDENCE SAID.  YEAH.

14       SO -- BUT IT WOULD BE A LITTLE BIT HARD FOR ME TO BELIEVE,

15   BUT I WOULD LOOK AT THE FACTS.

16            MR. PRICE:  HER HONOR IS GOING TO GIVE YOU

17   INSTRUCTIONS THAT THIS IS HOW YOU EVALUATE A WITNESS.  THESE

18   ARE THE THINGS YOU LOOK AT.

19       WOULD YOU BE ABLE TO FOLLOW THAT INSTRUCTION?

20            PROSPECTIVE JUROR:  I BELIEVE SO, YEAH.

21            MR. PRICE:  NOTHING FURTHER, YOUR HONOR.

22            THE COURT:  SO YOU SAID FOR TWO TO THREE YEARS YOU

23   MET MR. LAM IN YOUR SMALL GROUP ONCE A MONTH.  THAT'S A SOCIAL

24   SETTING; RIGHT?

25            PROSPECTIVE JUROR:  PROBABLY LESS THAN THAT.

```
 1        BECAUSE --
 2                  THE COURT:  OKAY.  OVER TWO TO THREE YEARS?
 3                  PROSPECTIVE JUROR:  YEAH.
 4                  THE COURT:  OKAY.  IS THAT DINNER OR WHAT IS THAT?
 5        BIBLE STUDY?
 6                  PROSPECTIVE JUROR:  BIBLE STUDY.
 7                  THE COURT:  OKAY.  HOW MANY PEOPLE ARE IN YOUR SMALL
 8        GROUP?
 9                  PROSPECTIVE JUROR:  10 OR SO, 10, 12.
10                  THE COURT:  YOU HAVE BIBLE STUDY AND THEN YOU SHARE A
11        MEAL TOGETHER?
12                  PROSPECTIVE JUROR:  YES.
13                  THE COURT:  SO WHAT WOULD YOU SAY, IT'S LIKE AN
14        EVENING?
15                  PROSPECTIVE JUROR:  YEAH, LATE AFTERNOON, EVENING,
16        YES.
17                  THE COURT:  SO HOW LONG WAS A SINGLE SMALL GROUP
18        MEETING?  FOUR HOURS?  FIVE HOURS?
19                  PROSPECTIVE JUROR:  SOMETHING LIKE -- TWO TO THREE
20        HOURS.
21                  THE COURT:  ALL RIGHT.  AND YOU WERE IN THE SAME
22        SMALL GROUP FOR TWO TO THREE YEARS.
23                  PROSPECTIVE JUROR:  YES.
24                  THE COURT:  OKAY.  AND YOU'RE SAYING IN ADDITION TO
25        THAT, YOU MET HIM ONE ON ONE FOR LUNCH OVER THE SAME TIME
```

1       PERIOD?

2                   PROSPECTIVE JUROR:  YEAH, MORE OR LESS.

3                   THE COURT:  OVER THE SAME TIME PERIOD.  OKAY.

4                   PROSPECTIVE JUROR:  ALSO LIKE CASUAL GATHERING, LIKE

5       PARTY OUTSIDE OF CHURCH AND OUTSIDE OF THOSE LUNCHES, LIKE WE

6       HAVE ANNUAL THANKSGIVING GATHERING OR CHRISTMAS GATHERING IN MY

7       HOUSE.

8                   THE COURT:  SO HE'S BEEN -- HOW MANY TIMES HAS HE

9       BEEN TO YOUR HOUSE?

10                  PROSPECTIVE JUROR:  SEVERAL TIMES.

11                  THE COURT:  AND HOW MANY TIMES HAVE YOU BEEN TO HIS

12      HOUSE?

13                  PROSPECTIVE JUROR:  I HAVEN'T BEEN TO HIS HOUSE.

14                  THE COURT:  YOU HAVEN'T BEEN TO HIS HOUSE.  OKAY.

15          BUT YOU SAID THAT YOU WOULD GIVE HIM SOME CREDIBILITY

16      BECAUSE YOU KNOW HIM.

17                  PROSPECTIVE JUROR:  YEAH, BECAUSE I KNOW HIM.

18                  THE COURT:  -- THROUGH YOUR CHURCH.  AND YOU KNOW HIM

19      THROUGH CHURCH; CORRECT?

20                  PROSPECTIVE JUROR:  YES.

21                  THE COURT:  ALL RIGHT.  I'M GOING TO EXCUSE MR. IP

22      FOR CAUSE.

23                  MR. PRICE:  I'M SORRY, YOUR HONOR.  I COULDN'T HEAR

24      YOU.

25                  THE COURT:  I'M EXCUSING MR. IP FOR CAUSE.

```
1            MR. PRICE:  YOUR HONOR, MAY I ASK TWO THINGS?

2            THE COURT:  GO AHEAD.

3            MR. PRICE:  ACTUALLY, IT'S A QUESTION FOR THE COURT

4    AND FOR MR. LEE.

5        ONE --

6            THE COURT:  DO YOU WANT MR. IP TO REMAIN HERE?

7            MR. PRICE:  MAYBE IT WOULD BE BEST IF HE GO OUTSIDE.

8            THE COURT:  I'M GOING TO ASK, CAN ONE OF YOU PLEASE

9    JUST TAKE HIM TO THE JURY ROOM.

10       IF YOU WOULD STEP OUTSIDE, MR. IP.  THANK YOU.

11       (JUROR IP NOT PRESENT.)

12           THE COURT:  THE DOOR IS NOW CLOSED.  GO AHEAD,

13   PLEASE.

14           MR. PRICE:  THANK YOU, YOUR HONOR.  FIRST, I THINK WE

15   NEED A REPRESENTATION FROM APPLE THAT, IN FACT, MR. LAM'S

16   DEPOSITION IS GOING TO BE PLAYED, BECAUSE I HAVEN'T HEARD THAT

17   REPRESENTATION.

18       CERTAINLY WE HAVEN'T SEEN ANYTHING ON A LIST YET.

19           THE COURT:  I'M SORRY.  HE'S ON APPLE'S DEPOSITION

20   WITNESS LIST FOR MAY 2018 REMAND RETRIAL, DOCUMENT NUMBER

21   3661-1, PAGE 7 OF 9.

22           MR. PRICE:  I KNOW.  WE ALL HAVE THAT.  WE'RE PARING

23   DOWN.  THE QUESTION IS, IS HE REALLY GOING TO BE PLAYED OR NOT?

24           MR. LEE:  YEAH.  AND, YOUR HONOR --

25           MS. MAROULIS:  YOUR HONOR, MAY I ADDRESS THE SEQUENCE
```

```
1        OF HPO DISCLOSURES?

2              THE COURT:  NO.  THIS IS A MAN WHO WENT TO CHURCH

3        WITH A WITNESS IN THIS CASE FOR TWO TO THREE YEARS, SO HE SAW

4        HIM AT CHURCH, HE SAW HIM AT SMALL GROUP ABOUT ONCE A MONTH

5        OVER TWO TO THREE YEARS.

6              IN ADDITION, HE HAD LUNCH WITH HIM ONE ON ONE ON A NUMBER

7        OF OCCASIONS, SO HE NOT ONLY SAW HIM AT CHURCH, HE NOT ONLY SAW

8        HIM AT SMALL GROUP, CHOSE TO HAVE ONE-ON-ONE LUNCHES WITH HIM

9        OVER THAT SMALL -- OVER THAT PERIOD OF TIME, AND THEN SAW HIM

10       AT CHURCH PARTIES AND CHURCH EVENTS.  SO THERE ARE LIKE MANY,

11       MANY REASONS THAT THEY HAVE TO BE VERY CLOSE ACQUAINTANCES OR

12       FRIENDS.  AND HE SAID HE'S GOING TO BELIEVE HIM BECAUSE THIS IS

13       SOMEONE HE KNOWS PERSONALLY AND WELL AND KNOWS IN A RELIGIOUS

14       SETTING, WHICH I THINK FURTHER WOULD BOLSTER ANY CREDIBILITY

15       ISSUES WITH THAT PERSON.

16             MR. PRICE:  AND THAT LEADS TO TWO QUESTIONS.

17             THE COURT:  YES.

18             MR. PRICE:  ONE, IS THE DEPOSITION GOING TO BE

19       PLAYED; AND, TWO, IS THERE A CREDIBILITY ISSUE OR IS IT BEING

20       PLAYED FOR FOUNDATION AND ADMISSIONS?  OR IS THIS AN ISSUE THAT

21       APPLE IS SAYING WE ARE QUESTIONING THIS PERSON'S CREDIBILITY?

22             AND I DON'T KNOW THE ANSWER TO EITHER OF THOSE.  AND THEY

23       ARE -- THEY'RE CRITICAL IN DETERMINING WHETHER OR NOT THIS

24       GENTLEMAN CAN SERVE ON THE JURY OR WHETHER THIS IS BEING USED

25       AS AN EXCUSE TO GET RID OF HIM.
```

```
1            MR. LEE:  YOUR HONOR, IT'S NOT BEING USED AS AN

2       EXCUSE.

3            BUT I DON'T THINK WE GO TO THE DEPTH TO MR. PRICE IS

4       SUGGESTING.  WE HAVE A WITNESS WHO'S GOING TO TESTIFY AND ASK

5       PEOPLE THE QUESTIONS.  HE'S ON OUR LIST.  IT'S IN PRETRIAL

6       DISCLOSURES.  HE WASN'T DISCLOSED AS PART OF OUR -- WE

7       DISCLOSED ONE, THREE MINUTE VIDEO CLIP AS PART OF OUR DIRECT

8       CASE.  WE HAVE A REBUTTAL CASE, AND MR. LAM IS ONE OF THE

9       PEOPLE WHO, AS WE'VE DISCLOSED, CAN TALK ABOUT THE SAMSUNG

10      PHONES.  AND WE MAY WELL CALL HIM.  AND OUR PRESENT FEELING IS

11      THAT WE WILL CALL HIM BRIEFLY TO TESTIFY IN RESPONSE TO THEIR

12      CONTENTIONS ABOUT THE ARTICLE OF MANUFACTURE.

13            THE COURT:  ALL RIGHT.  SO I AM GOING TO EXCUSE HIM

14      FOR CAUSE.

15            LET'S BRING HIM BACK IN AND THEN TAKE A BREAK, PLEASE.

16            (ONLY JUROR IP PRESENT.)

17            THE COURT:  ALL RIGHT.  MR. IP, I WANT TO THANK YOU

18      SO MUCH FOR YOUR WILLINGNESS TO SERVE TODAY.  I REALLY, REALLY

19      APPRECIATE IT.  YOU'VE HAD A LOT OF BASES THAT YOU COULD HAVE

20      USED TO ASK TO BE EXCUSE AND I APPRECIATE THAT YOU DIDN'T.

21            BUT I AM GOING TO EXCUSE YOU TODAY, AND I WANT TO THANK

22      YOU VERY MUCH FOR YOUR SERVICE AND YOUR WILLINGNESS TO SERVE,

23      EVEN MORE IMPORTANTLY.  IT'S MUCH APPRECIATED.

24            SO IF YOU WOULD JUST GO DOWN TO THE JURY ASSEMBLY ROOM,

25      YOU CAN TAKE CARE OF YOUR JUROR FEE, PARKING, MILEAGE
```

```
1      REIMBURSEMENT.

2             THANK YOU, SIR.

3                  PROSPECTIVE JUROR:  OKAY.  THANK YOU.

4                  THE COURT:  OKAY.  LET'S GO AHEAD AND TAKE A TEN

5      MINUTE BREAK, PLEASE.

6             THANK YOU.

7                  THE COURT:  HOW MANY ARE WE DOWN?  WE'RE DOWN FIVE.

8      I THINK WE'RE OKAY TO KEEP GOING.

9                  MR. LEE:  WE'RE AT 30.

10                 THE COURT:  I'M SORRY.

11                 MR. LEE:  WE'RE AT 30.  WE'RE DOWN FIVE.  WE'RE AT

12     30.

13                 THE COURT:  NO, WE'RE AT 31.

14                 MR. LEE:  31, I'M SORRY.

15                 THE COURT:  I THINK THAT'S FINE TO CONTINUE.  SO

16     LET'S KEEP GOING, PLEASE.

17            ALL RIGHT.  LET'S TAKE OUR BREAK NOW.  THANK YOU.

18                 THE CLERK:  COURT'S IN RECESS.

19            (RECESS FROM 2:47 P.M. UNTIL 2:58 P.M.)

20                 THE COURT:  YOU DON'T NEED TO STAND UP.  THANK YOU.

21     THANK YOU.

22            PLEASE TAKE A SEAT.

23            ALL RIGHT.  LET'S CONTINUE, PLEASE.

24            PLEASE RAISE YOUR HAND IF YOU HAVE READ ANY BOOKS OR SEEN

25     ANY MOVIES ABOUT APPLE OR SAMSUNG.
```

```
1          OKAY.  THE RECORD SHOULD REFLECT -- OH, I SEE ONE HAND
2     RAISED, AND I BELIEVE THAT IS MS. SALDANA.
3               THE CLERK:  YOUR HONOR, I BELIEVE WE NOW HAVE ROW 1
4     UP HERE.
5               THE COURT:  I'M SORRY.  I DIDN'T HAVE MY GLASSES ON.
6     LET'S GO WITH MS. CALDERON, FIRST.  SEAT 6.
7               PROSPECTIVE JUROR:  I THINK I SAW ONE ON APPLE BUT,
8     LIKE, A LONG TIME AGO, AND I DON'T REMEMBER IT VERY WELL.
9               THE COURT:  OKAY.  THAT WAS A MOVIE?
10              PROSPECTIVE JUROR:  I THINK, YEAH, THE ONE WITH
11    STEVE JOBS.
12              THE COURT:  WOULD THAT IN ANY WAY AFFECT YOUR ABILITY
13    TO BE FAIR AND IMPARTIAL IN THIS CASE?
14              PROSPECTIVE JUROR:  NO.
15              THE COURT:  ALL RIGHT.  THANK YOU.  LET'S GO TO
16    MS. SALDANA.  SHE'S IN SEAT 13.
17         I DON'T THINK I SAW ANY --
18              THE CLERK:  I THINK WE HAVE MR. SINGH OVER HERE, YOUR
19    HONOR.  LET'S START WITH MS. SALDANA FIRST.
20              PROSPECTIVE JUROR:  I WATCHED "THE INTERNSHIP" ABOUT
21    GOOGLE.
22              THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.
23         LET'S GO TO MR. MAYERS IN SEAT 12, PLEASE.  AND SEAT
24    ROW -- ROW 1, WE ALSO HAVE MS. DUGGER, SEAT 9.
25              PROSPECTIVE JUROR:  YES.  I SAW THE MOVIE ABOUT
```

1    STEVE JOBS AS WELL, AND IT HAS NO SIGNIFICANT WEIGHT FOR ME

2    EITHER WAY.

3              THE COURT:  OKAY.  THANK YOU.

4         ANYONE ELSE?

5              PROSPECTIVE JUROR:  YOUR HONOR, I THINK I'VE SEEN

6    THAT STEVE JOBS MOVIE WITH ASHTON KUTCHER, BUT I DON'T THINK IT

7    HAS ANY BEARING ABOUT HOW I THINK ABOUT THIS CASE AT ALL.

8         ALSO, I THINK I MAY HAVE SEEN, I CAN'T REMEMBER, THE

9    MOVIE CALLED "THE INTERNSHIP," BUT I DON'T KNOW THE DETAILS OF

10   THAT.  I CAN'T REMEMBER THAT, EITHER.

11             THE COURT:  OKAY.  ALL RIGHT.

12        MR. MAYERS.

13             PROSPECTIVE JUROR:  I'VE SEEN "PIRATES OF SILICON

14   VALLEY," WHICH IS MICROSOFT AND APPLE; AND THE STEVE JOBS ONE,

15   MAYBE TWO.

16        I DON'T BELIEVE THEY WOULD AFFECT MY DECISION.

17             THE COURT:  OKAY.  THANK YOU.

18        OKAY.  I THINK I SAW, MS. ZHENG, YOU HAD YOUR HAND RAISED?

19             PROSPECTIVE JUROR:  YES.  I SAW THE MOVIE ALSO

20   MYSELF, AND I READ THE BOOK.

21             THE COURT:  WHICH ONE?

22             PROSPECTIVE JUROR:  THE STEVE JOBS.  I DON'T THINK

23   THAT WOULD IMPAIR MY DECISION.

24             THE COURT:  OKAY.

25             PROSPECTIVE JUROR:  SECONDLY, I NEEDED TO TELL YOU TO

```
1    THE PREVIOUS QUESTION WHEN YOU SAID NOKIA WAS ONE OF THE

2    COMPANIES YOU MENTIONED, RIGHT?

3              THE COURT:  YES.

4              PROSPECTIVE JUROR:  OKAY.  THE COMPANY I WORKED WITH

5    A LONG TIME AGO, THAT GOT SOLD TO -- ACQUIRED BY LUCENT, AND

6    THEN LATER BY NOKIA.  SO I LEFT BEFORE THEY WERE ACQUIRED BY

7    LUCENT, BUT I LEFT MY 401(K)'S IN THERE.  IT'S NOW MANAGED

8    UNDER NOKIA.

9              THE COURT:  OKAY.  THANK YOU.

10        ANYONE ELSE?  OH, MS. DOBAY, GO AHEAD, PLEASE.

11             PROSPECTIVE JUROR:  SORRY.  THIS IS ACTUALLY THE

12   PREVIOUS QUESTION AS WELL.  I FORGOT MY HUSBAND'S COUSINS AND

13   HIS WIFE WORKED FOR GOOGLE.

14             THE COURT:  OKAY.

15             PROSPECTIVE JUROR:  BUT THAT WON'T HAVE ANY BEARING

16   ON HOW I JUDGE THIS.

17             THE COURT:  OKAY.  THANK YOU.  ALL RIGHT.  ANYONE

18   ELSE?

19        OKAY.

20             THE COURT:  OKAY.  MR. PHAM, CORRECT?

21             PROSPECTIVE JUROR:  YES.  THIS WAS FOR THE PREVIOUS

22   QUESTION.

23             THE COURT:  OKAY.

24             PROSPECTIVE JUROR:  MY BROTHER WORKED AT APPLE.  HE

25   LEFT APPLE EIGHT, TEN YEARS AGO, I THINK.
```

1          THE COURT:  HOW LONG WAS HE THERE?

2          PROSPECTIVE JUROR:  I DO NOT KNOW.  I NEVER REALLY

3     ASKED HIM.  WE JUST KNEW HE WORKED THERE.

4          THE COURT:  ALL RIGHT.  DID HE LEAVE ON GOOD TERMS?

5          PROSPECTIVE JUROR:  I DON'T KNOW TO BE HONEST.  I

6     NEVER REALLY ASKED HIM ABOUT IT.

7          THE COURT:  OKAY.  AND YOU DON'T KNOW WHAT HE DID

8     THERE, LIKE WHAT HE WORKED ON?

9          PROSPECTIVE JUROR:  SOFTWARE I'M GUESSING.  I HAVE NO

10    IDEA.

11         THE COURT:  OKAY.

12         PROSPECTIVE JUROR:  AND ANOTHER THING.  I WORK AT

13    GOOGLE.

14         THE COURT:  OKAY.

15         PROSPECTIVE JUROR:  AND I WORK IN THE SECURITY

16    OPERATION CENTER.

17         THE COURT:  OKAY.  ALL RIGHT.  AND YOU WOULD BE FAIR

18    AND IMPARTIAL TO BOTH SIDES IN THIS CASE; CORRECT?

19         PROSPECTIVE JUROR:  YES.

20         THE COURT:  ALL RIGHT.  THANK YOU.

21       ALL RIGHT.

22         PROSPECTIVE JUROR:  HELLO.

23         THE COURT:  ALL RIGHT.  LET'S GO TO MR. OLSON,

24    PLEASE.

25         PROSPECTIVE JUROR:  YES.  I HAVE A GOOD FRIEND OF

```
1    OURS CURRENTLY WHO WORKS AT APPLE NOW, SHE'S IN MANAGEMENT AND

2    HAS BEEN THERE FOR A NUMBER OF YEARS.

3              THE COURT:  AND DO YOU KNOW WHAT SHE MANAGES?

4              PROSPECTIVE JUROR:  I THINK IT'S SOFTWARE

5    DEVELOPMENT.  AND SHE'S CURRENTLY ON A MEDICAL LEAVE NOW, BUT

6    SHE'S STILL EMPLOYED BY THEM AND IS OUT OF THE COUNTRY FOR A

7    COUPLE OF WEEKS AND WILL BE BACK, AND I BELIEVE SHE'S GOING

8    BACK TO APPLE TO WORK WHEN SHE GETS MEDICAL CLEARANCE.

9              THE COURT:  ALL RIGHT.  ANYTHING ABOUT THAT

10   RELATIONSHIP THAT WOULD AFFECT YOUR ABILITY TO BE FAIR AND

11   IMPARTIAL IN THIS CASE?

12             PROSPECTIVE JUROR:  PROBABLY NOT I GUESS.

13             THE COURT:  YOU HAVE SOME HESITATION, OR --

14             PROSPECTIVE JUROR:  I'M JUST NOT A -- I'M NOT A BIG

15   APPLE LOVER.

16             THE COURT:  ALL RIGHT.  SO DOES THAT MEAN YOU WOULD

17   NOT BE FAIR TO APPLE IN THIS CASE?

18             PROSPECTIVE JUROR:  I HAVE -- I HAVE A PROBLEM WITH

19   COMPANIES THAT ARE EXTORTING MONEY FROM OTHER COMPANIES.

20             THE COURT:  AND DO YOU VIEW THIS LAWSUIT AS PART OF

21   THAT?

22             PROSPECTIVE JUROR:  I THINK YOU'VE GOT A BUNCH OF

23   CROOKED -- YOU KNOW.

24             MR. LEE:  YOUR HONOR, CAN WE DO IT AT SIDE-BAR IF

25   WE'RE GOING TO DO THIS?
```

```
1              THE COURT:  YOU MEAN VOIR DIRE HIM INDIVIDUALLY?

2          MR. LEE:  YES.

3              THE COURT:  OKAY.  THAT'S FINE.  LET ME JUST ADD THAT

4      TO THE LIST OF WHAT WE SHOULD DO BEFORE THE NEXT BREAK.

5          ALL RIGHT.  LET ME GO BACK, I DON'T KNOW IF I FINISHED THE

6      QUESTIONS ABOUT -- DID ANYONE ELSE HAVE A FRIEND, FAMILY

7      MEMBER, OR THEMSELVES WORK AT THE COMPANIES I HAD IDENTIFIED

8      EARLIER?

9          OH.

10             THE CLERK:  I THINK MR. MARQUES, YOUR HONOR, IN ROW

11     2.

12             PROSPECTIVE JUROR:  I JUST REMEMBERED, WE HAVE A

13     CLOSE FAMILY FRIEND WHO WORKS AT APPLE CURRENTLY.  BUT THAT

14     WOULDN'T HAVE ANY AFFECT ON MY JUDGMENT IN THE CASE.

15             THE COURT:  OKAY.  AND DO YOU KNOW WHAT THEY DO?

16             PROSPECTIVE JUROR:  I THINK SHE WORKS ON DEVELOPMENT,

17     BUT I DON'T THINK IT'S -- I DON'T KNOW IF IT'S THE PHONE OR

18     NOT.

19             THE COURT:  OKAY.  ALL RIGHT.

20         MR. DIXIT, WERE YOU RAISING YOUR HAND?

21             PROSPECTIVE JUROR:  YEAH.

22             THE COURT:  GO AHEAD, PLEASE.

23             PROSPECTIVE JUROR:  I HAVE FRIENDS OR EX-COLLEAGUES

24     WHO WORK AT GOOGLE, APPLE, AND SEAGATE.

25             THE COURT:  ALL RIGHT.  AND WOULD THOSE RELATIONSHIPS
```

1    AFFECT YOUR ABILITY TO BE FAIR AND IMPARTIAL IN THIS CASE?

2              PROSPECTIVE JUROR:  NO, THEY WOULD NOT.

3              THE COURT:  OKAY.  AND WITH EVERYONE WHO HAS A FAMILY

4    MEMBER OR FRIEND WHO WORKS -- ACTUALLY, YOU'RE NOT SUPPOSED TO

5    SPEAK WITH ANYONE ABOUT THE CASE WHILE THE CASE IS PENDING, SO

6    THAT WOULD CERTAINLY INCLUDE ALL OF THESE INDIVIDUALS THAT

7    YOU'VE IDENTIFIED.

8         ALL RIGHT.  THANK YOU.

9         ANYONE ELSE HAVE A FAMILY MEMBER, CLOSE FRIEND, OR YOU

10   WORK FOR ANY OF THESE COMPANIES THAT I'VE LISTED BEFORE?

11             PROSPECTIVE JUROR:  I HAVE -- EXCUSE ME.  I HAVE TWO

12   CLOSE FRIENDS WHO CURRENTLY WORK AT APPLE.

13             THE COURT:  OKAY.  THIS IS MS. --

14             PROSPECTIVE JUROR:  AND I'VE SEEN A BUNCH OF MOVIES,

15   AND I THINK I COULD BE IMPARTIAL REGARDLESS.

16             THE COURT:  ALL RIGHT.  THIS IS MS. PERRY.  SO YOU

17   HAVE HOW MANY FRIEND THAT IS WORK AT APPLE.

18             PROSPECTIVE JUROR:  TWO.

19             THE COURT:  DO YOU KNOW WHAT THEY DO?

20             PROSPECTIVE JUROR:  ONE IS A COPY WRITER, MARKETING

21   SIDE, AND THE OTHER ONE IS IN UPPER MANAGEMENT.  I THINK TECH

22   SIDE.  I DON'T KNOW EXACTLY WHAT HE DOES.

23             THE COURT:  AND YOU'VE SEEN WHICH -- YOU'VE SEEN

24   WHICH MOVIE?

25             PROSPECTIVE JUROR:  "INTERNSHIP," "STEVE JOBS,"

```
 1          "CIRCLE."  I THINK THAT'S SUPPOSED TO BE APPLE.

 2                    THE COURT:  OKAY.  SO "STEVE JOBS" AND "CIRCLE" ARE

 3     ABOUT APPLE.  "INTERNSHIP" IS ABOUT GOOGLE.

 4                    PROSPECTIVE JUROR:  RIGHT.

 5                    THE COURT:  OKAY.  ANY BOOKS?

 6                    PROSPECTIVE JUROR:  NO.

 7                    THE COURT:  ALL RIGHT.  ANYTHING ABOUT THOSE

 8     RELATIONSHIPS OR THE MOVIE, NO, THAT WOULD AFFECT YOUR ABILITY

 9     TO BE FAIR?

10                    PROSPECTIVE JUROR:  NO.

11                    THE COURT:  OKAY.  THANK YOU.

12          ANYONE ELSE HAVE A RESPONSE TO THE SEAGATE, NOKIA, HTC,

13     MOTOROLA, GOOGLE, APPLE, SAMSUNG QUESTION?

14          I SEE ONE HAND, AND THAT'S MR. XIAO; CORRECT?  NO, I'M

15     SORRY.  I THINK PEOPLE ARE NOT SITTING IN THE RIGHT SEATS,

16     WHICH IS OKAY.

17          ARE YOU NUMBER 32?

18                    PROSPECTIVE JUROR:  34.

19                    THE COURT:  34, MR. CELINO?

20                    PROSPECTIVE JUROR:  YES.  I HAVE A CLOSE FRIEND,

21     EX-COWORKER, JUST GOT HIRED BY APPLE ABOUT THREE MONTH AGO.

22                    THE COURT:  DO YOU KNOW WHAT THEY'RE GOING TO DO

23     THERE?

24                    PROSPECTIVE JUROR:  HE'S WORKING ON THE PHONE RIGHT

25     NOW.  HE'S A SYSTEM ENGINEER.
```

```
1              THE COURT:  HE'S WORKING ON THE PHONE YOU SAID?

2              PROSPECTIVE JUROR:  YEAH.

3              THE COURT:  ANYTHING ABOUT THAT RELATIONSHIP THAT

4       WOULD MAKE IT DIFFICULT FOR YOU TO BE FAIR IN THIS CASE?

5              PROSPECTIVE JUROR:  NO.

6              THE COURT:  ALL RIGHT.  THANK YOU.

7          ANYONE ELSE ON THAT QUESTION?  NO.

8          OKAY.  WHAT ABOUT ANYONE -- DID ANYONE ELSE HAVE AN ANSWER

9       ON THE MOVIE OR BOOK QUESTION THAT I DIDN'T HEAR FROM?  NO?

10      OKAY.  THANK YOU.

11         ALL RIGHT.  THIS ALWAYS TAKES TIME.  WHY DON'T WE JUST GO

12      DOWN THE LINE.  JUST LET ME KNOW WHAT -- IN YOUR IMMEDIATE

13      FAMILY, WHAT CELL, MOBILE, OR SMARTPHONES YOU HAVE, WHAT TABLET

14      OR DESKTOP COMPUTERS DO YOU HAVE, WHO MAKES THEM, WHAT'S THE

15      OPERATING SYSTEM, IF YOU'VE EVER OWNED A PRODUCT OF EITHER

16      COMPANY, IT DOESN'T HAVE TO BE JUST A PHONE OR A TABLET.

17         SO LET'S JUST START WITH MR. SMITH.

18             PROSPECTIVE JUROR:  I HAVE AN APPLE PHONE.

19             THE COURT:  OKAY.

20             PROSPECTIVE JUROR:  I'VE HAD SAMSUNG.  I HAVE A

21      TABLET.

22             THE COURT:  YOU'VE HAD SAMSUNG PHONES?  I'M SORRY TO

23      INTERRUPT YOU.

24             PROSPECTIVE JUROR:  YEAH, YES.

25             THE COURT:  OKAY.  AND WHO MAKES YOUR TABLET?
```

```
 1                  PROSPECTIVE JUROR:  APPLE AS WELL.

 2                  THE COURT:  OKAY.

 3                  PROSPECTIVE JUROR:  LET'S SEE.  I HAVE A MICROSOFT

 4       COMPUTER, LAPTOP.

 5                  THE COURT:  OKAY.

 6                  PROSPECTIVE JUROR:  THAT'S ABOUT IT.

 7                  THE COURT:  ALL RIGHT.  THANK YOU.

 8            LET'S GO TO MS. BORBA.

 9                  PROSPECTIVE JUROR:  WE HAVE APPLE PHONES AT HOME AND

10       AN IPAD.  COMPUTERS, I HAVE MICROSOFT AND H.P.

11                  THE COURT:  OKAY.  THE H.P. AND MICROSOFT, THOSE ARE

12       P.C.'S?

13                  PROSPECTIVE JUROR:  YES.

14                  THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

15            AND ALSO LET ME KNOW IF YOU'RE THINKING ABOUT BUYING A

16       PRODUCT OF EITHER COMPANY AS WELL.

17                  PROSPECTIVE JUROR:  I CURRENTLY USE AN APPLE IPHONE

18       AND AN APPLE IPAD, NEVER OWNED ANY SAMSUNG, AND I'LL PROBABLY

19       STICK WITH THE APPLES.

20                  THE COURT:  OKAY.  BUT DO YOU HAVE ANY OTHER, LIKE,

21       SAMSUNG WASHER, DRYERS, OR ANYTHING ELSE?

22                  PROSPECTIVE JUROR:  NO.  I THINK MY PARENTS MIGHT

23       HAVE A TV BY SAMSUNG.

24                  THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.  MS. BRAVO.

25                  PROSPECTIVE JUROR:  MY HUSBAND AND I BOTH CURRENTLY
```

1    USE APPLE PHONES; WE HAVE BOTH IPADS AND A MAC DEVICE; I ALSO

2    HAVE A SAMSUNG TABLET.  WE HAVE SAMSUNG TELEVISIONS.

3         I BELIEVE WE HAVE A DELL COMPUTER AS WELL.

4              THE COURT:  ALL RIGHT.  THANK YOU.

5         LET'S GO TO MS. THOMPSON?

6              PROSPECTIVE JUROR:  I HAVE AN APPLE WATCH AND AN

7    APPLE PHONE AND LAPTOP AND THERE'S AN APPLE TV IN THE HOUSE

8    THAT I LIVE IN.

9              THE COURT:  OKAY.  MS. CALDERON, PLEASE.

10             PROSPECTIVE JUROR:  I HAVE AN IPHONE AND A MACBOOK,

11   WHICH I USUALLY USE MY WORK LAPTOP, WHICH IS A P.C., AND I

12   BELIEVE WE HAVE SAMSUNG TV'S.

13             THE COURT:  OKAY.  AND WHO MAKES YOUR WORK LAPTOP?

14             PROSPECTIVE JUROR:  LENOVO.

15             THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

16        LET'S GO TO MS. DUGGER.

17             PROSPECTIVE JUROR:  I HAVE AN APPLE IPHONE 5 AND A

18   SAMSUNG LAPTOP; I HAVE AN APPLE LAPTOP; WE HAVE PROBABLY EVERY

19   VERSION OF APPLE TV, SOME NOT BEING USED ANYMORE.

20        AND WE HAVE -- AND MY SIGNIFICANT OTHER HAS MORE COMPUTERS

21   THAN I CAN COUNT AND MOST OF WHICH ARE LINUX AND SO NOT

22   APPLICABLE.

23        BUT HE ALSO HAS A MAC, MAYBE TWO; AND WE HAVE SAMSUNG

24   TELEVISIONS.  SO THAT WOULD PROBABLY COVER IT MOSTLY.

25             THE COURT:  OKAY.  THANK YOU.

```
 1              PROSPECTIVE JUROR:  WE'RE SPLIT IN OUR FAMILY.  I'M A
 2    SAMSUNG AND/OR HTC FAN MY ENTIRE CELL PHONE LIFE, OTHER THAN
 3    NOKIA ONCE.  MY WIFE IS AN APPLE USER.  WE HAVE SAMSUNG TV'S.
 4         AT WORK WE USE -- I USE A DELL LAPTOP, AND AT HOME I HAVE
 5    A DELL LAPTOP ALSO.
 6              THE COURT:  OKAY.  THANK YOU.  MR. SINGH -- AND JUST
 7    FOR THE RECORD, THAT WAS MR. LISSANDRELLO, NUMBER 10.
 8         GO AHEAD, MR. SINGH, WHO'S NUMBER 11.
 9              PROSPECTIVE JUROR:  WE HAVE, IN MY HOUSE, IN OUR
10    HOUSEHOLD, SEVERAL IPHONES, IPADS, AND MACES.  I USE MAC FOR
11    WORK AS WELL.  I HAVE A COUPLE OF WINDOWS P.C.'S ALSO AT HOME.
12         SAMSUNG TV, AS WELL AS A SAMSUNG REFRIGERATOR, I HAD ONE
13    AT MY PROPERTIES, I HAVE A SAMSUNG REFRIGERATOR AS WELL.
14              THE COURT:  ALL RIGHT.  THANK YOU.
15         MR. MAYERS.
16              PROSPECTIVE JUROR:  I HAVE MORE COMPUTERS THAN I CAN
17    COUNT, AT LEAST RIGHT NOW.  THREE MAC'S THAT I KNOW OF -- NO,
18    FOUR; A FEW IPHONES; AN IPAD; SAMSUNG MONITORS; OLD ANCIENT
19    COMPUTERS NO ONE WOULD CARE ABOUT; AND HTC VIVE -- TWO HTC
20    VIVES.
21         WHAT ELSE?  I PROBABLY HAVE MORE.
22              THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.
23         LET'S GO TO MS. SALDANA IN SEAT NUMBER 13, PLEASE.
24              PROSPECTIVE JUROR:  MY SIGNIFICANT OTHER AND I BOTH
25    OWN IPHONES, IPADS, AND MAC'S.
```

```
1              HE USED TO USE ANDROID PRODUCTS, BUT OUR WORK PROVIDES US

2      WITH IPHONES.

3              BUT OUR -- MY WORK P.C. IS A P.C., WE USE MICROSOFT.  AND

4      MY PARENTS OWN A SAMSUNG TV.

5                   THE COURT:  ALL RIGHT.  THANK YOU.

6              MR. TURNER?

7                   PROSPECTIVE JUROR:  I DON'T HAVE ANY APPLE PRODUCTS.

8      I HAVE A SAMSUNG TV.

9                   THE COURT:  UM-HUM.

10                  PROSPECTIVE JUROR:  I DON'T HAVE A SMARTPHONE.

11             AND WE USE DELL PRODUCTS AT WORK.

12                  THE COURT:  ALL RIGHT.  THANK YOU.

13                  PROSPECTIVE JUROR:  MY WIFE AND I BOTH USE IPHONES

14     AND WE HAVE IPADS AND I USE -- SHE USES A MAC, AND I USE A DELL

15     COMPUTER.

16                  THE COURT:  ALL RIGHT.  AND THAT WAS MR. MARQUES,

17     NUMBER 16.  THANK YOU.

18             LET'S GO TO MS. SERNA, NUMBER 17, PLEASE.

19                  PROSPECTIVE JUROR:  IPHONE, IPAD, I HAVE A SAMSUNG

20     TABLET, AND SONY COMPUTER.

21                  THE COURT:  ALL RIGHT.  THANK YOU.

22                  PROSPECTIVE JUROR:  MAC AIR, IPOD, IPAD, IPHONE,

23     SAMSUNG TABLETS, SAMSUNG TV, AND MY HUSBAND USES A P.C. BY

24     LENOVO I THINK.

25                  THE COURT:  OKAY.  YOU SAID YOUR SAMSUNG IS YOUR TV
```

```
1        AND YOUR TABLET; IS THAT RIGHT?

2              PROSPECTIVE JUROR:  WE HAVE A COUPLE -- HE HAS A

3    NUMBER OF SAMSUNG TABLETS AND THE TV IS SAMSUNG.

4              THE COURT:  OKAY.  BUT THEN YOU HAVE A LENOVO P.C.?

5              PROSPECTIVE JUROR:  YES.

6              THE COURT:  ALL RIGHT.  AND THIS IS MS. BAUTISTA IS

7    NUMBER 18.

8          LET'S GO TO MS. PURICELLI IS NUMBER 19, PLEASE.

9              PROSPECTIVE JUROR:  MY HUSBAND AND I BOTH HAVE

10   IPHONES.  I HAVE AN IPAD, I BELIEVE OUR TV IS SAMSUNG, BUT I'M

11   NOT POSITIVE.

12         I'VE HAD SAMSUNG PHONES, THOUGH.

13         THAT'S ALL I CAN THINK OF.

14             THE COURT:  ALL RIGHT.  THANK YOU.

15         LET'S GO TO MS. WATSON, NUMBER 21.

16             PROSPECTIVE JUROR:  MY HUSBAND AND I BOTH HAVE

17   IPHONES, AND AT HOME I HAVE AN IPAD AND A MACBOOK.

18         AT WORK I HAVE A SAMSUNG TABLET AND A LENOVO DESKTOP.

19         AND WE ALSO USE IPADS.

20             THE COURT:  ALL RIGHT.  THANK YOU.

21         LET'S GO TO MS. ZHENG, PLEASE.

22             PROSPECTIVE JUROR:  WE CURRENTLY HAVE GOOGLE PHONE

23   AND MY HUSBAND AND I BOTH HAVE IPADS, AND MY SON HAD GOOGLE --

24   HAD THE SAMSUNG LAPTOP AND THE SAMSUNG PHONE BEFORE.

25             MY DAUGHTER HAS -- WE ALL HAVE GOOGLE PHONE.  MY DAUGHTER
```

1    HAS HAD IMAC AND MY OLDER SON HAD IMAC, TOO.

2         WE USE GOOGLE CHROME AND MICROSOFT SURFACE.

3              THE COURT:  ALL RIGHT.  THANK YOU.

4         MS. DOBAY, NUMBER 23.

5              PROSPECTIVE JUROR:  WE HAVE IPHONES, IPADS, KINDLES;

6    OUR TV IS SAMSUNG; AND A LAPTOP THAT'S SAMSUNG.

7              THE COURT:  ALL RIGHT.  THANK YOU.

8         MS. DEMERS?

9              PROSPECTIVE JUROR:  WE HAVE IPHONES, WE HAVE MAC'S;

10   WE HAVE SAMSUNG TV, SAMSUNG MICROWAVE; AND REFRIGERATOR

11   SAMSUNG.

12             THE COURT:  ALL RIGHT.  THANK YOU.  LET'S GO TO

13   NUMBER 25, MR. DIXIT.

14             PROSPECTIVE JUROR:  IN MY FAMILY, WE HAVE IPHONES,

15   GOOGLE PIXEL, MOTOROLA PHONES.  IN THE PAST WE'VE HAD SAMSUNG

16   PHONES.

17        WE HAVE MAC LAPTOPS; GOOGLE CHROMEBOOK; LENOVO LAPTOPS.

18        WE HAVE A SAMSUNG TV, AND WE HAVE A SAMSUNG DRYER?

19             THE COURT:  ALL RIGHT.  THANK YOU.

20        ALL RIGHT.  LET'S GO TO MR. OLSON, NUMBER 27.

21             PROSPECTIVE JUROR:  YES.  WE BOTH HAVE IPHONES, MY

22   WIFE AND I.  I HAVE A DELL LAPTOP P.C.  MY WIFE HAS AN APPLE

23   DESKTOP.  SHE ALSO HAS A P.C. FOR A DESKTOP, OR I'M SORRY, A

24   PORTABLE LAPTOP.

25             THE COURT:  WHO MAKES THE PORTABLE LAPTOP?

1              PROSPECTIVE JUROR:  YOU KNOW, I CAN'T -- I'M NOT

2     QUITE SURE.  I CAN'T SAY OFFHAND.

3              THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

4         LET'S GO TO MS. BAKER.

5              PROSPECTIVE JUROR:  MY HOUSEHOLD HAS APPLE WATCHES,

6     IPHONES, IPAD, IPAD MINIS, APPLE TV, SAMSUNG TV'S, SAMSUNG

7     WASHER, DRYER, AND FRIDGE.

8              THE COURT:  ALL RIGHT.  THANK YOU.

9         LET'S GO TO MR. PHAM, PLEASE.

10             PROSPECTIVE JUROR:  LET'S SEE.  SAMSUNG TV, BLUE RAY

11    PLAYER, RANGE, DISHWASHER, FRIDGE.

12        WE USE MACBOOK LAPTOPS, IPADS.  I USE AN IPHONE.

13        WE USE H.P. CHROMEBOOK AT WORK; AND I HAVE A GOOGLE PIXEL

14    2 AT WORK AS WELL.

15             THE COURT:  ALL RIGHT.  THANK YOU.  MS. PERRY,

16    PLEASE.

17             PROSPECTIVE JUROR:  HI.  SO THERE'S FIVE OF US, SO WE

18    HAVE FIVE IPHONES; THREE IPADS, TWO EXTRA IPADS ISSUED THROUGH

19    THE SCHOOL; THREE APPLE TV'S TWO APPLE WATCHES; ONE APPLE

20    LAPTOP.

21        WE DID HAVE THREE SAMSUNG TABLETS, BUT NOT ANYMORE.

22        AND THE REST ARE JUST -- I HAVE A LAPTOP THAT'S H.P. AND

23    TOSHIBA, AND THEN WE HAVE DELL AND OTHER GAMING COMPUTERS.

24             THE COURT:  ALL RIGHT.  THANK YOU.

25        MR. ALVAREZ.

1          PROSPECTIVE JUROR:  MY FAMILY PRIMARILY USES SAMSUNG

2     PRODUCTS.  I HAVE A BROTHER WITH ONE IPHONE.  THAT'S IT.

3          THE COURT:  OKAY.  THANK YOU.

4       ALL RIGHT.  MR. -- MS. XIAO, EXCUSE ME.

5          PROSPECTIVE JUROR:  I HAVE AN IPHONE, AND I USE

6     LENOVO LAPTOP FOR WORK.

7        MY FAMILY HAS A MIXTURE OF APPLE TABLETS, MACBOOKS, AS

8     WELL AS SAMSUNG PHONES AND TABLETS.

9          THE COURT:  YOU SAID SAMSUNG PHONE AND TABLETS?

10          PROSPECTIVE JUROR:  YES, SAMSUNG.

11          THE COURT:  ALL RIGHT.  MR. KONJUH.

12          PROSPECTIVE JUROR:  WE USE SAMSUNG TV, SAMSUNG

13     LAPTOP, SOLICITOR GENERAL TABLET AND A SAMSUNG IPHONE.

14       AND DELL P.C.

15          THE COURT:  OKAY.  THANK YOU.

16       MR. CELINO?

17          PROSPECTIVE JUROR:  AT HOME WE USE SAMSUNG TV.  WE

18     HAVE IPHONE, IPAD, MACBOOK PRO, IWATCH.

19          THE COURT:  ALL RIGHT.  THANK YOU.

20       MS. GIULIANELLI.

21          PROSPECTIVE JUROR:  I HAVE USE -- MY LAST THREE

22     PHONES HAVE PROBABLY BEEN SAMSUNG.  I HAVE SAMSUNG TV'S.  I

23     HAVE TWO IPADS, THOUGH.

24       MY KIDS ALL -- THEY'LL ONLY USE APPLE.

25       I USE DELL AT WORK.  AND I THINK THAT'S IT.

```
1              THE COURT:  OKAY.  THANK YOU.

2              PROSPECTIVE JUROR:  I HAVE BEEN USING IPHONE AND IPAD

3         FOR LONG TIME.

4         MY OFFICE USING DELL.  I DON'T RECALL USING ANY SAMSUNG

5         PRODUCT.

6              THE COURT:  OKAY.  THANK YOU.

7         ALL RIGHT.  IT MAY APPEAR THAT ONE OR MORE OF THE PARTIES,

8         ATTORNEYS, OR WITNESSES COME FROM A PARTICULAR NATIONAL,

9         RACIAL, OR RELIGIOUS GROUP OR COUNTRY OR MAY HAVE A LIFESTYLE

10        THAT'S DIFFERENT FROM YOURS.

11        PLEASE RAISE YOUR HAND IF THIS WOULD IN ANY WAY AFFECT

12        YOUR JUDGMENT OR THE WEIGHT AND CREDIBILITY YOU WOULD GIVE TO

13        SUCH PERSON'S TESTIMONY.

14        OKAY.  THE RECORD SHOULD REFLECT THAT NO HANDS HAVE BEEN

15        RAISED.

16        I'D LIKE YOU NOW TO LET ME KNOW IF YOU HAVE A FAMILY

17        MEMBER OR IF YOU HAVE ANY SPECIAL TRAINING IN THE FOLLOWING

18        AREAS:

19        THAT COULD INCLUDE EDUCATION OR WORK EXPERIENCE.

20        SO LAW, LAW FIRM, COURT SYSTEM, PATENTS, COPYRIGHTS,

21        TRADEMARKS, CELL PHONE, COMPUTER, TABLET TECHNOLOGY,

22        MANUFACTURING OR SALES, COMPUTER TECHNOLOGY, MANUFACTURING OR

23        SALES, COMPUTER SOFTWARE AND SOFTWARE DEVELOPMENT, DESIGN OR

24        INDUSTRIAL DESIGN, ACCOUNTING, FINANCE, OR ECONOMICS, RESEARCH

25        AND DEVELOPMENT, CONTRACTS OR LICENSING, PROCUREMENT OF
```

```
 1      COMPONENTS FOR ELECTRONIC DEVICE OR SUPPLY CHAIN MANAGEMENT.

 2           I KNOW THAT WAS A LONG LIST, AND I THINK A LOT OF PEOPLE

 3      ARE GOING TO RAISE THEIR HANDS.

 4           LET'S JUST GO DOWN TO THE LINE.  SO LET'S START WITH

 5      MR. DAY IN NUMBER 3.

 6              PROSPECTIVE JUROR:  SO IN MY ROLE AT MY SCHOOL

 7      DISTRICT, I HAVE -- EVERY DAY WE WORK WITH DEVICES BY APPLE,

 8      SAMSUNG, LENOVO.  I'M INVOLVED IN PURCHASING THEM, REPAIR,

 9      MAINTENANCE.

10              THE COURT:  ALL RIGHT.  THANK YOU.  MS. BRAVO.

11              PROSPECTIVE JUROR:  I WORK FOR BARNES & NOBLE BOOK

12      SELLERS.  WE SELL TABLETS.  PRIMARILY WE HAVE SOLD THE NOOK

13      DEVICE, BUT WE ALSO IN RECENT YEARS HAVE SOLD SAMSUNG TABLETS

14      AS WELL.

15              THE COURT:  ALL RIGHT.  THANK YOU.

16           LET'S GO TO MS. CALDERON.

17              PROSPECTIVE JUROR:  I WORK IN NEW HARDWARE PRODUCT

18      DESIGN TEAM.  I'M A TECHNICAL WRITER.  SO I DO COMPOSE, LIKE,

19      COMPLIANCE DOCUMENTS, BUT I JUST COMPOSE THEM.  I DON'T

20      THOROUGHLY UNDERSTAND ALL OF THE COPYRIGHT AND TRADEMARKS

21      INFORMATION.

22              THE COURT:  OKAY.  THANK YOU.

23           WHO ELSE IN ROW 1?

24              PROSPECTIVE JUROR:  I HOLD A PATENT FOR FUNCTIONAL --

25      A FUNCTIONAL PATENT IN JEWELRY.
```

```
1                THE COURT:  OKAY.

2                PROSPECTIVE JUROR:  AND I HAVE BEEN AN I.T., LIKE,

3     TECHNICAL SUPPORT FOR 15 YEARS, BUT I'VE ALSO DONE PROJECT

4     MANAGEMENT AND CUSTOMER SUCCESS.

5                THE COURT:  OKAY.  THANK YOU.

6          AND LATER ON WE'LL GET INTO A LITTLE BIT MORE OF ALL OF

7     YOUR WORK HISTORIES.  THANK YOU.

8          ANYONE ELSE ON ROW 1?  ALL RIGHT.  MR. SINGH.

9                PROSPECTIVE JUROR:  SO I HAVE A MASTER'S IN

10    ELECTRICAL ENGINEERING.  I'VE BEEN DOING PRODUCT ENGINEERING,

11    PRODUCT DEVELOPMENT FOR SOME TIME.  I'VE WORKED AT COMPANIES

12    WHO SIC, S-I-C, GOAL IS HAS BEEN DEFINED AS COMPUTER

13    HARDWARE/SOFTWARE.  BUT IT'S ON THE I.T. INFRASTRUCTURE SIDE,

14    STORAGE, NETWORKING, SERVERS.  NOT SO MUCH ON THE IPHONE,

15    COMPUTER, P.C., LAPTOP SIDE.

16               THE COURT:  OKAY.  THANK YOU.  ALL RIGHT.  THANK YOU.

17         MR. MAYERS?

18               PROSPECTIVE JUROR:  I HAVE EXPERIENCE IN SOFTWARE

19    DEVELOPMENT, PRIMARILY COMPUTER GRAPHICS, VIDEO GAMES, AND

20    SIMULATION.

21         AND I HAVE A PATENT, THE ASSIGNEE IS APPLE.

22               THE COURT:  AND WHAT'S THE SUBJECT MATTER?

23               PROSPECTIVE JUROR:  THE SUBJECT MATTER IS GAME

24    DEVELOPMENT TOOLS, 3-D GRAPHICS DEBUGGERS.

25         AND I HAVE A LITTLE BIT OF HARDWARE EXPERIENCE AS WELL.
```

1          THE COURT:  OKAY.  THANK YOU.

2          ANYONE ELSE HAVE ANY PATENTS ON ROW 1, OTHER THAN

3     MS. DUGGER AND MR. MAYERS?

4          MR. SINGH, DO YOU, TOO.  WHY DON'T WE GO AHEAD IN THIS

5     LINE OF QUESTIONING AND ADD IN WHETHER YOU EVER HAVE APPLIED

6     FOR OR HAVE ANY PATENTS, COPYRIGHTS, OR TRADEMARKS.

7          SO, MR. SINGH, I THINK IN SEAT 11, YOU RAISED YOUR HAND.

8          PROSPECTIVE JUROR:  I HAVE TWO PATENTS FROM 20-PLUS

9      YEARS AGO ASSIGNED TO NORTEL IN A DIFFERENT FIELD ALTOGETHER,

10     TECHNOLOGY THOUGH.

11          THE COURT:  OKAY.  THANK YOU.  WHAT ABOUT ROW 2.

12          ANY EXPERIENCE IN THESE AREAS AND ANYONE EVER APPLIED FOR

13     OR BEEN GRANTED A PATENT, COPYRIGHT, OR TRADEMARK?

14          PROSPECTIVE JUROR:  EXCUSE ME.  YOU'RE JUST ASKING

15      ABOUT PATENTS AT THIS POINT?

16          THE COURT:  NO.  I WANT YOU TO ANSWER THE QUESTION

17      ABOUT LAW, LAW FIRMS, COURT SYSTEMS, PATENTS, COPYRIGHTS,

18      TRADEMARKS, CELL PHONE, COMPUTER TECHNOLOGY, SOFTWARE, DESIGN,

19      ACCOUNTING, FINANCE, ECONOMICS, R&D, CONTRACTS, LICENSING,

20      PROCUREMENT, OR SUPPLY CHAIN.

21          I'M JUST SAYING, IN YOUR ANSWER TO THAT, JUST LET ME KNOW

22      IF YOU'VE EVER APPLIED FOR AND BEEN GRANTED, OR APPLIED FOR AND

23      WAS DENIED A PATENT, COPYRIGHT, OR TRADEMARK.

24          PROSPECTIVE JUROR:  YES.  I'VE WORKED IN PROCUREMENT

25      OF ELECTRONIC COMPONENTS.  AND JUST -- THE ELECTRONICS INDUSTRY

```
1        IN SEVERAL DIFFERENT -- I'VE BEEN IN IT FOR QUITE A WHILE.

2             THE COURT:  ALL RIGHT.  THANK YOU.

3             PROSPECTIVE JUROR:  SOFTWARE, BUT IT WAS ALL

4    APPLICATION SOFTWARE.

5             THE COURT:  ALL RIGHT.  THANK YOU.

6        ANYONE ELSE ON ROW 2.

7        ALL RIGHT.  WHAT ABOUT ROW 3?  ALL RIGHT.  LET'S START

8    WITH MR. DIXIT, PLEASE.

9             PROSPECTIVE JUROR:  I'VE APPLIED FOR SEVERAL PATENTS

10   AND BEEN GRANTED SEVERAL.  THE ASSIGNEES ARE INTEL, SILICON

11   GRAPHICS, INSILICA CADENCE.

12       I WORKED IN -- MY EDUCATION HAS BEEN IN COMPUTER

13   ENGINEERS, AND I WORKED IN THE MICROPROCESSOR, COMPUTER

14   TECHNOLOGY FIELD FOR MANY YEARS.

15            THE COURT:  AND WHAT WAS THE SUBJECT MATTER AT A HIGH

16   LEVEL OF YOUR PATENTS?

17            PROSPECTIVE JUROR:  ALMOST ALL ARE RELATED TO

18   MICROPROCESSING DESIGN.

19            THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

20       ANYONE ELSE ON -- I THINK MS. BAKER, YOU -- YOU RAISED

21   YOUR HAND.  GO AHEAD, PLEASE.

22            PROSPECTIVE JUROR:  YES.  MY AUNT WORKS FOR THE

23   MONTEREY COUNTY COURTHOUSE.

24            THE COURT:  OKAY.  DO YOU KNOW WHAT SHE DOES?

25            PROSPECTIVE JUROR:  SHE'S AN ACCOUNTANT.
```

```
1              THE COURT:  OKAY.

2              PROSPECTIVE JUROR:  AND MY UNCLE IS A SUPERVISOR FOR

3    THE PROBATION DEPARTMENT.  AND MY OTHER UNCLE IS A D.A.

4    INVESTIGATOR.

5              THE COURT:  SO ONE UNCLE IS A D.A. INVESTIGATOR, AND

6    AGAIN, THE OTHER, IS IT PROBATION SUPERVISOR?

7              PROSPECTIVE JUROR:  YES.

8              THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

9              PROSPECTIVE JUROR:  HI.  SO I'M IN THE FINANCE

10   CATEGORY.  I'M THE BROKER AND PRESIDENT OF A PRIVATE LENDING

11   FIRM.

12             THE COURT:  OKAY.  AND THIS IS MS. PERRY, NUMBER 30.

13   GO AHEAD, PLEASE.

14             PROSPECTIVE JUROR:  THAT'S -- YEAH.

15             THE COURT:  OKAY.  ANYONE ELSE ON ROW 3.  LET'S GO TO

16   MR. CELINO, PLEASE.  I'M SORRY, MS. XIAO.

17             PROSPECTIVE JUROR:  I'M IN ACCOUNTING.  I'M THE V-P

18   OF FINANCE CORPORATE CONTROLLER FOR A SOFTWARE COMPANY.

19             THE COURT:  OKAY.  AND WHAT COMPANY IS THAT?

20             PROSPECTIVE JUROR:  IT'S A COMPANY CALLED VUCLIP,

21   V-U-C-L-I-P.

22             THE COURT:  OKAY.  THANK YOU.

23         MR. CELINO, I THINK YOU RAISED YOUR HAND.  GO AHEAD,

24   PLEASE, SIR.

25             PROSPECTIVE JUROR:  I'M CURRENTLY WORKING AT HARDWARE
```

```
1        DEVELOPMENT AS A PCB DESIGNER.

2                THE COURT:  YOU'RE A PRINTED CIRCUIT BOARD DESIGNER?

3                PROSPECTIVE JUROR:  YEAH.

4                THE COURT:  WHO DO YOU WORK FOR?

5                PROSPECTIVE JUROR:  I WORK FOR ST. JUDE MEDICAL, BUT

6        THEY GOT BOUGHT BY ABBOTT.

7                THE COURT:  ABBOTT LABS?

8                PROSPECTIVE JUROR:  SO WE'RE ABBOTT NOW, YEAH.

9                THE COURT:  ALL RIGHT.  THANK YOU.

10           OKAY.  PLEASE RAISE YOUR HAND IF A FAMILY MEMBER OR YOU

11       HAVE EVER BEEN INVOLVED IN A LAWSUIT, AND THAT'S EITHER AS A

12       PLAINTIFF, A DEFENDANT, OR A WITNESS.  AND I WANT YOU TO

13       SPECIFY IF ANY OF THOSE LAWSUITS INVOLVED EITHER PATENTS OR AN

14       INTELLECTUAL PROPERTY DISPUTE.

15           ALL RIGHT.  ANYONE IN ROW 1?

16           OKAY.  I SEE MR. SINGH IN SEAT NUMBER 11, PLEASE.

17               PROSPECTIVE JUROR:  AS A -- CURRENTLY AS A DEFENDANT

18       IN -- A CO-DEFENDANT IN A TRAFFIC CODE LAWSUIT, I THINK.

19               THE COURT:  OKAY.  IS IT CIVIL OR --

20               PROSPECTIVE JUROR:  CIVIL.

21               THE COURT:  I SEE.  OKAY.

22               PROSPECTIVE JUROR:  AND --

23               THE COURT:  IS THAT A FENDER BENDER SUIT?

24               PROSPECTIVE JUROR:  YEAH.

25               THE COURT:  ALL RIGHT.
```

```
 1                 PROSPECTIVE JUROR:  AND A PLAINTIFF AND DEFENDANT IN

 2     A CORPORATE LAWSUIT FROM A PREVIOUS EMPLOYER, I.P., PATENT

 3     RELATED FOR MY PREVIOUS EMPLOYER, AND THEY'RE -- THIS IS PURE

 4     STORAGE VERSUS EMC.

 5                 THE COURT:  OKAY.  AND YOU ARE AN ACTUAL PARTY OR

 6     YOU'RE JUST A WITNESS?

 7                 PROSPECTIVE JUROR:  I WAS A WITNESS -- I WAS EMPLOYED

 8     BY PURE STORAGE.

 9                 THE COURT:  OKAY.

10                 PROSPECTIVE JUROR:  THAT WAS -- PURE STORAGE WAS SUED

11     BY EMC.  SO WE DEFENDED.  I WAS DEPOSED FOR THAT.

12                 THE COURT:  OKAY.  BUT WERE YOU A NAMED DEFENDANT?

13                 PROSPECTIVE JUROR:  NO, I WASN'T A NAMED DEFENDANT.

14     I WAS A WITNESS.

15                 THE COURT:  OH, WITNESS.  OKAY.

16                 PROSPECTIVE JUROR:  AND I BELIEVE THAT'S ABOUT IT.

17                 THE COURT:  OKAY.  THANK YOU.

18            ANYONE IN ROW 2?

19            I SEE -- SO LET'S START WITH MR. MARQUES, PLEASE, IN SEAT

20     16 FIRST.

21            GO AHEAD, PLEASE.

22                 PROSPECTIVE JUROR:  MY FATHER HAS BEEN IN A COUPLE OF

23     LAWSUITS, BUT THEY WERE ALWAYS REAL ESTATE RELATED.  THEY

24     WEREN'T TECHNOLOGY AT ALL.

25                 THE COURT:  OKAY.  WERE YOU EVER A WITNESS IN ANY OF
```

1     THOSE?

2               PROSPECTIVE JUROR:  NO.

3               THE COURT:  ALL RIGHT.  THANK YOU.

4          OH, LET'S GO BACK TO MS. THOMPSON IN SEAT 5.

5               PROSPECTIVE JUROR:  I WAS IN A DOMESTIC VIOLENCE

6     CASE.

7               THE COURT:  I'M SORRY TO HEAR THAT.  OKAY.

8          AND WERE YOU INVOLVED IN THE LAWSUIT AT THE -- DID IT GO

9     TO TRIAL OR DID YOU HAVE TO TESTIFY OR BE DEPOSED OR ANYTHING?

10              PROSPECTIVE JUROR:  IT DID NOT GO TO TRIAL OR

11    ANYTHING.

12              THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

13         ANYONE ELSE ON ROW 1?

14         LET'S GO TO ROW 2.  I THINK I SAW MS. ZHENG RAISE YOUR

15    HAND, DIDN'T YOU?

16              PROSPECTIVE JUROR:  I --

17              THE COURT:  I'M SORRY, I CAN'T SEE OVER THAT MONITOR.

18    LET'S START WITH MS. WATSON FIRST IN SEAT 21.

19              PROSPECTIVE JUROR:  I WAS A PLAINTIFF JUST IN A CIVIL

20    LAWSUIT REGARDING A -- I WAS AN URBAN FARMER FOR A TIME AND I

21    HAD PLANTED OUT A PLOT OF LAND AND THE LANDOWNER PULLED OUT OF

22    OUR CONTRACT.

23              THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

24              PROSPECTIVE JUROR:  WE'RE THE DEFENDANT FOR A CIVIL

25    LAWSUIT REGARDING A DOG, BASICALLY A DOG BIT WITH THE NEIGHBOR.

```
1                    THE COURT:  ALL RIGHT.  AND THIS IS MS. ZHENG.  YOU
2       SAID YOU'RE A DEFENDANT IN THAT CASE?
3                    PROSPECTIVE JUROR:  RIGHT.
4                    THE COURT:  OKAY.
5                    PROSPECTIVE JUROR:  ALSO, THE CLASS ACTION SUIT
6       COUNTS.
7                    THE COURT:  YES.  GO AHEAD, PLEASE.
8                    PROSPECTIVE JUROR:  MY HUSBAND IS SITTING ON THE
9       BOARD OF THE COMPANY THAT IS INVOLVED IN A CLASS ACTION LAWSUIT
10      RIGHT NOW.
11                   THE COURT:  AND WHAT -- THEY'RE A PLAINTIFF OR
12      THEY'RE A DEFENDANT?
13                   PROSPECTIVE JUROR:  I THINK THEY'RE A DEFENDANT.
14                   THE COURT:  WHAT -- AND WHAT ARE THE CLAIMS?  IS IT
15      LIKE --
16                   PROSPECTIVE JUROR:  I GUESS THE COMPANY DIDN'T FILE
17      THE K-1'S, THE SECURITY REPORT QUARTERLY ON TIME.
18                   THE COURT:  OKAY.  SO IT'S A SECURITIES CLASS ACTION?
19                   PROSPECTIVE JUROR:  RIGHT, RIGHT.
20                   THE COURT:  OKAY.  WHAT COMPANY IS THAT?
21                   PROSPECTIVE JUROR:  IT'S SUPERMICRO.
22                   THE COURT:  SUPERMICRO?
23                   PROSPECTIVE JUROR:  SUPERMICRO.
24                   THE COURT:  OKAY.  THANK YOU.
25           ALL RIGHT.  ANYONE ELSE ON ROW 2.
```

1          LET'S GO TO ROW 3, PLEASE.

2          ALL RIGHT.  LET'S GO TO MR. DIXIT, AND I SEE MS. PERRY,

3     TOO.

4              PROSPECTIVE JUROR:  I WAS DEPOSED ON A PATENT LAWSUIT

5     FOR A PREVIOUS EMPLOYER.

6              THE COURT:  OKAY.  THAT'S THE ONE YOU DISCUSSED

7     EARLIER ABOUT THE INTEL PATENT?

8              PROSPECTIVE JUROR:  YES.

9              THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

10         LET'S GO TO MS. PERRY?

11             PROSPECTIVE JUROR:  SO I HAVE NOT BEEN NAMED, BUT MY

12    HUSBAND HAS BEEN IN A COUPLE OF REAL ESTATE MINOR LAWSUITS.

13             THE COURT:  OKAY.  AS A DEFENDANT?

14             PROSPECTIVE JUROR:  YES.

15             THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

16         NOW, I NEED EVERYONE'S --

17             THE CLERK:  I THINK WE HAVE ONE MORE.

18             THE COURT:  OH, MS. XIAO, I ALWAYS MISS YOU.  I'M

19    SORRY.

20             PROSPECTIVE JUROR:  THAT'S OKAY.  I WAS IN A DIVORCE

21    PROCEEDING WITH MY EX-HUSBAND AND THE CASE WAS RESOLVED THROUGH

22    MEDIATION.

23             THE COURT:  OKAY.  WAS THAT EVER IN SUPERIOR COURT?

24             PROSPECTIVE JUROR:  NO.

25             THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

```
1              ANYONE ELSE?

2                   PROSPECTIVE JUROR:  SORRY.  ACTUALLY, LET ME CORRECT

3         MYSELF.  I COULDN'T REMEMBER.

4                   THE COURT:  WHETHER IT WAS IN SUPERIOR COURT AND THEN

5         YOU MOVED IT TO MEDIATION.

6                   PROSPECTIVE JUROR:  YEAH.

7                   THE COURT:  THAT'S FINE.  ALL RIGHT.  THANK YOU.

8              OKAY.  IT IS IMPORTANT THAT I HAVE EVERYONE'S ASSURANCE

9         THAT YOU WILL BASE YOUR DECISION, IF YOU ARE SELECTED AS ONE OF

10        THE EIGHT JURORS, SOLELY ON THE EVIDENCE THAT'S ADMITTED DURING

11        THE TRIAL AND THAT YOU FOLLOW THE LAW AS I INSTRUCT YOU.

12             SO PLEASE RAISE YOUR HAND IF YOU WILL NOT DO THAT, IF YOU

13        WILL NOT BASE YOUR DECISION ON THE EVIDENCE THAT'S ADMITTED

14        DURING THE TRIAL OR THE LAW AS I INSTRUCT YOU.

15             OKAY.  THE RECORD SHOULD REFLECT THAT NO HANDS HAVE BEEN

16        RAISED.

17             ALL RIGHT.  I'D LIKE YOU TO ANSWER THE QUESTIONS ON YOUR

18        CHAIR.  IT'S CALLED JUROR BIOGRAPHICAL INFORMATION.  IT'S

19        QUESTIONS 1 THROUGH 10.

20             IF YOU'VE ALREADY ADDRESSED IT, THEN JUST PLEASE SAY

21        YOU'VE ALREADY ANSWERED IT.  NO NEED TO DO IT AGAIN.

22             LET'S START WITH NUMBER 1 WITH MR. SMITH.

23                  PROSPECTIVE JUROR:  MY NAME IS BERNARD SMITH.

24             PLEASE OF BIRTH:  BRONX, NEW YORK.

25             SAN JOSE IS MY RESIDENCE.
```

1          HIGH SCHOOL EDUCATION.

2          PAST JOB TITLE -- EXCUSE ME.  PAST AND CURRENT JOB TITLE:

3     TRANSPORTATION.

4          CURRENT JOB TITLE:  TRANSPORTATION.

5          RESPONSIBILITIES:  MAKING SURE THAT KIDS GET TO SCHOOL AND

6     HOME SAFELY.

7          AND MY EMPLOYERS, OKAY.  I'M CURRENTLY WORKING FOR THE

8     ALUM ROCK SCHOOL DISTRICT.

9          FAVORITE HOBBY:  RELAXING.

10         (LAUGHTER.)

11            PROSPECTIVE JUROR:  RECREATIONAL ACTIVITY:  COOKING.

12         I AM MARRIED.  OKAY.  LET'S SEE.

13         SOME OF MY OCCUPATIONS, I WAS A DRIVER FOR ENTERPRISE.

14            THE COURT:  OH, NO, THAT'S FOR YOUR -- YOU SAID YOU

15     WERE MARRIED.

16            PROSPECTIVE JUROR:  YEAH.

17            THE COURT:  THAT'S FOR YOUR SPOUSE.

18            PROSPECTIVE JUROR:  OH, PARDON ME.  SHE CURRENTLY

19     WORKS AT STANFORD.

20         CHILDREN, YES.  I'M A STEP-FATHER, AND I'M CURRENTLY

21     WORKING ON ONE OF MY OWN.  I HAVE ONE IS IN UCLA.  THAT'S MY

22     SON.  AND THE AGES OF MY DAUGHTERS ARE 17, 14, AND 11.

23         AND NEITHER -- NEITHER OF THEM WORK.

24         AND I NEVER DID JURY SERVICE.

25            THE COURT:  ALL RIGHT.  THANK YOU.

1          ALL RIGHT.  LET'S GO TO MS. BORBA, PLEASE.

2              PROSPECTIVE JUROR:  MY NAME IS ANA BORBA.

3          I WAS BORN IN AZORES, PORTUGAL.

4          I CURRENTLY LIVE IN FREEDOM.  IT'S NEAR WATSONVILLE.

5          I HAVE A HIGH SCHOOL DIPLOMA.

6          I WORK AS A BOOKKEEPER FOR A SMALL RENTAL COMPANY.

7          I LIKE TO SEW.

8          I'M CURRENTLY MARRIED, AND MY HUSBAND IS A GLASS

9      INSTALLER.

10          I HAVE THREE CHILDREN:  TWO GIRLS, 29 AND 26; AND MY SON

11     IS 22.

12          AND I HAVE SERVED ON A JURY BEFORE.

13              THE COURT:  AND WHAT KIND OF JURY WAS THAT?  CIVIL OR

14     CRIMINAL?

15              PROSPECTIVE JUROR:  IT WAS CIVIL.

16              THE COURT:  AND DO YOU -- DON'T TELL ME WHERE --

17     WELL, TELL ME WHETHER YOU REACHED A VERDICT WITHOUT STATING

18     WHAT THE VERDICT WAS.

19              PROSPECTIVE JUROR:  WE DID.

20              THE COURT:  OKAY.  AND WHERE WAS THAT?

21              PROSPECTIVE JUROR:  IN SANTA CRUZ.

22              THE COURT:  WAS THAT IN SUPERIOR COURT?  I ASSUME SO.

23              PROSPECTIVE JUROR:  YES.

24              THE COURT:  OKAY.  WERE YOU THE FOREPERSON?

25              PROSPECTIVE JUROR:  NO.

```
1              THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

2         LET'S GO TO MR. DAY, PLEASE.

3              PROSPECTIVE JUROR:  MY NAME IS MATT DAY.

4         I WAS BORN IN LAKE OSEGO, OREGON.

5         I CURRENTLY LIVE IN SANTA CLARA, DOWN THE STREET.

6         I'VE GOT SOME COLLEGE CREDITS AND VARIOUS CERTIFICATIONS.

7         I CURRENTLY WORK FOR THE MORELAND SCHOOL DISTRICT AS A

8    COMPUTER SUPPORT SPECIALIST.  I'VE BEEN THERE FOR ABOUT TEN

9    YEARS.

10         FAVORITE HOBBY:  I'M A GUN GUY, OUTDOOR KIND OF GUY.

11         NOT MARRIED.

12         NO KIDS.

13         AND NO PRIOR JURY SERVICE.

14              THE COURT:  ALL RIGHT.  THANK YOU.

15         MS. BRAVO.

16              PROSPECTIVE JUROR:  MY NAME IS CAITRIN BRAVO.

17         I WAS BORN IN GOLETA, CALIFORNIA.

18         I CURRENTLY LIVE IN SAN MARTIN.

19         I ALSO HAVE SOME COLLEGE.  MY BACKGROUND IS IN LITERATURE

20    AND HISTORY.

21         I AM CURRENTLY A STORE MANAGER FOR BARNES & NOBLE BOOK

22    SELLERS.  I HAVE BEEN THERE 14 YEARS, SO IT'S THE ONLY JOB OF

23    NOTE.

24         FAVORITE HOBBY:  I AM AN ACTIVE READER, WHICH MAKES SENSE.

25         I AM MARRIED.
```

```
1              HE IS SELF-EMPLOYED.  HE OWNS AND RUNS A CARPET CLEANING

2       BUSINESS.

3              WE HAVE TWO CHILDREN.  MY DAUGHTER IS 3; MY SON IS 16

4       MONTHS OLD.

5              AND I HAVE NOT SERVED ON A JURY.

6                  THE COURT:  ALL RIGHT.  THANK YOU.

7              LET'S GO TO MS. THOMPSON.

8                  PROSPECTIVE JUROR:  MY NAME IS HEATHER KATHERINE JE

9        THOMPSON.

10             PLACE OF BIRTH IS SANTA CRUZ.

11             I LIVE CURRENTLY IN SAN BRUNO.

12             MY EDUCATIONAL BACKGROUND IS AN ASSOCIATES IN ART AND

13      ANOTHER ASSOCIATES IS IN MEDICAL ASSISTING.

14             CURRENT JOB IS MEDICAL ASSISTING FOR SUTTER HEALTH.

15             AND FAVORITE HOBBY WOULD BE PROBABLY HIKING AND ART.

16             NOT MARRIED.

17             DON'T HAVE CHILDREN.

18             AND HAVE NOT SERVED ON A JURY.

19                 THE COURT:  ALL RIGHT.  THANK YOU.

20             AND I WILL SAY THAT I'VE HAD JURORS MEET EACH OTHER

21      THROUGH JURY SERVICE.

22             (LAUGHTER.)

23                 THE COURT:  ALL RIGHT.  LET'S GO TO MS. CALDERON.

24                 PROSPECTIVE JUROR:  MY NAME IS CHRISTINE CALDERON.  I

25       WAS BORN IN SALINAS, CALIFORNIA.
```

```
1              I LIVE IN SAN JOSE.

2              I HAVE A BACHELOR'S DEGREE IN TECHNICAL AND PROFESSIONAL

3        WRITING.

4              MY CURRENT JOB TITLE IS TECHNICAL WRITER, AND I WORK FOR

5        CISCO THROUGH AN AGENCY.  BEFORE THAT, I WAS A TRAINING

6        COORDINATOR AT PAYPAL THROUGH A DIFFERENT AGENCY.

7              MY HOBBIES ARE DOG WALKING AND DOING YOGA.

8              I DO LIVE WITH A SIGNIFICANT OTHER.

9              HIS OCCUPATION, HE IS A PROPERTY MANAGER.  HE RUNS HIS OWN

10       BUSINESS.

11             NO CHILDREN.

12             AND NO PRIOR JURY SERVICE.

13                 THE COURT:  ALL RIGHT.  THANK YOU.

14             LET'S GO TO MS. DUGGER, PLEASE.

15                 PROSPECTIVE JUROR:  MY NAME IS LINDA DUGGER.

16             I WAS BORN IN SPRINGFIELD, PENNSYLVANIA.

17             I LIVE IN BOULDER CREEK.

18             I HAVE TWO YEARS OF COLLEGE.

19             AND MY PAST JOB TITLE WAS CUSTOMER SUCCESS PROJECT

20       MANAGEMENT.  NOW -- AND NOW I'M STILL DOING PROJECT MANAGEMENT

21       AS A BUSINESS OWNER.

22             AND MY FAVORITE HOBBY WOULD BE BIKE RIDING, WHICH I DON'T

23       DO ENOUGH, AND SEWING.

24             AND I'M IN A PARTNERSHIP WITH MY SIGNIFICANT OTHER, AND HE

25       CURRENTLY -- HE CURRENTLY WORKS WITH THE SAME BUSINESS AS
```

```
 1        GETTING CONTRACTING WITH THE EMPLOYERS.

 2               I DIDN'T MEET THE RIGHT PERSON TO HAVE CHILDREN WITH.

 3               AND I'VE NEVER SERVED ON JURY SERVICE BEFORE.

 4                 THE COURT:  ALL RIGHT.  THANK YOU.

 5            LET'S GO TO MR. LISSANDRELLO.

 6                 PROSPECTIVE JUROR:  HELLO.  MY NAME IS JOHN

 7        LISSANDRELLO.

 8               I WAS BORN IN BAY SHORE, LONG ISLAND, NEW YORK.

 9               I LIVE IN MORGAN HILL.

10               I HAVE A BACHELOR DEGREE.

11               I'M CURRENTLY WORKING AS A CUSTOMER SUPPORT REPRESENTATIVE

12        FOR A MULTIPLE LISTING COMPANY AND BEFORE THAT IT WAS TECH

13        SUPPORT AND OTHER TECHNICAL TYPE POSITIONS.

14               I OWN TWO CLASSIC CARS, AND I LIKE TO SMOKE CIGARS.

15               I AM MARRIED.  SHE CURRENTLY WORKS AS A BETA PROGRAM

16        MANAGER FOR TIVO, THE DVR COMPANY.

17               WE HAVE THREE CHILDREN TOGETHER -- WELL, NOT TOGETHER.

18        BUT SHE'S HAD -- I HAVE TWO STEPSONS.  ONE IS 40; ONE IS 32.

19        AND THEN I HAVE A NATURAL SON WHO IS 28.

20               AND I'VE NEVER SERVED ON A JURY.

21                 THE COURT:  OKAY.  THANK YOU.

22            LET'S GO TO MR. SINGH, PLEASE.

23                 PROSPECTIVE JUROR:  HI.  MY NAME IS GURPREET SINGH.

24               I WAS BORN IN NEW DELHI, INDIA.

25               I LIVE IN SAN JOSE.
```

```
1              I HAVE A MASTER'S IN ELECTRICAL ENGINEERING AND AN M.B.A.
2         FROM U.C. BERKELEY.
3              MY PAST TITLE WAS I WAS VICE PRESIDENT OF PRODUCTS AT A
4         TECHNOLOGY COMPANY, AND CURRENTLY I'M A CEO FOR ANOTHER
5         TECHNOLOGY COMPANY.
6              THE COURT:  CAN YOU GIVE US THE NAMES OF THOSE
7         COMPANIES, PLEASE.
8              PROSPECTIVE JUROR:  SURE.  I WAS V-P OF PRODUCTS AT
9         PURE STORAGE.
10             THE COURT:  OKAY.
11             PROSPECTIVE JUROR:  AND I AM A CEO AT PAVILION DATA.
12             THE COURT:  OH, YOU HAVE ALREADY GIVEN US THAT THERE.
13        THANK YOU.  SORRY.
14             PROSPECTIVE JUROR:  I HAVE A SPECIFIC HOBBY OR AN
15        ACTIVITY.  I LIKE TO DO MANY THINGS WHENEVER I GET TIME.
16             I'M MARRIED.  MY WIFE IS IN VACCINE SALES, HAS BEEN FOR
17        THE LAST DECADE OR SO.  SHE'S CURRENTLY AT NORDIS.  SHE'S
18        WORKED AT MERCK AND PFIZER AND ALL THE BIOTECH COMPANIES YOU
19        CAN THINK OF.
20             I HAVE TWO DAUGHTERS.  ONE IS A FRESHMAN IN HIGH SCHOOL,
21        AND THE OTHER ONE IS IN SIXTH GRADE.  AND SO 15 AND 11 -- 11,
22        12.
23             I HAVE NOT SERVED ON A JURY EVER BEFORE.
24             THE COURT:  ALL RIGHT.  THANK YOU.
25             LET'S GO TO MR. MAYERS, PLEASE.
```

1          PROSPECTIVE JUROR:  MY NAME IS MICHAEL MAYERS.

2          MY PLACE OF BIRTH IS PENSACOLA, FLORIDA.

3          MY CITY OF RESIDENCE IS APTOS, CALIFORNIA.

4          MY EDUCATIONAL BACKGROUND IS HIGH SCHOOL AND MILITARY

5    TRADE SCHOOL.

6          PAST -- CURRENT JOB TITLE:  PRINCIPAL SYSTEM ARCHITECT.

7    PREVIOUS JOB:  LEAD GRAPHICS ENGINEER.

8          HOW FAR BACK DO YOU WANT TO GO?

9          FAVORITE HOBBY:  MOUNTAIN BIKE, COMPOSING MUSIC, AND

10   PROGRAMMING.

11         I AM MARRIED.  MY WIFE'S CURRENT JOB IS YOGA INSTRUCTOR.

12   PREVIOUSLY SHE WAS A DOCENT AT A MUSEUM.

13         ONE CHILD.  AGE 11, BOY.

14         AND NO PRIOR JURY SERVICE.

15           THE COURT:  THANK YOU.

16         ALL RIGHT.  LET'S GO TO MS. SALDANA, NUMBER 13.

17           PROSPECTIVE JUROR:  MY NAME IS BRANDY SALDANA.  I WAS

18    BORN IN SALINAS.

19         I CURRENTLY RESIDE IN BERKELEY.

20         I RECEIVED MY BACHELOR OF ARTS FROM U.C. BERKELEY AND

21   NEVER LEFT THE CAMPUS, AND I'M WORKING AT THE OFFICE OF

22   ENVIRONMENTAL HEALTH AND SAFETY OFFICE AS A PROJECT AND

23   COMMUNICATION COORDINATOR.  PREVIOUSLY I WAS THE RECEPTIONIST.

24         MY FAVORITE HOBBY IS FASHION BLOGGING AND PHOTOGRAPHY.

25         I AM MARRIED, AND MY HUSBAND WORKS AT U.C. BERKELEY IN THE

1       SAME OFFICE.  HE OUTFITS RESEARCHERS WITH PERSONAL PROTECTIVE

2       EQUIPMENT.  HIS PREVIOUS JOB, HE WAS A GEEK SQUAD AGENT AT

3       BEST BUY.

4               I HAVE NO CHILDREN.

5               I HAVE NEVER SERVED ON JURY SERVICE.

6               THE COURT:  ALL RIGHT.  THANK YOU.

7           MR. TURNER.

8               PROSPECTIVE JUROR:  YES.  MY NAME IS

9        FREDERICK TURNER.

10              I WAS BORN IN HAYWARD, CALIFORNIA.

11              I LIVE IN CAMPBELL NOW.

12              MY EDUCATIONAL BACKGROUND IS I HAVE A BACHELOR'S DEGREE IN

13      HISTORY.

14              MY PAST AND CURRENT JOB TITLE, I'VE WORKED AS A SOFTWARE

15      PROGRAMMER, SUPPORT -- SOFTWARE SUPPORT FOR ORACLE.  FOR THE

16      LAST 18 YEARS, I'VE WORKED AS AN I.T. MANAGER FOR A COMPANY

17      CALLED NOR CAL METAL FABRICATORS IN OAKLAND.

18              MY FAVORITE HOBBY IS PHOTOGRAPHY, AND RECREATIONAL

19      ACTIVITY IS SAILING.

20              I'M NOT MARRIED.

21              I HAVE HAD PRIOR JURY SERVICE, A CRIMINAL CASE, PETTY

22      THEFT.  IT WAS IN HAYWARD 35 YEARS AGO OR SO.

23              AND I WAS THE FOREMAN AND WE DID REACH A VERDICT.

24              THE COURT:  ANY CHILDREN?

25              PROSPECTIVE JUROR:  NO.

```
1              THE COURT:  ALL RIGHT.

2              PROSPECTIVE JUROR:  I'VE NEVER BEEN MARRIED.

3              THE COURT:  OKAY.  THANK YOU.

4              PROSPECTIVE JUROR:  MY NAME IS KEVIN MARQUES.

5        I WAS BORN IN SAN MATEO, CALIFORNIA.

6        I LIVE IN SARATOGA.

7        I HAVE A B.A. IN HISTORY FROM SANTA CLARA.

8        I'M A PROPERTY MANAGER.  I'VE BEEN DOING THAT FOR ABOUT 26

9    YEARS.  PREVIOUSLY I WAS A CARPENTER.

10       ANYTHING OUTDOORS, BASICALLY, FOR MY HOBBIES.

11       I'M CURRENTLY MARRIED.  MY WIFE WAS PREVIOUSLY IN MEDICAL

12   DEVICES.  SHE'S A HOMEMAKER NOW.

13       I HAVE A DAUGHTER WHO'S 17 ABOUT TO GRADUATE HIGH SCHOOL.

14       AND I HAVE PRIOR JURY SERVICE, AND WE DID COME TO A

15   VERDICT.

16             THE COURT:  AND WHAT KIND OF CASE WAS THAT?

17             PROSPECTIVE JUROR:  IT'S BEEN SO LONG.  IT WAS A

18   CIVIL DISPUTE, I GUESS YOU WOULD CALL IT.

19             THE COURT:  OKAY.  HOW LONG?

20             PROSPECTIVE JUROR:  HOW LONG DID IT TAKE OR HOW LONG

21   AGO?

22             THE COURT:  HOW LONG AGO?

23             PROSPECTIVE JUROR:  EARLY 2000, I BELIEVE.

24             THE COURT:  OKAY.  AND DO YOU KNOW IF A VERDICT WAS

25   REACHED?
```

```
1              PROSPECTIVE JUROR:  YES, IT WAS REACHED.

2              THE COURT:  WERE YOU THE FOREPERSON?

3              PROSPECTIVE JUROR:  NO.

4              THE COURT:  OKAY.  DO YOU REMEMBER IF IT WAS STATE OR

5      FEDERAL COURT?

6              PROSPECTIVE JUROR:  STATE.

7              THE COURT:  OKAY.  THANK YOU.

8          LET'S GO TO MS. SERNA, PLEASE.

9              PROSPECTIVE JUROR:  MY NAME IS LAURA SERNA.

10         I WAS BORN IN RAWLEY, NEW JERSEY.  I LIVE IN SAN JOSE,

11     NOW.

12         HIGH SCHOOL EDUCATION.  SOME TECHNICAL SCHOOLING.

13         I WORK FOR FUJI FILM DIMATIX AS A LEAD TECHNICIAN IN THE

14     FAB.

15         I'VE ALSO WORKED FOR AMD, TEKSLER INSTRUMENTS.

16         MY HOBBY IS TAKING CARE OF MY GRANDCHILDREN.

17         I'M MARRIED.  MY HUSBAND IS RETIRED.

18         I HAVE TWO CHILDREN, 33 AND 29.

19         AND I'VE NEVER SERVED ON A JURY.

20             THE COURT:  ALL RIGHT.  AND WHAT DID YOUR HUSBAND

21     RETIRE FROM?

22             PROSPECTIVE JUROR:  MAINTENANCE TECHNICIAN.

23             THE COURT:  OKAY.  THANK YOU.

24         OKAY.  MS. BAUTISTA.

25             PROSPECTIVE JUROR:  MY NAME IS THERESA BAUTISTA.  I
```

```
1            GO BY MARIA.

2                 I WAS BORN IN MANILA, PHILIPPINES.

3                 I LIVE IN MILPITAS.

4                 I'M A VOCATIONAL NURSE.  AND ALSO I CURRENTLY WORK FOR THE

5      MENLO PARK CITY SCHOOL DISTRICT AS A NURSE, PARA-EDUCATOR.

6                 IN THE PAST, I'VE WORKED IN THE SEMICONDUCTOR -- FOR A

7      SEMICONDUCTOR COMPANY CALLED HYUNDAI ELECTRONICS, WHICH I THINK

8      IS NOW CALLED HYNIX.

9                 I ENJOY WATCHING TV AND TRAVELLING.

10                I AM MARRIED.  HE CURRENTLY WORKS FOR VERITAS.  OH, HE

11     USED TO WORK FOR -- PRIOR TO THAT, HE WORKED AT A COMPANY

12     CALLED GENOMIC HEALTH IN REDWOOD CITY.

13                I BELIEVE HE DOES PROJECT MANAGEMENT.  I'M NOT SURE.

14                I DO HAVE CHILDREN.  TWO BOYS, ONE 24, CURRENTLY AT

15     SAN JOSE STATE; ONE WHO'S 21, HE'S IN THE ARMY AND IS IN

16     WASHINGTON STATE.

17                AND I'VE NEVER HAD JURY SERVICE BEFORE.

18                   THE COURT:  OKAY.  THANK YOU.

19            MS. PURICELLI.

20                   PROSPECTIVE JUROR:  HI.  MY NAME IS

21      LAWRENCE PURICELLI.

22                I WAS BORN IN TAMPA, FLORIDA.

23                I LIVE IN SAN JOSE RIGHT NOW.

24                EDUCATIONAL BACKGROUND IS HIGH SCHOOL DIPLOMA.

25                I AM A DOG WALKER, PET SITTER.
```

```
 1              FAVORITE HOBBIES:  ANYTHING OUTDOORS.  I ENJOY TRAVELLING.

 2         I AM MARRIED.  MY HUSBAND IS A TECHNICAL RECRUITER.

 3         NO CHILDREN.  JUST TWO CATS.

 4         AND NO PRIOR JURY SERVICE.

 5              THE COURT:  ALL RIGHT.  THANK YOU.

 6         MS. WATSON.

 7              PROSPECTIVE JUROR:  MY NAME IS KELLY WATSON.

 8         I WAS BORN IN SALINAS.

 9         I CURRENTLY LIVE IN MONTEREY.

10         I HAVE A BACHELOR OF ARTS IN TEXTILE DESIGN, SCULPTURE,

11    AND INSTALLATION.

12         I AM CURRENTLY THE OPERATIONS MANAGER FOR A RETAIL COMPANY

13    IN CARMEL, CALIFORNIA KNOWN AS ZEARLY INCORPORATED.

14         MY FAVORITE HOBBY IS SEWING AND TEXTILE DESIGN.

15         I AM CURRENTLY MARRIED.  MY HUSBAND IS IN THE RESTAURANT

16    INDUSTRY.

17         I HAVE TWO CHILDREN.  I HAVE A BOY AGE EIGHT AND A

18    DAUGHTER WHO IS FOUR.

19         AND I HAVE NOT SERVED ON A JURY PREVIOUSLY.

20              THE COURT:  ALL RIGHT.  THANK YOU.

21         MS. ZHENG, PLEASE.

22              PROSPECTIVE JUROR:  MY NAME IS YOUNG ZHENG.

23         AND I WAS BORN IN CHINA.

24         I LIVE IN CUPERTINO, CALIFORNIA.

25         I HAVE AN M.B.A. IN TELECOM POLICY AND MANAGEMENT.
```

1          I AM CURRENTLY A HOMEMAKER.  I WORKED FOR LAM RESEARCH AS

2     THEIR SENIOR NET -- I.T. ENGINEERING.  AND I WORKED FOR A

3     CONSULTANT COMPANY CALLED INTERNATIONAL NETWORK SERVICES.

4          AND PRIOR TO THAT, I WORKED FOR THE NORTH CAROLINA STATE

5     INFORMATION PROCESS CENTER.

6          I LIKE MUSIC AND HIKING.

7          I'M CURRENTLY MARRIED.  MY HUSBAND IS RETIRED.  HE'S AN

8     OUTSIDE BOARD MEMBER FOR SUPERMICRO.

9               THE COURT:  WHAT DID HE DO BEFORE HE RETIRED?

10              PROSPECTIVE JUROR:  OH, HE HAS HIS OWN COMPANY.

11              THE COURT:  IS HE AN ENGINEER?

12              PROSPECTIVE JUROR:  HE IS THE FOUNDER AND THE CEO OF

13     THE COMPANY.

14              THE COURT:  AND WHAT COMPANY WAS THAT?

15              PROSPECTIVE JUROR:  IT'S TELTEL.  JUST T-E-L-T-E-L.

16          AND I HAVE THREE CHILDREN, TWO SONS AND ONE DAUGHTER.  THE

17     OLDEST ONE IS 21, 19, AND 16.

18          I DON'T HAVE ANY PREVIOUS PRIOR JURY SERVICE EXPERIENCE.

19              THE COURT:  OKAY.

20          AND DID YOU PRONOUNCE YOUR NAME ZHENG?

21              PROSPECTIVE JUROR:  ZHENG.

22              THE COURT:  OKAY.  I'M SORRY I'VE BEEN MISPRONOUNCING

23     IT.

24              PROSPECTIVE JUROR:  THAT'S OKAY.  IT'S ALWAYS THAT

25     WAY.

1          THE COURT:  ALL RIGHT.  GO AHEAD, PLEASE.

2          PROSPECTIVE JUROR:  MY NAME IS ELENA DOBAY.

3      I WAS BORN IN SILVER SPRING, MARYLAND.

4      I CURRENTLY LIVE IN PRUNEDALE.

5      I'M A COLLEGE GRADUATE IN NURSING.

6      I CURRENTLY WORK AS A REGISTERED NURSE AT SALINAS VALLEY

7   MEMORIAL HOSPITAL.

8      I LIKE TO CANOE AND DO ARCHERY.

9      I'M CURRENTLY MARRIED.  MY HUSBAND IS A MASSAGE THERAPIST.

10     WE DO NOT HAVE ANY CHILDREN.

11     AND I HAVE NO PRIOR JURY SERVICE.

12         THE COURT:  ALL RIGHT.  THANK YOU.

13         PROSPECTIVE JUROR:  MY NAME IS JUDY DEMERS.

14     I WAS BORN IN GLENDALE, CALIFORNIA.

15     I LIVE IN SAN JOSE.

16     I HAVE A MASTER'S IN KINESIOLOGY.

17     MY CURRENT JOB IS I TEACH MIDDLE SCHOOL PHYSICAL

18  EDUCATION, MOSTLY SIX GRADE AND ONE CLASS OF 6TH, 7TH, AND 8TH

19  AUTISTIC KIDS.

20     MY FAVORITE HOBBY IS MARTIAL ARTS, AND I WRITE CHILDREN'S

21  STORIES.

22     I'M MARRIED, AND MY HUSBAND WORKS AS A PACKAGING ENGINEER

23  FOR BOSTON SCIENTIFIC.

24     I HAVE TWO CHILDREN.  ONE IS 35; ONE IS 33.  THEY'RE BOTH

25  IN THE HEALTH FIELD.  ONE IS A PHYSICAL THERAPIST; ONE IS

1    CORPORATE FITNESS.  SHE RUNS A GYM.

2        I WAS ON A JURY PROBABLY 15 OR 20 YEARS AGO IN A CIVIL

3    CASE, AND IT WAS SETTLED OUT OF COURT.

4            THE COURT:  AND DO YOU RECALL WHAT THAT WAS ABOUT?

5            PROSPECTIVE JUROR:  IT HAD SOMETHING TO DO WITH

6    PHYSICAL -- NOT GOING TO A PHYSICAL THERAPY APPOINTMENT AND AN

7    INJURY.  SO WOULD THAT BE CIVIL?  IS THAT CIVIL?

8        AND MY DAUGHTER WAS A PHYSICAL THERAPIST, SO I WAS

9    DISMISSED AFTER TWO WEEKS OF TRIAL.

10            THE COURT:  OH.  OKAY.

11            PROSPECTIVE JUROR:  AND IT WAS SETTLED THE NEXT DAY.

12            THE COURT:  I SEE.  OKAY.  WERE YOU THE FOREPERSON?

13            PROSPECTIVE JUROR:  PARDON?

14            THE COURT:  WERE YOU THE FOREPERSON -- FOREWOMAN?

15            THE WITNESS:  I'M NOT SURE WHAT THAT MEANS.

16            THE COURT:  WERE YOU THE HEAD OF THE JURY?

17            PROSPECTIVE JUROR:  NO.

18            THE COURT:  OKAY.  THANK YOU.

19        OKAY.  LET'S GO TO MR. DIXIT, PLEASE.

20        SO LET ME ASK YOU ALL A QUESTION.  I'M REALLY SAD BECAUSE

21    THIS MIGHT BE THE FIRST TIME I DON'T GET A JURY IN ONE DAY.

22    BUT, YOU KNOW, I SHOULD LET YOU LEAVE AT 4:30.  I KNOW MANY OF

23    YOU HAVE LONG COMMUTES.

24        I WOULD LIKE TO TRY TO SEE IF WE CAN FINISH TODAY SO THAT

25    WE DON'T HAVE TO CONTINUE AND PEOPLE WHO ARE NOT GOING TO SERVE

```
1        DON'T HAVE TO COME BACK TOMORROW.

2             BUT I KNOW THAT SOME OF YOU MIGHT HAVE CHILDREN TO PICK UP

3        AND OTHER CHILD CARE RESPONSIBILITIES.

4             LET ME SEE, COULD WE GO TO PERHAPS 5:00?  WHAT'S YOUR

5        SENSE?  WE MAY NOT NEED THAT.

6                  PROSPECTIVE JUROR:  YES, PLEASE.

7                  PROSPECTIVE JUROR:  YES, PLEASE.

8                  THE COURT:  IS THAT OKAY?  IS THAT GOING TO PRESENT A

9         PROBLEM FOR ANYONE WHO HAS CHILDCARE OR OTHER RESPONSIBILITIES.

10                 PROSPECTIVE JUROR:  CAN YOU SAY WITH SURETY THAT IT

11        WILL BE NO LONGER THAN 5:00.

12                 THE COURT:  WELL, I'M EVEN HOPING IT WON'T GO TO

13         5:00.

14            YOU KNOW, AFTER YOU FINISH ANSWERING THESE QUESTIONS, THE

15        PARTIES HAVE 15 MINUTES EACH TO ASK YOU THEIR QUESTIONS, AND

16        THEN AFTER THAT, AS I EXPLAINED THIS MORNING, WE HAVE TO HAVE A

17        CONVERSATION IF THERE ARE ANY FURTHER CHALLENGES FOR CAUSE AND

18        THEN THEY GET TO STRIKE PEOPLE WHO THEY CAN DO SO WITHOUT ANY

19        EXPLANATION, BUT THEY ONLY GET THREE EACH OF THOSE.

20            WE DO NEED ONE JUROR, NUMBER 27, MR. OLSON, THAT I DO NEED

21        TO TALK TO INDIVIDUALLY.  AND I ALSO NEED TO GIVE POOR

22        MS. SHORTRIDGE AND MS. RODRIGUEZ A BREAK BECAUSE THEY'VE BEEN

23        GOING ALL DAY.

24            SO WHAT DO YOU THINK?  YEAH, NO, I DEFINITELY -- I MEAN,

25        TECHNICALLY, I DON'T EVEN KNOW WHAT TIME THE COURTHOUSE CLOSES.
```

```
 1                   WILL WE HAVE A PROBLEM WITH THE MARSHALS IF WE GO

 2      UNTIL 5:00?

 3                   THE CLERK:  NO, YOUR HONOR.  I'LL GIVE THEM A HEADS

 4      UP.

 5                   THE COURT:  NORMALLY OFFICIALLY THE SECURITY CLOSES

 6      AT 4:30, BUT I MIGHT BE ABLE TO ASK THEM TO EXTEND IT FOR HALF

 7      AN HOUR, IF NECESSARY.  AND I HOPE WE WON'T GO THAT LONG.  IS

 8      IT OKAY IF WE CONTINUE AND SEE IF WE CAN, IF NECESSARY, GET

 9      DONE TODAY?

10           WHAT ABOUT THE PARTIES?  I'M ASSUMING YOU'RE HERE NO

11      MATTER WHAT, SO IS THAT ALL RIGHT?

12                   MR. LEE:  IT'S FINE, YOUR HONOR.

13                   THE COURT:  OKAY.  ALL RIGHT.

14           THEN WHEN WAS YOUR LAST BREAK?  2:50?

15                   THE CLERK:  YES, YOUR HONOR.

16                   THE COURT:  OKAY.  LET'S GO A LITTLE BIT MORE, THEN

17      I'D LIKE TO GIVE OUR COURT REPORTER A SHORT BREAK, AND I'D LIKE

18      TO TALK TO MR. OLSON IN PRIVATE, AND THEN I'LL LET THE PARTIES

19      ASK THEIR QUESTIONS.  OKAY?  ALL RIGHT.

20           SO I THINK THAT WE ARE NOW AT MR. DIXIT.  DOES THAT SOUND

21      RIGHT?

22                   PROSPECTIVE JUROR:  YEAH.

23                   THE COURT:  OKAY.  DO YOU HAVE THE MICROPHONE?  ALL

24      RIGHT.  LET'S GET STARTED, PLEASE.

25           GO AHEAD, SIR.
```

1              PROSPECTIVE JUROR:  MY NAME IS ASHISH DIXIT.

2         I WAS BORN IN BAREILLY, INDIA.

3         I NOW LIVE IN MOUNTAIN VIEW.

4         I HAVE A MASTER'S IN COMPUTER ENGINEERING.

5         I CURRENTLY WORK FOR A COMPANY CALLED SUMCO SEMICONDUCTOR

6    AS THEIR DIRECTOR OF ENGINEERING OPERATIONS.  MY PREVIOUS

7    EMPLOYER WAS MOSYS WHERE I WAS V-P OF ENGINEERING.

8         MY FAVORITE HOBBY IS MEDITATION.

9         I AM CURRENTLY MARRIED.  MY WIFE WORKS FOR CISCO AS A

10   TECHNICAL WRITER.  PREVIOUSLY SHE WORKED FOR SUN MICROSYSTEMS

11   AS A TECHNICAL WRITER.

12        WE HAVE TWO DAUGHTERS.  ONE WHO IS 30, SHE'S A PHYSICIAN;

13   THE OTHER, WHO'S 26, SHE IS IN GRADUATE SCHOOL.

14        AND I'VE NEVER SERVED ON A JURY BEFORE.

15              THE COURT:  ALL RIGHT.  THANK YOU.

16        OKAY.  NOW, I WONDER IF YOUR WIFE KNOWS MS. CALDERON,

17   THEY'RE BOTH TECHNICAL WRITERS AT CISCO.  ALL RIGHT.  LET'S GO

18   AHEAD.

19        LET'S GO TO MR. OLSON, PLEASE.

20              PROSPECTIVE JUROR:  HI.  MY NAME IS DAVE OLSON.

21        BIRTH PLACE:  SAN JOSE, CALIFORNIA.

22        RESIDENCE:  SAN JOSE, CALIFORNIA.

23        I HAVE A B.A. FROM DOWN THE STREET HERE, SAN JOSE STATE,

24   IN COMMUNICATIONS AND BUSINESS.

25        I WAS IN THE TELECOMMUNICATIONS FIELD FOR SOME TIME AND

 1    THEN I SWITCHED RECENTLY, ABOUT A YEAR AGO, TO INSURANCE SALES,

 2    SO I'M WITH AFLAC SELLING EMPLOYEE BENEFITS.

 3         FAVORITE HOBBIES WOULD BE TRAVELLING, MUSIC, AND WINE.

 4         CURRENTLY MARRIED.  AND MY WIFE IS AN ACCOUNTANT FOR A

 5    COMPANY CALLED LOOKER IN SANTA CRUZ.

 6         I HAVE A STEPSON, 23, IN COLLEGE.

 7         PRIOR JURY SERVICE ABOUT A YEAR AGO OR SO.  I BELIEVE IT

 8    WAS CIVIL.  I WAS DISMISSED FROM THAT JURY.

 9         THE COURT:  YOU WEREN'T SELECTED, OR DID YOU SERVE?

10         PROSPECTIVE JUROR:  NO.  I DIDN'T SERVE.  I WAS

11    DISMISSED.

12         THE COURT:  OH, I SEE.  OKAY.  SO YOU ACTUALLY

13    HAVEN'T SERVED?

14         PROSPECTIVE JUROR:  NO.

15         THE COURT:  OKAY.  THANK YOU.

16    LET'S GO TO MS. BAKER, PLEASE.

17         PROSPECTIVE JUROR:  HI.  I'M MARISA BAKER.

18    BORN AND RAISED IN SALINAS.

19    I HAVE A BACHELOR'S IN NURSING.

20    I'M CURRENTLY A NURSE AT SALINAS VALLEY MEMORIAL HOSPITAL.

21    I LOVE TO HIKE.

22    I'M CURRENTLY SEPARATED.

23    I HAVE A 16-YEAR-OLD SON, A 7-YEAR-OLD DAUGHTER, AND A

24    5-YEAR-OLD SON.

25         AND I HAVE SERVED ON A JURY SERVICE.  IT WAS CIVIL, AND WE

1    DID REACH A VERDICT.

2              THE COURT:  AND DO YOU RECALL HOW LONG AGO THAT WAS?

3              PROSPECTIVE JUROR:  10, 15 YEARS AGO.

4              THE COURT:  DO YOU RECALL IF IT WAS STATE OR FEDERAL

5    COURT?

6              PROSPECTIVE JUROR:  STATE.

7              THE COURT:  OKAY.  AND DO YOU RECALL ANYTHING ABOUT

8    THE SUBJECT MATTER?

9              PROSPECTIVE JUROR:  NO.

10             THE COURT:  WERE YOU THE FOREPERSON?

11             PROSPECTIVE JUROR:  NO.

12             THE COURT:  OKAY.  THANK YOU.

13         LET'S GO TO MR. PHAM, PLEASE.

14             PROSPECTIVE JUROR:  HI.  MY NAME IS BINH PHAM.

15         I WAS BORN IN SAN FRANCISCO.

16         I CURRENTLY RESIDE IN SAN JOSE.

17         I HAVE A BACHELOR OF SCIENCE IN NUTRITION FROM SAN JOSE

18    STATE.

19         I'M CURRENTLY AN INTELLIGENCE SPECIALIST AT GOOGLE.  PRIOR

20    I WAS A TECHNICAL RECRUITER AT THE JUDGE GROUP.

21         I LOVE TO EAT.  I LOVE TO RUN.

22         NOT MARRIED.

23         NO CHILDREN.

24         AND NO PRIOR JURY SERVICE.

25             THE COURT:  OKAY.  THANK YOU.

```
1                MS. PERRY.

2                     PROSPECTIVE JUROR:  HI.  I'M DIANE PERRY.

3           I WAS BORN IN MONTEREY PARK, CALIFORNIA.  GREW UP IN THE

4      BAY AREA.

5           I LIVE IN SAN JOSE.

6           I HAVE A BACHELOR'S IN PSYCHOLOGY FROM SAN JOSE STATE.

7           I MENTIONED I CURRENTLY OWN A PRIVATE LENDING FIRM, ALONG

8      WITH MY HUSBAND.

9           I'M MARRIED, 25 YEARS.

10          WE -- I READ, TRAVEL, FOOD, WINE ARE HOBBIES.

11          WE HAVE THREE KIDS TOGETHER.  TWO BOYS, 21 AND 18, AND A

12     DAUGHTER WHO'S 16.

13          AND I HAVE TWO STEPCHILDREN WHO ARE 35 AND 38.  ONE WORKS

14     AT EBAY; ONE IS A PROPERTY MANAGER.

15          I HAVE SERVED ON A JURY 30 YEARS AGO, IT WAS CIVIL, IN

16     SAN MATEO COUNTY.  SOMEONE SLIPPED IN A K-MART BATHROOM.  I WAS

17     NOT THE FOREPERSON, AND THERE WAS A VERDICT.

18                   THE COURT:  ALL RIGHT.  THANK YOU.  AND DOES YOUR

19      HUSBAND WORK OUTSIDE THE HOME?  WHAT DOES HE DO?

20                   PROSPECTIVE JUROR:  WE OWN OUR COMPANY TOGETHER.

21                   THE COURT:  OKAY, GREAT.  THANK YOU.

22          ALL RIGHT.  MR. ALVAREZ.

23                   PROSPECTIVE JUROR:  MY NAME IS JORGE ALVAREZ.

24          I WAS BORN IN SANTA CLARA, BUT NOW I LIVE IN SAN JOSE.

25          MY EDUCATIONAL BACKGROUND IS UP TO HIGH SCHOOL.
```

```
 1              I PREVIOUSLY WORKED FOR SIEMENS AS A MAINTENANCE

 2    TECHNOLOGY AND THEN MOVED OVER TO TESLA AND NOW AM IN THEIR

 3    ENERGY DEPARTMENT.

 4              I ENJOY SWIMMING.

 5              I'M CURRENTLY NOT MARRIED.

 6              I HAVE NO CHILDREN.

 7              AND I HAVE NO PRIOR SERVICE.

 8                   THE COURT:  ALL RIGHT.  THANK YOU.  LET'S GO TO

 9     MS. XIAO, PLEASE.

10                   PROSPECTIVE JUROR:  MY NAME IS QIAN XIAO.

11              I WAS BORN IN BEIJING, CHINA.

12              I CURRENTLY RESIDE IN SAN JOSE.

13              I HAVE TWO MASTER'S:  ONE IN TAXATION, THE OTHER ONE IS IN

14     SPANISH LITERATURE.

15              MY CURRENT JOB TITLE IS V-P FINANCE, CORPORATE CONTROLLER.

16     I OVERSEE THE GLOBAL REPORTING TO REPORTING FUNCTIONS.  MY

17     EMPLOYER IS VUCLIP.

18              PRIOR TO VUCLIP, I WORKED AS THE V-P OF FINANCE AND

19     ADMINISTRATION FOR A SEMICONDUCTOR COMPANY CALLED MCUBE.

20              PRIOR TO THAT, I WORKED FOR A COMPANY CALLED -- ANOTHER

21     SEMICONDUCTOR COMPANY CALLED FORTE MEDIA IN THE ROLE OF V-P OF

22     FINANCE.

23              MY FAVORITE HOBBIES ARE -- MY FAVORITE HOBBY IS OPERA.

24              RECREATIONAL ACTIVITY:  MY FAVORITES ARE SWIMMING AND

25     SKIING.
```

```
1              I'M NOT MARRIED.

2              I HAVE TWO DAUGHTERS, AGE 14 AND 12.

3              THIS IS THE FIRST TIME I SERVED ON JURY DUTY.

4                  THE COURT:  THANK YOU.

5          MR. KONJUH.

6                  PROSPECTIVE JUROR:  MY NAME IS NICK KONJUH.

7              I WAS BORN -- I WAS BORN IN YUGOSLAVIA.

8              I LIVE IN SAN JOSE.

9              I HAVE A HIGH SCHOOL DIPLOMA WITH SOME TRADE SCHOOL

10     AFTERWARDS.

11             I WORKED AT 24 HOURS FITNESS AS A HEATING, VENTILATION,

12     AND AIR CONDITIONING MECHANIC.

13             AND CURRENTLY I WORK FOR NORTHROP GRUMMAN.  WE BUILD LARGE

14     ROTATING MACHINERY.

15             AND MY FAVORITE HOBBY WOULD BE MOTORCYCLE RIDING.

16             I AM MARRIED, AND MY WIFE STAYS AT HOME, AND SHE TAKES

17     CARE OF OUR SIX-YEAR-OLD CHILD, WHO'S A GIRL.  AND SHE USED TO

18     BE A CHILD ADVOCATE BEFORE.

19             AND NEVER BEEN ON A JURY BEFORE.

20                 THE COURT:  ALL RIGHT.  THANK YOU.

21         MR. CELINO.

22                 PROSPECTIVE JUROR:  MY NAME IS TYSON CELINO.

23             I WAS BORN IN THE PHILIPPINES.

24             I'M NOW LIVING IN SANTA CLARA.

25             I HAVE A B.S. DEGREE IN ELECTRICAL ENGINEERING.
```

```
1              CURRENT JOB, I'M CURRENTLY WORKING AT ABBOTT AS A SENIOR

2     PCB DESIGNER.

3              FAVORITE HOBBY IS PLAYING BASKETBALL.

4              I'M NOT MARRIED.

5              NO CHILDREN.

6              AND NO PRIOR JURY SERVICE.

7                   THE COURT:  ALL RIGHT.  THANK YOU.

8                   PROSPECTIVE JUROR:  MY NAME IS CHRISTINE GIULIANELLI.

9              BORN AND RAISED IN SAN JOSE.

10             I LIVE IN GILROY.

11             HIGH SCHOOL DIPLOMA.

12             I'VE WORKED FOR THE PAST 34 YEARS AT SANTA CLARA VALLEY

13    WATER DISTRICT.  I'M A SENIOR PURCHASING TECHNICIAN.

14             MUSIC, ART, AND THE BEACH ARE MY HOBBIES.

15             I'M DIVORCED.

16             I HAVE THREE CHILDREN, DAUGHTERS:  29, GRAPHIC DESIGNER;

17    26-YEAR-OLD DAUGHTER WHO'S A COLLEGE STUDENT; AND AN

18    11-YEAR-OLD SON.

19             AND NO PRIOR JURY SERVICE.

20                  THE COURT:  ALL RIGHT.  THANK YOU.

21             MR. LIU.

22                  PROSPECTIVE JUROR:  MY NAME IS CHANGCHI LIU, ALSO

23     KNOWN AS FRANK LIU.

24             I WAS BORN IN TAIWAN, REPUBLIC OF CHINA.

25             I LIVE IN WEST SAN JOSE NOW.
```

1          I HAVE A MASTER'S DEGREE IN COMPUTER SCIENCE.

2          RIGHT NOW I'M A REAL ESTATE AGENT IN ALAIN PINEL REALTORS.

3          THE HOBBY WILL BE PLAYING GOLF IF I HAVE TIME.

4          AND I'M NOT CURRENTLY MARRIED.

5          AND TWO BOYS:  27, 21.  ONE WORKING, ONE IN UCR,

6     RIVERSIDE.

7          AND NO PRIOR JURY SERVICE BEFORE.

8               THE COURT:  ALL RIGHT.  THANK YOU.

9          ALL RIGHT.  THANK YOU.

10         I'D LIKE TO -- OKAY.  THIS IS WHAT I'D LIKE TO DO.  IT'S

11    NOW 4:10.  I NEED TO SPEAK WITH MR. OLSON.  LET'S TAKE A TEN

12    MINUTE BREAK NOW.

13         EVERYONE ELSE, IF YOU WOULD PLEASE LEAVE THE COURTROOM,

14    EXIT THROUGH THE PUBLIC DOORS, PLEASE.  YOU CAN USE THE

15    RESTROOM.  I'D LIKE MR. OLSON TO PLEASE REMAIN.

16         (PROSPECTIVE JURY NOT PRESENT, ONLY JUROR OLSON PRESENT.)

17               PROSPECTIVE JUROR:  SHOULD I STAY HERE?

18               THE CLERK:  YES.

19               THE COURT:  WOULD YOU PLEASE CLOSE THE DOOR, WHOEVER

20     IS CLOSEST TO THE DOOR.

21         THANK YOU.

22         ALL RIGHT.  IS ANYONE WHO IS -- OH.

23         IS ANYONE WHO IS REMAINING IN THE ROOM A JUROR, OTHER THAN

24    MR. OLSON?

25               NO.  OKAY.

1          THE RECORD SHOULD REFLECT ALL JURORS HAVE LEFT THE

2    COURTROOM, EXCEPT MR. OLSON.

3          SO, MR. OLSON, GO AHEAD.  WHAT WERE YOU -- WELL, LET ME

4    JUST ASK YOU, CAN YOU BE FAIR AND IMPARTIAL TO THE PARTIES IN

5    THIS CASE?

6          PROSPECTIVE JUROR:  I JUST HAVE A PROBLEM WITH

7    TODAY'S CORPORATIONS, MEANING SAMSUNG AND APPLE ARE TWO FORTUNE

8    500 COMPANIES.  IT'S JUST HARD TO TRUST COMPANIES AND THEIR

9    REPRESENTATION.

10          THE COURT:  ALL RIGHT.  WELL, YOU HAVE TWO LARGE

11    COMPANIES IN THIS CASE, SO --

12          PROSPECTIVE JUROR:  RIGHT.

13          THE COURT:  IS IT A WASH AND YOU CAN BE FAIR TO BOTH?

14    OR --

15          PROSPECTIVE JUROR:  I JUST DON'T KNOW IF I CAN TRUST

16    WHAT I HEAR FROM EITHER ONE OF THEM.

17          THE COURT:  ALL RIGHT.  WELL, I WOULD --

18          PROSPECTIVE JUROR:  BECAUSE I DON'T TRUST TODAY'S

19    LEGAL REPRESENTATION WITH CORPORATIONS.  I DON'T TRUST THE

20    FACTS THEY'RE GOING TO LAY OUT ARE ACTUALLY FACTUAL.  SO IT'S

21    HARD TO MAKE A JUDGMENT WHEN I DON'T KNOW IF THE INFORMATION

22    COMING TO ME IS ACTUALLY FACTUAL INFORMATION.

23          THE COURT:  ALL RIGHT.  YOU'LL HAVE TO USE YOUR

24    COMMON SENSE IN DECIDING WHETHER SOMEONE IS TELLING YOU THE

25    TRUTH OR NOT.

```
1          I WILL GIVE YOU INSTRUCTIONS ON HOW TO WEIGH THE

2    CREDIBILITY, LIKE WHAT FACTORS YOU'RE PERMITTED TO CONSIDER.

3          WOULD YOU FOLLOW THOSE INSTRUCTIONS?

4               PROSPECTIVE JUROR:  WELL, TO A POINT, UNLESS I FEEL

5    THAT THEY'RE CONSTRUING SOMETHING.  YOU'VE GOT TO REALIZE, WITH

6    TODAY'S CORPORATE LANDSCAPE, IT'S HARD TO BELIEVE ANY

7    CORPORATION'S -- THEIR REPRESENTATIONS, THEIR ATTORNEYS.

8               THE COURT:  OKAY.  DOES ANY COUNSEL WANT TO ASK ANY

9    QUESTIONS OF MR. OLSON?

10              MR. LEE:  NO QUESTIONS FOR APPLE, YOUR HONOR.

11              MR. PRICE:  NO QUESTIONS, YOUR HONOR.

12              THE COURT:  ALL RIGHT.  IS THERE ANY OBJECTION TO

13   EXCUSING HIM FOR CAUSE?

14              MR. LEE:  NONE, YOUR HONOR.

15              THE COURT:  MR. PRICE?

16              MR. PRICE:  NO, YOUR HONOR.

17              THE COURT:  ALL RIGHT.  THEN, MR. OLSON, I REALLY AM

18   GRATEFUL FOR YOUR WILLINGNESS TO SERVE AND THE FACT THAT YOU

19   SERVED SO LONG TODAY, ALMOST A FULL DAY, BUT I AM GOING TO

20   THANK YOU AND EXCUSE YOU.

21          IF YOU WOULD PLEASE GO TO THE SECOND FLOOR JURY ASSEMBLY

22   ROOM AND JUST LET MS. MATAMOROS KNOW THAT YOU'VE BEEN EXCUSED,

23   AND SHE CAN HELP YOU WITH YOUR PAPERWORK TO GET CREDIT FOR THE

24   SERVICE.

25              ALL RIGHT.  THANK YOU.
```

```
1              PROSPECTIVE JUROR:  THANK YOU.

2              THE COURT:  LEAVE YOUR PAPERS ON THE CHAIR.

3         LET'S GO AHEAD AND TAKE A FIVE MINUTE BREAK OURSELVES.

4         (JUROR OLSON NOT PRESENT.)

5              THE COURT:  ALL RIGHT.  THE RECORD SHOULD REFLECT

6     THERE ARE NO JURORS IN THE COURTROOM.

7         AT THIS TIME, I AM NOT GOING TO EXCUSE ANYONE FOR CAUSE.

8     I HAVE NOT HEARD ANYTHING SINCE THE INDIVIDUAL VOIR DIRE THAT

9     WOULD CAUSE ME TO EXCUSE ANYONE FOR CAUSE.

10        NOW, IT COULD CHANGE BASED ON YOUR QUESTIONS, BUT I DID

11    WANT TO SAY THAT.

12        YOU'LL EACH HAVE 15 MINUTES PER SIDE.  YOU'RE WELCOME NOT

13    TO USE YOUR WHOLE TIME.  YOU'RE ALSO WELCOME TO USE YOUR WHOLE

14    TIME, WHATEVER YOU WISH TO DO.

15        BUT YOU WILL NEXT, AFTER THE BREAK, HAVE AN OPPORTUNITY TO

16    ADDRESS THE JURORS AND THEN IF THERE ARE ANY CAUSE

17    CHALLENGES -- I WAS HOPING WE COULD TAKE CARE OF IT AT SIDE-BAR

18    IF IT'S WORKING.  DURING THE BREAK, WE'LL TEST IT AND SEE IF IT

19    ACTUALLY WORKS.

20        BUT THEN I WOULD LIKE TO TRY TO SELECT THE JURY TODAY.

21    OKAY?  SO THAT WE'LL START FIRST THING TOMORROW MORNING IN MY

22    COURTROOM DOWNSTAIRS WITH OPENINGS.

23        ALL RIGHT?

24        OKAY.  THANK YOU.  LET'S TAKE OUR BREAK.

25        (RECESS FROM 4:16 P.M. UNTIL 4:24 P.M.)
```

```
 1           THE COURT:  DO WE HAVE OUR NINE JURORS THAT ARE NOT
 2    IN THE BOX?  DO WE HAVE ALL NINE OF YOU?
 3           ALL RIGHT.  I THINK WE HAVE EVERYBODY.  LET'S TAKE A SEAT,
 4    PLEASE.
 5           ALL RIGHT.  EACH SIDE WILL NOW HAVE UP TO 15 MINUTES TO
 6    ASK YOU ANY QUESTIONS, AND THEY SHOULD BE ADDRESSED TO OUR
 7    GROUP OF 36.
 8           GO AHEAD, PLEASE.  I'M GOING TO RECORD THE TIME.  4:24.
 9    GO AHEAD, PLEASE.
10           MR. LEE:  THANK YOU, YOUR HONOR.
11           LADIES AND GENTLEMEN, AS I MENTIONED BEFORE, MY NAME IS
12    BILL LEE, AND I REPRESENT APPLE, TOGETHER WITH MY COLLEAGUES.
13        I'M NOT GOING TO USE MY WHOLE 15 MINUTES GIVEN HOW LATE IT
14    IS IN THE DAY, AND I'M GOING TO TRY TO BE AS BRIEF AS I
15    POSSIBLY CAN BECAUSE HER HONOR HAS ASKED YOU A TON OF QUESTIONS
16    DURING THE COURSE OF THE DAY AND YOU HAVE ANSWERED A TON OF
17    QUESTIONS DURING THE COURSE OF THE DAY.
18           THIS IS THE WAY TRIALS WORK, IT'S THE ONLY TIME WE GET TO
19    TALK TO YOU.  AFTER TODAY, YOU HAVE TO SIT THERE AND LISTEN TO
20    US AND LISTEN TO THE WITNESSES, AND WE DON'T GET TO HAVE YOU
21    TALK TO US.  SO I'D ASK YOU JUST TO BEAR WITH ME FOR FOUR OR
22    FIVE MINUTES WHILE I ASK JUST A FEW ADDITIONAL QUESTIONS SO
23    THAT WE CAN PICK A FAIR AND IMPARTIAL JURY FOR BOTH SAMSUNG AND
24    US.
25           I'VE NEVER BEEN A JUROR BEFORE.  I'VE GOTTEN CLOSE A FEW
```

1    TIMES.  I KNOW THAT STANDING UP, BEING INVITED TO COURT AND

2    STANDING UP AND ANSWERING QUESTIONS IN FRONT OF A HUNDRED

3    STRANGERS IS A LITTLE CHALLENGING.

4         SO IF I ASK A QUESTION THAT YOU'D PREFER TO ANSWER JUST

5    WITH THE JUDGE AT THE SIDE-BAR, JUST LET ME KNOW.  I DON'T

6    THINK I WILL BECAUSE I'M GOING TO BE BRIEF, BUT IF IT IS, JUST

7    RAISE YOUR HAND AND LET ME KNOW.  OKAY?

8         SOME OF YOU, DURING THE INDIVIDUAL VOIR DIRE, WERE ASKED

9    THESE QUESTIONS, I'M GOING TO ASK YOU THESE QUESTIONS AS A

10   GROUP.

11        HER HONOR WILL EXPLAIN TO YOU THAT THERE WAS A PRIOR JURY

12   VERDICT AND IN THAT PRIOR JURY VERDICT, THE JURY DETERMINED

13   THAT SAMSUNG HAD INFRINGED APPLE'S PATENTS AND THAT APPLE'S

14   PATENTS WERE VALID.

15        WOULD ANYBODY ON THE JURY HAVE A PROBLEM WITH ACCEPTING

16   AND ADHERING TO THAT PRIOR JURY VERDICT?

17        GREAT.

18        WOULD ANYBODY ON THE JURY HAVE AN -- THE ISSUE FOR THIS

19   TRIAL WILL BE DAMAGES.  HOW MUCH SHOULD BE AWARDED FOR THOSE

20   ACTS OF INFRINGEMENT?

21        WOULD ANYBODY ON THE JURY HAVE TROUBLE FOLLOWING HER

22   HONOR'S INSTRUCTIONS AND AWARDING APPLE THE DAMAGES THAT IT'S

23   ENTITLED TO UNDER THE LAW?

24        GREAT.

25        I KNOW SOME OF YOU HAVE ANSWERED THESE QUESTIONS, BUT IF I

1    COULD JUST GET, BY A RAISE OF HANDS, HOW MANY HAVE WORKED WITH

2    SOFTWARE, ACTUALLY DEVELOPING SOFTWARE, DESIGNING SOFTWARE?

3         OKAY.  SO THREE OF YOU, I KNOW, HAVE TALKED ABOUT IT

4    BEFORE.  YOU HAVEN'T.  I'D JUST ASK YOU VERY BRIEFLY WHAT YOU

5    DID.

6              PROSPECTIVE JUROR:  WELL, IT WAS 30 YEARS AGO, SO --

7    OH, I'M SORRY.

8              MR. LEE:  THAT MAY BE ENOUGH.

9              PROSPECTIVE JUROR:  OKAY.

10             MR. LEE:  IT WAS A LONG TIME AGO.

11             PROSPECTIVE JUROR:  YEAH, LONG TIME AGO.

12             THE COURT:  MR. MAYERS, WHEN YOU WERE DOING YOUR WORK

13   IN THE GRAPHICS VIDEO GAME AREA, WAS THERE AN INDUSTRIAL DESIGN

14   GROUP AT APPLE?

15             PROSPECTIVE JUROR:  I'M SORRY.  WAS THERE AN

16   INDUSTRIAL DESIGN GROUP AT APPLE WHILE I WAS DOING SOFTWARE

17   ENGINEERING THERE?

18             MR. LEE:  YES.

19             PROSPECTIVE JUROR:  I BELIEVE THERE WAS ONE THERE

20   FOREVER.

21             MR. LEE:  THAT WAS A DIFFERENT GROUP THAN YOU WERE

22   WORKING WITH; CORRECT?

23             PROSPECTIVE JUROR:  CORRECT.

24             MR. LEE:  IF I COULD ASK MS. WATSON A QUESTION.

25        COULD YOU JUST TELL US A LITTLE BIT MORE ABOUT YOUR DESIGN

1    WORK?

2            PROSPECTIVE JUROR:  OH.  I DO JUST TEXTILE DESIGN.

3    SO I DESIGN, LIKE, MATERIALS AND I DO, LIKE, ART ON TEXTILES,

4    LIKE PRINT DESIGNS AND THAT KIND OF STUFF.

5        I DESIGN, JUST, LIKE, DIFFERENT TYPES OF WEAVES AND THAT

6    KIND OF THING.

7            MR. LEE:  IS IT FOR THINGS LIKE CARPETS, CURTAINS,

8    TABLECLOTHS, THAT SORT OF THING?

9            PROSPECTIVE JUROR:  IT'S FOR, LIKE, CLOTHING AND

10   LEOTARDS AND CHILDREN'S CLOTHING.

11           MR. LEE:  AND DO YOU APPLY YOUR DESIGNS TO THE

12   CLOTHES OR DOES SOMEONE ELSE DO THAT?

13           PROSPECTIVE JUROR:  I -- I DON'T APPLY MY OWN

14   DESIGNS.  I HAVE OTHER COMPANIES THAT I WORK THROUGH THAT PRINT

15   MY DESIGNS, AND WE'RE ACTIVELY WORKING TO MOVE INTO SOME

16   MANUFACTURING THROUGH MY BUSINESS.  BUT IT'S -- OTHER PEOPLE

17   WOULD BE, YOU KNOW, MANUFACTURING THE PRODUCT.  IT'S JUST MY

18   DESIGNS.

19           MR. LEE:  OKAY.  YOU'RE THE PERSON WHO DOES THE

20   CREATIVE WORK TO COME UP WITH THE DESIGNS?

21           PROSPECTIVE JUROR:  YES.

22           MR. LEE:  AND THEN YOU GIVE IT TO SOMEONE ELSE TO PUT

23   THOSE DESIGNS ON A THING?

24           PROSPECTIVE JUROR:  YES.

25           MR. LEE:  GREAT.  COULD I ASK YOU JUST TO PASS THE

1          MIKE BACK TO MR. LISSANDRELLO.  AM I PRONOUNCING IT CORRECTLY?

2               PROSPECTIVE JUROR:  YES, YOU ARE.

3               MR. LEE:  COULD YOU JUST TELL US A LITTLE BIT MORE

4     ABOUT YOUR WORK THAT YOU DESCRIBED VERY BRIEFLY?

5               PROSPECTIVE JUROR:  SURE.  I WORK FOR A MULTIPLE

6     LISTING COMPANY HERE IN SUNNYVALE, MLS LISTINGS, AND WE

7     BASICALLY TAKE CALLS THROUGHOUT THE DAY FROM DIFFERENT AGENTS

8     AND BROKERS CALLING IN BECAUSE THEY WANT TO LEARN HOW TO USE

9     OUR SOFTWARE OR NEED HELP WITH RESOLVING ISSUES AND SUCH.  SO

10    IT'S BASICALLY A SUPPORT TYPE OF POSITION.

11              MR. LEE:  AND HOW LONG HAVE YOU BEEN DOING THAT?

12              PROSPECTIVE JUROR:  I'VE BEEN WITH THEM FOR ABOUT 18

13    MONTHS.  BUT PRIOR TO THAT, I DID TECHNICAL SUPPORT WHERE WE

14    WERE -- OUR GROUP WOULD WORK WITH MORE ENTERPRISE TYPE OF

15    CUSTOMERS WHERE THEY HAD PURCHASED OUR PRODUCTS AND NOW THEY

16    WERE HAVING PROBLEMS WITH DIFFERENT ASPECTS OF IT.

17              MR. LEE:  TERRIFIC.

18         COULD I JUST PASS THE MIKE DOWN A COUPLE SEATS TO THE

19    RIGHT.  AND, MS. CALDERON, I JUST HAVE -- I WANTED TO ASK YOU

20    TO TELL US JUST A LITTLE BIT MORE ABOUT YOUR TECHNICAL WRITING

21    JOB AND THE KINDS OF THINGS THAT YOU WORK ON.

22              PROSPECTIVE JUROR:  SURE.  SO I'VE BEEN WORKING AT

23    CISCO FOR ABOUT SEVEN MONTHS NOW, AND I WORK ON ONLINE HELP

24    ARTICLES FOR NEW PRODUCTS, QUICK START GUIDES AND PRINTED INBOX

25    DOCUMENTS.

1          MR. LEE:  SO THESE ARE FOR PRODUCTS THAT HAVE BEEN

2     DEVELOPED AND THEN YOU HELP DEVELOP THE MATERIALS THAT GO WITH

3     THE PRODUCTS?

4          PROSPECTIVE JUROR:  YES.  I SUPPORT THE RELEASE.

5          MR. LEE:  OKAY.  LET ME ASK THE GROUP BROADLY, I

6     ASKED ABOUT SOFTWARE.  I KNOW THAT AT LEAST ONE OF YOU HAVE

7     WORKED ON HARDWARE.

8          HOW MANY OF YOU, BY SHOW OF HANDS, HAVE WORKED ON HARDWARE

9     OF ANY KIND?

10         TWO.  YOU'VE TALKED ABOUT IT.

11         PROSPECTIVE JUROR:  IN A PROFESSIONAL CAPACITY OR

12    JUST AT ALL?

13         MR. LEE:  I'M SORRY?

14         PROSPECTIVE JUROR:  IN A PROFESSIONAL CAPACITY OR AT

15    ALL.

16         MR. LEE:  A PROFESSIONAL CAPACITY.

17         OKAY.  WE TALKED TO BOTH OF YOU ABOUT THIS ALREADY.

18         HAVE ANY OF YOU -- ARE ANY OF YOU FAMILIAR WITH OPEN

19    SOURCE, THE CONCEPT OF OPEN SOURCE?

20         HAVE ANY OF YOU WORKED WITH OPEN SOURCE?  WHAT DID YOU DO?

21         PROSPECTIVE JUROR:  I CURRENTLY MAINTAIN BY OWN OPEN

22    SOURCE PROJECT.  I'VE WORKED ON THE LINUX KERNEL.  I DON'T

23    KNOW.  A VARIETY OF THINGS OVER THE YEARS.

24         MR. LEE:  FAIR ENOUGH.

25         PROSPECTIVE JUROR:  NOT MUCH.  BACK WHEN I WAS AN

```
 1        ENGINEER ACTUALLY DEVELOPING, I MIGHT HAVE USED AN OPEN SOURCE

 2        PACKAGE HERE OR THERE, BUT I'M NOT ACTIVELY DEVELOPING.  I KNOW

 3        OPEN SOURCE QUITE A LOT.

 4               THE COURT:  WAS THERE A HAND DOWN HERE?

 5          MS. CALDERON.

 6               PROSPECTIVE JUROR:  I'VE USED DRUPAL FOR PUBLISHING

 7        CONTENT, BUT THAT'S ABOUT IT.

 8               MR. LEE:  THERE WERE TWO MORE HANDS DOWN HERE.

 9               PROSPECTIVE JUROR:  I'VE ALSO USED OPEN SOURCE DRUPAL

10        MODULES FOR A WEBSITE, AND I BELIEVE OUR UNIVERSITY OFFERS OPEN

11        SOURCE FOR WEBSITE, WEB DEVELOPMENT.

12               MR. LEE:  OKAY.

13               PROSPECTIVE JUROR:  I'VE USED OPEN SOURCE PRODUCTS,

14        YOU KNOW, LIKE LINUX AND THE GNU SOFTWARE TOOLS.

15               MR. LEE:  ANYONE ELSE?

16          OKAY.  I PROMISED TO BE BRIEF.  I ONLY HAVE ONE LAST

17        QUESTION, WHICH IS THIS:  THIS IS THE LAST TIME I GET TO ASK

18        YOU ANY QUESTIONS.

19          IS THERE ANYTHING THAT ANY OF YOU THINK WE SHOULD KNOW IN

20        ORDER TO HELP US, HELP HER HONOR, HELP BOTH APPLE AND SAMSUNG

21        PICK AND FAIR AND IMPARTIAL JURY?  ANYTHING THAT YOU THINK WE

22        NEED TO KNOW AT ALL?

23          OKAY.  THANK YOU FOR YOUR ATTENTION.  THANKS FOR HANGING

24        IN WITH US UNTIL THE END OF THE DAY.  AND THAT WAS LESS THAN 15

25        MINUTES.
```

1          THE COURT:  ALL RIGHT.  TIME IS NOW 4:32.

2      GO AHEAD, PLEASE.

3          MR. PRICE:  THANK YOU, YOUR HONOR.

4      GOOD LATE AFTERNOON.  AS I SAID, I'M BILL PRICE.  I

5  REPRESENT SAMSUNG.

6      AND OF COURSE WE'RE TRYING TO PICK A JURY THAT WILL BE

7  FAIR AND WON'T USE -- EVERYBODY HAS BIASES -- WON'T SEE THE

8  WORLD THROUGH A FILTER THAT MIGHT BE UNFAIR TO ONE PARTY OR

9  ANOTHER.

10     AND I THINK MR. LEE JUST ASKED YOU A QUESTION SORT OF LIKE

11 THIS, BUT I WANT TO ASK YOU THAT IF YOU WERE ME, IF YOU WERE IN

12 MY SHOES AND YOU'RE REPRESENTING SAMSUNG IN THIS CASE, DO YOU

13 THINK THERE'S ANY REASON, IF YOU WERE IN MY SHOES, THAT YOU

14 WOULD BE CONCERNED ABOUT YOU BEING ABLE TO LOOK AT THE EVIDENCE

15 FAIRLY?

16     I KNOW WE'VE ASKED A LOT OF QUESTIONS, BUT, YOU KNOW, WE

17 CAN'T -- WE CAN'T GET TO KNOW YOU THAT WELL.  SO I'M JUST

18 WONDERING, DO ANY OF YOU THINK, OH, GOD, IF I WERE IN HIS

19 SHOES, I WOULD WANT HIM TO KNOW THIS BECAUSE IT MIGHT REFLECT

20 THAT I MIGHT HAVE A PERSPECTIVE ON THE CASE THAT MIGHT BE

21 UNFAIR TO SAMSUNG.

22     ANYBODY WITH A -- HAVE THAT SORT OF FEELING?

23     THAT'S GREAT.

24     LET ME ASK YOU SOME SPECIFIC QUESTIONS TO TALK ABOUT THAT.

25     AND ONE THING YOU'RE GOING TO HEAR IS THAT IN THIS CASE,

1    YOU KNOW, SAMSUNG INFRINGED SOME APPLE PATENTS, THAT IS, IT

2    USED TECHNOLOGY, IT USED DESIGNS THAT IT WAS APPLE'S RIGHT

3    EXCLUSIVELY TO USE.

4         THE QUESTION HERE IS DAMAGES.  WHAT SHOULD APPLE GET FOR

5    THAT?

6         SO I WANT TO ASK YOU THIS:  THE FACT THAT THERE'S BEEN A

7    PRIOR JURY THAT HAS DETERMINED THAT THERE WAS INFRINGEMENT,

8    AND, THEREFORE, THERE NEEDS TO BE A LEGAL REMEDY AND HER HONOR

9    WILL TELL YOU WHAT THAT REMEDY IS LATER AND WHAT THE RULES ARE.

10   THE FACT THAT THERE'S BEEN THAT INFRINGEMENT, WILL THAT MAKE

11   YOU LESS LIKELY TO BELIEVE SAMSUNG'S WITNESSES IN THIS PHASE OF

12   THE CASE?  THAT IS, IN THIS DAMAGES PHASE OF THE CASE?

13        OR ARE YOU GOING TO HOLD THAT AGAINST THEM IN THIS PHASE

14   OF THE CASE?  ANYONE HAVE ANY ISSUE WITH THAT?

15        I DON'T KNOW IF I ASKED THAT CLEARLY OR NOT.

16        BECAUSE THIS PHASE WE'RE GOING TO BE TALKING ABOUT, AGAIN,

17   WHAT'S THE LEGAL REMEDY AND WHAT SHOULD BE PAID.  DOES ANYONE

18   THINK, WELL, YOU KNOW, THERE'S A JURY THAT FOUND THAT YOU

19   INFRINGED, THAT YOU USED THIS TECHNOLOGY OR THIS DESIGN, AND SO

20   I'M NOT GOING TO BELIEVE YOUR WITNESSES IN THIS CASE.

21        DOES ANYONE HAVE THAT KIND OF GUT FEELING?  I'M SEEING NO

22   HANDS, AND I HOPE IT'S NOT BECAUSE IT'S SO LATE.

23        (LAUGHTER.)

24        MR. PRICE:  THEN ANOTHER THING THAT, THAT SOMEBODY

25   HAS TO WORRY ABOUT WHEN YOU'RE SAMSUNG AND THEY ARE IN THIS

1    AREA OF THE COUNTRY IS, YOU KNOW, THERE ARE SOME PEOPLE WHO ARE

2    REALLY APPLE FANS AROUND HERE.  I DON'T KNOW IF YOU'VE NOTICED.

3         AND I KNOW A LOT OF YOU FOLKS USE A LOT OF APPLE PRODUCTS.

4         AND I GUESS ONE OF THE THINGS I WANT TO ASK -- FIRST OF

5    ALL, JUST KIND OF A MEASURE OF HOW MUCH OF AN APPLE FAN YOU

6    ARE.  DID ANYONE -- HAS ANYONE HERE EVER STOOD IN LINE, YOU

7    KNOW, WHEN AN APPLE PRODUCT WAS INTRODUCED, YOU KNOW, TO TRY TO

8    GET IT?

9         SO, I'M SORRY, I DON'T REMEMBER YOUR NAMES THAT WELL.

10    MS. PERRY.

11         PROSPECTIVE JUROR:  YES.

12         MR. PRICE:  WHAT PRODUCT WAS THAT?

13         PROSPECTIVE JUROR:  IT WAS A PHONE.

14         MR. PRICE:  HOW LONG AGO?

15         PROSPECTIVE JUROR:  HOW LONG AGO?

16         MR. PRICE:  YEAH.

17         PROSPECTIVE JUROR:  ABOUT TWO YEARS AGO, I THINK.

18         MR. PRICE:  OKAY.  HOW LONG DID YOU STAND IN LINE?

19         PROSPECTIVE JUROR:  WELL, ABOUT FOUR HOURS, AND THEN

20    WE WERE TOLD WE WOULDN'T BE GETTING IT.

21         (LAUGHTER.)

22         MR. PRICE:  SO DID YOU SEE THOSE SAMSUNG ADS THAT

23    KIND OF, YOU KNOW, A FEW YEARS AGO THAT KIND OF MADE FUN OF

24    PEOPLE THAT STOOD IN LINE FOR APPLE PHONES?

25         PROSPECTIVE JUROR:  I DON'T KNOW IF I'VE SEEN THOSE.

1           MR. PRICE:  YOU'RE NOT GOING TO HOLD THAT AGAINST ME.

2      DAMN.

3           PROSPECTIVE JUROR:  I FAST FORWARD THROUGH THE

4      COMMERCIALS.

5           MR. PRICE:  AH.  IS THERE ANYONE ELSE WHO IS -- WHO

6      IS SUCH A FAN OF THE APPLE ECOSYSTEM, THE APPLE PRODUCTS THAT

7      THEY -- YOU THINK YOU COULDN'T BE FAIR TO SAMSUNG IN THIS CASE?

8           SO LET ME LOOK AT THE OTHER SIDE NOW.  IF YOU'RE IN MY

9      SHOES, YOU KIND OF WORRY ABOUT A PRO-APPLE BIAS.

10          AND IF YOU'RE IN MY SHOES, YOU ALSO WORRY ABOUT THE FACT,

11     QUITE FRANKLY, THAT SAMSUNG IS A KOREAN COMPANY, SOUTH KOREA.

12          AND DOES ANYONE HERE THINK THAT IN GENERAL, FOREIGN

13     COMPANIES COMPETE UNFAIRLY COMPARED TO U.S. COMPANIES?

14          I DON'T SEE ANY HANDS.

15          IS THERE ANYONE HERE THAT THINKS THAT COMPANIES FROM

16     KOREA, YOU KNOW, OR ASIAN COMPANIES ARE SOMEHOW LESS

17     TRUSTWORTHY OR COMPETE, YOU KNOW, UNFAIRLY, AGAIN, COMPARED TO

18     AMERICAN COMPANIES?

19          THIS IS GETTING EASY.

20          DOES ANYONE HERE HAVE, YOU KNOW, A PERSONAL PHILOSOPHY

21     THAT THEY ARE, YOU KNOW, GOING TO BUY AMERICAN PRODUCTS FIRST?

22     THAT IS, THAT THAT'S SOMETHING THAT YOU CONSIDER WHEN BUYING A

23     PRODUCT, YOU KNOW, WHAT COUNTRY IT'S MANUFACTURED IN?

24          PROSPECTIVE JUROR:  I DO CONSIDER THAT.

25          MR. PRICE:  AND IS -- AND I NOTICED THAT YOU

```
 1        MENTIONED THAT YOU'VE HAD -- YOU HAVE IPHONES AND IPADS.

 2            HAS THAT BEEN SOMETHING YOU'VE CONSIDERED IN BUYING YOUR

 3        IPHONES?

 4                PROSPECTIVE JUROR:  YOU KNOW, I DON'T KNOW IF I DID

 5        CONSIDER IT SPECIFICALLY WHEN I BOUGHT THE PHONE.  BUT I JUST

 6        GENERALLY TRY TO KIND OF LOOK AT THE LABELS AND SEE WHERE

 7        THINGS ARE MADE AND TRY TO STAY WITH THINGS MADE HERE.

 8                MR. PRICE:  YOU LOOK AT THE LABELS AND TRY TO SEE

 9        WHERE THE PRODUCTS ARE MANUFACTURED?

10                PROSPECTIVE JUROR:  UM-HUM.

11                MR. PRICE:  THAT WAS A YES?

12                PROSPECTIVE JUROR:  YES.

13                MR. PRICE:  OKAY.  THANK YOU.

14            YES, MR. LISSANDRELLO.

15                PROSPECTIVE JUROR:  YES, THAT'S CORRECT.

16                MR. PRICE:  YES.

17                PROSPECTIVE JUROR:  THE TWO CLASSIC CARS I HAVE ARE

18        AMERICAN MADE, AND I'M PROUD OF THAT.  THEY'RE FORDS.

19            I'M NOT SURE IF I WOULD CONSIDER BUYING, YOU KNOW, IN THAT

20        PARTICULAR CASE, A CAR FROM OVERSEAS, EVEN THOUGH WE HAVE A --

21        OUR COMMUTER CAR IS A HONDA.

22            BUT TO ANSWER YOUR LAST QUESTION, IN TERMS OF TRADE

23        AMONGST FOREIGN COMPANIES AND NON-FOREIGN COMPANIES, I JUST

24        WOULD LIKE IT TO BE FAIR BOTH WAYS, AND SOMETIMES I DON'T THINK

25        THAT IT IS FAIR.  MAYBE I'M GETTING THE WRONG MATERIAL FROM THE
```

1    MEDIA.

2              MR. PRICE:  YEAH.

3              PROSPECTIVE JUROR:  I FEEL LIKE OUR COUNTRY IS

4    HINDERED FROM EXPORTING AND SOME OF THE LAWS GOING -- I THINK

5    AS LONG AS THE LAWS ARE FAIR BOTH WAYS, THEN I THINK IT'S OKAY.

6              MR. PRICE:  DO YOU HAVE ANY PARTICULAR FEELINGS ABOUT

7    A COMPANY THAT'S FROM SOUTH KOREA IN THAT CONTEXT?

8              PROSPECTIVE JUROR:  NO.  I THINK IF THERE'S A

9    FEELING, IT WOULD BE TOWARDS CHINA, UNFORTUNATELY.  I THINK

10   THERE'S TRADE, YOU KNOW, TARIFFS AND TRADE EMBARGOES AND THINGS

11   LIKE THAT THAT MAKE OUR GOODS GOING OVERSEAS HARDER THAN GOODS

12   COMING INTO OUR COUNTRY.

13             MR. PRICE:  YOU DON'T THINK THAT WOULD AFFECT YOUR

14   ABILITY TO LOOK AT THE EVIDENCE IN THIS CASE?

15             PROSPECTIVE JUROR:  NO, NO.

16             MR. PRICE:  OKAY.  AND TALKING ABOUT IPHONES AND HOW

17   PRO-APPLE SOME PEOPLE ARE, LET ME ASK SOME SPECIFIC QUESTIONS

18   TO FOLKS.

19        AND LET ME START WITH MR. DAY.  I THINK YOU'VE GOT APPLE

20   IPHONES AND IPADS.

21        WOULD YOU EVER CONSIDER BUYING A SAMSUNG?

22             PROSPECTIVE JUROR:  ABSOLUTELY.

23             MR. PRICE:  AND IS THERE -- HAVE YOU CONSIDERED IT IN

24   THE PAST?

25             PROSPECTIVE JUROR:  YEAH, MANY YEARS AGO.

1          MR. PRICE:  OKAY.  AND I THINK THERE WERE SOME OTHER

2     FOLKS WHO -- MS. THOMPSON, I THINK THAT YOU HAVE BASICALLY BEEN

3     AN APPLE CONSUMER; RIGHT?

4          PROSPECTIVE JUROR:  YES.

5          MR. PRICE:  WOULD YOU CONSIDER BUYING A SAMSUNG

6     DEVICE?

7          PROSPECTIVE JUROR:  I JUST BUY WHAT MEETS MY NEEDS OF

8     THE PRODUCT.  SO FAR, I'VE HAD IT JUST BEEN APPLE THAT MET MY

9     NEEDS.

10          MR. PRICE:  OKAY.  AND LET ME ASK MS. CALDERON, I

11     THINK IPHONE, MACBOOK, A SAMSUNG TV.  IS A SAMSUNG PRODUCT

12     SOMETHING YOU WOULD CONSIDER IN THE FUTURE?  OR IS THERE SOME

13     REASON --

14          PROSPECTIVE JUROR:  I WOULD, YEAH.  I -- I'VE HAD AN

15     IPHONE, BUT THEN ALSO I GET, LIKE, HAND-ME-DOWNS FROM MY

16     BOYFRIEND WHEN HE GETS A NEWER IPHONE, SO THAT'S KIND OF BEEN

17     MY SCENARIO.

18          MR. PRICE:  OH, THAT'S NICE.

19        MR. MAYERS, DID YOU SAY YOU HAD AN HTC VIVE?

20          PROSPECTIVE JUROR:  I HAVE -- I HAVE BOTH A VIVE AND

21     A VIVE PRO.  I HAVE SAMSUNG HARD DRIVES IN MY MAC'S.  I HAVE

22     SAMSUNG MONITORS.

23        I'M NOT BIASED TOWARDS ANY ONE COMPANY.  I USE THE RIGHT

24     TOOL FOR THE RIGHT JOB.  I HAVE TO DO DIFFERENT TYPES OF JOBS.

25     SO I USE ALL THREE OPERATING SYSTEMS, WINDOW, MAC, LINUX.

```
 1        YEAH.

 2              MR. PRICE:  DO YOU HAVE ANY FEELINGS ABOUT THE

 3    ANDROID SYSTEM?

 4              PROSPECTIVE JUROR:  I'VE HAD TO -- I'VE NEVER OWNED

 5    AN ANDROID PHONE, BUT I'VE WRITTEN SOFTWARE FOR IT.

 6              MR. PRICE:  GOOD SOFTWARE.

 7              PROSPECTIVE JUROR:  VIDEO GAMES.

 8              MR. PRICE:  MR. SMITH, THERE WERE A LOT OF -- THERE

 9    WEREN'T A LOT OF OCCASIONS FOR YOU TO RAISE YOUR HAND DURING

10    THE GENERAL QUESTIONS AND I WANTED TO ASK YOU, SOMETHING I

11    DIDN'T QUITE CATCH, I THINK YOU SAID YOUR WIFE WORKS AT

12    STANFORD?

13              PROSPECTIVE JUROR:  ABSOLUTELY.

14              MR. PRICE:  WHAT DOES SHE DO?

15              PROSPECTIVE JUROR:  SHE'S IN THE MEDICAL FIELD.  I

16    JUST DON'T KNOW EXACTLY, LIKE, THE FIELD'S NAME, BUT SHE'S IN

17    THE MEDICAL FIELD.

18              MR. PRICE:  MEDICAL -- WHAT KIND OF JOB DOES SHE

19    HAVE?  YOU SAID SHE'S IN THE MEDICAL GROUP?

20              PROSPECTIVE JUROR:  (NODS HEAD UP AND DOWN.)

21              MR. PRICE:  WHAT KIND OF JOB DOES SHE HAVE?

22              PROSPECTIVE JUROR:  LET'S SEE.  UM -- I THINK SHE'S

23    AN ASSISTANT TO THE DOCTORS.

24              MR. PRICE:  OKAY.  AND I THINK YOU SAID THAT YOU

25    DRIVE A -- YOU WORK FOR A SCHOOL DISTRICT AND DRIVE KIDS.
```

```
1              THE WITNESS:  YES.

2              MR. PRICE:  HOW MANY PER TRIP?

3              PROSPECTIVE JUROR:  IT VARIES.

4              MR. PRICE:  IS IT SOMETIMES A LOT TO DEAL WITH?

5              PROSPECTIVE JUROR:  IT CAN BE THEY'RE NOISY.

6              MR. PRICE:  THAT'S SOMETHING THAT YOU LIKE DOING?

7              PROSPECTIVE JUROR:  ABSOLUTELY.

8              MR. PRICE:  GREAT.

9          LET ME ASK ABOUT JUST -- YOU'VE BEEN TOLD THIS IS A CASE

10    ABOUT DAMAGES AND YOU KNOW NOTHING ABOUT THE CASE NOW, NOTHING

11    AT ALL, RIGHT, EXCEPT THAT THERE'S BEEN FINDINGS OF

12    INFRINGEMENT AND THAT WE'RE LOOKING TO SEE, YOU KNOW, WHAT IS

13    THE APPROPRIATE LEGAL REMEDY.

14         ONE THING EVERYONE WILL AGREE IS THAT PUNITIVE DAMAGES,

15    PUNISHMENT, IS NOT PART OF THIS CASE.  THAT IS, YOU PROBABLY

16    HAVE HEARD PEOPLE SAY SEND A MESSAGE AND PUNISH SOMEONE FOR

17    DOING SOMETHING.

18         THAT'S NOT PART OF THIS CASE.  THIS IS ABOUT DAMAGES THAT

19    ARE -- THAT APPLE WILL BE ENTITLED TO BECAUSE OF THE

20    INFRINGEMENT.

21         AND ONE OF THE THINGS YOU'RE GOING TO HEAR IS THAT THE

22    DAMAGES MIGHT BE APPROPRIATELY IN THE RANGE OF $24 MILLION.

23         NOW, IF YOU KNOW NOTHING ABOUT THE CASE, NOTHING AT ALL,

24    NO OTHER FACTS, DO YOU HAVE ANY REACTION TO THAT?  DO YOU HAVE

25    ANY REACTION, GEE, THAT JUST SOUNDS TOO LOW?  OR THAT SOUNDS
```

1       TOO HIGH?

2               DOES ANYONE HAVE A GUT REACTION, SORT OF LIKE A

3       PREDISPOSITION AS TO WHETHER OR NOT -- YOU KNOW, HOW DOES THAT

4       SOUND?

5           YES.

6               PROSPECTIVE JUROR:  I'M SURPRISED YOU SAID IT THAT

7       LOW TO BE HONEST WITH YOU.

8               MR. PRICE:  AND WHY WOULD YOU SAY THAT?

9               PROSPECTIVE JUROR:  BECAUSE APPLE IS SUCH A RICH

10      COMPANY, CASH RICH, THAT I WOULD THINK THAT YOU WOULD BE

11      TALKING ABOUT A HIGHER NUMBER.

12              MR. PRICE:  I'M SAYING THAT THIS IS WHAT SAMSUNG SAYS

13      THE APPROPRIATE DAMAGES REMEDY IS.  WOULD YOU THINK, AS A GUT

14      FEELING, THAT JUST FEELS TOO LOW TO ME, EVEN THOUGH YOU DON'T

15      KNOW ANYTHING ELSE ABOUT THE CASE?

16              PROSPECTIVE JUROR:  YEAH, I'M SURPRISED -- I GUESS

17      I'M STILL SURPRISED.

18              MR. PRICE:  OKAY.  ANYBODY ELSE HAVE THAT SAME

19      FEELING?

20          OKAY.  LET'S --

21              THE COURT:  YOU KNOW, I'M A LITTLE BIT CONCERNED THAT

22      WE'RE PREVIEWING WHAT YOUR REQUEST IS GOING TO BE IN ASKING

23      THEM, ARE YOU OKAY WITH THAT REQUEST?  THIS IS NOT SUPPOSED TO

24      BE LET ME GO AHEAD AND START PREVIEWING MY CASE THEORIES AND

25      SEE IF YOU'RE OKAY WITH IT.  THIS IS NOT PERMISSIBLE VOIR DIRE.

```
 1                MR. PRICE:  OKAY.  I'LL MOVE ON.

 2                THE COURT:  YEAH, YOU NEED TO MOVE ON TO A DIFFERENT

 3        TOPIC.

 4                MR. PRICE:  I'LL MOVE ON, YOUR HONOR.

 5                THE COURT:  YEAH.

 6                MR. PRICE:  LET ME ASK YOU THEN, FINALLY, YOU NOTICED

 7        I STOOD UP SECOND.  I DON'T SPEAK TOO LOUDLY.

 8            WE'RE GOING ON TO A DIFFERENT QUESTION.

 9            I SPOKE SECOND, AND WHAT'S GOING TO HAPPEN THROUGHOUT THIS

10       TRIAL IS THAT SAMSUNG WILL -- WE GO SECOND.  THAT'S, THAT'S THE

11       WAY THE TRIAL WORKS.

12            AND ONE OF THE THINGS YOU'RE GOING TO BE ASKED TO DO BY

13       THE COURT IS TO TRY TO KEEP AN OPEN MIND UNTIL ALL OF THE

14       EVIDENCE IS IN.  YOU KNOW, AND THAT'S REALLY HARD BECAUSE, YOU

15       KNOW, PEOPLE TRY TO START -- YOU HEAR EVIDENCE, YOU START KIND

16       OF HAVING LITTLE LEANINGS, YOU KNOW, BEFORE THINGS ARE

17       FINISHED.

18            I DON'T KNOW HOW MANY OF YOU GUYS HAVE EVER WATCHED A

19       BASKETBALL GAME OR FOOTBALL TEAM WITH TWO TEAMS YOU DON'T

20       REALLY CARE ABOUT, BUT EVENTUALLY YOU START ROOTING FOR

21       SOMEBODY.  THAT'S IN THE NATURE.

22            HAS ANYBODY HAD THAT HAPPEN WHERE YOU'RE WATCHING A GAME

23       ON TV, YOU DON'T REALLY CARE, AND THEN YOU START ROOTING FOR

24       SOMEONE?

25                AND THE PROBLEM WITH THAT IS WHEN YOU START ROOTING FOR
```

1      SOMEONE, YOU START LOOKING AT THINGS DIFFERENTLY, RIGHT?  HAVE

2      YOU EVER BEEN WATCHING A GAME WITH A FRIEND AND YOU'VE BEEN

3      ROOTING FOR ONE TEAM AND THEY'RE ROOTING FOR ANOTHER AND THERE

4      IS A CALL OF A CHARGE AND YOU'VE TURNED TO YOUR FRIEND AND SAID

5      THAT'S RIDICULOUS, AND YOUR FRIEND GOES, WHAT?  ARE YOU CRAZY?

6      THAT WAS CLEARLY A CHARGE.  ANYTHING LIKE THAT?

7           HAS THAT KIND OF THING HAPPENED IN YOUR EXPERIENCE WHERE

8      YOU KIND OF THINK BECAUSE YOU'RE ROOTING FOR SOMEONE, YOU'RE

9      PERCEIVING THINGS A LITTLE BIASED?  HAS THAT EVER HAPPENED TO

10     YOU GUYS?

11          SO I NEED TO ASK YOU, CAN YOU DO YOUR BEST NOT TO DO THAT

12     HERE?  THAT IS, CAN YOU WAIT AND LISTEN TO THE EVIDENCE BEFORE

13     REALLY KIND OF EVALUATING AND DECIDING, YOU KNOW, WHO SHOULD

14     PREVAIL IN THIS CASE?  ANYBODY GOING TO HAVE A PROBLEM WITH

15     THAT?

16          YES, MA'AM.

17               PROSPECTIVE JUROR:  FOR ME, IT JUST GOES BACK TO THE

18     FACT THAT I'VE ONLY USED APPLE PRODUCTS, AND I DON'T KNOW MUCH

19     ABOUT SAMSUNG PRODUCTS.  SO I DON'T KNOW IF THAT'S REALLY GOING

20     TO MAKE A BIAS OR MAKE IT DIFFICULT FOR ME TO WAIT UNTIL THE

21     END TO MAKE A CHOICE.

22          BUT BECAUSE I DON'T KNOW VERY MUCH ABOUT SAMSUNG, AND I DO

23     KNOW MORE ABOUT APPLE PRODUCTS.

24               MR. PRICE:  ALL RIGHT.  WELL, DO YOU THINK THAT, IF

25     THE COURT TELLS YOU, LOOK, BEFORE YOU START MAKING UP YOUR MIND

1      HERE, I WANT YOU TO HEAR BOTH SIDES.

2          DO YOU THINK YOU MIGHT HAVE A PROBLEM WITH THAT BECAUSE

3      YOU'VE HAD -- YOU HAVE A LOVE OF APPLE?

4              THE COURT:  YOUR TIME IS EXPIRED, BUT I'LL ALLOW YOU

5      TO FINISH THIS QUESTION.  GO AHEAD.

6              MR. PRICE:  OKAY.  THANK YOU.

7              PROSPECTIVE JUROR:  NO.

8              MR. PRICE:  THANK YOU VERY MUCH.  I APPRECIATE IT.

9          THANK YOU, YOUR HONOR.

10             THE COURT:  ALL RIGHT.  LET'S GO AHEAD NOW WITH

11     SIDE-BAR, PLEASE.

12         DO YOU HAVE ANY CHALLENGES FOR CAUSE FOR ANY SIDE?

13             MR. QUINN:  NO, YOUR HONOR.

14             THE COURT:  NO?  OKAY.  WE DON'T NEED TO DO THAT.

15         ALL RIGHT.  THANK YOU.  THERE HAVE BEEN NO CHALLENGES FOR

16     CAUSE.

17         NOW WE'RE GOING TO DO OUR PEREMPTORY STRIKES.  WHERE IS

18     THE LIST?  I'M GOING TO ASK THE JURORS IF YOU WOULD PLEASE STAY

19     SEATED BECAUSE IT WOULD BE HELPFUL FOR THEM TO PLACE A FACE

20     WITH THEIR NOTES.

21         AND AS I SAID BEFORE, THEY'RE JUST GOING TO PASS THIS LIST

22     BACK AND FORTH.  THEY EACH GET TO STRIKE THREE PEOPLE WITH NO

23     REASONS GIVEN.

24         (PAUSE IN PROCEEDINGS.)

25             MR. LEE:  YOUR HONOR, SHOULD I JUST PASS IT?

1          THE COURT:  YES, PLEASE.

2          (PAUSE IN PROCEEDINGS.)

3          THE COURT:  LET ME JUST SAY, IT'S NOT ON THE

4   TRANSCRIPT, APPLE HAD NO CHALLENGES FOR CAUSE; CORRECT?

5          MR. LEE:  THAT'S CORRECT, YOUR HONOR.

6          THE COURT:  ALL RIGHT.  THANK YOU.

7          (PAUSE IN PROCEEDINGS.)

8          THE CLERK:  LADIES AND GENTLEMEN, THE FOLLOWING

9   JURORS HAVE BEEN EXCUSED:

10         NUMBER 14, FREDERICK TURNER, THANK YOU FOR YOUR SERVICE.

11         MR. TURNER, YOU'VE BEEN EXCUSED.

12         THE COURT:  DO THEY NEED TO GO TO MS. MATAMOROS IN

13   THE JURY ASSEMBLY ROOM OR JUST LEAVE FROM HERE NOW?

14         THE CLERK:  THEY MAY LEAVE IF THEY DON'T NEED THEIR

15   PARKING OR MILAGE INFORMATION.

16         THE COURT:  IS SHE STILL THERE?

17         THE CLERK:  YES, YOUR HONOR.

18         THE COURT:  YES, THANK YOU.

19         MS. DUGGER, JUROR NUMBER 9, THANK YOU FOR YOUR SERVICE.

20   YOU HAVE BEEN EXCUSED.

21         MR. MAYERS, JUROR NUMBER 12, THANK YOU FOR YOUR SERVICE.

22   YOU HAVE BEEN EXCUSED.

23         JUROR NUMBER 16, MR. MARQUES, THANK YOU FOR YOUR SERVICE.

24   YOU HAVE BEEN EXCUSED.

25         MR. SINGH, JUROR NUMBER 11, THANK YOU FOR YOUR SERVICE.

```
1        YOU HAVE BEEN EXCUSED.

2             MS. THOMPSON, JUROR NUMBER 5.  THANK YOU FOR YOUR SERVICE.

3        YOU HAVE BEEN EXCUSED.

4             YOUR HONOR, THAT COMPLETES THE CHALLENGES AT THIS POINT.

5             YOU CAN LEAVE THOSE.

6             THE COURT:  ALL RIGHT.  THANK YOU VERY MUCH FOR YOUR

7          SERVICE.

8             OKAY.  SO THEN OUR FIRST EIGHT THEN WILL BE OUR JURORS.

9        THAT'S MR. SMITH, MS. BORBA, MR. DAY, MS. BRAVO, MS. CALDERON,

10       MS. SALDANA, MS. SERNA, AND MS. BAUTISTA.

11            THAT'S OUR EIGHT; CORRECT?  SEVEN, EIGHT.  I THINK I --

12       DID I GET ONE WRONG?

13            THE CLERK:  YOU MISSED, I THINK, MR. LISSANDRELLO.

14            THE COURT:  AH, SO IT ENDS WITH MS. SERNA THEN.  SO

15         MR. LISSANDRELLO IS IN AS WELL.

16            SO YOU EIGHT WILL BE SERVING AS OUR JURORS.  AS I SAID, WE

17       WILL FINISH WITH -- WE SHOULD FINISH WITH EVIDENCE THIS WEEK,

18       AND WE ANTICIPATE ALSO FINISHING WITH FINAL JURY INSTRUCTIONS

19       AND CLOSING ARGUMENTS THIS WEEK, THIS FRIDAY, AND STARTING WITH

20       JURY DELIBERATIONS POTENTIALLY A LITTLE BIT ON FRIDAY, BUT

21       REALLY IN FULL FORCE ON MONDAY.

22            SO YOU'RE PREPARED TO SERVE; CORRECT?  EVERYONE?  CAN I

23       GET A NODDING OF THE HEAD FROM EVERYBODY?

24            PROSPECTIVE JUROR:  I JUST WANT TO MAKE SURE, AM I

25         PART OF THE EIGHT?
```

```
1           THE COURT:  NO, I WAS WRONG.  I WAS WRONG.  IT'S

2      MR. SMITH, MS. BORBA, MR. DAY, MS. BRAVO, MS. CALDERON,

3      MR. LISSANDRELLO, MS. SALDANA, AND MS. SERNA.

4           SO IT'S JUST THOSE EIGHT.

5           EVERYONE ELSE IS THANKED AND EXCUSED, AND ALSO OUR NINE

6      WHO WERE NOT CALLED INTO THE BOX ARE ALL THANKED AND EXCUSED.

7           THANK YOU SO MUCH.  BUT I'D LIKE THE EIGHT WHO ARE SERVING

8      AS JURORS, IF YOU WOULD PLEASE WAIT -- ACTUALLY, HANG ON ONE

9      SECOND.  LET'S SWEAR THEM IN SO WE CAN'T UNDO IT.

10          I'M GOING TO ASK MS. MASON TO PLEASE SWEAR IN OUR EIGHT.

11          WOULD YOU PLEASE TAKE A SEAT.

12          THE CLERK:  IF THE EIGHT WILL PLEASE STAND AND RAISE

13     THEIR RIGHT HAND.

14          (JURY PANEL SWORN.)

15          JURORS:  I DO.

16          THE CLERK:  THANK YOU.  PLEASE BE SEATED.

17          THE COURT:  ALL RIGHT.  THANK YOU.  NOW EVERYONE ELSE

18     IS FREE TO LEAVE.

19          PLEASE GO DOWN TO THE JURY ASSEMBLY ROOM IF YOU NEED TO

20     TAKE CARE OF YOUR PARKING AND YOUR MILEAGE.

21          MS. MASON, YOU NEED, WHAT, A FEW MINUTES?

22          THE CLERK:  YES, TO ORIENT THEM.  I'LL TAKE THEM INTO

23     THE JURY ROOM HERE.

24          THE COURT:  SO SHE'S GOING TO GIVE YOU JUROR BADGES

25     WHICH WILL EXPEDITE YOUR GETTING INTO THE COURTROOM EVERY
```

```
1     MORNING THROUGH THE SECURITY, BUT IF YOU HAVE TO LEAVE NOW, I
2     THINK WE CAN WAIT UNTIL TOMORROW.
3          I THINK, MR. LISSANDRELLO, YOU HAVE TO LEAVE EARLY.
4          PROSPECTIVE JUROR:  IS THAT OKAY?  ARE YOU TALKING
5     FIVE MINUTE, A COUPLE MINUTES?
6          THE CLERK:  IT'LL BE LESS THAN FIVE.
7          THE COURT:  ALL RIGHT.  IF YOU ALL CAN GO IN NOW,
8     STARTING TOMORROW WE'RE GOING TO BE DOWNSTAIRS IN THE COURTROOM
9     DIRECTLY BELOW HERE, IT'S MUCH SMALLER, AND YOU'LL BE COMING
10    DIRECTLY INTO OUR JURY ROOM, AND THAT'S WHERE YOU'LL COLLECT
11    BEFORE WE START COURT EVERY DAY.
12         ALL RIGHT.  THANK YOU.
13         YES, GO AHEAD AND LEAVE YOUR PAPERWORK ON YOUR CHAIRS,
14    PLEASE.
15         (JURY OUT AT 4:59 P.M.)
16         THE COURT:  ALL RIGHT.  WE GOT DONE.  IT'S 5:00
17    O'CLOCK.
18         SO WE'LL START TOMORROW WITH PRELIMINARY JURY INSTRUCTIONS
19    AND THEN OPENING STATEMENTS, PLEASE.
20         IS THERE ANYTHING MORE WE NEED TO HANDLE TODAY?
21         MR. LEE:  NOT FOR APPLE, YOUR HONOR.
22         MS. MAROULIS:  NOT FOR SAMSUNG, YOUR HONOR.
23         THE COURT:  OKAY, GREAT.  THEN THANK YOU VERY MUCH.
24    I'LL SEE YOU TOMORROW MORNING.
25         (THE EVENING RECESS WAS TAKEN AT 5:00 P.M.)
```

1

2

3                    CERTIFICATE OF REPORTERS

4

5

6

7        WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE

8   UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

9   CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10  HEREBY CERTIFY:

11       THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12  A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13  ABOVE-ENTITLED MATTER.

14

15                    _____

16                    IRENE RODRIGUEZ, CSR, CRR
                      CERTIFICATE NUMBER 8076
17

18                    _____

19                    LEE-ANNE SHORTRIDGE, CSR, CRR
                      CERTIFICATE NUMBER 9595
20

21                    DATED:  MAY 14, 2018

22

23

24

25