```
                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                          SAN JOSE DIVISION



 APPLE INC., A CALIFORNIA          )  C-11-01846 LHK
 CORPORATION,                      )
                                   )  SAN JOSE, CALIFORNIA
                       PLAINTIFF,  )
                                   )  MAY 23, 2018
              VS.                  )
                                   )  VOLUME 7
 SAMSUNG ELECTRONICS CO., LTD.,    )
 A KOREAN BUSINESS ENTITY;         )  PAGES 1402 - 1411
 SAMSUNG ELECTRONICS AMERICA,      )
 INC., A NEW YORK CORPORATION;     )
 SAMSUNG TELECOMMUNICATIONS        )
 AMERICA, LLC, A DELAWARE          )
 LIMITED LIABILITY COMPANY,        )
                                   )
                      DEFENDANTS.  )
                                   )
```

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE

APPEARANCES ON NEXT PAGE

OFFICIAL COURT REPORTERS:     LEE-ANNE SHORTRIDGE, CSR, CRR
                              CERTIFICATE NUMBER 9595
                              IRENE RODRIGUEZ, CSR, CRR, CMR
                              CERTIFICATE NUMBER 8074

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED WITH COMPUTER

```
1    APPEARANCES

2    FOR PLAINTIFF           WILMER, CUTLER, PICKERING,
     APPLE:                  HALE AND DORR
3                            BY:  JOSEPH J. MUELLER
                                  SARAH R. FRAZIER
4                            60 STATE STREET
                             BOSTON, MASSACHUSETTS   02109
5

6                            MORRISON & FOERSTER
                             BY:  NATHAN B. SABRI
7                            425 MARKET STREET, 32ND FLOOR
                             SAN FRANCISCO, CALIFORNIA   94105
8
                             BY:  ERIK OLSON
9                            755 PAGE MILL ROAD
                             PALO ALTO, CALIFORNIA   94304
10

11   ALSO PRESENT:           NOREEN KRALL
                             CYNDI WHEELER
12

13

...

25
```

```
 1
 2      APPEARANCES (CONTINUED)
 3
 4      FOR DEFENDANT           QUINN, EMANUEL, URQUHART & SULLIVAN
        SAMSUNG:                BY:  WILLIAM C. PRICE
 5                              865 SOUTH FIGUEROA STREET, 10TH FLOOR
                                LOS ANGELES, CALIFORNIA  90017
 6
                                BY:  VICTORIA F. MAROULIS
 7                                   BRETT J. ARNOLD
                                555 TWIN DOLPHIN DRIVE
 8                              SUITE 560
                                REDWOOD SHORES, CALIFORNIA  94065
 9
                                BY:  CARL G. ANDERSON
10                              50 CALIFORNIA STREET, 22ND FLOOR
                                SAN FRANCISCO, CALIFORNIA  94111
11
12
        ALSO PRESENT:           CHRIS GRANT
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
             1    SAN JOSE, CALIFORNIA                    MAY 23, 2018

             2                      P R O C E E D I N G S

03:22:17     3           (JURY OUT AT 3:22 P.M.)

03:22:17     4           THE CLERK:  YOUR HONOR, CALLING CASE 11-CV-01846,

03:22:24     5    APPLE, INC., VERSUS SAMSUNG ELECTRONICS, LIMITED, ET AL.

03:22:29     6        COUNSEL, PLEASE COME FORWARD AND STATE YOUR APPEARANCES.

03:22:35     7           MR. MUELLER:  JOE MUELLER FOR APPLE, YOUR HONOR.

03:22:39     8           MS. MAROULIS:  GOOD AFTERNOON, YOUR HONOR.

03:22:40     9        VICTORIA MAROULIS FOR SAMSUNG, AND WITH ME IS

03:22:43    10    MR. BILL PRICE, CARL ANDERSON, AND BRETT ARNOLD.

03:22:46    11           MR. SABRI:  AND, YOUR HONOR, NATHAN SABRI FROM

03:22:48    12    MORRISON & FOERSTER, AND WITH ME IS ERIK OLSON AS WELL.

03:22:52    13           THE COURT:  ALL RIGHT.  GOOD AFTERNOON AND WELCOME.

03:22:54    14        I DON'T KNOW WHY THIS NOTE SAYS NUMBER FIVE.

03:22:57    15           MS. MAROULIS:  I WAS GOING TO ASK THAT, YOUR HONOR.

03:22:59    16           THE COURT:  I THINK OUR FIRST QUESTION SHOULD BE, YOU

03:23:02    17    KNOW, WE HAVE NOT RECEIVED NOTES 2, 3, AND 4.

03:23:18    18           MR. SABRI:  YOUR HONOR, WE THOUGHT PERHAPS THE JUROR

03:23:20    19    ACCIDENTALLY WROTE HER JUROR NUMBER INSTEAD OF NOTE NUMBER --

03:23:24    20    IT COULD BE AS SIMPLE AS THAT.

03:23:26    21           THE COURT:  OH, IS MS. CALDERON NUMBER 5?

03:23:29    22           MR. MUELLER:  SHE IS, YOUR HONOR.

03:23:30    23           THE COURT:  OKAY.  I DON'T HAVE MY BINDER FOR YOUR

03:23:33    24    CASE.

03:23:33    25        SO FIRST I'LL WRITE, "WE HAVE NOT RECEIVED JUROR NOTES
```

| | | |
|---|---|---|
| 03:23:36 | 1 | NUMBERS 2, 3, AND 4.  PLEASE PROVIDE THOSE IF YOU WISH US TO |
| 03:23:47 | 2 | RESPOND." |
| 03:23:48 | 3 | OKAY.  SO LET'S FIRST DO THAT.  I WOULD HATE FOR US TO |
| 03:23:52 | 4 | HAVE NOT RECEIVED THREE OTHER NOTES IF THEY'RE EXPECTING AN |
| 03:23:55 | 5 | ANSWER. |
| 03:23:56 | 6 | I DON'T THINK WE CAN ANSWER THIS QUESTION.  I THINK THEY |
| 03:23:58 | 7 | HAVE THE JURY INSTRUCTIONS. |
| 03:23:59 | 8 | BUT LET ME HEAR FROM THE PARTIES. |
| 03:24:01 | 9 | MR. MUELLER:  WE AGREE.  WE THINK THAT YOUR HONOR |
| 03:24:04 | 10 | SHOULD RESPOND THAT NO FURTHER GUIDANCE CAN BE GIVEN AS TO THE |
| 03:24:07 | 11 | WORD "CONFIGURATION" AND THE JURY SHOULD APPLY THE INSTRUCTIONS |
| 03:24:11 | 12 | AS YOUR HONOR GAVE THEM. |
| 03:24:13 | 13 | MS. MAROULIS:  YOUR HONOR, WE HAVE A PROPOSAL HOW TO |
| 03:24:15 | 14 | ADDRESS THIS BY REFERENCE TO PRIOR INSTRUCTIONS, AND WE HAVE |
| 03:24:18 | 15 | ADDITIONAL LANGUAGE FOR THE COURT TO CONSIDER. |
| 03:24:21 | 16 | WITH RESPECT TO PRIOR INSTRUCTIONS, FINAL INSTRUCTION |
| 03:24:24 | 17 | NUMBER 17 ADDRESSES THE DIFFERENCE BETWEEN UTILITY PATENTS AND |
| 03:24:27 | 18 | DESIGN PATENTS, AND IT'S PARAGRAPH 2 OF THE FINAL INSTRUCTION. |
| 03:24:30 | 19 | THE COURT:  YOU KNOW WHAT?  I'M SORRY TO INTERRUPT |
| 03:24:32 | 20 | YOU.  I'M GOING TO HAVE TO GET MY BINDER.  I DON'T HAVE THE |
| 03:24:36 | 21 | INSTRUCTIONS. |
| 03:24:37 | 22 | I WAS DOING A CASE MANAGEMENT CALENDAR. |
| 03:24:39 | 23 | SO IF YOU'LL JUST GIVE ME HALF A SECOND, I CAN GET IT. |
| 03:24:43 | 24 | THE CLERK:  COURT'S IN RECESS. |
| 03:24:45 | 25 | (RECESS FROM 3:24 P.M. UNTIL 3:25 P.M.) |

```
03:25:15   1                THE COURT:  OKAY.  SO YOU SAID 17?  IS THAT RIGHT?
03:25:17   2                MS. MAROULIS:  YES, YOUR HONOR.
03:25:18   3         I'M LOOKING AT DOCKET NUMBER 3782 FILED ON THE 18TH OF
03:25:24   4    MAY, PAGE 23 OF THE DOCKET FILING.  IT'S 22 OF THE
03:25:29   5    INSTRUCTIONS, AND IT'S FINAL JURY INSTRUCTION NUMBER 17,
03:25:33   6    PATENTS, DASH, IN GENERAL.
03:25:38   7                THE COURT:  AND WHAT IS YOUR PROPOSAL?
03:25:39   8                MS. MAROULIS:  SO THE SECOND PARAGRAPH TALKS ABOUT
03:25:42   9    UTILITY PATENTS AND DESIGN PATENTS, SO BY POINTING THE JURY TO
03:25:45  10    THIS PARAGRAPH, WE CAN ADDRESS THE QUESTION ABOUT WHAT
03:25:52  11    ORNAMENTAL DESIGN IS, BECAUSE IT TALKS ABOUT HOW UTILITY
03:25:55  12    PATENTS COVER WHAT THE PHONE DOES, AND ORNAMENTAL DESIGN COVERS
03:25:58  13    WHAT THE PHONE LOOKS LIKE BY WAY OF INSTRUCTION.
03:26:01  14         WE ALSO PREPARED SOME ADDITIONAL LANGUAGE FOR THE COURT TO
03:26:03  15    CONSIDER IF THE COURT BELIEVES WE SHOULD GO BEYOND THE
03:26:05  16    INSTRUCTION, AND I'M JUST GOING TO READ IT INTO THE RECORD.  WE
03:26:08  17    JUST WROTE IT UP.
03:26:09  18         "'CONFIGURATION' CAN REFER TO THE PLACEMENT OR ARRANGEMENT
03:26:13  19    OF THE CLAIMED DESIGN ELEMENTS RELATIVE TO EACH OTHER."
03:26:17  20                THE COURT:  OH, I'M NOT GOING TO ADD A NEW
03:26:19  21    SUBSTANTIVE FINAL JURY INSTRUCTION.
03:26:21  22                MS. MAROULIS:  UNDERSTOOD, YOUR HONOR.  WE THOUGHT
03:26:24  23    WE'D OFFER THAT FOR THE COURT.
03:26:26  24         BUT MOSTLY WE CAN REFER THE JURY TO THE SECOND PARAGRAPH
03:26:29  25    OF INSTRUCTION NUMBER 17.
```

```
03:26:31   1              MR. MUELLER:  AND WE OBJECT.  WE DON'T THINK IT'S
03:26:34   2   APPROPRIATE TO CHERRY PICK CERTAIN SENTENCES AND REFER THE JURY
03:26:36   3   TO THOSE.
03:26:37   4         I THINK THE PURPOSE OF WHAT'S BEING SUGGESTED TO YOU IS TO
03:26:39   5   SUGGEST TO THE JURY THAT A DESIGN PATENT COULD NOT COVER THE
03:26:43   6   FULL DEVICE, INCLUDING THE INTERNAL COMPONENTS.
03:26:45   7         THAT'S NOT TRUE.
03:26:46   8         SO WE WOULD OBJECT TO THAT SPECIFIC PROPOSAL.
03:26:50   9         WE ALSO THINK THE APPROPRIATE COURSE AT THIS TIME IS
03:26:52  10   SIMPLY TO TELL THE JURY TO APPLY THE INSTRUCTIONS AS YOUR HONOR
03:26:55  11   GAVE THEM.
03:26:56  12              THE COURT:  ALL RIGHT.  AND I WILL JUST NOTE FOR THE
03:26:58  13   RECORD, JURY INSTRUCTION NUMBER 17 WAS ACTUALLY GIVEN TWICE.
03:27:01  14   IT WAS GIVEN IN PRELIMINARY JURY INSTRUCTIONS AND, AT SAMSUNG'S
03:27:04  15   REQUEST, IN THE FINAL JURY INSTRUCTIONS.  SO THEY DO HAVE IT,
03:27:08  16   AND THEY HAVE IT IN BOTH FORMS.
03:27:12  17              MS. MAROULIS:  THAT'S CORRECT, YOUR HONOR.  THAT'S
03:27:13  18   INSTRUCTION --
03:27:14  19              THE COURT:  SO THE PARTIES SAID ALLOW THEM TO KEEP
03:27:16  20   THE PRELIMINARY JURY INSTRUCTIONS DURING DELIBERATIONS.
03:27:18  21              MR. MUELLER:  THEY HAVE --
03:27:20  22              THE COURT:  SO I WOULD PREFER NOT TO UNDULY EMPHASIZE
03:27:23  23   ANY PARTICULAR FINAL JURY INSTRUCTION OR ONE SENTENCE OR TWO
03:27:29  24   SENTENCES OF ANY --
03:27:36  25              MS. MAROULIS:  YOUR HONOR, IF THE COURT IS CONCERNED
```

```
03:27:38   1    WITH SINGLING OUT THE PARAGRAPH, WE CAN JUST REFER THEM TO THE
03:27:41   2    FINAL INSTRUCTION 17, WHICH IS ALSO, AS YOUR HONOR SAID,
03:27:45   3    PRELIMINARY INSTRUCTION 19.
03:27:46   4            MR. MUELLER:  WE HAVE THE SAME CONCERN, YOUR HONOR.
03:27:48   5    WE COULD ALSO SELECT OTHER NUMBERS OF OTHER INSTRUCTIONS
03:27:50   6    THAT ARE EQUALLY RELEVANT.
03:27:51   7    WE DON'T THINK THAT'S APPROPRIATE AND THE APPROPRIATE
03:27:53   8    COURSE IS TO DO, WE THINK, AS YOUR HONOR SUGGESTED.  THEY HAVE
03:27:56   9    THE INSTRUCTIONS.  THEY CAN REVIEW THEM.
03:27:58  10    BUT WE DON'T THINK WE SHOULD SINGLE OUT PARTICULAR
03:28:01  11    INSTRUCTIONS, ESPECIALLY WHEN, YOUR HONOR, WE CANNOT PROVIDE
03:28:04  12    FURTHER GUIDANCE ON THE MEANING OF THE WORD "CONFIGURATION,"
03:28:07  13    WHICH IS THE PARTICULAR QUESTION THEY'VE RAISED.
03:28:20  14            THE COURT:  WELL, WHAT'S THE PHRASING?  "YOU HAVE THE
03:28:23  15    FINAL JURY INSTRUCTIONS.  NO FURTHER GUIDANCE CAN BE PROVIDED"?
03:28:26  16            MR. MUELLER:  WE'D BE CONTENT WITH THAT, YOUR HONOR.
03:28:30  17            MS. MAROULIS:  YOUR HONOR, SAMSUNG SUGGESTS THAT WE
03:28:32  18    REFER THEM TO NUMBER 17, BUT WE UNDERSTAND WHAT YOUR HONOR IS
03:28:35  19    SAYING.
03:28:35  20    BECAUSE REFERRING THEM TO INSTRUCTION 17, WITHOUT SINGLING
03:28:38  21    OUT ANY PARAGRAPH, GIVES THEM THE FULL CONTEXT OF WHAT A PATENT
03:28:42  22    IS.
03:28:42  23            THE COURT:  BUT THEY'VE HAD THAT TWICE AND I THINK
03:28:44  24    THEY HAVE IT IN AND THEY'RE STILL ASKING THE QUESTION, AND I
03:28:47  25    DON'T THINK IT'S APPROPRIATE TO GIVE UNDUE INFLUENCE TO ONE
```

```
03:28:49   1        INSTRUCTION AT THE EXPENSE OF OTHERS.
03:28:57   2             FINAL JURY INSTRUCTION NUMBER 1 SAYS THEY HAVE TO FOLLOW
03:28:59   3        ALL OF THEM, NOT SINGLE OUT SOME AND IGNORE OTHERS, THEY'RE ALL
03:29:03   4        IMPORTANT.  SO I WOULD PREFER NOT TO DO THAT.
03:29:05   5             SO THIS IS WHAT I'M GOING TO -- I'M GOING TO HANDWRITE THE
03:29:08   6        ANSWER.  I'LL READ IT TO YOU ONE MORE TIME BEFORE I SEND IT IN.
03:29:12   7             (PAUSE IN PROCEEDINGS.)
03:29:57   8             THE COURT:  MAYBE I SHOULD JUST SAY, "YOU HAVE THE
03:29:59   9        JURY INSTRUCTIONS," INSTEAD OF "FINAL" SINCE NUMBER 17 IS IN
03:30:02  10        BOTH THE PRELIMINARY AND THE FINAL.
03:30:04  11             MR. MUELLER:  THAT'S FINE, YOUR HONOR.
03:30:05  12             MS. MAROULIS:  YOUR HONOR, JUST FOR THE RECORD, WE
03:30:07  13        OBJECT TO NOT POINTING TO JURY INSTRUCTION 17 AND PROVIDING
03:30:10  14        ADDITIONAL LANGUAGE.
03:30:24  15             THE COURT:  UNDERSTOOD.  THEY WANT US TO PROVIDE A
03:30:28  16        FURTHER DEFINITION OF WHAT "CONFIGURATION" MEANS WITHIN AN
03:30:32  17        ORNAMENTAL DESIGN, AND I'M JUST NOT GOING TO DO FURTHER --
03:30:40  18        FURTHER EXPLANATION OF WHAT "CONFIGURATION" MEANS.
03:30:59  19             OKAY.  SO THIS IS WHAT I WROTE:  "WE HAVE NOT RECEIVED
03:31:02  20        JUROR NOTES NUMBERED 2, 3, AND 4.  PLEASE PROVIDE THOSE IF YOU
03:31:06  21        WOULD LIKE US TO RESPOND.
03:31:10  22             "YOU HAVE THE JURY INSTRUCTIONS.  NO FURTHER GUIDANCE CAN
03:31:13  23        BE PROVIDED."
03:31:21  24             TODAY IS MAY 23RD, 2018.
03:31:26  25             AND WHAT IS THE TIME, 3:30?
```

```
03:31:30   1              THE CLERK:  3:31, YOUR HONOR.
03:31:32   2              THE COURT:  OKAY.  ALL RIGHT.
03:31:33   3    THANK YOU.  I'LL HAVE MS. MASON FILE THIS NOTE.
03:31:36   4              MR. MUELLER:  THANK YOU, YOUR HONOR.
03:31:37   5              MS. MAROULIS:  THANK YOU, YOUR HONOR.
03:31:39   6         (THE PROCEEDINGS WERE CONCLUDED AT 3:31 P.M.)
           7
           8
           9
          10
          11
          12
          13
          14
          15
          16
          17
          18
          19
          20
          21
          22
          23
          24
          25
```

CERTIFICATE OF REPORTERS

WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

*Irene Rodriguez*

_____
IRENE RODRIGUEZ, CSR, CRR
CERTIFICATE NUMBER 8076

*Lee-Anne Shortridge*

_____
LEE-ANNE SHORTRIDGE, CSR, CRR
CERTIFICATE NUMBER 9595

DATED:  MAY 23, 2018