1        UNITED STATES DISTRICT COURT

2      NORTHERN DISTRICT OF CALIFORNIA

3         SAN JOSE DIVISION

4

5

        APPLE INC., A CALIFORNIA      )  C-11-01846 LHK
6       CORPORATION,                  )
                                      )  SAN JOSE, CALIFORNIA
7                  PLAINTIFF,         )
                                      )  MAY 24, 2018
8            VS.                      )
                                      )  VOLUME 8
9       SAMSUNG ELECTRONICS CO., LTD.,)
        A KOREAN BUSINESS ENTITY;     )  PAGES 1412 - 1468
10      SAMSUNG ELECTRONICS AMERICA,  )
        INC., A NEW YORK CORPORATION; )
11      SAMSUNG TELECOMMUNICATIONS    )
        AMERICA, LLC, A DELAWARE      )
12      LIMITED LIABILITY COMPANY,    )
                                      )
13                 DEFENDANTS.        )
        _____)

14

15

16            TRANSCRIPT OF PROCEEDINGS
            BEFORE THE HONORABLE LUCY H. KOH
17            UNITED STATES DISTRICT JUDGE

18

19

20         APPEARANCES ON NEXT PAGE

21

22   OFFICIAL COURT REPORTERS:    LEE-ANNE SHORTRIDGE, CSR, CRR
                                  CERTIFICATE NUMBER 9595
23                                IRENE RODRIGUEZ, CSR, CRR, CMR
                                  CERTIFICATE NUMBER 8074

24

25      PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
            TRANSCRIPT PRODUCED WITH COMPUTER

1       APPEARANCES

2


3       FOR PLAINTIFF            WILMER, CUTLER, PICKERING,
        APPLE:                   HALE AND DORR
4                                BY:   JOSEPH J. MUELLER
                                       SARAH R. FRAZIER
5                                60 STATE STREET
                                 BOSTON, MASSACHUSETTS  02109
6

7                                MORRISON & FOERSTER
                                 BY:   NATHAN B. SABRI
8                                425 MARKET STREET, 32ND FLOOR
                                 SAN FRANCISCO, CALIFORNIA  94105
9
                                 BY:   ERIK OLSON
10                               755 PAGE MILL ROAD
                                 PALO ALTO, CALIFORNIA  94304
11

12      ALSO PRESENT:            NOREEN KRALL
                                 CYNDI WHEELER
13

14

15

16

17

18

19

20

21

22

23

24

25

1

2     APPEARANCES (CONTINUED)

3

4     FOR DEFENDANT            QUINN, EMANUEL, URQUHART & SULLIVAN
      SAMSUNG:                 BY:  JOHN B. QUINN
5                              865 SOUTH FIGUEROA STREET, 10TH FLOOR
                               LOS ANGELES, CALIFORNIA  90017
6
                               BY:  VICTORIA F. MAROULIS
7                                   BRETT J. ARNOLD
                               555 TWIN DOLPHIN DRIVE
8                              SUITE 560
                               REDWOOD SHORES, CALIFORNIA  94065
9
                               BY:  CARL G. ANDERSON
10                             50 CALIFORNIA STREET, 22ND FLOOR
                               SAN FRANCISCO, CALIFORNIA  94111
11

12    ALSO PRESENT:            CHRIS GRANT

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1    SAN JOSE, CALIFORNIA                    MAY 24, 2018
2                    P R O C E E D I N G S
3        (JURY OUT AT 9:12 A.M.)
4            THE COURT:  GOOD MORNING AND WELCOME.
5            MS. MAROULIS:  GOOD MORNING, YOUR HONOR.
6            MR. MUELLER:  GOOD MORNING, YOUR HONOR.
7            THE COURT:  I'M GOING TO SEAL THE COURTROOM, SO I'M
8    GOING TO ASK ANYONE WHO IS NOT A PARTY TO PLEASE STEP OUTSIDE.
9        I'M GOING TO ASK THE PARTIES IF YOU CAN IDENTIFY WHOEVER
10   IS LEFT TO MAKE SURE -- THIS IS GOING TO BE UNDER SEAL.
11            AUDIENCE MEMBER:  JUDGE, MAY I ASK A QUICK QUESTION,
12   PLEASE?  WILL YOU LET US KNOW WHEN WE CAN COME BACK IN?
13            THE COURT:  YES.
14            AUDIENCE MEMBER:  THANK YOU.
15            MR. MUELLER:  I CAN VERIFY THAT THE FOLKS ON THE
16   RIGHT-HAND SIDE OF THE COURTROOM ARE WITH APPLE.
17            THE COURT:  OKAY.  AND MS. MAROULIS, IF --
18        IF ANYONE IS A JOURNALIST, THEY NEED TO STEP OUTSIDE.
19            MS. MAROULIS:  YOUR HONOR, THESE ARE ALL SAMSUNG
20   REPRESENTATIVES ON THIS SIDE OF THE COURTROOM.
21            THE COURT:  OKAY.  ALL RIGHT.  SO I'M GOING TO SEAL
22   THIS RIGHT NOW.
23        LET ME JUST WAIT UNTIL THE DOOR IS CLOSED.
24        OKAY.  I'M SEALING THIS BECAUSE I DON'T WANT THERE TO BE
25   ANY CONTAMINATION OF THE JURY DELIBERATIONS.  AT A LATER POINT,
```

Column timestamps:
09:12:04 (2)
09:12:04 (3)
09:12:05 (4)
09:12:08 (5)
09:12:09 (6)
09:12:11 (7)
09:12:13 (8)
09:12:16 (9)
09:12:20 (10)
09:12:27 (11)
09:12:30 (12)
09:12:33 (13)
09:12:34 (14)
09:12:38 (15)
09:12:40 (16)
09:12:43 (17)
09:12:45 (18)
09:12:48 (19)
09:12:50 (20)
09:12:52 (21)
09:12:54 (22)
09:12:55 (23)
09:13:00 (24)
09:13:04 (25)

09:13:08 1   YOU KNOW, WE CAN UNSEAL IT AT THAT TIME, BUT RIGHT NOW I DON'T

09:13:12 2   WANT THIS TO IN ANY WAY TAINT OUR JURY WHO ARE DELIBERATING.

09:13:16 3       SO I'D ASK MS. MASON TO PLACE ON THE RECORD -- SHE HAD A

09:13:22 4   CONVERSATION WITH A JUROR AND I'D LIKE TO THEN BRING THAT ONE

09:13:25 5   JUROR UP.

09:13:27 6       THEY'RE ALL STILL IN THE JURY ASSEMBLY ROOM.  THEY HAVE

09:13:30 7   NOT BEGUN DELIBERATIONS TODAY.  THEY HAVE NOT BEEN BROUGHT UP

09:13:32 8   INTO THE JURY ROOM FOR DELIBERATIONS.

09:13:35 9       SO MS. MASON, CAN YOU -- SO MS. MASON DOES GET THE LUNCH

09:13:38 10  ORDERS FROM THE JURORS, AND THEN WHEN THEY HAVE MILAGE

09:13:41 11  REIMBURSEMENT PROBLEMS OR -- WHY DON'T YOU GO AHEAD, MS. MASON,

09:13:45 12  AND TELL US WHAT, WHAT THEY CONTACTED YOU FOR AND WHAT

09:13:49 13  HAPPENED.  GO AHEAD, PLEASE.

09:13:50 14       THE CLERK:  YOUR HONOR, NORMALLY THEY WILL CONTACT ME

09:13:51 15   FOR THE LUNCH ORDERS, JURY CERTIFICATES, PARKING, MILEAGE

09:13:55 16   ISSUES, ANY DELAYS THAT THEY MAY HAVE ARRIVING AT THE

09:13:58 17   COURTHOUSE OR SCHEDULING ISSUES, LIKE I BELIEVE MS. SALDANA HAD

09:14:01 18   ABOUT HER INTERVIEW, REMINDING OF HER INTERVIEW THAT SHE HAD TO

09:14:04 19   LEAVE EARLY ONE DAY.

09:14:06 20      SO JUROR NUMBER 6 LEFT A VOICEMAIL MESSAGE YESTERDAY AND

09:14:09 21   SAID THAT HE WOULD LIKE A RETURN PHONE CALL.

09:14:13 22      IT WAS VERY GENERIC, SO I THOUGHT IT HAD SOMETHING TO DO

09:14:16 23  WITH HIS LUNCH ORDER BECAUSE HE DID NOT PLACE A LUNCH ORDER

09:14:19 24  YESTERDAY.

09:14:20 25      SO I CALLED HIM BACK AND HE SAID THAT HE WAS HAVING ISSUES

09:14:23   1    WITH A JUROR, IT WAS CAUSING HIM A LOT OF STRESS, HE DIDN'T

09:14:26   2    THINK DELIBERATIONS WOULD TAKE THIS LONG, AND IT'S AFFECTING

09:14:29   3    HIS JOB.  IF THINGS CAN'T BE RESOLVED BY TODAY, HE WOULD LIKE

09:14:32   4    TO WITHDRAW.

09:14:33   5         AND I TOLD HIM THAT I COULD NOT HELP HIM AND THAT HE

09:14:36   6    NEEDED TO SEND A NOTE FOR THE COURT'S ASSISTANCE.

09:14:38   7              THE COURT:  OKAY.  THANK YOU.

09:14:40   8         NOW, I DID NOT WANT MR. LISSANDRELLO TO SEND A NOTE IN THE

09:14:47   9    EVENT THAT HE PERHAPS PUT SOMETHING IN THERE ABOUT WHAT HIS

09:14:50   10   PROBLEM IS SPECIFICALLY WITH THIS OTHER JUROR THAT MIGHT

09:14:54   11   DISCLOSE DELIBERATIONS.

09:14:57   12        SO RATHER THAN HAVE HIM DO A NOTE, I'D LIKE TO HAVE HIM

09:15:01   13   BROUGHT UP INDIVIDUALLY AND I WILL OFFER TO HIM -- AND I'M

09:15:06   14   SORRY, YOU MAY TAKE A SEAT.

09:15:08   15              MR. MUELLER:  THANK YOU.

09:15:08   16              THE COURT:  -- I WILL OFFER -- I APOLOGIZE.  I JUST

09:15:12   17    FORGOT.

09:15:13   18        I WILL OFFER TO HIM THAT I AM HAPPY TO CALL OR WRITE HIS

09:15:17   19   EMPLOYER TO LET THEM KNOW HOW IMPORTANT WE THINK HIS JURY

09:15:21   20   SERVICE IS AND HOW MUCH WE WOULD VERY MUCH LIKE HIM TO COMPLETE

09:15:24   21   HIS SERVICE.

09:15:30   22        I WILL ALSO TRY TO IMPRESS UPON HIM HOW, YOU KNOW, IT'S

09:15:35   23   IMPORTANT FOR HIM TO COMPLETE HIS SERVICE AND PERHAPS, YOU

09:15:39   24   KNOW, REMIND HIM OF THE JURY INSTRUCTION THAT HE, YOU KNOW,

09:15:43   25   SHOULD NOT JUST REACH A DECISION QUICKLY JUST TO GET IT DONE.

09:15:48  1           I APOLOGIZE.  I DON'T HAVE THE EXACT INSTRUCTION AT MY

09:16:01  2   FINGERTIPS, BUT I'LL REMIND HIM OF THAT BECAUSE I DON'T WANT

09:16:04  3   HIM TO FEEL LIKE HE JUST NEEDS TO COME TO ANY DECISION TODAY SO

09:16:08  4   HE CAN LEAVE.

09:16:09  5           BUT LET ME HEAR FROM THE PARTIES WHAT, IF ANYTHING, ELSE

09:16:17  6   YOU WOULD LIKE ME TO SAY TO HIM.

09:16:18  7           I WILL CERTAINLY IMPRESS UPON HIM THAT HE CANNOT DISCLOSE

09:16:22  8   ANYTHING ABOUT THE DELIBERATIONS, AND IF HE CANNOT TELL US WHAT

09:16:24  9   HIS PROBLEM IS WITHOUT DISCLOSING THAT, THEN HE PROBABLY SHOULD

09:16:28  10  NOT TELL US ABOUT THE PROBLEM.

09:16:30  11          THE PARTICULAR INSTRUCTION IS NUMBER 19, WHICH TALKS ABOUT

09:16:37  12  HOW IMPORTANT IT IS TO REACH A UNANIMOUS VERDICT, BUT ONLY IF

09:16:42  13  EACH OF YOU CAN DO SO HAVING MADE YOUR OWN CONSCIENTIOUS

09:16:46  14  DECISION.  DO NOT BE UNWILLING TO CHANGE YOUR OPINION IF THE

09:16:49  15  DISCUSSION PERSUADES YOU THAT YOU SHOULD, BUT DO NOT COME TO A

09:16:52  16  DECISION SIMPLY BECAUSE OTHER JURORS THINK IT IS RIGHT OR

09:16:56  17  CHANGE AN HONEST BELIEF ABOUT THE WEIGHT AND EFFECT OF THE

09:16:59  18  EVIDENCE SIMPLY TO REACH A VERDICT.

09:17:02  19          SO WHAT -- YOU KNOW, I COULD ALSO OFFER TO BRING IN ALL OF

09:17:14  20  THE JURORS, OR -- WHAT ARE YOUR THOUGHTS?

09:17:17  21          I MEAN, WE MAY WANT TO HEAR FROM HIM FIRST AND THEN HAVE

09:17:21  22  HIM STEP OUTSIDE AND I CAN TALK TO YOU AGAIN.

09:17:23  23            MR. MUELLER:  MAY WE CONFER WITH OUR CLIENT FOR JUST

09:17:26  24   ONE MOMENT?

09:17:27  25            THE COURT:  YES.

09:17:27  1          MS. MAROULIS:  AND, YOUR HONOR, MAY I SEEK A

09:17:29  2     CLARIFICATION?  WAS THE JUROR CONCERNED ABOUT STRESS TO HIS JOB

09:17:32  3     AS A RESULT OF BEING HERE, OR IS IT THAT SOMETHING IS GOING ON

09:17:37  4     IN THE ROOM THAT'S CAUSING HIM STRESS THAT'S AFFECTING HIS JOB?

09:17:41  5     OR IS IT BOTH?

09:17:43  6          THE COURT:  I THINK IT WAS BOTH.  I THINK -- AND TO

09:17:44  7     BE FAIR, WE DID ASSUME THAT THIS VERDICT MIGHT BE RENDERED BY

09:17:48  8     YESTERDAY, AND UNFORTUNATELY, THEY HAD TO ONLY DELIBERATE UNTIL

09:17:50  9     1:00 O'CLOCK ON TUESDAY BECAUSE OF THE JOB INTERVIEW.

09:17:52  10         SO TO BE FAIR, IT PROBABLY IS GOING A LITTLE BIT LONGER

09:17:56  11    THAN THEY HAD ANTICIPATED.  I THINK WE HAD -- I HAD REPRESENTED

09:18:00  12    DURING JURY SELECTION THAT IT MIGHT BE ENDING MID-WEEK.  IT

09:18:03  13    CERTAINLY WOULDN'T BE GOING INTO NEXT WEEK WE THOUGHT.

09:18:07  14         SO I THINK THAT'S ONE ISSUE, THAT HE'S MISSING MORE WORK

09:18:11  15    THAN HE THOUGHT AND THAT'S CAUSING HIM STRESS, WHICH IS WHY I'M

09:18:14  16    GOING TO OFFER TO TALK TO HIS EMPLOYER.

09:18:16  17         BUT I THINK HE'S ALSO HAVING A CONFLICT WITH ANOTHER JUROR

09:18:19  18    AND THAT CONFLICT IS ALSO CAUSING HIM STRESS.

09:18:21  19         SO I THINK IT'S BOTH, BUT I DON'T REALLY KNOW.  WE'LL HAVE

09:18:24  20    TO SEE FROM HIM.

09:18:26  21         MS. MAROULIS:  YOUR HONOR, WE ALSO WOULD LIKE TO

09:18:27  22    CONFER WITH THE CLIENTS, BUT IF IT'S THE FIRST ISSUE, THEN

09:18:31  23    REACHING OUT TO HIS EMPLOYER FROM BOTH THE COURT AND THE

09:18:34  24    PARTIES COLLECTIVELY SHOULD HELP AS A MATTER OF ASSUAGING HIS

09:18:38  25    STRESS.

09:18:39   1          BUT IF IT'S THE LATTER, I NEED TO TALK TO THE CLIENTS.

09:18:42   2              THE COURT:  OKAY.

09:18:42   3              MR. MUELLER:  MAY I CONFER?

09:18:44   4              THE COURT:  OKAY.  WHY DON'T YOU DO THAT?  I'M

09:18:45   5   WONDERING, THOUGH -- I'M CONCERNED WHETHER MR. LISSANDRELLO IS

09:18:48   6   WRITING HIS NOTE.  I CERTAINLY DON'T WANT HIM TO DO IT IN FRONT

09:18:51   7   OF --

09:18:52   8          HAS HE BEEN BROUGHT UP?

09:18:53   9              THE CLERK:  I DID ASK DENISA TO BRING HIM UP, AND

09:18:56  10   THEY ARE GOING TO WAIT IN THE HALLWAY TOGETHER, BUT THEY ARE

09:18:59  11   NOT IN THE ROOM.  THEY MAY BE IN THE HALLWAY.  I CAN CHECK.

09:19:02  12              THE COURT:  LET'S SEE IF HE'S THERE.  I DON'T WANT

09:19:04  13   HIM TO WRITE A NOTE.

09:19:05  14          WOULD ANYONE OBJECT TO MS. MASON TELLING HIM NOT TO WRITE

09:19:08  15   A NOTE?

09:19:08  16              MR. MUELLER:  NO, NO OBJECTION.

09:19:10  17              MS. MAROULIS:  NO OBJECTION.

09:19:11  18              THE COURT:  OKAY.  IF HE HAS WRITTEN A NOTE, I'M

09:19:14  19   GOING TO ASK HIM TO KEEP IT TO HIMSELF.  OKAY?

09:19:16  20          IS THAT OKAY IF MS. MASON LETS HIM KNOW THAT?

09:19:19  21              MR. MUELLER:  YES.

09:19:20  22              MS. MAROULIS:  YES, YOUR HONOR.

09:19:21  23              THE COURT:  OKAY.  IF YOU WOULD, PLEASE.  THANK YOU.

09:19:24  24          (PAUSE IN PROCEEDINGS.)

09:19:34  25              THE CLERK:  THEY'RE NOT IN THE HALLWAY YET.  LET ME

| | |
|---|---|
| 09:19:37 | 1 |
| 09:19:41 | 2 |
| 09:19:43 | 3 |
| 09:19:46 | 4 |
| 09:19:52 | 5 |
| 09:20:00 | 6 |
| 09:20:02 | 7 |
| 09:20:05 | 8 |
| 09:20:08 | 9 |
| 09:20:08 | 10 |
| 09:20:11 | 11 |
| 09:22:34 | 12 |
| 09:22:43 | 13 |
| 09:22:47 | 14 |
| 09:22:49 | 15 |
| 09:22:53 | 16 |
| 09:22:55 | 17 |
| 09:22:59 | 18 |
| 09:23:03 | 19 |
| 09:23:08 | 20 |
| 09:23:10 | 21 |
| 09:23:15 | 22 |
| 09:23:26 | 23 |
| 09:23:28 | 24 |
| 09:23:31 | 25 |

CHECK WITH DENISA.

        THE COURT:  YOU KNOW, WE HAD SO MANY PROBLEMS WITH

JURY SELECTION, SHOULD I JUST GO DOWNSTAIRS?

        THE CLERK:  I CAN TEXT HER.

    (PAUSE IN PROCEEDINGS.)

        THE COURT:  WHY DON'T YOU GO DOWN?

        THE CLERK:  YES.  LET ME JUST GRAB MY BADGE.

        THE COURT:  I DON'T WANT ISSUES LIKE WE HAD WITH JURY

SELECTION.

    OKAY.  THANK YOU.

    (RECESS FROM 9:20 A.M. UNTIL 9:22 A.M.)

        THE COURT:  ALL RIGHT.  HAVE YOU CONFERRED AND WHAT

ADVICE DO YOU HAVE ABOUT QUESTIONING OUR JUROR?

        MR. MUELLER:  WE HAVE, YOUR HONOR.

    AND ON APPLE'S BEHALF, I'D OFFER THREE POINTS WHICH I

THINK ARE REPETITIVE OF WHAT YOUR HONOR HAS SUGGESTED.

    BUT, FIRST, WE DO THINK IT'S IMPORTANT THAT WHEN THE JUROR

FIRST ENTERS THE COURTROOM, THAT YOU INSTRUCT HIM NOT TO REVEAL

THE CONTENTS OF ANY DISCUSSIONS AMONG THE JURY AND TO BE VERY

CAREFUL TO STEER CLEAR OF THAT.

    SECOND, WE DO THINK THE OFFER BY YOUR HONOR TO CONTACT HIS

EMPLOYER TO TRY TO ASSUAGE HIS CONCERNS VIS-À-VIS HIS EMPLOYER

IS APPROPRIATE AND WE THINK THAT'S A GOOD IDEA.

    AND THE THIRD THING IS WE DO THINK REMINDING THE JURY OF

INSTRUCTION NUMBER 19 IN THE FINAL JURY INSTRUCTION SET IS

09:23:34  1      APPROPRIATE.

09:23:35  2              WE WOULD LEAVE IT AT THAT FOR NOW, YOUR HONOR.

09:23:38  3              TO THE EXTENT THAT HE GIVES US ADDITIONAL INFORMATION, WE

09:23:42  4      WOULD RESPECTFULLY REQUEST AN OPPORTUNITY TO CONFER WITH OUR

09:23:44  5      CLIENT BEFORE ANY FURTHER STEPS.

09:23:46  6              BUT BASED ON WHAT WE KNOW NOW, WE THINK THOSE THREE STEPS

09:23:50  7      ARE APPROPRIATE:  ENCOURAGING HIM NOT TO REVEAL THE CONTENT OF

09:23:53  8      ANY DISCUSSION; OFFERING TO CONTACT HIS EMPLOYER; AND REMINDING

09:23:58  9      HIM OF INSTRUCTION NUMBER 19.

09:23:59  10              THE COURT:  AND ARE YOU RECOMMENDING THEN THAT I NOT

09:24:01  11     ASK HIM WHAT HIS CONCERNS ARE AND JUST GIVE HIM THOSE

09:24:04  12     THREE PIECES OF INFORMATION?

09:24:05  13              MR. MUELLER:  YES, YOUR HONOR.  I THINK THAT WOULD BE

09:24:07  14     TOO GREAT A RISK IN TERMS OF REVEALING THE CONTENT OF ANY

09:24:10  15     DELIBERATIONS.

09:24:18  16              THE COURT:  DO YOU WANT ME TO READ THE ENTIRE

09:24:19  17     NUMBER 19, OR JUST THAT LAST PARAGRAPH?

09:24:23  18              MR. MUELLER:  THE ENTIRE INSTRUCTION, YOUR HONOR,

09:24:25  19     JUST TO AVOID PLACING EMPHASIS ON ANY PARTICULAR PIECE, BUT TO

09:24:33  20     GIVE THE FULL INSTRUCTION.

09:24:35  21              THE COURT:  OKAY.

09:24:37  22              MS. MAROULIS:  YOUR HONOR, WE DON'T HAVE ANY

09:24:41  23     OBJECTIONS TO CONTACTING HIS EMPLOYER AND OFFERING THAT AS A

09:24:44  24     SOLUTION FOR THE JUROR'S ISSUES.

09:24:48  25              WE'RE CONSIDERING WHETHER THE INSTRUCTION 19 SHOULD BE

```
09:24:51   1    READ TO EVERYONE AS OPPOSED TO JUST HIM SO HE DOESN'T FEEL

09:24:55   2    SINGLED OUT.

09:24:56   3         IN OTHER WORDS, WE'RE GOING TO TALK TO HIM INDIVIDUALLY

09:24:59   4    WITHOUT ANYONE ELSE, BUT WHETHER THERE SHOULD BE ALSO A READING

09:25:02   5    OF THE INSTRUCTION TO EVERYONE.

09:25:04   6         THE COURT:  WHAT'S YOUR VIEW ON THAT?

09:25:05   7         MR. MUELLER:  MAY I CONFER, YOUR HONOR?

09:25:07   8         THE COURT:  YES.

09:25:08   9         MS. MAROULIS:  AND, YOUR HONOR, IT MIGHT BE THAT WE

09:25:10  10    SHOULD DO THIS -- WE SHOULD DECIDE ON THAT AFTER WE SPEAK WITH

09:25:14  11    HIM.  I JUST WANTED TO PUT IT ON YOUR HONOR'S RADAR SCREEN.

09:25:17  12         THE COURT:  OKAY.  BUT ARE YOU SAYING THEN DON'T READ

09:25:20  13    IT TO HIM, AND WHAT IF WE DECIDE AFTERWARD THAT IT ONLY NEEDS

09:25:24  14    TO GO TO HIM?  THEN JUST BRING HIM BACK BEFORE WE BRING UP THE

09:25:30  15    REST OF THE JURORS?

09:25:30  16         MS. MAROULIS:  THAT MIGHT BE THE MOST PRUDENT COURSE,

09:25:33  17    BECAUSE WE DON'T KNOW WHAT HE HAS TO SAY YET.

09:25:35  18         THE COURT:  OKAY.  BUT WHAT MR. MUELLER IS SAYING IS

09:25:37  19    DON'T HAVE HIM SPEAK AT ALL.  WE WANT TO ASK HIM A QUESTION.

09:25:44  20         MR. MUELLER:  AND HE'S THE JUROR WHO'S EXPRESSED THE

09:25:47  21    CONCERN, AND SO GIVING HIM AN INSTRUCTION THAT ALL THE JURY HAS

09:25:51  22    RECEIVED ALREADY, WE'RE FINE WITH THAT.  WE'RE FINE WITH THAT.

09:25:56  23         WHETHER TO BRING THE ENTIRE JURY IN TO REINSTRUCT THEM ON

09:25:59  24    NUMBER 19, I'D HAVE TO CONFER WITH MY CLIENT.

09:26:02  25         THE COURT:  UM-HUM.
```

09:26:02    1          MR. MUELLER:  YOU KNOW, FOR ONE THING, JUST TO KEEP

09:26:04    2    THE PROCESS MOVING, THAT WOULD INTRODUCE SOME ADDITIONAL DELAY

09:26:08    3    WHEN THEY'RE ACTUALLY STARTING DELIBERATIONS.

09:26:09    4          BUT IF I COULD CONFER WITH MY CLIENT?

09:26:11    5          THE COURT:  ALL RIGHT.  I WOULD PREFER JUST TO GIVE

09:26:13    6    IT TO HIM BECAUSE HE HAS EXPRESSED A CONCERN THAT IF IT DOESN'T

09:26:18    7    RESOLVE TODAY, HE'S OUT.

09:26:20    8          AND SO I AM CONCERNED THAT FOR HIM, HE'S PUT SORT OF A

09:26:26    9    NATURAL TIME LIMIT ON IT, AND I DON'T HAVE ANY INDICATION THAT

09:26:32   10    ANY OTHER JURORS FEEL AS HE DOES, THAT HE'S PUT A TIME CLOCK ON

09:26:37   11    TODAY IS IT OR I'M OUT.  THAT'S MY ONLY CONCERN.

09:26:41   12          BUT GO AHEAD AND CONFER.  IF YOU REACH AGREEMENT, I'LL DO

09:26:45   13    IT HOWEVER YOU WISH.

09:26:47   14          (PAUSE IN PROCEEDINGS.)

09:27:49   15          MS. MAROULIS:  YOUR HONOR, WE CONFERRED FURTHER AND

09:27:51   16    WE'RE WITHDRAWING THE REQUEST TO READ IT TO EVERYONE.  WE'RE

09:27:54   17    FINE JUST READING IT TO JUROR NUMBER 6.

09:27:56   18          THE COURT:  OKAY.  AND WHAT ABOUT THIS:  WHAT IF -- I

09:27:59   19    AM REALLY CONCERNED IF WE GIVE HIM AN OPEN-ENDED QUESTION THAT

09:28:03   20    HE MIGHT DISCLOSE DELIBERATIONS.  WHAT IF, WHEN WE BROUGHT HIM

09:28:07   21    IN, I CAN JUST SAY, "MR. LISSANDRELLO, I UNDERSTAND THAT YOU

09:28:10   22    ARE FEELING SOME STRESS ABOUT THE DELIBERATIONS GOING A LITTLE

09:28:14   23    BIT LONGER THAN EXPECTED AND THE IMPLICATIONS FOR YOUR JOB AND

09:28:18   24    THAT YOU'RE HAVING CONFLICT WITH ANOTHER JUROR.

09:28:23   25          "I'D LIKE TO CONTACT, OR OFFER TO CONTACT YOUR EMPLOYER SO

09:28:26   1    I CAN STRESS TO YOUR EMPLOYER THAT WE REALLY VALUE YOUR SERVICE

09:28:30   2    AND IT WOULD BE VERY IMPORTANT FOR YOU TO COMPLETE YOUR SERVICE

09:28:34   3    AND SEE IF THEY WOULD BE UNDERSTANDING ABOUT YOUR ABSENCE FROM

09:28:38   4    WORK."

09:28:41   5         SEE IF HE -- AND ALSO GIVE HIM THE ADMONITION THAT, YOU

09:28:44   6    KNOW, PLEASE DO NOT REVEAL ANYTHING THAT WOULD DISCLOSE WHAT'S

09:28:49   7    BEING DISCUSSED BY THE JURORS, WHERE THE VOTE IS, WHAT THE

09:28:53   8    ISSUES ARE, ANYTHING THAT WOULD AT ALL TELL US ANYTHING ABOUT

09:28:56   9    THE DELIBERATIONS.  THAT HAS TO REMAIN CONFIDENTIAL.

09:29:00   10        I'LL OFFER TO CONTACT HIS EMPLOYER, SEE WHAT HE SAYS ABOUT

09:29:03   11   THAT, READ INSTRUCTION 19, AND THEN SEND THEM ALL BACK FOR

09:29:07   12   FURTHER DELIBERATION.

09:29:08   13        IS THAT ACCEPTABLE?

09:29:09   14             MR. MUELLER:  THAT IS, YOUR HONOR.

09:29:10   15             MS. MAROULIS:  YES, YOUR HONOR.

09:29:11   16             MR. MUELLER:  JUST ONE SMALL SUGGESTION, TO PERHAPS

09:29:13   17   START WITH THE ADMONITION NOT TO SAY ANYTHING --

09:29:15   18             THE COURT:  YES.

09:29:16   19             MR. MUELLER:  -- BEFORE MOVING INTO THE OFFER TO

09:29:19   20   CONTACT HIS EMPLOYER AND THE RECITATION OF INSTRUCTION 19.

09:29:22   21             MS. MAROULIS:  YES.

09:29:23   22             THE COURT:  I WILL DO THAT FIRST.

09:29:24   23        AND THE REASON I AM JUST TRYING TO SUMMARIZE, "WE THINK

09:29:27   24   YOU'RE STRESSED ABOUT THE JOB AND CONFLICT WITH A JUROR,"

09:29:30   25   BECAUSE I'M HOPING THAT HE CAN JUST SAY YES AND THEN THAT WOULD

09:29:34   1        FORECLOSE ANY NEED FOR HIM TO DO ANY FURTHER EXPLAINING.

09:29:39   2            IS THAT --

09:29:39   3                MR. MUELLER:  NO OBJECTION, YOUR HONOR.

09:29:41   4                MS. MAROULIS:  CORRECT, YOUR HONOR, NO OBJECTION.

09:29:42   5                THE COURT:  ALL RIGHT.  THEN I'M GOING TO ASK

09:29:44   6    MS. MASON IF WE COULD PLEASE BRING IN MR. LISSANDRELLO.

09:29:47   7                THE CLERK:  YES, YOUR HONOR.

09:30:06   8            (PAUSE IN PROCEEDINGS.)

09:30:07   9            (JUROR LISSANDRELLO PRESENT.)

09:30:11   10               JUROR:  HI, EVERYONE.

09:30:13   11               THE COURT:  GOOD MORNING.

09:30:13   12               JUROR:  GOOD MORNING.

09:30:14   13               THE COURT:  AND WELCOME.  PLEASE TAKE A SEAT.

09:30:18   14        SO, MR. LISSANDRELLO, WELCOME.  AND I JUST -- BEFORE WE

09:30:24   15   BEGIN, I JUST WANT TO MAKE SURE THAT NONE OF OUR DISCUSSION

09:30:26   16   THIS MORNING REVEALS ANYTHING ABOUT THE DISCUSSIONS, THE

09:30:31   17   DELIBERATIONS THAT THE JURY IS HAVING.

09:30:35   18        I'M LOOKING AT INSTRUCTION NUMBER 20.  I DON'T WANT

09:30:38   19   ANYTHING THAT WE SAY TODAY TO IN ANY WAY REVEAL HOW THE JURY

09:30:42   20   STANDS, WHETHER IN TERMS OF THE VOTE COUNT OR OTHERWISE, OR

09:30:46   21   ANYTHING THAT WOULD REFLECT ANYTHING OF THE DISCUSSIONS.  OKAY?

09:30:49   22               JUROR:  OKAY.

09:30:49   23               THE COURT:  SO IF WE CAN'T TALK WITHOUT YOU REVEALING

09:30:52   24   THAT, THEN WE SHOULDN'T HAVE THAT CONVERSATION.  OKAY?

09:30:55   25               JUROR:  OKAY.

09:30:55  1          THE COURT:  ALL RIGHT.  SO THAT'S NUMBER ONE.

09:30:57  2          NUMBER TWO, I UNDERSTAND FROM MS. MASON THAT YOU'RE

09:31:03  3   FEELING SOME STRESS, NUMBER ONE, BECAUSE THIS DELIBERATION IS

09:31:06  4   GOING LONGER THAN EXPECTED, AND THIS MIGHT HAVE SOME NEGATIVE

09:31:10  5   IMPLICATIONS ABOUT YOUR JOB.

09:31:12  6          JUROR:  THAT IS -- THAT'S PARTIALLY CORRECT.

09:31:14  7          THE COURT:  OKAY.  AND, NUMBER TWO, THAT YOU'RE

09:31:16  8   HAVING STRESS FROM CONFLICT WITH A JUROR.

09:31:19  9          PLEASE DON'T TELL ANYTHING THAT MIGHT REFLECT ON THE

09:31:23 10   JURY'S DELIBERATIONS.

09:31:24 11          JUROR:  THAT'S PARTIALLY CORRECT.

09:31:25 12          THE COURT:  OKAY.  NOW, NUMBER ONE, WOULD IT HELP IF

09:31:32 13   WE CONTACTED -- I WOULD BE HAPPY TO CONTACT YOUR EMPLOYER,

09:31:35 14   WHETHER CALLING THEM, WRITING A LETTER, WHATEVER YOU THINK IS

09:31:38 15   BEST, AND LETTING THEM KNOW HOW IMPORTANT WE BELIEVE YOUR JURY

09:31:43 16   SERVICE IS AND HOW IMPORTANT WE BELIEVE IT IS FOR YOU TO

09:31:46 17   COMPLETE YOUR JURY SERVICE.

09:31:48 18          JUROR:  AND I BELIEVE IT'S IMPORTANT, TOO.  I MEAN, I

09:31:50 19   UNDERSTAND THE VALUE OF THIS CASE.

09:31:52 20       I THINK THE REASON I REACHED OUT TO IRENE WAS BECAUSE

09:31:55 21   WE'RE AT AN IMPASSE --

09:31:56 22          THE COURT:  OKAY.  YOU'VE GOT TO BE CAREFUL.  PLEASE

09:31:58 23   DON'T REVEAL ANYTHING FURTHER.

09:31:59 24          JUROR:  OKAY.  SO IT'S NOT SOLELY THAT I'M NOT

09:32:02 25   TRYING -- IT'S NOT THAT I DON'T WANT TO SERVE.  WE JUST -- I

09:32:05   1        NEED TO KNOW WHAT THE NEXT STEP IS.

09:32:07   2             THE COURT:  OKAY.  ALL RIGHT.  WELL, WHAT ABOUT ME

09:32:14   3        CONTACTING YOUR EMPLOYER?  WOULD THAT BE HELPFUL?

09:32:19   4             JUROR:  THAT'S STILL -- THAT'S STILL NOT GOING TO

09:32:21   5        SOLVE THE UNDERLYING ISSUE.

09:32:23   6             THE COURT:  YOUR ISSUE.  OKAY.

09:32:25   7          THEN MAY I ASK IF YOU WOULD PLEASE STEP OUTSIDE JUST A

09:32:29   8        MOMENT?

09:32:30   9             JUROR:  SURE.

09:32:31  10             THE COURT:  THANK YOU.

09:32:39  11          (JUROR LISSANDRELLO NOT PRESENT.)

09:32:42  12             THE COURT:  ALL RIGHT.  LET ME HEAR FROM --

09:32:58  13             MR. MUELLER:  MAY WE BRIEFLY CONFER, YOUR HONOR?

09:33:00  14             THE COURT:  YES, PLEASE.

09:33:01  15             MR. MUELLER:  THANK YOU.

09:33:03  16          (PAUSE IN PROCEEDINGS.)

09:36:11  17             THE COURT:  OKAY.  GO AHEAD, PLEASE.

09:36:13  18             MR. MUELLER:  SO, YOUR HONOR, FROM APPLE'S

09:36:16  19        PERSPECTIVE, THE REFERENCE TO IMPASSE DOES SUGGEST THERE MAY BE

09:36:21  20        BROADER ISSUES.

09:36:22  21             THE COURT:  UM-HUM.

09:36:22  22             MR. MUELLER:  SO WE WOULD SUGGEST THAT IT MAY BE

09:36:25  23        APPROPRIATE TO GIVE THE FULL JURY AN ALLEN INSTRUCTION

09:36:28  24        ENCOURAGING THEM TO HAVE AN OPEN MIND AND SO ON.

09:36:33  25             ON A BREAK, WE COULD IDENTIFY THE STANDARD LANGUAGE.  I

09:36:36  1    BELIEVE THE NINTH CIRCUIT MODEL JURY INSTRUCTIONS HAVE AN ALLEN

09:36:40  2    CHARGE, AND I'M SURE WE COULD, YOU KNOW, CONFER WITH SAMSUNG'S

09:36:43  3    COUNSEL ON THE CONTENT OF THE ALLEN INSTRUCTION.

09:36:47  4        WE WOULD ENVISION A STANDARD ALLEN INSTRUCTION, NO

09:36:50  5    PARTICULAR CHANGES FOR THIS CASE.

09:36:53  6        THAT SEEMS APPROPRIATE GIVEN THE REFERENCE TO IMPASSE,

09:36:56  7    WHICH SEEMS TO BE BROADER THAN A PERSONAL CONFLICT WITH ONE

09:36:59  8    JUROR.

09:37:00  9            MS. MAROULIS:  YOUR HONOR, FOR SAMSUNG, WE BELIEVE

09:37:02  10   THE ALLEN CHARGE IS TOO EARLY RIGHT NOW BECAUSE THIS IS ONLY

09:37:05  11   REALLY THE THIRD FULL DAY OF DELIBERATIONS.  THEY FINISHED

09:37:09  12   EARLY ON TUESDAY, SO IT HASN'T EVEN BEEN FOUR FULL DAYS.  WE

09:37:14  13   BELIEVE THAT WE NEED TO GIVE THE JURY THE COURSE TO GO THROUGH

09:37:17  14   THE EVIDENCE AND COME UP WITH A VERDICT.

09:37:23  15           THE COURT:  WELL, WHAT'S YOUR RECOMMENDATION,

09:37:33  16   SEPARATION FROM THE ALLEN CHARGE -- WHETHER -- I'M ACTUALLY

09:37:37  17   WONDERING NOW WHETHER READING 19 TO THE ENTIRE JURY WOULD BE

09:37:40  18   APPROPRIATE.

09:37:40  19           MS. MAROULIS:  YOUR HONOR, ONE THING TO DO WOULD BE

09:37:43  20   TO REITERATE TO THIS JUROR THE OFFER TO CONTACT HIS EMPLOYER

09:37:47  21   AND THEN READ THE INSTRUCTION 19 TO HIM BECAUSE WE HAVEN'T DONE

09:37:50  22   THAT YET.  WE WERE PUTTING IT OFF WHILE LOOKING FOR --

09:37:53  23           MR. MUELLER:  MAY I HAVE ONE MOMENT, YOUR HONOR?

09:37:57  24           MS. MAROULIS:  -- LOOKING FOR MORE INFORMATION.

09:37:59  25           THE COURT:  I'M ALSO CONCERNED THAT HE NOT CONTACT

1430

```
09:38:01  1    MS. MASON AGAIN WITH ANYTHING SUBSTANTIVE, THAT IT SHOULD ONLY
09:38:03  2    BE A LUNCH ORDER OR PARKING OR THAT HE'S ARRIVING LATE TO COURT
09:38:06  3    OR IF HE WANTS HIS JURY CERTIFICATE OR SOMETHING ABOUT MILAGE
09:38:10  4    REIMBURSEMENT.  SO I WILL LET HIM KNOW THAT.
09:38:16  5         I DON'T KNOW WHETHER YOU THINK WE NEED TO GIVE THAT
09:38:18  6    INSTRUCTION TO ANY OTHER JUROR.  THEY CERTAINLY HAVE FINAL JURY
09:38:21  7    INSTRUCTION NUMBER 20 WHICH SAYS YOU SHOULD NOT CONTACT,
09:38:24  8    ATTEMPT TO CONTACT ME ABOUT ANYTHING EXCEPT BY A SIGNED
09:38:28  9    WRITING.
09:38:29  10        MS. MAROULIS:  YOUR HONOR, WE DON'T BELIEVE IT'S
09:38:30  11   NECESSARY FOR THE WHOLE JURY, BUT IT WOULD BE GOOD TO REITERATE
09:38:34  12   TO THIS JUROR THAT COMMUNICATIONS WITH MS. MASON ARE PURELY
09:38:38  13   LOGISTICAL.
09:38:40  14        MR. MUELLER:  MAY I HAVE JUST ONE MOMENT, YOUR HONOR?
09:38:42  15        THE COURT:  YES.
09:38:45  16       (PAUSE IN PROCEEDINGS.)
09:38:53  17        MR. MUELLER:  YOUR HONOR, WE WOULD SUGGEST THE
09:38:56  18   FOLLOWING:  READING NUMBER 19 PER YOUR HONOR'S EARLIER
09:39:01  19   SUGGESTION, AND SAMSUNG'S SUGGESTION TO THIS JUROR IS FINE.  WE
09:39:04  20   HAVE NO OBJECTION TO THAT.
09:39:04  21        THE COURT:  OKAY.
09:39:05  22        MR. MUELLER:  REMINDING THIS JUROR THAT HE SHOULD NOT
09:39:08  23   BE CONTACTING THE COURT OR CHAMBERS OTHER THAN FOR LOGISTICAL
09:39:12  24   QUESTIONS, WE HAVE NO OBJECTION TO THAT AS WELL.
09:39:14  25        THE COURT:  UM-HUM.
```

09:39:15   1        MR. MUELLER:  WE DO THINK IT'S APPROPRIATE TO

09:39:17   2   CONSIDER AN ALLEN CHARGE.  BUT IF YOUR HONOR PREFERS TO WAIT

09:39:20   3   UNTIL, SAY, MID-DAY TO SEE IF THINGS PROGRESS BEFORE THEN, WE

09:39:24   4   HAVE NO OBJECTION TO GIVING THE JURY A BIT MORE TIME.

09:39:27   5        BUT IF WE HAVEN'T SEEN EVIDENCE OF PROGRESS BY MID-DAY, WE

09:39:31   6   DO ASK THAT THE COURT CONSIDER GIVING AN ALLEN CHARGE, AND WE

09:39:34   7   COULD PROPOSE LANGUAGE TO YOUR HONOR IN ADVANCE OF MID-DAY.

09:39:37   8        MS. MAROULIS:  YOUR HONOR, SAMSUNG OBJECTS TO THAT AT

09:39:40   9   THIS STAGE.

09:39:43  10        MR. MUELLER:  BUT I THINK IN ANY EVENT, WITH RESPECT

09:39:46  11   TO THIS JUROR -- AND YOU SHOULD TELL ME IF I HAVE IT WRONG -- I

09:39:50  12   THINK WE'RE IN AGREEMENT TO READ NUMBER 19, TO REMIND HIM THAT

09:39:53  13   ANY COMMUNICATIONS WITH THE COURT OR CHAMBERS SHOULD BE

09:39:56  14   LOGISTICAL ONLY.

09:39:57  15        THE COURT:  UM-HUM.

09:39:58  16        MS. MAROULIS:  YES, YOUR HONOR, WE AGREE WITH THAT.

09:39:59  17        MR. MUELLER:  AND THEN WE COULD TAKE UP SEPARATELY

09:40:01  18   THE ALLEN CHARGE.  WE DO THINK IT WOULD BE APPROPRIATE MID-DAY,

09:40:06  19   BUT I DON'T KNOW IF IT'S APPROPRIATE RIGHT NOW.

09:40:08  20        FOR THIS PARTICULAR JUROR, READING NUMBER 19 AND REMINDING

09:40:11  21   HIM OF THE NEED TO KEEP COMMUNICATIONS TO LOGISTICAL MATTERS,

09:40:15  22   WE HAVE NO OBJECTION.

09:40:16  23        THE COURT:  I THINK THIS JUROR HAS A STRONG

09:40:17  24   PERSONALITY BASED ON THE JURY SELECTION AND STRONG VIEWS.  I

09:40:22  25   DON'T THINK HE WILL BE SATISFIED IF I JUST READ HIM NUMBER 19

09:40:24   1      AND TELL HIM, "DON'T CONTACT MS. MASON ABOUT ANYTHING

09:40:28   2      SUBSTANTIVE."

09:40:31   3           BUT ON THE OTHER HAND, I DON'T THINK HE NECESSARILY SPEAKS

09:40:34   4      FOR THE JURY WHEN HE SAYS WE'RE DEADLOCKED.

09:40:38   5           DOES THAT MAKE SENSE?  IT WAS HIS OWN SORT OF PHONE CALL

09:40:44   6      THAT -- YOU KNOW, HE DIDN'T -- THE ONE GOOD THING ABOUT A NOTE

09:40:47   7      IS THAT THEN EVERY OTHER JUROR IN THE ROOM KNOWS WHAT

09:40:50   8      COMMUNICATION IS GOING OUT AND CAN HAVE SOME SAY ON -- NOW,

09:40:56   9      GRANTED, ANY JUROR CAN SEND OUT A NOTE.  BUT AT LEAST IT PUTS

09:40:59  10      THE OTHER JURORS ON NOTICE THAT THIS HAS HAPPENED.

09:41:02  11           WE HAVE NO IDEA -- I THINK THIS ALL HAPPENED AFTER THE

09:41:05  12      JURY FINISHED DELIBERATING.  THIS HAPPENED LAST NIGHT.

09:41:08  13           IS THAT CORRECT, MS. MASON?

09:41:09  14                THE CLERK:  YES, YOUR HONOR.

09:41:10  15                THE COURT:  AFTER ALL THE OTHER JURORS HAD LEFT.  SO

09:41:13  16      THEY PROBABLY DON'T HAVE ANY IDEA THAT HE MADE THIS CALL AFTER

09:41:15  17      THEY ENDED THE DAY OF DELIBERATIONS.

09:41:18  18           SO I JUST DON'T KNOW IF HE'S SPEAKING FOR THE JURY AT THIS

09:41:20  19      TIME.

09:41:20  20                MR. MUELLER:  AND WE CAN SEE HOW IT GOES.

09:41:22  21           BUT I WOULD JUST SAY THAT TO THE EXTENT WE DON'T SEE

09:41:25  22      EVIDENCE OF PROGRESS OVER THE NEXT FEW HOURS, I'D RESPECTFULLY

09:41:28  23      ASK FOR THE OPPORTUNITY TO REAPPROACH THE COURT ON AN ALLEN

09:41:31  24      CHARGE AT THAT TIME.

09:41:32  25           BUT FOR RIGHT NOW, WE'RE FINE WITH READING THE JUROR, THIS

09:41:36   1    PARTICULAR JUROR, NUMBER 19 AND ASKING HIM TO LIMIT

09:41:41   2    COMMUNICATIONS.

09:41:41   3              THE COURT:  SURE.  NOW, WHAT -- I MEAN, HE'S GOING TO

09:41:44   4    GO IN THERE AND STILL BE UNHAPPY.  BUT I DON'T KNOW AT THIS

09:41:47   5    POINT -- IT DOES SEEM TO ME PREMATURE TO GIVE AN ALLEN CHARGE

09:41:54   6    BECAUSE I JUST DON'T KNOW IF HE SPEAKS FOR THE JURY.

09:41:57   7         IN HIS CALL WITH MS. MASON LAST NIGHT, HE SAID HE HAD

09:42:01   8    CONFLICT WITH A JUROR.  HE DIDN'T SAY THE WHOLE JURY IS AT WAR.

09:42:06   9    HE SAID HE WAS HAVING A CONFLICT WITH ANOTHER JUROR.

09:42:09  10         SO THIS MORNING IT SEEMS BROADER THAN WHAT HE HAD

09:42:12  11    REPRESENTED LAST NIGHT.

09:42:18  12              MS. MAROULIS:  YOUR HONOR, I SUGGEST THAT WE ADDRESS

09:42:20  13    FIRST HIM AND HIS ISSUES BY READING THE INSTRUCTION AND

09:42:24  14    ADMONISHING HIM NOT TO COMMUNICATE WITH MS. MASON.

09:42:27  15              THE COURT:  UM-HUM.

09:42:27  16              MS. MAROULIS:  AND THEN WE CAN TAKE IT FROM THERE AS

09:42:30  17    THE DELIBERATIONS PROGRESS.

09:42:31  18              THE COURT:  OKAY.  WELL, WHAT DO I TELL HIM?  BECAUSE

09:42:34  19    HE'S GOING TO SAY, "WELL, I ASKED YOU, WHAT'S THE NEXT STEP?"

09:42:38  20         CAN I SAY, "WE ASK YOU TO GO BACK AND" -- YOU KNOW,

09:42:41  21    "EVERYONE HAS COME BACK AND HAD A NIGHT TO REFLECT AND SEE

09:42:45  22    WHERE THINGS ARE, AND IF THERE CONTINUES TO BE ISSUES, THEN YOU

09:42:48  23    SHOULD SEND US A NOTE."

09:42:50  24         WHAT ABOUT THAT?

09:42:51  25              MR. MUELLER:  PERHAPS IF THERE WERE ISSUES, THE JURY

09:42:53  1      COULD SEND A NOTE.

09:42:57  2              MS. MAROULIS:  YOUR HONOR, WE DON'T WANT TO ENCOURAGE

09:42:59  3      THEM TO SEND US A NOTE OF THAT KIND.  WE NEED TO HAVE THEM DO

09:43:02  4      THEIR DELIBERATIVE PROCESS AS THEY HAVE BEEN DOING THE LAST

09:43:06  5      SEVERAL DAYS.

09:43:06  6          WE DON'T KNOW IF THIS JUROR SPEAKS FOR HIMSELF OR FOR

09:43:09  7      OTHERS OR FOR ONE OR TWO PEOPLE.

09:43:16  8          THIS ISSUE AT HAND IS HIS PERSONAL SITUATION AND HIS

09:43:18  9      STRESS.

09:43:19  10         SO WE'RE TRYING, AS THE COURT AND AS THE PARTIES, TO

09:43:21  11     ADDRESS HIS JOB SITUATION AND WE CAN READ HIM THE INSTRUCTION.

09:43:23  12         BUT WE SHOULDN'T BE ENCOURAGING THE JURY TO EITHER HURRY

09:43:27  13     UP OR TO SEND US NOTES ABOUT THE STATE OF THEIR DELIBERATIONS.

09:43:30  14     THAT WOULD NOT BE APPROPRIATE, YOUR HONOR.

09:43:32  15             MR. MUELLER:  YOUR HONOR, ONE POSSIBILITY IS YOU

09:43:34  16     COULD TELL HIM THAT WE CAN'T DISCUSS NEXT STEPS AT THIS TIME,

09:43:40  17     BUT WE DO ENCOURAGE HIM TO -- OR REMIND HIM OF INSTRUCTION

09:43:45  18     NUMBER 19 AND LEAVE IT AT THAT.

09:44:17  19         (PAUSE IN PROCEEDINGS.)

09:44:18  20             THE COURT:  ALL RIGHT.  THIS IS WHAT I'M PLANING TO

09:44:20  21     DO:  I'M FIRST GOING TO TELL HIM THAT WE CAN'T DISCUSS NEXT

09:44:26  22     STEPS AT THIS TIME; THAT THE DELIBERATION WAS CUT SHORT ON

09:44:30  23     TUESDAY.

09:44:31  24         IT ENDED AT 1:30?  IS THAT RIGHT, MS. MASON?

09:44:34  25             THE CLERK:  I THINK SLIGHTLY BEFORE, 1:28 OR SO, YOUR

09:44:37   1      HONOR.

09:44:37   2              THE COURT:  OH, OKAY.  SO TUESDAY WAS BASICALLY ONLY

09:44:40   3      A HALF DAY OF DELIBERATION; THAT A NIGHT HAS PASSED, PEOPLE

09:44:45   4      HAVE HAD TIME TO REFLECT, THAT WE'D LIKE HIM TO GO BACK AND

09:44:49   5      START DELIBERATIONS AND DISCUSS WITH HIS JURORS -- OTHER

09:44:55   6      JURORS.

09:44:55   7              SECOND, READ HIM THE JURY INSTRUCTION NUMBER 19,

09:45:02   8      UNDERSTANDING THAT HE HAD TOLD MS. MASON THAT IF IT DIDN'T

09:45:05   9      RESOLVE BY THE END OF TODAY, HE WANTED TO BE RELIEVED.  SO I'LL

09:45:09  10      SAY THAT.

09:45:10  11              AND THEN, NUMBER THREE, REOFFERING TO CONTACT HIS

09:45:14  12      EMPLOYER.  HE DIDN'T QUITE SEEM INTERESTED IN THAT TODAY, BUT

09:45:17  13      I'LL JUST REOFFER IT JUST SO HE KNOWS THAT HE CAN ALWAYS ASK ME

09:45:21  14      TO DO IT LATER IF HE DOESN'T FEEL LIKE IT'S APPROPRIATE RIGHT

09:45:24  15      NOW.

09:45:26  16              AND THEN I'LL SAY, "PLEASE DON'T CONTACT MS. MASON ABOUT

09:45:30  17      ANYTHING SUBSTANTIVE.  ANYTHING OTHER THAN LUNCH ORDERS,

09:45:35  18      PARKING, LATE ARRIVALS, JURY CERTIFICATE, MILEAGE REIMBURSEMENT

09:45:39  19      HAS TO BE DONE IN A NOTE."

09:45:40  20              MR. MUELLER:  THE ONE SUGGESTION, YOUR HONOR -- I'M

09:45:42  21      NOT SURE I'D MENTIONED WITHDRAWING AS A JUROR.  I'M NOT SURE

09:45:45  22      ANY JUROR SHOULD BE GIVEN THAT -- I WOULDN'T WANT TO SUGGEST TO

09:45:49  23      HIM THAT YOUR HONOR IS VALIDATING AS AN OPTION AT THIS TIME

09:45:51  24      WITHDRAWAL.  SO PERHAPS NOT MENTION THAT.

09:45:54  25              BUT THE REST WE HAVE NO OBJECTION.

09:45:56  1          THE COURT:  WELL, THE ONLY REASON WHY I THOUGHT I

09:45:59  2     WOULD DO THAT IS HE MIGHT SAY, "WELL, WHY ARE YOU READING 19 TO

09:46:02  3     ME?"  AND --

09:46:07  4          MR. MUELLER:  I THINK JUST THE FACT THAT HE CONTACTED

09:46:09  5     CHAMBERS AND HE'S HERE, IT WOULD BE SURPRISING.

09:46:13  6          THE COURT:  YOU THINK THAT'S SUFFICIENT?

09:46:14  7          MS. MAROULIS:  THAT'S FINE, YOUR HONOR.

09:46:16  8          THE COURT:  THAT'S FINE.  OKAY.  THAT'S WHAT I'M

09:46:19  9     GOING TO DO.

09:46:20  10         THE ONE REASON ALSO THAT I DON'T WANT TO READ A NEW -- OR

09:46:24  11    ANOTHER INSTRUCTION, SUCH AS NUMBER 19, TO THE WHOLE JURY IS

09:46:27  12    THEN IT'S GOING TO RAISE ALL THESE ISSUES ABOUT, "WHAT DID YOU

09:46:30  13    TELL THEM?"  AND, YOU KNOW, IF -- THEY'LL HAVE A WHOLE

09:46:33  14    DISCUSSION ABOUT WHAT HIS COMPLAINT WAS.

09:46:35  15         SO HOPEFULLY, IF WE JUST SORT OF JUST TREAT THIS AS AN

09:46:40  16    INDIVIDUAL ISSUE, WE TAKE CARE OF IT, HE GOES BACK IN,

09:46:43  17    HOPEFULLY THAT WILL NOT SORT OF RAISE AN UPROAR ABOUT, "WHAT

09:46:48  18    DID YOU SAY ABOUT ANOTHER JUROR?"  OR WHATNOT.

09:46:53  19         ALL RIGHT.  SO WE'RE IN AGREEMENT?

09:46:54  20         MS. MAROULIS:  YES, YOUR HONOR.

09:46:55  21         THE COURT:  ALL RIGHT.  LET'S BRING MR. LISSANDRELLO

09:46:57  22    UP, AND THEN AFTER THIS, WE'LL BRING UP THE ENTIRE JURY AND ASK

09:47:09  23    THEM TO GO BACK TO DELIBERATIONS.  OKAY?

09:47:11  24         (JUROR LISSANDRELLO PRESENT.)

09:47:15  25         THE COURT:  ALL RIGHT.  WELCOME BACK,

09:47:17  1      MR. LISSANDRELLO.

09:47:18  2           AND PLEASE TAKE A SEAT EVERYONE.

09:47:22  3           SO, MR. LISSANDRELLO, AT THIS TIME I CAN'T DISCUSS WHAT

09:47:27  4      THE NEXT STEPS ARE.

09:47:29  5           UNFORTUNATELY, THE JURY DELIBERATIONS WERE CUT SHORT ON

09:47:32  6      TUESDAY.  IT ENDED UP BEING EFFECTIVELY A HALF DAY BECAUSE ONE

09:47:37  7      OF THE JURORS HAD A JOB INTERVIEW.

09:47:39  8           SO NOW THAT A NIGHT HAS PASSED AND PEOPLE HAVE HAD SOME

09:47:42  9      TIME TO REFLECT, I'D LIKE TO YOU GO BACK, PLEASE, AND

09:47:45 10      DELIBERATE SOME MORE.

09:47:48 11           I'M GOING TO READ YOU AN INSTRUCTION THAT YOU ALREADY

09:47:54 12      HAVE, AND THAT IS JUST NUMBER 19.  I'LL LEAVE OUT THE ELECTION

09:47:58 13      OF A MEMBER AS A PRESIDING JUROR, WHICH IS THE FIRST LINE OF

09:48:02 14      THIS INSTRUCTION, AND JUST STATE YOU SHALL DILIGENTLY STRIVE TO

09:48:08 15      REACH AGREEMENT WITH ALL OF THE JUROR JURORS IF YOU CAN DO SO.

09:48:11 16      YOUR VERDICT MUST BE UNANIMOUS.

09:48:13 17           EACH OF YOU MUST DECIDE THE CASE FOR YOURSELF, BUT YOU

09:48:15 18      SHOULD DO SO ONLY AFTER YOU HAVE CONSIDERED ALL OF THE

09:48:18 19      EVIDENCE, DISCUSSED IT FULLY WITH THE OTHER JURORS, AND

09:48:21 20      LISTENED TO THEIR VIEWS.

09:48:22 21           IT IS IMPORTANT THAT YOU ATTEMPT TO REACH A UNANIMOUS

09:48:25 22      VERDICT BUT, OF COURSE, ONLY IF EACH OF YOU CAN DO SO AFTER

09:48:29 23      HAVING MADE YOUR OWN CONSCIENTIOUS DECISION.

09:48:32 24           DO NOT BE UNWILLING TO CHANGE YOUR OPINION IF THE

09:48:36 25      DISCUSSION PERSUADES YOU THAT YOU SHOULD.  BUT DO NOT COME TO A

09:48:39   1   DECISION SIMPLY BECAUSE OTHER JURORS THINK IT IS RIGHT, OR

09:48:42   2   CHANGE AN HONEST BELIEF ABOUT THE WEIGHT AND EFFECT OF THE

09:48:47   3   EVIDENCE SIMPLY TO REACH A VERDICT.

09:48:48   4        I ALSO DIDN'T READ THE SECOND INSTRUCTION -- THE SECOND

09:48:51   5   SENTENCE OF THAT INSTRUCTION WHICH TALKS ABOUT PRESIDING JURORS

09:48:54   6   PRESIDING OVER THE DELIBERATIONS AND BEING SPOKESPERSONS FOR

09:48:57   7   THE JURY IN COURT.

09:48:59   8        THE OTHER THING I WANTED TO REITERATE IS THAT I AM WILLING

09:49:04   9   TO CALL YOUR EMPLOYER OR WRITE A LETTER OR E-MAIL, WHATEVER YOU

09:49:08   10  THINK IS APPROPRIATE.  AND IF YOU DON'T THINK IT'S NECESSARY

09:49:12   11  NOW, IF, AS TIME PROGRESSES, YOU WOULD LIKE ME TO DO IT, I'M

09:49:17   12  WILLING TO DO IT AT ANY TIME.

09:49:18   13            JUROR:  OKAY.

09:49:19   14            THE COURT:  SO IF YOU WOULD JUST LET ME KNOW, I'M

09:49:21   15   HAPPY TO DO THAT.

09:49:22   16       BUT THE LAST INSTRUCTION I HAVE IS THAT -- SO ANY

09:49:28   17  COMMUNICATION WITH MS. MASON SHOULD BE LOGISTICAL.  SO IT CAN

09:49:34   18  BE, "I'M ARRIVING LATE TO COURT TODAY.  WHERE IS MY JURY

09:49:38   19  CERTIFICATE?  HOW DO I GET MY MILEAGE REIMBURSED?  WHAT ABOUT

09:49:42   20  MY PARKING?  WHAT'S MY LUNCH ORDER?"

09:49:44   21       ANYTHING SUBSTANTIVE, PLEASE PUT IN A JURY NOTE.  OF

09:49:47   22  COURSE DON'T DISCUSS ANYTHING IN THE NOTE THAT WOULD REVEAL

09:49:49   23  ANYTHING ABOUT THE DELIBERATIONS OF THE JURY.

09:49:51   24            JUROR:  OKAY.

09:49:52   25            THE COURT:  ALL RIGHT?  WE'RE SO GRATEFUL FOR YOUR

09:49:54  1    SERVICE.  I CAN'T THANK YOU ENOUGH.  YOUR TIME, YOUR EFFORT IS

09:50:00  2    MUCH APPRECIATED, AND THIS WAS SUCH AN ATTENTIVE JURY.

09:50:05  3         SO I'M GOING TO ASK THAT YOU PLEASE GO BACK AND THANK YOU

09:50:08  4    FOR YOUR SERVICE.

09:50:09  5              JUROR:  ALL RIGHT.

09:50:09  6              THE COURT:  OKAY.  THANK YOU, SIR.

09:50:16  7         AND WE'LL BRING THE REST OF THE JURORS BACK IN SO YOU CAN

09:50:19  8    START DELIBERATING.

09:50:20  9              JUROR:  OKAY.

09:50:22  10        (JUROR LISSANDRELLO NOT PRESENT.)

09:50:31  11             THE COURT:  WAS THAT ACCEPTABLE?

09:50:32  12             MR. MUELLER:  YES, YOUR HONOR.

09:50:33  13             MS. MAROULIS:  YES, YOUR HONOR.

09:50:33  14             THE COURT:  OKAY.  NOW, I'M SEALING THESE

09:50:35  15   PROCEEDINGS.  I DO NOT WANT THIS TO BE THE HEADLINE THAT THEN

09:50:41  16   ONE OF THESE JURORS READS AT HOME OR WHATNOT.

09:50:44  17        WE CAN DISCUSS AT A LATER POINT WHETHER YOU THINK IT WOULD

09:50:47  18   BE APPROPRIATE TO UNSEAL IT.

09:50:50  19        OKAY.  WELL, PLEASE BE ON STANDBY.  IF WE GET ANY MORE

09:50:56  20   INFORMATION, WE'LL LET YOU KNOW.

09:50:57  21        I DO HAVE AN EVIDENTIARY HEARING STARTING AT 10:00

09:51:00  22   O'CLOCK.  IT'S EXPECTED TO GO AN HOUR.  I JUST WANTED TO LET

09:51:03  23   YOU KNOW.

09:51:04  24        BUT I HAVE EFFECTIVELY RULED ON OR VACATED EVERYTHING FOR

09:51:09  25   1:30, SO THAT WILL BE MY ONLY CONFLICT WITH YOUR CASE TODAY.

09:51:15  1            MS. MAROULIS:  THANK YOU, YOUR HONOR.

09:51:16  2            MR. MUELLER:  THANK YOU, YOUR HONOR.

09:51:17  3            THE COURT:  ALL RIGHT.  THANK YOU.

09:51:21  4         (A RECESS WAS TAKEN PENDING THE JURY'S DELIBERATIONS.)

          5

          6

          7

          8

          9

         10

         11

         12

         13

         14

         15

         16

         17

         18

         19

         20

         21

         22

         23

         24

         25

| | |
|---|---|
| 02:20:28 | 1 |
| 02:20:32 | 2 |
| 02:34:05 | 3 |
| 02:34:07 | 4 |
| 02:34:10 | 5 |
| 02:34:14 | 6 |
| 02:34:16 | 7 |
| 02:34:19 | 8 |
| 02:34:20 | 9 |
| 02:34:23 | 10 |
| 02:34:26 | 11 |
| 02:34:29 | 12 |
| 02:34:32 | 13 |
| 02:34:35 | 14 |
| 02:34:37 | 15 |
| 02:34:42 | 16 |
| 02:34:50 | 17 |
| 02:34:54 | 18 |
| 02:34:57 | 19 |
| 02:35:00 | 20 |
| 02:35:03 | 21 |
| 02:35:05 | 22 |
| 02:35:07 | 23 |
| 02:35:08 | 24 |
| 02:35:09 | 25 |

**AFTERNOON SESSION**

(JURY OUT AT 2:34 P.M.)

THE COURT:  OKAY.  GOOD AFTERNOON.  WELCOME BACK.

WE DON'T KNOW WHY THEY'RE READY TO COME BACK.  WE'RE

ASSUMING IT'S A VERDICT, BUT WE DON'T KNOW THAT.  ALL THEY SAID

IS WE'RE READY TO COME BACK TO THE COURTROOM.

COULD WE GET THE DOOR CLOSED, PLEASE?

COURT SECURITY OFFICER:  YES.

THE COURT:  THANK YOU.

SO IF IT IS A VERDICT, WHAT I'D LIKE TO DO AFTER WE TAKE

THE VERDICT IS TO DO WHAT WE'VE DONE PREVIOUSLY IN THAT WE ALL

TAKE SOME TIME TO MAKE SURE -- I THINK WITH RESPECT TO THE

FIRST TRIAL, THERE WAS AN ERROR WHICH WE HAD TO HAVE THEM GO

BACK AND DELIBERATE TO FIX.

SO I'D LIKE US TO TAKE TIME TO ANALYZE THAT.

WHAT IS THE -- FOR EACH SIDE, WHAT IS THE RELEVANT -- IS

IT 18, PX 18 FOR APPLE?

AND I THINK I HAVE IT FOR SAMSUNG, BUT WHAT IS THE

RELEVANT DOCUMENT THAT WE SHOULD ALL -- AND I KNOW THAT AT

LEAST MS. DAVIS'S WAS CHANGED --

MR. MUELLER:  SO FOR APPLE, YOUR HONOR --

THE COURT:  -- DURING THE TRIAL.  YOU GAVE A

DIFFERENT VERSION.

WHAT'S THE NUMBER?

MR. MUELLER:  IT'S PX 25K.4.

02:35:16   1            THE COURT:  OKAY.  AND THAT'S A PX, NOT A PDX;

02:35:18   2      CORRECT?

02:35:20   3            MR. MUELLER:  THAT'S CORRECT.

02:35:21   4            THE COURT:  OKAY.

02:35:21   5         AND THEN FOR SAMSUNG?

02:35:24   6            MS. MAROULIS:  YOUR HONOR, IT'S DX 781.

02:35:26   7            THE COURT:  OKAY.

02:35:27   8            MR. ANDERSON:  SORRY.  AND -- AND DX 4537.02.

02:35:35   9            THE COURT:  4537, IS THAT A DOT 02?

02:35:40  10            MR. ANDERSON:  YES.

02:35:40  11            THE COURT:  OKAY.  THANK YOU.

02:35:41  12         SO WE'RE ALL IN AGREEMENT THAT'S WHAT WE'RE GOING TO DO?

02:35:44  13      WE'LL TAKE A BREAK, WE'LL HAVE THEM WAIT, THEN WE'LL COME BACK

02:35:47  14      AND SEE IF THERE ARE ANY ISSUES, AND THEN BRING THEM BACK

02:35:50  15      OUT.

02:35:50  16            MR. MUELLER:  YES, YOUR HONOR.

02:35:51  17            THE COURT:  ALL RIGHT.  LET'S BRING THEM BACK OUT.

02:35:54  18         UNLESS IT'S TO GIVE THEM AN ALLEN CHARGE.  I DON'T KNOW.

02:35:58  19      LET'S WAIT AND SEE WHAT THEY HAVE TO SAY.

02:36:01  20            THE CLERK:  READY, YOUR HONOR?

02:36:02  21            THE COURT:  YES, PLEASE.

02:36:05  22         (JURY IN AT 2:36 P.M.)

02:36:30  23            THE COURT:  OKAY.  WELCOME BACK AND GOOD AFTERNOON.

02:36:37  24         WE ACTUALLY DON'T KNOW WHY YOU WANTED TO COME OUT.  DO

02:36:41  25      YOU --

02:36:43  1        JUROR:  OH, DID WE --

02:36:44  2        THE COURT:  I'M SORRY?  DO YOU HAVE -- WHAT'S THE

02:36:47  3   ISSUE?

02:36:47  4        JUROR:  OH.  ACCORDING TO OUR JURY INSTRUCTIONS, IT

02:36:51  5   INSTRUCTED US TO SAY WE WERE READY TO COME BACK TO THE

02:36:54  6   COURTROOM WHEN WE HAD A UNANIMOUS VERDICT.

02:36:56  7        THE COURT:  OH, YOU HAVE A VERDICT?

02:36:58  8        JUROR:  WE DO, YES.

02:37:00  9        THE COURT:  ALL RIGHT.  THANK YOU.  I JUST WANTED TO

02:37:02 10   CONFIRM THAT THAT'S WHY YOU WANTED TO COME OUT.

02:37:06 11        ALL RIGHT.  THEN WOULD THE FOREPERSON PLEASE IDENTIFY HIM

02:37:09 12   OR HERSELF?

02:37:10 13        JUROR:  THAT WOULD BE ME.

02:37:13 14        THE COURT:  OKAY.  AND THAT'S MS. BRAVO; CORRECT?

02:37:21 15        JUROR:  YES.

02:37:22 16        THE COURT:  OKAY.  ALL RIGHT.  WOULD YOU PLEASE HAND

02:37:25 17   THE VERDICT FORM TO THE BAILIFF, AND I WOULD ASK THAT THE

02:37:29 18   BAILIFF PLEASE HAND IT TO MS. MASON, WHO I WOULD ASK TO PLEASE

02:37:34 19   CHECK THE FORM FOR DATE AND SIGNATURE IN INK AND THAT IT'S

02:37:39 20   FILLED OUT.

02:37:42 21        IS IT ALL SIGNED AND DATED?

02:37:44 22        THE CLERK:  YES, YOUR HONOR.

02:37:45 23        THE COURT:  ALL RIGHT.  THEN I'M GOING TO ASK

02:37:47 24   MS. MASON TO PLEASE READ THE VERDICT INTO THE RECORD.

02:37:50 25        THE CLERK:  YES, YOUR HONOR.

02:37:51  1        LADIES AND GENTLEMEN OF THE JURY, PLEASE LISTEN TO YOUR

02:37:53  2   VERDICT AS IT WILL STAND RECORDED.

02:37:56  3        WE, THE JURY, UNANIMOUSLY AGREE TO THE ANSWERS TO THE

02:37:59  4   FOLLOWING QUESTIONS AND RETURN THEM UNDER THE INSTRUCTIONS OF

02:38:01  5   THIS COURT AS OUR VERDICT IN THIS CASE.

02:38:06  6        FINDINGS ON APPLE'S DAMAGES CLAIMS.

02:38:08  7        WHAT IS THE TOTAL DOLLAR AMOUNT THAT APPLE IS ENTITLED TO

02:38:12  8   RECEIVE FOR SAMSUNG'S INFRINGEMENT OF D'677, D'087, AND D'305

02:38:20  9   PATENTS?

02:38:21  10       AND THE AMOUNT LISTED, YOUR HONOR, IS $533,316,606.

02:38:32  11           THE COURT:  I'M SORRY.  CAN YOU TAKE THAT A LITTLE

02:38:34  12   MORE SLOWLY?

02:38:35  13           THE CLERK:  533,316,606.

02:38:40  14           THE COURT:  OKAY.  GO AHEAD, PLEASE.

02:38:41  15           THE CLERK:  THE BREAKDOWN IS AS FOLLOWS:

02:38:43  16       CAPTIVATE, JX 1011, IS 16,618,320.

02:38:48  17       THE CONTINUUM IS 5,149,345.

02:38:54  18       THE DROID CHARGE IS 54,839,113.

02:39:01  19       EPIC 4G IS 43,486,055.

02:39:07  20       FASCINATE IS 8,884,189.

02:39:13  21       GALAXY S 4G IS 75,925,367.

02:39:20  22       GALAXY S II IS 26,928,747.

02:39:27  23       THE GALAXY S II, EPIC 4G TOUCH, IS 63,456,820.

02:39:34  24       THE GALAXY S II, SKYROCKET, IS 20,090,290.

02:39:41  25       THE GALAXY S II, T-MOBILE, IS 54,045,652.

02:39:48  1            THE GALAXY S SHOWCASE IS 30,662,111.

02:39:54  2            THE GEM IS 4,434,398.

02:40:00  3            THE INDULGE IS 15,681,286.

02:40:06  4            INFUSE 4G IS 76,205,628.

02:40:11  5            THE MESMERIZE IS 36,901,389.

02:40:17  6            AND FOR THE VIBRANT IS 7,897.

02:40:22  7                THE COURT:  7,897?

02:40:24  8                THE CLERK:  CORRECT, YOUR HONOR.

02:40:25  9                THE COURT:  OKAY.  THANK YOU.

02:40:27  10               THE CLERK:  QUESTION NUMBER 3.  WHAT IS THE TOTAL

02:40:29  11   DOLLAR AMOUNT THAT APPLE IS ENTITLED TO RECEIVE FOR SAMSUNG'S

02:40:32  12   INFRINGEMENT OF THE '381 AND '163 PATENTS?

02:40:35  13           AND THE TOTAL IS 5,325,050.

02:40:40  14           AND THE BREAKDOWN IS AS FOLLOWS:

02:40:42  15           CAPTIVATE, 0.

02:40:44  16           CONTINUUM, 0.

02:40:46  17           DROID CHARGE, 0.

02:40:49  18           EPIC 4G, 0.

02:40:51  19           FASCINATE, 2,504,979.

02:40:56  20           GALAXY S 4G, 848,125.

02:41:01  21           GALAXY S II, AT&T, 0.

02:41:04  22           GALAXY S II, T-MOBILE, 0.

02:41:08  23           THE GEM, 0.

02:41:10  24           INDULGE, 0.

02:41:12  25           INFUSE 4G, 0.

02:41:14   1          MESMERIZE, 626,412.

02:41:18   2          AND THE VIBRANT IS 1,345,534.

02:41:23   3          AND, YOUR HONOR, THE FORM WAS SIGNED AND DATED TODAY'S

02:41:26   4   DATE BY THE PRESIDING JUROR.

02:41:28   5          THE COURT:  ALL RIGHT.  LET ME ASK WHETHER COUNSEL

02:41:33   6   WISH THE JURY TO BE POLLED.

02:41:35   7          MR. QUINN:  YES, YOUR HONOR.

02:41:37   8          MR. MUELLER:  THAT'S FINE, YOUR HONOR.

02:41:39   9          THE COURT:  OKAY.  ALL RIGHT.  LET ME START WITH

02:41:46   10  JUROR NUMBER 1.

02:41:47   11         MR. SMITH, IS THE VERDICT THAT WAS JUST READ BY MS. MASON

02:41:50   12  YOUR VERDICT?

02:41:51   13         JUROR:  CORRECT.

02:41:52   14         THE COURT:  LET ME ASK MS. BORBA, JUROR NUMBER 2, IS

02:41:55   15  THE VERDICT THAT WAS JUST READ BY MS. MASON YOUR VERDICT?

02:41:58   16         JUROR:  YES.

02:41:58   17         THE COURT:  LET ME ASK JUROR NUMBER 3, MR. DAY, IS

02:42:01   18  THE VERDICT THAT WAS JUST READ BY MS. MASON YOUR VERDICT?

02:42:04   19         JUROR:  YES.

02:42:04   20         THE COURT:  JUROR NUMBER 4, MS. BRAVO, IS THE VERDICT

02:42:08   21  THAT WAS JUST READ YOUR VERDICT?

02:42:10   22         JUROR:  YES.

02:42:10   23         THE COURT:  JUROR NUMBER 5, MS. CALDERON, WAS THE

02:42:13   24  VERDICT THAT WAS JUST READ YOUR VERDICT?

02:42:15   25         JUROR:  YES.

02:42:16  1          THE COURT:  LET ME ASK JUROR NUMBER 6,

02:42:18  2     MR. LISSANDRELLO, WAS THE VERDICT THAT WAS JUST READ YOUR

02:42:20  3     VERDICT?

02:42:21  4          JUROR:  YES.

02:42:21  5          THE COURT:  JUROR NUMBER 7, MS. SALDANA, WAS THE

02:42:25  6     VERDICT THAT WAS JUST READ YOUR VERDICT?

02:42:26  7          JUROR:  YES.

02:42:27  8          THE COURT:  AND JUROR NUMBER 8, MS. SERNA, WAS THE

02:42:30  9     VERDICT THAT WAS JUST READ YOUR VERDICT?

02:42:32  10          JUROR:  YES.

02:42:32  11          THE COURT:  THEN I WILL ASK THAT THE VERDICT FORM BE

02:42:39  12     FILED.

02:42:41  13          BEFORE WE EXCUSE YOU, WE WOULD LIKE TO JUST TAKE SOME TIME

02:42:48  14     AND -- YOU KNOW, I WILL JUST TELL YOU THAT IN THE PAST, IF

02:42:54  15     THERE WAS, LIKE, ONE CALCULATION THAT WAS OFF FOR SOMETHING, WE

02:42:57  16     HAD TO ASK THE JURY TO GO BACK AND MAKE A CORRECTION, SO WE

02:43:01  17     JUST NEED SOME TIME TO ANALYZE YOUR VERDICT.

02:43:03  18          SO I KNOW YOU MAY BE ANXIOUS TO CONCLUDE YOUR SERVICE, BUT

02:43:08  19     I'M GOING TO ASK FOR YOUR PATIENCE FOR JUST SOME TIME FOR US TO

02:43:11  20     DO THAT CALCULATION.

02:43:13  21          SO IF YOU WOULD PLEASE GO BACK TO THE JURY ROOM, WE WILL

02:43:16  22     LET YOU KNOW WHETHER WE ARE DONE OR WHETHER THERE'S ANYTHING

02:43:19  23     FURTHER WE NEED YOU TO LOOK AT.  OKAY?

02:43:21  24          SO IF YOU WOULD PLEASE STEP OUT?

02:43:23  25          I'M GOING TO ASK MS. MASON TO MAKE COPIES FOR THE PARTIES

| | | |
|---|---|---|
| 02:43:26 | 1 | BECAUSE IT WILL JUST BE EASIER IF YOU HAVE ALL THE NUMBERS WITH |
| 02:43:31 | 2 | YOU. |
| 02:43:32 | 3 | SO THANK YOU FOR YOUR PATIENCE AND YOUR SERVICE. |
| 02:43:35 | 4 | PLEASE GO BACK TO THE JURY ROOM AND WE WILL LET YOU KNOW |
| 02:43:38 | 5 | WHEN WE NEED TO HAVE YOU BACK. |
| 02:43:40 | 6 | ALL RIGHT.  THANK YOU FOR YOUR PATIENCE AND YOUR SERVICE. |
| 02:43:55 | 7 | (JURY OUT AT 2:43 P.M.) |
| 02:43:56 | 8 | THE COURT:  THE RECORD SHOULD REFLECT THE JURORS HAVE |
| 02:43:58 | 9 | LEFT THE COURTROOM.  LET'S NOW TAKE TIME TO LOOK OVER THIS |
| 02:44:01 | 10 | VERDICT, AND LET MS. MASON KNOW WHEN YOU ARE READY.  OKAY? |
| 02:44:05 | 11 | MR. MUELLER:  THANK YOU, YOUR HONOR. |
| 02:44:05 | 12 | THE COURT:  OKAY.  THANK YOU. |
| 02:44:06 | 13 | MS. MAROULIS:  THANK YOU. |
| 02:44:10 | 14 | (RECESS FROM 2:44 P.M. UNTIL 3:11 P.M.) |
| 03:11:48 | 15 | (JURY OUT AT 3:11 P.M.) |
| 03:11:48 | 16 | THE CLERK:  PLEASE BE SEATED. |
| 03:11:52 | 17 | THE COURT:  OKAY.  GO AHEAD.  WHAT ARE YOUR THOUGHTS? |
| 03:11:56 | 18 | MR. MUELLER:  SO FOR APPLE, YOUR HONOR, WE HAVE NO |
| 03:11:58 | 19 | REQUEST FOR THE JURY TO DELIBERATE FURTHER. |
| 03:12:01 | 20 | I'LL JUST NOTE FOR THE RECORD ONE TINY AND INCONSEQUENTIAL |
| 03:12:06 | 21 | ISSUE.  THE NUMBERS IN THE PRODUCT COLUMN FOR QUESTION |
| 03:12:08 | 22 | NUMBER 2, THE LAST DIGIT IF YOU ADD IT UP IS 7, BUT THEY |
| 03:12:14 | 23 | AWARDED 6.  IT'S A DOLLAR DIFFERENCE.  SO IT'S INCONSEQUENTIAL. |
| 03:12:19 | 24 | ON THE OTHER HAND, FOR THE NEXT PAGE, THEY ROUNDED OUR |
| 03:12:23 | 25 | REQUEST, WHICH WAS -- THE LAST TWO DIGITS WERE 49 UP TO 50, SO |

03:12:23  1    THERE IS A DOLLAR UP THERE.  IT'S A WASH.

03:12:23  2         AND IN ANY EVENT, WE'RE TALKING ABOUT A DOLLAR OR TWO.

03:12:31  3         THAT WAS THE ONLY THING WE NOTICED.  WE HAVE NO REASON TO

03:12:33  4    QUESTION THE JURY.

03:12:34  5         THE COURT:  YOU KNOW, ON YOUR POINT, THE -- I THOUGHT

03:12:40  6    THE JURY GOT THAT CALCULATION RIGHT.  IT LOOKS LIKE -- I

03:12:44  7    THOUGHT THAT APPLE'S CALCULATION IS OFF BY A DOLLAR.

03:12:48  8         MR. MUELLER:  MR. OLSON CAN ADDRESS THAT.

03:12:49  9         THE COURT:  9 PLUS 5 IS 14, PLUS ADD ANOTHER 4,

03:12:55  10   THAT'S 18, PLUS ADD ANOTHER 2, THAT'S 20.  SO THAT SHOULD BE

03:12:58  11   A 0.  I DON'T KNOW HOW YOU GET 49.

03:13:00  12        I'M LOOKING AT PX 25K.4.

03:13:02  13        MR. MUELLER:  YOU'RE SAYING FOR QUESTION 4, YOUR

03:13:04  14   HONOR?

03:13:04  15        THE COURT:  YES.  WHAT WERE YOU LOOKING AT?

03:13:07  16        MR. OLSON:  THAT IS WHAT -- WHAT YOU SHOULD BE

03:13:10  17   LOOKING AT.

03:13:11  18        IF YOU WERE TO LOOK UNDERNEATH THE SPREADSHEET THAT

03:13:13  19   REPRESENTS 25K.4, YOU'D FIND ACTUAL CENTS, AND WHEN YOU PUT

03:13:20  20   THEM ALL TOGETHER, YOU CAN END UP IN A SITUATION WHERE YOU

03:13:24  21   ROUND DOWN INSTEAD OF ROUNDING UP.

03:13:27  22        BUT YOU ARE CORRECT, YOUR HONOR, THAT IF YOU LOOK AT THE

03:13:29  23   NUMBERS STATED THERE, THEY ADD TO EXACTLY WHAT THE COURT HAS --

03:13:33  24   WHAT THE JURY HAS PUT DOWN, 050.

03:13:35  25        THE COURT:  OH.  SO EITHER THE -- EVEN THOUGH

03:13:40  1    MS. DAVIS ROUNDED UP FOR HER REASONABLE ROYALTY CALCULATION FOR

03:13:46  2    EACH OF THE FOUR PRODUCTS, THEN SHE ACTUALLY USED THE CENTS IN

03:13:51  3    THE PRECISE CALCULATION TO GET THE TOTAL?

03:13:53  4         MR. OLSON:  THAT'S -- THAT'S CORRECT.

03:13:54  5         THE COURT:  THAT'S VERY CONFUSING.

03:13:56  6         MR. OLSON:  I AGREE IT ENDED UP BEING CONFUSING.  WE

03:14:00  7    DIDN'T CATCH IT UNTIL THE EXHIBIT WAS ALREADY IN.

03:14:03  8      IN THE END, THE NUMBER ADDS -- THEY ARE CORRECT IN ADDING

03:14:07  9    THE NUMBERS AND ADDING THEM TO 050.

03:14:09  10     I DON'T KNOW WHETHER MR. QUINN HAS ANY OBJECTION.

03:14:11  11        MR. QUINN:  WE'LL GIVE THEM THE DOLLAR, YOUR HONOR.

03:14:13  12        THE COURT:  ALL RIGHT.  LET ME HEAR FROM MR. QUINN.

03:14:15  13        MR. QUINN:  YOUR HONOR, OBVIOUSLY WE HAVE SOME ISSUES

03:14:17  14   THAT WILL BE ADDRESSED IN THE ORDINARY COURSE OF POST-TRIAL

03:14:20  15   MOTIONS, BUT NOTHING AT THIS POINT FOR THIS VERDICT FORM.

03:14:23  16        THE COURT:  OKAY.  SO THEN ARE BOTH SIDES REQUESTING

03:14:25  17   THAT I EXCUSE THIS JURY?

03:14:27  18        MR. MUELLER:  YES, YOUR HONOR.

03:14:28  19        MR. QUINN:  YES, YOUR HONOR.

03:14:28  20        THE COURT:  ALL RIGHT.  LET ME TAKE A BRIEF RECESS,

03:14:52  21   PLEASE.

03:14:54  22        THE CLERK:  COURT'S IN RECESS.

03:14:57  23     (RECESS FROM 3:14 P.M. UNTIL 3:30 P.M.)

03:30:22  24     (JURY OUT AT 3:30 P.M.)

03:30:23  25        THE COURT:  ALL RIGHT.  WELCOME BACK.

03:30:27  1    I'D LIKE TO KNOW WHAT ARE SAMSUNG'S ISSUES WITH THIS

03:30:30  2    VERDICT, AND IF WE SHOULD HAVE THE JURY CONSIDER THEM AND

03:30:39  3    PERHAPS MAKE ANY CORRECTIONS.

03:30:41  4        WHAT ARE YOUR ISSUES?  YOU SAID THAT YOU HAD SOME, BUT YOU

03:30:46  5    WANT TO SAVE IT FOR POST-TRIAL MOTIONS.  BUT IF THERE'S

03:30:49  6    ANYTHING THAT CAN BE CURED BY THIS JURY, I'D LIKE TO KNOW NOW,

03:30:53  7    AND I WOULD BE OPEN TO SENDING THEM BACK WITH MORE INSTRUCTION.

03:30:58  8    WHAT WERE YOUR CONCERNS, PLEASE?

03:31:00  9        MR. QUINN:  YOUR HONOR, I DON'T KNOW THAT THERE'S

03:31:02 10    ANYTHING THAT CAN BE CURED NOW, YOUR HONOR.  WE DON'T -- WE

03:31:06 11    DON'T THINK IT'S SUPPORTED BY THE EVIDENCE.  THAT WON'T COME AS

03:31:09 12    A SURPRISE TO THE COURT TO HEAR THAT.

03:31:11 13        THE COURT:  OKAY.  ANY OTHER CONCERNS?

03:31:12 14        MR. QUINN:  YOU KNOW, IT'S -- IT WOULD -- OUR

03:31:14 15    CONCERNS ARE THOSE THAT I THINK ARE APPROPRIATELY ADDRESSED BY

03:31:17 16    POST-TRIAL MOTIONS.

03:31:19 17        THE COURT:  WE HAVE A JURY THAT COULD CORRECT IF YOU

03:31:23 18    THINK THERE IS AN INCONSISTENCY, AND WE HAVE DONE THAT IN THE

03:31:27 19    PAST WITH THE FIRST JURY.

03:31:29 20        SO IF THERE'S ANYTHING LIKE THAT, OR -- YOU'RE NOT WILLING

03:31:33 21    TO BE ANY MORE SPECIFIC?

03:31:35 22        MR. QUINN:  YOUR HONOR, IT WOULD BE THE SORTS OF

03:31:37 23    ISSUES THAT WE'VE ADDRESSED IN POST-TRIAL MOTIONS AND THAT ARE

03:31:42 24    CUSTOMARILY ADDRESSED IN POST-TRIAL MOTIONS.  THOSE WOULD BE

03:31:46 25    OUR OBJECTIONS.

03:31:46  1           THE COURT:  OKAY.  SO DO YOU SEE ANY INCONSISTENCY

03:31:49  2   WITH THE VERDICT?

03:31:50  3           MR. QUINN:  YOUR HONOR, WE DON'T THINK IT'S SUPPORTED

03:31:53  4   BY THE EVIDENCE.

03:31:54  5           THE COURT:  I UNDERSTAND THAT.

03:31:55  6           MR. QUINN:  YOU KNOW, SO IN TERMS OF THE QUESTION THE

03:32:00  7   COURT IS RAISING ABOUT THIS VERDICT, I THINK WE'VE STATED OUR

03:32:02  8   POSITION.

03:32:03  9           THE COURT:  ALL RIGHT.  SO DO YOU HAVE ANY CONCERN

03:32:09  10  ABOUT WHETHER THE ARTICLE OF MANUFACTURE DETERMINATIONS ARE

03:32:15  11  INCONSISTENT?

03:32:16  12          MR. QUINN:  YOUR HONOR, WE HAVE -- WE HAVE EVERY

03:32:20  13  CONCERN ABOUT THE DETERMINATIONS ABOUT THE ARTICLE OF

03:32:24  14  MANUFACTURE.  WE DON'T THINK THAT THIS VERDICT IS SUPPORTED BY

03:32:26  15  THE EVIDENCE CONCERNING WHAT THE ARTICLE OF MANUFACTURE IS, I

03:32:30  16  MEAN, UNDER THE LAW AND THE EVIDENCE THAT WAS PRESENTED.

03:32:38  17          THE COURT:  WE HAVE A JURY HERE THAT I COULD SEND

03:32:46  18  THEM BACK WITH FURTHER INSTRUCTION TO ADDRESS ANY CONCERN THAT

03:32:50  19  YOU HAVE.

03:32:50  20          MR. QUINN:  WE'RE NOT ASKING FOR THAT, YOUR HONOR.

03:32:52  21  WE'RE COMFORTABLE ADDRESSING IT IN THE ORDINARY COURSE PURSUANT

03:32:55  22  TO THE LAW GOVERNING POST-TRIAL MOTIONS.

03:32:57  23          THE COURT:  OKAY.  SO WHAT I'M HEARING FROM YOU, YOU

03:32:59  24  DON'T HAVE ANY CONCERNS ABOUT THE ARTICLES OF MANUFACTURE

03:33:02  25  DETERMINATION BEING INCONSISTENT; YOU JUST THINK THAT, OVERALL,

03:33:04  1    THE VERDICT, OR THE FINDINGS ARE NOT SUPPORTED BY THE EVIDENCE

03:33:07  2    AND THE ARTICLES OF MANUFACTURE ARE NOT SUPPORTED BY THE

03:33:09  3    EVIDENCE.

03:33:10  4        IS THAT CORRECT?

03:33:11  5            MR. QUINN:  YEAH.  I'M NOT -- YOUR HONOR, I'M NOT

03:33:13  6    SAYING THAT WE WILL NOT RAISE INCONSISTENCY IN POST-TRIAL

03:33:16  7    MOTIONS.  I'M NOT SAYING THAT.

03:33:18  8        BUT WE THINK ANY ISSUES THAT WE HAVE IN THAT REGARD ARE

03:33:21  9    APPROPRIATELY ADDRESSED UNDER THE LAW IN POST-TRIAL MOTIONS.

03:33:25  10           THE COURT:  ARE THERE ANY INCONSISTENCIES THAT YOU

03:33:28  11   IDENTIFY RIGHT NOW?

03:33:30  12           MR. QUINN:  NO, OTHER THAN WHAT WE WOULD RAISE IN THE

03:33:32  13   ORDINARY COURSE IN POST-TRIAL MOTIONS, YOUR HONOR.

03:33:35  14           THE COURT:  DOES THE PLAINTIFF WANT TO BE HEARD ON

03:33:39  15   THIS?

03:33:40  16           MR. MUELLER:  WE SEE --

03:33:42  17           THE COURT:  I THINK IF THERE'S ANY, ANY CURATIVE

03:33:45  18   INSTRUCTION, THAT WE HAVE THIS JURY THAT IS STILL HERE, THEY

03:33:51  19   HAVE NOT BEEN DISCHARGED.  I COULD SEND THEM BACK WITH FURTHER

03:33:54  20   INSTRUCTION.

03:33:54  21           MR. MUELLER:  WE SEE NO INCONSISTENCY AND WE THINK

03:33:57  22   THE JURY SHOULD BE EXCUSED.

03:33:59  23           THE COURT:  OKAY.  ALL RIGHT.

03:34:00  24       IS THAT SAMSUNG'S POSITION AS WELL?

03:34:01  25           MR. QUINN:  WE ALSO BELIEVE THE JURY SHOULD BE

03:34:03   1    EXCUSED, YOUR HONOR.

03:34:11   2            THE COURT:  ALL RIGHT.  WELL, THEN LET'S BRING IN OUR

03:34:13   3    JURY, PLEASE.

03:34:27   4        (JURY IN AT 3:34 P.M.)

03:34:52   5            THE COURT:  ALL RIGHT.  PLEASE TAKE A SEAT.

03:34:56   6        LADIES AND GENTLEMEN OF THE JURY, YOU HAVE COMPLETED YOUR

03:34:58   7    JURY SERVICE, SO I AM DISCHARGING YOU.

03:35:00   8        I WANT TO THANK YOU VERY MUCH FOR YOUR TIME AND

03:35:03   9    PARTICIPATION IN THIS CASE.  WE VERY MUCH APPRECIATE YOUR JURY

03:35:06   10   SERVICE.

03:35:08   11       YOU ARE NO LONGER UNDER THE COURT'S ORDER NOT TO DISCUSS

03:35:12   12   THE CASE.  YOU ARE FREE NOW TO DISCUSS IT WITH WHOMEVER YOU

03:35:16   13   LIKE.  OFTEN THE ATTORNEYS IN A CASE FIND IT USEFUL TO TALK TO

03:35:19   14   JURORS AFTER THE CASE IS CONCLUDED.  YOU ARE FREE TO DISCUSS

03:35:22   15   THE CASE WITH THEM, ALTHOUGH YOU ARE UNDER NO OBLIGATION TO DO

03:35:26   16   SO.  SO YOU'RE ALSO FREE NOT TO TALK TO ANYONE.

03:35:29   17       WE'LL BE HERE JUST FOR A FEW MORE MINUTES.  I THINK

03:35:33   18   MS. MASON WILL HAVE SOME ADMINISTRATIVE THINGS TO DO WITH YOU,

03:35:36   19   TO TAKE YOUR JUROR BADGES AND WHATNOT.

03:35:40   20       IF YOU WOULD LEAVE YOUR NOTES IN THE JURY ROOM, THEY WILL

03:35:43   21   BE DESTROYED.

03:35:45   22       THOSE OF YOU WHO DO WISH TO SPEAK TO ANY OF THE ATTORNEYS,

03:35:49   23   I'M GOING TO ASK THAT WHEN YOU LEAVE OUR FLOOR AND THE

03:35:55   24   COURTHOUSE, THERE IS A BREEZEWAY THAT'S SORT OF BETWEEN OUR

03:35:58   25   COURTHOUSE BUILDING AND THE SOCIAL SECURITY BUILDING WHERE YOU

03:36:00  1     GO THROUGH THE METAL DETECTORS ON THE FIRST FLOOR, AND IF YOU

03:36:04  2     COULD JUST MEET WITH ANYONE YOU WISH TO SPEAK WITH IN THAT

03:36:07  3     CAUSEWAY.

03:36:09  4          OTHERWISE YOU ARE DISCHARGED FROM FURTHER SERVICE, AND

03:36:13  5     THANK YOU VERY, VERY MUCH FOR YOUR TIME AND YOUR SERVICE IN

03:36:19  6     THIS CASE.

03:36:20  7          YOU ARE DISCHARGED.

03:36:23  8          (JURY OUT AT 3:36 P.M.)

03:36:38  9              THE COURT:  OKAY.  THE RECORD -- OH, THE RECORD

03:36:41 10     SHOULD REFLECT THAT THE JURORS HAVE LEFT THE COURTROOM.

03:36:44 11              PLEASE TAKE A SEAT.

03:36:45 12          LET'S -- CAN WE TALK ABOUT OUR POST-TRIAL BRIEFING

03:36:49 13     SCHEDULE?  I THINK WE HAD SET THAT BY NUMBER OF DAYS AFTER THE

03:36:54 14     VERDICT.

03:36:55 15              MS. MAROULIS:  YES, YOUR HONOR.  THE COURT GAVE THE

03:36:57 16     PARTIES TWO WEEKS FROM THE VERDICT TO BRIEF THE POST-TRIAL

03:37:00 17     MOTIONS.

03:37:01 18              THE COURT:  OKAY.  I'D LIKE TO TRY TO SET SOME

03:37:10 19     POSSIBLE HEARING DATES.

03:37:18 20          OR WOULD YOU LIKE SOME TIME -- WELL, LET'S GO AHEAD AND DO

03:37:24 21     THAT NOW.  WHAT HAD WE SET, 14, 14, IS THAT CORRECT?

03:37:27 22              MS. MAROULIS:  I BELIEVE IT'S 14, 14, AND 7, YOUR

03:37:31 23     HONOR.

03:37:31 24              THE COURT:  14/14/7.  OKAY.

03:37:33 25          SO TODAY IS -- TODAY IS MAY 24, SO THAT MEANS -- NOW,

03:37:44   1    THERE WERE SOME ISSUES THAT WE HAD TO DISCUSS SEPARATELY.  I

03:37:50   2    BELIEVE ONE WAS THE '915.

03:37:52   3              MS. MAROULIS:  THAT'S RIGHT, YOUR HONOR.

03:37:53   4              THE COURT:  AND THERE WAS ANOTHER ISSUE AS WELL.  DO

03:37:55   5    YOU RECALL WHAT THAT WAS?

03:37:57   6              MS. MAROULIS:  WE JUST HAD THE '915, YOUR HONOR.

03:38:00   7              THE COURT:  OKAY.  IS THAT YOUR RECOLLECTION, OR WAS

03:38:03   8    THERE ONE OTHER -- I THOUGHT THERE WERE TWO THINGS --

03:38:05   9              MR. MUELLER:  SUPPLEMENTAL DAMAGES PERHAPS, YOUR

03:38:08   10   HONOR.

03:38:08   11             THE COURT:  NO, THAT'S NOT WHAT I WAS THINKING.

03:38:11   12   THERE WAS SOMETHING OTHER THAN '915, BUT I MIGHT BE

03:38:14   13   MISREMEMBERING.

03:38:15   14        SO YOUR POST-TRIAL MOTIONS THEN WOULD BE DUE JUNE 7; ANY

03:38:20   15   RESPONSES WOULD BE DUE ON JUNE 21; REPLIES WOULD BE DUE ON

03:38:29   16   JUNE 28.

03:38:45   17        DID I SET -- LET ME HEAR FROM YOU -- ANY PAGE LIMITS ON

03:38:51   18   THE MOTIONS?

03:38:54   19             MR. MUELLER:  LOCAL RULES WOULD BE FINE, YOUR HONOR.

03:38:57   20             MS. MAROULIS:  I THINK YOUR HONOR SET ACCORDING TO

03:39:00   21   THE LOCAL RULES.  IT WAS PART OF THE ORDER THAT YOUR HONOR

03:39:02   22    ISSUED.

03:39:03   23             THE COURT:  OKAY.  ALL RIGHT.

03:39:05   24             MS. MAROULIS:  SO 25, 25, AND 15.

03:39:07   25             THE COURT:  25/25/15?

03:39:09  1          MS. MAROULIS:  UM-HUM.

03:39:10  2          THE COURT:  OKAY.  WILL BOTH SIDES BE FILING THEM?

03:39:13  3          MS. MAROULIS:  SAMSUNG WILL, YOUR HONOR.

03:39:15  4          THE COURT:  OKAY.

03:39:16  5          MR. MUELLER:  AT LEAST SUPPLEMENTAL DAMAGES, YOUR

03:39:19  6   HONOR.

03:39:20  7          MS. MAROULIS:  YOUR HONOR, SUPPLEMENTAL DAMAGES

03:39:22  8   WOULDN'T BE BRIEFED UNTIL AFTER THE APPEALS ARE EXHAUSTED.  AT

03:39:25  9   LEAST, THAT'S HOW WE'VE HANDLED IT IN THE PRIOR TRIALS.

03:39:29 10          THE COURT:  AND THAT'S HOW -- I'D PREFER TO DO IT

03:39:31 11   THAT WAY.  WE JUST RESERVE THAT ISSUE UNTIL AFTER THE APPEALS

03:39:38 12   ARE RESOLVED AND WE FIND OUT WHETHER WE NEED TO RETRY THIS OR

03:39:41 13   NOT.

03:39:45 14          MR. MUELLER:  IF THAT'S YOUR HONOR'S PREFERENCE,

03:39:47 15   WE'LL ABIDE BY THE COURT'S PREFERENCE.

03:39:50 16          THE COURT:  THAT WOULD BE MY PREFERENCE.

03:39:51 17          MS. MAROULIS:  YOUR HONOR, WITH RESPECT TO THE '915

03:39:54 18   PATENT, THAT WOULD BE A SEPARATE MOTION; RIGHT?  WOULD YOUR

03:39:57 19   HONOR LIKE THEM ON THE SAME SCHEDULE?

03:39:59 20          THE COURT:  WHAT IS THE ISSUE ON THAT?  IS THAT TO

03:40:01 21   SUBTRACT THE DAMAGES FOR THAT PATENT?

03:40:04 22          MS. MAROULIS:  THAT'S CORRECT, YOUR HONOR.  THE

03:40:06 23   FEDERAL CIRCUIT INVALIDATED FINALLY AND IRRETRIEVABLY CLAIM 8,

03:40:10 24   WHICH WAS AT ISSUE IN THIS CASE, AND SO THERE IS COLLATERAL

03:40:14 25   ESTOPPEL AND APPLE'S NOT ENTITLED TO DAMAGES.

03:40:17   1        SO IT NEEDS TO BE DONE BEFORE WE ENTER THE FINAL JUDGMENT

03:40:19   2   IN THIS CASE, AND WE'D LIKE TO HAVE A SCHEDULE CONVENIENT FOR

03:40:24   3   THE COURT, BUT WE NEED TO MAKE SURE THAT WE FILE IT AND IT'S

03:40:28   4   CONSIDERED BEFORE THE FINAL JUDGMENT IS ENTERED.

03:40:32   5             MR. OLSON:  YOUR HONOR, ERIK OLSON ON BEHALF OF

03:40:34   6   APPLE.

03:40:35   7        THE FINAL JUDGMENT HAS ALREADY BEEN ENTERED.  IT'S BEEN

03:40:38   8   APPEALED.  IT WAS THEN REFUSED CERT AT THE SUPREME COURT AND

03:40:43   9   THE JUDGMENT WAS ENTERED PURSUANT TO A SERIES OF PROCEDURES

03:40:48  10   ALREADY RESOLVED.

03:40:49  11        SO WE DON'T BELIEVE IT AFFECTS THE FINAL JUDGMENT TO BE

03:40:52  12   ENTERED IN CONNECTION WITH THIS TRIAL WHATSOEVER.

03:40:54  13             THE COURT:  WHAT -- WHAT CERT WAS DENIED?  YOU MEAN

03:40:59  14   ONE ON SPECIFICALLY THE '915, THE PTO'S DECISION?  OR WHAT ARE

03:41:03  15   YOU REFERRING TO?  BECAUSE CERT WAS GRANTED IN THIS CASE.

03:41:06  16             MR. OLSON:  SO AS YOU MAY REMEMBER, IN THE

03:41:09  17   NOVEMBER 2013 TRIAL, THERE WAS A JUDGMENT ENTERED, IT WENT TO

03:41:12  18   THE FEDERAL CIRCUIT.  THE FEDERAL CIRCUIT THEN AFFIRMED IN A

03:41:16  19   NUMBER OF RESPECTS, INCLUDING WITH RESPECT TO THE DAMAGES ON

03:41:18  20   THE '915.

03:41:20  21        MAYBE BETTER PUT, THE -- FOLLOWING THAT DETERMINATION, THE

03:41:25  22   COURT THEN -- THE COURT OF APPEALS SENT THE MATTER BACK DOWN TO

03:41:31  23   YOU WITH A STATEMENT THAT IMMEDIATE JUDGMENT SHOULD BE ENTERED.

03:41:35  24        FOLLOWING THE ENTRY OF THAT JUDGMENT, THAT ENTRY WAS THEN

03:41:38  25   APPEALED.  THERE WAS NO -- THERE WAS NO REQUEST FOR CERT ON THE

03:41:45  1    '915 DAMAGES OR THE ISSUES RELATED TO THE VALIDITY OR

03:41:49  2    INFRINGEMENT OF THE '915 PATENT OR OF THE OTHER UTILITY

03:41:53  3    PATENTS.

03:41:53  4         SO THOSE JUDGMENTS BECAME FINAL WITH THE ENTRY OF THE

03:41:58  5    COURT'S JUDGMENT FOLLOWED BY THE, THE APPEAL THAT WAS TAKEN

03:42:03  6    FROM THAT JUDGMENT AND AFFIRMED WHICH WAS NOT THEN TAKEN ON

03:42:08  7    CERT.

03:42:08  8         SO THAT JUDGMENT IS COMPLETELY FINAL AND HAS BEEN FINAL

03:42:11  9    FOR AN EXTENDED PERIOD OF TIME.

03:42:15  10        MS. MAROULIS:  YOUR HONOR, WE DISAGREE WITH APPLE'S

03:42:17  11   CONTENTIONS ABOUT THE FINALITY OF THE JUDGMENT.  IT SHOULD BE

03:42:20  12   JUDGMENT IN THIS WHOLE CASE.

03:42:22  13        BUT IN ANY EVENT, WE DON'T NEED TO ARGUE SUBSTANTIVELY

03:42:25  14   THIS MOTION.  I'M SIMPLY ASKING WHETHER THE COURT WOULD PREFER

03:42:28  15   TO FILE THIS MOTION ON THE EXACT SAME SCHEDULE AS THE

03:42:32  16   POST-TRIAL MOTIONS, OR WHETHER THE COURT WOULD PREFER TO DO IT

03:42:34  17   LATER.  BUT THEN, IF SO, WE ASK THAT THE COURT HOLD OFF

03:42:38  18   ENTERING JUDGMENT UNTIL THE '915 MOTION IS RESOLVED.

03:42:48  19        THE COURT:  WERE YOU GOING TO ADD ANYTHING?

03:42:50  20        MR. MUELLER:  I WAS JUST GOING TO SAY WE OBJECT TO

03:42:52  21   THAT.  WE THINK THAT THE JUDGMENT ON THIS PARTICULAR TRIAL

03:42:54  22   SHOULD NOT BE MADE CONTINGENT UPON WHATEVER COLLATERAL MOTION

03:42:59  23   SAMSUNG TRIES TO FILE ON THE '915.

03:43:02  24        MS. MAROULIS:  YOUR HONOR, WE WERE READY TO FILE THIS

03:43:06  25   MOTION IN OCTOBER.  WE ASKED THE COURT'S PERMISSION.  THE COURT

03:43:09  1    ADVISED US TO DO IT AFTER TRIAL, SO WE HELD OFF AND WE DID NOT

03:43:13  2    FILE ANYTHING ON THE UNDERSTANDING THAT WE WOULD BE ABLE TO

03:43:16  3    FILE IT AFTER THE TRIAL.

03:43:17  4        SO WE'LL DO IT ON THE SCHEDULE THE COURT PREFERS, BUT

03:43:20  5    BEFORE JUDGMENT.

03:43:21  6        THE COURT:  WHY CAN'T IT BE INCLUDED IN THE

03:43:23  7    POST-TRIAL MOTIONS?

03:43:24  8        MS. MAROULIS:  IT CAN BE, YOUR HONOR.

03:43:26  9        JUST FOR THE EASE FOR THE COURT, WE'D LIKE TO FILE IT AS A

03:43:29  10   SEPARATE MOTION.  WE CAN DO MUCH SHORTER PAGE LIMITS.

03:43:32  11       THE COURT:  I DON'T WANT ANOTHER 65 PAGES ON THAT.

03:43:34  12       MS. MAROULIS:  WOULD A 10 PAGE MOTION BE OKAY, YOUR

03:43:36  13   HONOR, AS A SEPARATE MOTION FOR THE MOVING PAPERS?

03:43:40  14       THE COURT:  SO WHAT WOULD THAT BE, 10/10/5?

03:43:44  15       MS. MAROULIS:  THAT'S RIGHT, YOUR HONOR.

03:43:47  16       THE COURT:  DO YOU WANT TO BE HEARD ON THAT?

03:43:50  17       MR. MUELLER:  THAT'S FINE, YOUR HONOR.

03:43:51  18       THE COURT:  ALL RIGHT.  THAT'S FINE.

03:43:53  19       LET'S KEEP IT THEN ON THE SAME SCHEDULE, AND I'LL TRY TO

03:43:57  20   GIVE YOU A RULING ON THAT AS WELL AS ON YOUR POST-TRIAL MOTION.

03:44:01  21       MS. MAROULIS:  THANK YOU, YOUR HONOR.

03:44:02  22       THE COURT:  OKAY.  SO THEN IT SOUNDS LIKE APPLE WILL

03:44:04  23   NOT BE FILING A POST-TRIAL MOTION.

03:44:06  24       SAMSUNG -- I MEAN, I UNDERSTAND YOU JUST GOT THE VERDICT,

03:44:09  25   SO YOU MAY NOT --

03:44:16   1          MR. OLSON:  SO, YOUR HONOR, I THINK WE'LL WANT TO

03:44:20   2     CONFER WITH THE CLIENT BEFORE WE TAKE A POSITION ON WHETHER

03:44:23   3     WE'LL FILE NO POST-TRIAL MOTIONS.

03:44:25   4          IN PRIOR -- IN THE PRIOR CASES, THE QUESTION OF

03:44:29   5     ENTITLEMENT TO SUPPLEMENTAL DAMAGES AND THE MANNER OF THE

03:44:32   6     CALCULATION HAS BEEN HANDLED THROUGH THE POST-TRIAL MOTION

03:44:36   7     PROCESS UNDER RULE 50 AND 59.

03:44:39   8          AND I GUESS THE QUESTION IS REALLY WHETHER OR NOT THE

03:44:43   9     COURT WISHES TO SEPARATE THIS ENTIRELY OR DO IT IN THE MANNER

03:44:50   10    THAT'S BEEN ADDRESSED PREVIOUSLY?

03:44:52   11         SO THAT CERTAINLY WOULD BE A POST-TRIAL MOTION, THOUGH IT

03:44:56   12    ISN'T A MOTION TO ATTACK THE VERDICT UNDER EITHER 50 OR 59.

03:45:00   13         THE COURT:  SO WHY WOULD WE NOT CALCULATE

03:45:03   14    SUPPLEMENTAL DAMAGES THE SAME WAY IF THIS VERDICT IS AFFIRMED?

03:45:08   15         MR. OLSON:  OH, I THINK WE WOULD AGREE THAT THAT IS

03:45:11   16    THE MANNER IN WHICH THE COURT SHOULD DO SO, AND WE WOULD,

03:45:15   17    THEREFORE, BE HAPPY TO ESTABLISH THAT BY MEANS OF AN ORDER SO

03:45:18   18    THAT ANY QUESTION REGARDING THAT CAN BE TAKEN AS A PART OF A

03:45:21   19    SINGLE APPEAL AND NOT ADDRESSED IN TWO SEPARATE APPEALS.

03:45:36   20         MS. MAROULIS:  SO, YOUR HONOR, APPLE'S POSITION --

03:45:39   21         THE COURT:  SO YOU'RE SAYING THE MANNER AND TIMING?

03:45:43   22         MR. OLSON:  YES.

03:45:43   23         THE COURT:  BUT NOT THE CALCULATION ITSELF?

03:45:45   24         MR. OLSON:  WE COULD DO THE CALCULATION LATER.

03:45:47   25         BUT WE BELIEVE IT WOULD BE USEFUL AND APPROPRIATE TO

```
03:45:49   1    ESTABLISH THE MANNER IN WHICH YOU INTEND TO CALCULATE

03:45:52   2    SUPPLEMENTAL DAMAGES AS A PART OF A SINGLE ORDER SO THE ISSUE

03:45:56   3    OF SUPPLEMENTAL DAMAGES ENTITLEMENT AND METHODOLOGY FOR

03:45:59   4    CALCULATION CAN BE ADDRESSED IN A SINGLE APPEAL RATHER THAN

03:46:05   5    HAVE TWO OR MORE APPEALS, WHICH OBVIOUSLY WE'RE TRYING TO AVOID

03:46:09   6    FURTHER MULTIPLICATION OF APPEALS IN THE CASE.

03:46:17   7            MS. MAROULIS:  YOUR HONOR, I UNDERSTOOD APPLE TO SAY

03:46:19   8    THAT THEY'RE GOING TO PUT THIS IN THEIR POST-TRIAL MOTION.  IF

03:46:23   9    THAT IS THEIR MOTION, WE'LL OBVIOUSLY RESPOND TO THAT.

03:46:26   10   THE CALCULATION OF DAMAGES HAS TO TAKE PLACE AFTER THE

03:46:28   11   APPEALS BECAUSE WE WOULDN'T --

03:46:29   12           THE COURT:  OH, I'M NOT GOING TO DO A CALCULATION OF

03:46:34   13   DAMAGES UNTIL I KNOW THAT THIS IS A VERDICT THAT IS ACTUALLY

03:46:37   14   GOING TO BE AFFIRMED AND GOING TO BE VALID.

03:46:39   15   I WOULDN'T -- I GUESS THE ONLY QUESTION IS THE ISSUE OF

03:46:43   16   THE MANNER AND TIMING.  I THINK I DID ADDRESS THAT AFTER THE

03:46:49   17   FIRST TRIAL ON THE POST-TRIAL MOTION, AND I GUESS I'M NOT

03:46:53   18   OPPOSED TO DOING THAT THIS TIME AROUND.  I THINK IT'S HIGHLY

03:46:57   19   LIKELY THAT I WOULD ADOPT THE SAME MANNER.

03:47:00   20           MR. OLSON:  AND THAT'S WHAT WE WOULD BE REQUESTING,

03:47:02   21   YOUR HONOR.

03:47:02   22           THE COURT:  AND THE SAME TIMING.

03:47:04   23   BUT, OKAY, THAT'S FINE IF THAT'S WHAT YOU WANT YOURS TO

03:47:06   24   BE.

03:47:07   25   COULD THAT BE SHORTER THAN 25 PAGES?
```

03:47:09  1          MR. OLSON:  I'M SURE WE CAN MAKE THAT MOTION IN FAR

03:47:12  2     LESS THAN 25 PAGES.

03:47:13  3          THE COURT:  WHAT ABOUT 5/5/3?

03:47:17  4          MR. OLSON:  OKAY.

03:47:18  5          MS. MAROULIS:  THAT'S FINE, YOUR HONOR.

03:47:19  6          THE COURT:  OKAY.  5/5/3.

03:47:25  7     OKAY.  COULD WE GIVE YOU THE HEARING DATE AT A LATER TIME?

03:47:35  8     I DON'T KNOW -- IT WILL REALLY DEPEND ON SEEING HOW MUCH WORK

03:47:39  9     IS INVOLVED IN DEALING WITH THE MOTIONS AND HOW QUICKLY WE

03:47:43 10     COULD GET READY FOR A HEARING.

03:47:44 11          MR. MUELLER:  THAT'S FINE, YOUR HONOR.

03:47:45 12          MS. MAROULIS:  YES, YOUR HONOR.

03:47:46 13          THE COURT:  OKAY.  ALL RIGHT.

03:47:47 14     OKAY.  NOW, I KNOW I HAD ASKED THIS BEFORE, BUT WOULD

03:47:54 15     YOUR -- WOULD THE PARTIES BE OPEN TO CONSIDERING SOME FORM OF

03:47:58 16     ADR?

03:47:58 17     I THINK I'VE HEARD YES.

03:48:00 18          MS. MAROULIS:  YOUR HONOR, AS WE SAID PREVIOUSLY,

03:48:02 19     WE'RE AVAILABLE.

03:48:03 20          MR. MUELLER:  YOUR HONOR, IF -- JUST ONE MOMENT, YOUR

03:48:05 21     HONOR.

03:48:10 22          (PAUSE IN PROCEEDINGS.)

03:48:11 23          MR. MUELLER:  YOUR HONOR, APPLE IS ALWAYS HAPPY TO

03:48:13 24     TALK, YOUR HONOR, AND SO --

03:48:14 25          THE COURT:  OKAY.

03:48:15    1            MR. MUELLER:  YEAH.

03:48:16    2            THE COURT:  CAN I -- DO YOU HAVE A PARTICULAR PERSON

03:48:19    3    THAT YOU WOULD LIKE TO GO TO?

03:48:21    4            MR. MUELLER:  WE CAN CONFER WITH SAMSUNG'S COUNSEL

03:48:25    5    AND MAKE OUR PROPOSAL TO YOUR HONOR.

03:48:27    6            MS. MAROULIS:  THAT WOULD BE FINE.

03:48:28    7            THE COURT:  ALL RIGHT.  NOW, OBVIOUSLY I WOULD PREFER

03:48:30    8    THAT THAT SESSION HAPPEN BEFORE HUNDREDS OF HOURS GO INTO

03:48:34    9    DECIDING ALL THESE POST-TRIAL MOTIONS.

03:48:37   10        YOU'LL BE FULLY BRIEFED BY THE END OF JUNE.

03:48:40   11        CAN I ORDER THAT YOU HAVE THIS SESSION WITHIN 30 DAYS?

03:48:48   12            MS. MAROULIS:  YES, YOUR HONOR.

03:48:50   13            THE COURT:  ALL RIGHT.  SO --

03:48:53   14            MR. MUELLER:  YOUR HONOR, WE WOULD ASK FOR THE END OF

03:48:55   15    JULY.

03:48:55   16            THE COURT:  NO, YOU'RE NOT GOING TO GET IT.  YOU'VE

03:48:59   17    HAD ENOUGH DUE PROCESS.

03:49:00   18            MR. MUELLER:  WHATEVER YOUR HONOR PREFERS.

03:49:02   19            THE COURT:  YOU'RE GOING TO GET UNTIL JUNE 21ST.

03:49:09   20        OKAY.  THEN I WOULD LIKE -- I WOULD LIKE AN ADR STATUS

03:49:14   21    REPORT JUST LETTING ME KNOW -- AND IF YOU WANT THIS TO BE

03:49:16   22    CONFIDENTIAL FOR ANY REASON, THAT IS FINE.

03:49:25   23        I'D LIKE A REPORT WITHIN A WEEK THAT YOU HAVE A DATE AND A

03:49:30   24    MEDIATOR, ALL RIGHT, AND THAT WOULD BE MAY 31ST.

03:49:39   25            AND THEN I WOULD LIKE AN ADR STATUS REPORT -- IF YOUR

03:49:46   1    DEADLINE IS JUNE 21, I'D LIKE THAT BY JUNE 28TH.

03:49:48   2              MR. MUELLER:  UNDERSTOOD.  THANK YOU, YOUR HONOR.

03:49:50   3              MS. MAROULIS:  YES, YOUR HONOR.  THANK YOU.

03:49:51   4              THE COURT:  OKAY.  ANYTHING ELSE?

03:49:51   5         (DISCUSSION OFF THE RECORD BETWEEN THE COURT AND THE

03:49:51   6    REPORTER.)

03:50:02   7              THE COURT:  OH, MS. SHORTRIDGE JUST REMINDED ME THAT

03:50:04   8    THE MORNING SESSION WAS SEALED.

03:50:06   9         DO YOU WANT TO UNSEAL IT NOW?

03:50:09  10              MR. MUELLER:  NO OBJECTION.

03:50:11  11              MS. MAROULIS:  NO OBJECTION.

03:50:12  12              THE COURT:  ALL RIGHT.  THEN I'M UNSEALING THE

03:50:14  13    TRANSCRIPT FROM THIS MORNING'S HEARING.

03:50:17  14         WHAT ELSE DO WE NEED TO COVER?

03:50:20  15              MR. LEE:  NOTHING FROM APPLE, YOUR HONOR.

03:50:22  16              MS. MAROULIS:  NOTHING FROM SAMSUNG.  THANK YOU.

03:50:24  17              THE COURT:  ALL RIGHT.  THANK YOU ALL VERY MUCH.

03:50:26  18              MR. MUELLER:  THANK YOU, YOUR HONOR.

03:50:26  19              THE COURT:  THANK YOU.

03:50:27  20         SO THEN I WILL, BY CLERK'S NOTICE, SET A HEARING DATE ON

03:50:31  21    THE MOTIONS.

03:50:33  22         MY GUESS IS WE'RE LOOKING AT PERHAPS THE 12TH OR 19TH OF

03:50:39  23    JULY.

03:50:40  24         DOES THAT SOUND RIGHT, MS. MASON?

03:50:42  25              THE CLERK:  ONE MOMENT, YOUR HONOR.

03:50:45   1        THE COURT:  I DON'T HAVE THE -- I DON'T HAVE YOUR

03:50:48   2    CALENDAR, THE IMPORTANT DATES CALENDAR.

03:50:52   3        THE CLERK:  THE 12TH LOOKS BETTER, YOUR HONOR.

03:50:55   4        THE COURT:  OKAY.  IT'LL JUST DEPEND ON WHETHER WE

03:50:58   5    CAN GET THEM READY IN TWO WEEKS.

03:51:00   6        MR. MUELLER:  YEAH, AND IT -- IF WE COULD CONFER,

03:51:03   7    TOO, ON THE DATES AND WORK WITH YOUR HONOR'S CHAMBERS TO HASH

03:51:06   8    THAT OUT AFTER THE HEARING IS OVER, AFTER THIS PARTICULAR

03:51:09   9    HEARING IS OVER?

03:51:10  10        THE COURT:  IT'LL EITHER BE THE 12TH OR THE 19TH OF

03:51:12  11    JULY.

03:51:13  12        MR. MUELLER:  OKAY.

03:51:13  13        THE COURT:  BECAUSE I THINK THE 26TH IS WORSE FOR US.

03:51:16  14      DO YOU HAVE YOUR IMPORTANT DATES CALENDAR?  I'M SORRY.  I

03:51:19  15    DIDN'T BRING IT.

03:51:20  16        THE CLERK:  YOUR HONOR, I CAN PRINT ONE FOR YOU.  I

03:51:23  17    DON'T HAVE IT.

03:51:23  18        THE COURT:  IF YOU CAN JUST CHECK, WHAT WAS BEST FOR

03:51:25  19    A TENTATIVE HEARING DATE?  I THINK IT WAS THE 12TH AND 19TH --

03:51:28  20        THE CLERK:  ONE MOMENT.

03:51:30  21        THE COURT:  -- MORE THAN THE 26TH.  I THINK WE HAD

03:51:33  22    SOME, LIKE A KELLOGG CLASS CERT ON THE 26TH OF JULY OR

03:51:40  23    SOMETHING LIKE THAT.

03:51:42  24        THE CLERK:  YOUR HONOR, ON JULY THE 26TH -- JULY 19TH

03:51:45  25    IS THE KELLOGG CLASS CERT, YOUR HONOR.

03:51:48 1          THE COURT:  OH, OKAY.  SO WHAT WAS TENTATIVELY

03:51:52 2   CONTEMPLATED FOR THIS?

03:51:53 3          THE CLERK:  ONE MOMENT.

03:52:01 4       THERE'S A CLASS CERT IT LOOKS LIKE ON JULY 12TH FOR ARRIS

03:52:04 5   AS WELL.

03:52:04 6       IT LOOKS LIKE WE HAVE JULY 26TH THAT WE CALENDARED IN FOR

03:52:09 7   POST-TRIAL MOTIONS.

03:52:10 8          THE COURT:  OH, THAT'S WHAT'S IN THE CALENDAR?

03:52:13 9          THE CLERK:  YES, YOUR HONOR.

03:52:14 10         THE COURT:  OKAY.  DOES THAT --

03:52:16 11         MS. MAROULIS:  THAT WORKS FOR US, YOUR HONOR.

03:52:17 12         THE COURT:  ALL RIGHT.  DOES THAT WORK FOR APPLE?

03:52:21 13         MR. MUELLER:  THAT'S FINE, YOUR HONOR.

03:52:23 14         THE COURT:  OKAY.  AND THAT IS THE DATE, MS. MASON,

03:52:25 15   THAT WE HAD?

03:52:26 16         THE CLERK:  YES, YOUR HONOR.  WE BLOCKED OFF TWO

03:52:28 17   WEEKS, JULY 26TH, AND IT LOOKS LIKE AUGUST THE 2ND AS WELL FOR

03:52:31 18   THE POST-TRIAL MOTIONS IN THIS MATTER.

03:52:33 19         THE COURT:  OKAY.  NO, IT SHOULD BE THE 26TH.

03:52:35 20         MR. MUELLER:  THANK YOU, YOUR HONOR.

03:52:35 21         THE COURT:  SO THE HEARING WILL BE JULY 26TH AT 1:30.

03:52:39 22      OKAY.  ANYTHING ELSE?

03:52:40 23         MR. MUELLER:  NO, YOUR HONOR.

03:52:42 24         MS. MAROULIS:  NO, YOUR HONOR.  THANK YOU.

03:52:43 25         THE COURT:  ALL RIGHT.  THANK YOU ALL.

03:52:44   1                 MR. MUELLER:  THANK YOU VERY MUCH.

03:52:45   2                 THE CLERK:  COURT'S ADJOURNED.

03:52:47   3            (THE PROCEEDINGS WERE CONCLUDED AT 3:52 P.M.)

           4

           5

           6

           7

           8

           9

          10

          11

          12

          13

          14

          15

          16

          17

          18

          19

          20

          21

          22

          23

          24

          25

1

2

3              CERTIFICATE OF REPORTERS

4

5

6

7        WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE

8   UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

9   CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10  HEREBY CERTIFY:

11       THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12  A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13  ABOVE-ENTITLED MATTER.

14

15

16        IRENE RODRIGUEZ, CSR, CRR
          CERTIFICATE NUMBER 8076
17

18

19        LEE-ANNE SHORTRIDGE, CSR, CRR
          CERTIFICATE NUMBER 9595
20

21        DATED:  MAY 24, 2018

22

23

24

25