QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (Bar No. 90378)
johnquinn@quinnemanuel.com
William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kathleen M. Sullivan (Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:  (650) 801-5000
Facsimile:  (650) 801-5100

Attorneys for Samsung Electronics Co., Ltd.,
Samsung Electronics America, Inc., and
Samsung Telecommunications America, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL JOINT NOTICE REGARDING ALTERNATIVE DISPUTE RESOLUTION** |

Pursuant to Civil Local Rules 7-11 and 79-5, Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung")[1] hereby brings this administrative motion for an order to seal the Parties' Joint Notice Regarding Alternative Dispute Resolution.

**RELIEF REQUESTED**

Samsung requests an order granting Samsung's motion to file under seal the Parties' Joint Notice Regarding Alternative Dispute Resolution.

**I.   THE INFORMATION IS PROPERLY SEALABLE ACCORDING TO THE COURT'S PRIOR RULING**

Samsung seeks to seal the Parties' Joint Notice Regarding Alternative Dispute Resolution. In ordering that the parties provide this Notice Regarding Alternative Dispute Resolution, the Court prescribed that the Notice could be maintained confidential.  Dkt. No. 3818, May 24, 2018 Hearing Transcript 1464:19-22.  Samsung seeks to seal the details regarding the parties' forthcoming mediation and respectfully requests that the Court grant this Administrative Motion to File Under Seal.

---

[1] Effective January 1, 2015, Samsung Telecommunications America ("STA") merged with and into Samsung Electronics America, and therefore STA no longer exists as a separate corporate entity.

| | |
|---|---|
| 1   DATED: May 31, 2018 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |

　　　　　　　　　　　　　　　　　　　　　　/s/ Victoria F. Maroulis
　　　　　　　　　　　　　　　　　　　John B. Quinn
　　　　　　　　　　　　　　　　　　　Kathleen M. Sullivan
　　　　　　　　　　　　　　　　　　　William C. Price
　　　　　　　　　　　　　　　　　　　Michael T. Zeller
　　　　　　　　　　　　　　　　　　　Kevin P.B. Johnson
　　　　　　　　　　　　　　　　　　　Victoria F. Maroulis

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC