1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP
2 | Charles K. Verhoeven (Bar No. 170151)
  | charlesverhoeven@quinnemanuel.com
3 | Kevin A. Smith (Bar No. 250814)
  | kevinsmith@quinnemanuel.com
4 | 50 California Street, 22nd Floor
  | San Francisco, California 94111
5 | Telephone: (415) 875-6600
  | Facsimile: (415) 875-6700

Kathleen M. Sullivan (Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF CALEB R. BRALEY IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL JOINT NOTICE REGARDING ALTERNATIVE DISPUTE RESOLUTION** |

# DECLARATION OF CALEB R. BRALEY

I, Caleb R. Braley, declare:

1. I am a member of the State Bar of California, admitted to practice before this Court, and an associate in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung").[1] I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. I make this declaration in support of Samsung's Administrative Motion to File Under Seal the Parties' Joint Notice Regarding Alternative Dispute Resolution (attached as Exhibit A).

3. In ordering that the parties provide a Notice Regarding Alternative Dispute Resolution, the Court prescribed that the Notice could be maintained confidential. Dkt. 3818, May 24, 2018 Hearing Transcript 1464:19-22. Samsung seeks to seal the details regarding the parties' forthcoming mediation.

4. In observance of the procedural mechanism regarding sealing in this case and Civil L.R. 7-11, Samsung's counsel met and conferred with Apple's counsel regarding this motion to seal. Apple does not oppose Samsung's Administrative Motion to File Documents Under Seal. Apple does not intend to ask for any part of the document to be sealed, and therefore will not file any declaration in support of sealing.

/s/ Caleb R. Braley
Caleb R. Braley

---

[1] Effective January 1, 2015, Samsung Telecommunications America ("STA") merged with and into Samsung Electronics America, and therefore STA no longer exists as a separate corporate entity.

**ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the above Declaration. In compliance with Local Rule 5-1(i)(3), I hereby attest that Caleb R. Braley has concurred in the aforementioned filings.

　　　　　　　　　　　　　　　　　　　 */s/ Victoria Maroulis*

　　　　　　　　　　　　　　　　　　　　Victoria Maroulis