UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>  Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL JOINT NOTICE REGARDING ALTERNATIVE DISPUTE RESOLUTION** |

1  Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively,
2  "Samsung") has filed an Administrative Motion to File Under Seal the Parties' Joint Notice
3  Regarding Alternative Dispute Resolution.
4  Having considered Samsung's motion, and compelling reasons having been shown, the
5  Court GRANTS Samsung's motion and ORDERS sealed the Parties' Joint Notice Regarding
6  Alternative Dispute Resolution.

8  **IT IS SO ORDERED.**

10 DATED: _____

The Honorable Lucy H. Koh
United States District Court Judge