UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL JOINT NOTICE REGARDING ALTERNATIVE DISPUTE RESOLUTION** |

1   Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively,

2  "Samsung") has filed an Administrative Motion to File Under Seal the Parties' Joint Notice

3  Regarding Alternative Dispute Resolution.

4   Having considered Samsung's motion, and compelling reasons having been shown, the

5  Court GRANTS Samsung's motion and ORDERS sealed the Parties' Joint Notice Regarding

6  Alternative Dispute Resolution.

8   **IT IS SO ORDERED.**

10  DATED:  June 1, 2018

    *Lucy H. Koh*
    _____
11  The Honorable Lucy H. Koh
    United States District Court Judge