RANDALL L. ALLEN (Ca. Bar No. 264067)
randall.allen@alston.com
RYAN W. KOPPELMAN (Ca. Bar No. 290704)
ryan.koppelman@alston.com
ALSTON & BIRD LLP
1950 University Avenue, 5th Floor
East Palo Alto, CA 94303
Telephone:    650-838-2000
Facsimile:    650-838-2001

PATRICK J. FLINN (Ca. Bar No. 104423)
patrick.flinn@alston.com
B. PARKER MILLER (*pro hac vice*)
parker.miller@alston.com
JAMES C. GRANT (*pro hac vice*)
jim.grant@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
Telephone:    404-881-7000
Facsimile:    404-881-7777

Attorneys for NOKIA CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | Case No.:  5:11-CV-01846-LHK<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE** |

## **NOTICE OF WITHDRAWAL OF APPEARANCE**

TO THE COURT AND ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD: Please take notice that B. Parker Miller of Alston & Bird LLP hereby withdraws his appearance as counsel for Nokia Corporation in the above referenced matter.

**DATED:**

This 4th day of June, 2018.

                              Respectfully submitted,

                              */s/ B. Parker Miller*
                              B. PARKER MILLER (*pro hac vice*)
                              parker.miller@alston.com
                              ALSTON & BIRD LLP
                              1201 West Peachtree Street
                              Atlanta, GA 30309
                              Telephone:404-881-7000
                              Facsimile: 404-881-7777

                              Attorney for NOKIA CORPORATION