1  RANDALL L. ALLEN (Ca. Bar No. 264067)
   randall.allen@alston.com
2  RYAN W. KOPPELMAN (Ca. Bar No. 290704)
   ryan.koppelman@alston.com
3  ALSTON & BIRD LLP
   1950 University Avenue, 5th Floor
4  East Palo Alto, CA 94303
   Telephone:    650-838-2000
5  Facsimile:    650-838-2001

6  PATRICK J. FLINN (Ca. Bar No. 104423)
   patrick.flinn@alston.com
7  B. PARKER MILLER (*pro hac vice*)
   parker.miller@alston.com
8  JAMES C. GRANT (*pro hac vice*)
   jim.grant@alston.com
9  ALSTON & BIRD LLP
   1201 West Peachtree Street
10 Atlanta, GA 30309
   Telephone:    404-881-7000
11 Facsimile:    404-881-7777

12 Attorneys for NOKIA CORPORATION

13

14                 UNITED STATES DISTRICT COURT

15             FOR THE NORTHERN DISTRICT OF CALIFORNIA

16                         SAN JOSE DIVISION

17

18 | APPLE, INC., a California corporation, | Case No.:  5:11-CV-01846-LHK |
   |---|---|
   | Plaintiff, | |
   | v. | |
   | SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **NOTICE OF WITHDRAWAL OF APPEARANCE** |
   | Defendants. | |

# NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE COURT AND ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD: Please take notice that James C. Grant of Alston & Bird LLP hereby withdraws his appearance as counsel for Nokia Corporation in the above referenced matter.

**DATED:**

This 5th day of June, 2018.

                                              Respectfully submitted,

                                              */s/ James C. Grant*
                                              JAMES C. GRANT (*pro hac vice*)
                                              jim.grant@alston.com
                                              ALSTON & BIRD LLP
                                              1201 West Peachtree Street
                                              Atlanta, GA 30309
                                              Telephone: 404-881-7000
                                              Facsimile: 404-881-7777

                                              Attorney for NOKIA CORPORATION

| | |
|---|---|
| CERTIFICATE OF SERVICE | 1 | CASE NO.: 5:11-CV-01846-LHK (PSG) |