| | |
|---|---|
| ERIK J. OLSON (CA SBN 175815) | WILLIAM F. LEE (*pro hac vice*) |
| ejolson@mofo.com | william.lee@wilmerhale.com |
| NATHAN B. SABRI (CA SBN 252216) | WILMER CUTLER PICKERING |
| nsabri@mofo.com |   HALE AND DORR LLP |
| MORRISON & FOERSTER LLP | 60 State Street |
| 425 Market Street | Boston, Massachusetts 02109 |
| San Francisco, California 94105-2482 | Telephone:  (617) 526-6000 |
| Telephone:  (415) 268-7000 | Facsimile:  (617) 526-5000 |
| Facsimile:  (415) 268-7522 | |
| | MARK D. SELWYN (CA SBN 244180) |
| | mark.selwyn@wilmerhale.com |
| | WILMER CUTLER PICKERING |
| |   HALE AND DORR LLP |
| | 950 Page Mill Road |
| | Palo Alto, California 94304 |
| | Telephone:  (650) 858-6000 |
| | Facsimile:  (650) 858-6100 |

*Attorneys for Plaintiff Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | |
|      Plaintiff, | |
|      vs. | Case No. 11-cv-01846-LHK |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL** |
|      Defendants. | |

In accordance with Civil Local Rules 7-11 and 79-5, Apple Inc. ("Apple") submits this motion for an order to file under seal the following document:

| Document | Portions To Be Filed Under Seal | Party Claiming Confidentiality |
|---|---|---|
| Exhibit 1 to the Declaration of Julie L. Davis, CPA, in Support of Apple's Motion for Supplemental Damages, Prejudgment Interest, and Post-Judgment Interest | The portions highlighted in the version of the document Apple will file with the Court indicating the portions Samsung claims are confidential. | Samsung |

As set forth in the Declaration of Mark D. Selwyn in Support of Apple's Administrative Motion to File Document Under Seal ("Sealing Decl."), Exhibit 1 to the Declaration of Julie L. Davis, CPA, in Support of Apple's Motion for Supplemental Damages, Prejudgment Interest, and Post-Judgment Interest contains information that defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and/or Samsung Telecommunications America, LLC (collectively, "Samsung") may consider confidential.  Sealing Decl. ¶ 3.  Apple expects that Samsung will file the required supporting declaration in accordance with Civil Local Rule 79-5 as necessary to confirm whether the information contained in the aforementioned document should be sealed.  *Id.* ¶ 4.

Apple does not file a redacted version of the aforementioned document containing Samsung confidential information in accordance with the Court's Order requiring the parties to meet and confer before filing public redacted documents.  Dkt. No. 2934 (Jan. 29, 2014).

For the foregoing reasons, Apple moves to file the above-referenced document under seal.

Dated: June 7, 2018               */s/ Mark D. Selwyn*
                                  Mark D. Selwyn (SBN 244180)

                                  *Attorney for Plaintiff Apple Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on June 7, 2018, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

>    */s/ Mark D. Selwyn*
>    Mark D. Selwyn