1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLE'S MOTION TO FILE DOCUMENT UNDER SEAL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1  WHEREAS, Apple Inc. ("Apple") has filed an administrative motion for leave to file
2  document under seal;
3  Having considered said motion, and for good cause shown, the Court GRANTS Apple's
4  motion and ORDERS that the document below be filed under seal:

| Document | Portions to be Filed Under Seal |
|---|---|
| Exhibit 1 to the Declaration of Julie L. Davis, CPA, in Support of Apple's Motion for Supplemental Damages, Prejudgment Interest, and Post-Judgment Interest | The portions highlighted in the version of the document Apple will file with the Court indicating the portions Samsung claims are confidential. |

**IT IS SO ORDERED.**

DATED: _____

The Honorable Lucy H. Koh
United States District Judge

-1- Case No. 11-cv-01846-LHK
[PROPOSED] ORDER GRANTING APPLE'S
ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL