UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLE'S MOTION FOR SUPPLEMENTAL DAMAGES, PREJUDGMENT INTEREST, AND POST-JUDGMENT INTEREST** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1    WHEREAS, Apple Inc. ("Apple") has filed a Motion for Supplemental Damages,
2  Prejudgment Interest, and Post-Judgment Interest;
3    Having considered said motion, and for the reasons stated therein, the Court GRANTS
4  Apple's motion and ORDERS the following:

5    1.   Apple is entitled to supplemental damages for Samsung's sales, on or after August
6         25, 2012, of phone models found to infringe Apple's patents;
7    2.   As previously articulated by the Court (*see* Dkt. 2271 at 5-6), the sum of Apple's
8         supplemental damages shall be calculated by (1) dividing the jury's per-product
9         damages awards by the number of infringing units sold before August 25, 2015;
10        and (2) multiplying the resulting per-sale, per-product rate by the number of units
11        of phone models found to infringe Apple's patents sold by Samsung on or after
12        August 25, 2012;
13   3.   Apple is entitled to prejudgment interest at the 52-week Treasury Bill Rate,
14        compounded annually (*see* Dkt. 2271 at 7-8);
15   4.   Apple is entitled to post-judgment interest at the statutory rate set by Congress (*see*
16        28 U.S.C. § 1961(a)).
17   **IT IS SO ORDERED.**

19  DATED: _____

                                          The Honorable Lucy H. Koh
                                          United States District Judge