1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION FOR ENTRY OF JUDGMENT OF INVALIDITY ON APPLE'S CLAIM FOR INFRINGEMENT OF THE '915 PATENT OR IN THE ALTERNATIVE FOR RELIEF FROM JUDGMENT UNDER RULE 60(B)(6)** |

1      On July 26, 2018, the Court heard argument on Samsung Electronics Co., Ltd., Samsung

2   Electronics America, Inc., and Samsung Telecommunications America, LLC's (collectively,

3   "Samsung") Motion for Motion For Entry Of Judgment Of Invalidity On Apple's Claim For

4   Infringement Of The '915 Patent Or In The Alternative For Relief From Judgment Under Rule

5   60(B)(6). Having considered the arguments of the parties and the papers submitted, and good

6   cause appearing, the Court grants Samsung's motion; vacates and relieves Samsung of the interim

7   partial judgment (Dkt. 3290) to the extent it awarded damages based wholly or partly on

8   infringement of the '915 patent; directs entry of judgment for Samsung of invalidity on Count 12

9   of Apple's Amended Complaint, alleging infringement of the '915 patent; and directs that Apple

10   make restitution to Samsung of the monies Samsung has paid Apple for infringement of the '915

11   patent, in the amount of $145,899,403 plus interest.

12

13      **IT IS SO ORDERED.**

14

15   DATED: _____          _____

16                                          The Honorable Lucy H. Koh
                                            United States District Court Judge

17

18

19

20

21

22

23

24

25

26

27

28