1  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
2  John B. Quinn (Bar No. 90378)
   johnquinn@quinnemanuel.com
3  William C. Price (Bar No. 108542)
   williamprice@quinnemanuel.com
4  Michael T. Zeller (Bar No. 196417)
   michaelzeller@quinnemanuel.com
5  865 S. Figueroa St., 10th Floor
   Los Angeles, California 90017
6  Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
7
   Kathleen M. Sullivan (Bar No. 242261)
8  kathleensullivan@quinnemanuel.com
   Kevin P.B. Johnson (Bar No. 177129)
9  kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Bar No. 202603)
10 victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
11 Redwood Shores, California 94065-2139
   Telephone:  (650) 801-5000
12 Facsimile:  (650) 801-5100

13 Attorneys for Samsung Electronics Co., Ltd.,
   Samsung Electronics America, Inc., and
14 Samsung Telecommunications America, LLC

15

16                    UNITED STATES DISTRICT COURT

17           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| 18  APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| 19          Plaintiff, | **DECLARATION OF MARK GRAY IN SUPPORT OF SAMSUNG'S** |
| 20          vs. | **ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS RELATING** |
| 21  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG | **TO SAMSUNG'S NOTICE OF MOTION** |
| 22  ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | **AND MOTION FOR JUDGMENT AS A MATTER OF LAW, NEW TRIAL,** |
| 23  TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **AND/OR REMITTITUR** |
| 24          Defendants. | |
| 25 | |

26

27

28

I, Mark Gray, declare:

1. I am a member of the State Bar of California, admitted to practice before this Court, and an attorney at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung").[1] I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Pursuant to Local Rules 7-11 and 79-5, I make this declaration in support of Samsung's Administrative Motion to File Under Seal Documents Relating to Samsung's Notice of Motion and Motion for Judgment as a Matter of Law, New Trial, and/or Remittitur.

3. Pursuant to Civil L.R. 79-5(e), compelling reasons exist to seal the documents that contain Samsung confidential information and are identified in Samsung's motion to seal, and below.

4. The following chart indicates the documents that Samsung seeks to seal:

| Document | Portions to be Filed Under Seal | Parties Claiming Confidentiality |
|---|---|---|
| Declaration of Michael Wagner in Support of Samsung's Motion for Judgment as a Matter of Law, New Trial, and/or Remittitur | See conformed highlighted version of document to be filed within 7 days of declarations in support. | Apple, Samsung |
| Exhibit B to Declaration of Michael Wagner | See conformed highlighted version of document to be filed within 7 days of declarations in support. | Apple, Samsung |

5. Samsung seeks to seal portions of the Declaration of Michael Wagner in Support of Samsung's Motion for Judgment as a Matter of Law, New Trial, and/or Remittitur and Exhibit B thereto that reveal highly confidential financial information in the calculation of damages.

---

[1] Effective January 1, 2015, Samsung Telecommunications America ("STA") merged with and into Samsung Electronics America, and therefore STA no longer exists as a separate corporate entity.

-1-  Case No. 11-CV-1846-LHK
GRAY DECL. ISO SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL

Samsung considers this financial data to be highly confidential. Samsung does not report this type of data to investors, regulatory bodies, the press, or business analysts. This type of information is highly confidential to Samsung and Samsung takes extraordinary steps to maintain the secrecy of the information. Even within Samsung's finance and accounting groups, such data can only be accessed by certain personnel on a restricted, need-to-know basis. This type of data guides Samsung's pricing, distribution, financial planning, and other business decisions.

6. Samsung would face harm from public disclosure of the financial information identified in the Declaration of Michael Wagner in Support of Samsung's Motion for Judgment as a Matter of Law, New Trial, and/or Remittitur and Exhibit B thereto. Competitors could use this highly confidential information, in conjunction with other public pleadings in this action, to derive per-unit, per-product sales data of various Samsung products. Armed with this information, a competitor could charge a lower price in an effort to gain market share. Competitors could also use knowledge of Samsung's highest-and lowest-performing product lines to target marketing and advertising efforts. Such highly confidential financial data is properly sealable. *See Apple v. Samsung*, 727 F.3d 1214, 1224-26 (Fed. Cir. 2013) ("The parties assert that their detailed product-specific information concerning such things as costs, sales, profits, and profit margins qualifies as trade secrets. . . . [W]e conclude that the district court abused its discretion in ordering the information unsealed.").

7. As explained in Samsung's administrative motion, it is possible that Apple may claim confidentiality over the information in the Declaration of Michael Wagner in Support of Samsung's Motion for Judgment as a Matter of Law, New Trial, and/or Remittitur and Exhibit B thereto. If so, Samsung expects that Apple will file the required supporting declaration in accordance with Civil Local Rule 79-5 as necessary to confirm whether the information should be sealed.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 7, 2018, at Redwood City, California.

1  Dated:   June 7, 2018                                QUINN EMANUEL URQUHART &
2                                                                          SULLIVAN, LLP
3
4
5                                                        By    /s/ Mark Gray
                                                              Mark Gray
6
                                                              Attorney for SAMSUNG ELECTRONICS CO.,
7                                                             LTD., SAMSUNG ELECTRONICS AMERICA,
                                                              INC. and SAMSUNG
8                                                             TELECOMMUNICATIONS AMERICA, LLC
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-3-                                        Case No. 11-CV-1846-LHK
GRAY DECL. ISO SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL

**ATTESTATION**

I, Victoria Maroulis, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil Local Rules 5-1(i), I hereby attest that Mark Gray has concurred in this filing.

Dated: June 7, 2018

*/s/ Victoria Maroulis*
Victoria Maroulis