UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION FOR JUDGMENT AS A MATTER OF LAW, NEW TRIAL AND/OR REMITTITUR PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 50 AND 59** |

On July 26, 2018, the Court heard argument on Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC's (collectively, "Samsung") Motion for Judgment as a Matter of Law, New Trial and/or Remittitur Pursuant to Federal Rules of Civil Procedure 50 and 59.

Having considered the record in this case, the jury's verdict, the papers submitted and arguments made by all parties, and good cause having been shown, the Court GRANTS Samsung's motion.   The Court hereby ORDERS that judgment shall be entered on Counts 18, 19, and 21 of Apple's Amended Complaint, alleging infringement of the D'305, D'677, and D'087 patents, in the total amount of $28.085 million, and vacates any other awards for such infringement in the Court's interim partial judgment (Dkt. 3290).

**IT IS SO ORDERED.**

DATED: _____

_____
HONORABLE LUCY H. KOH
United States District Court Judge