|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS RELATING TO SAMSUNG'S NOTICE OF MOTION AND MOTION FOR JUDGMENT AS A MATTER OF LAW, NEW TRIAL, AND/OR REMITTITUR** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed an Administrative Motion to File Under Seal Documents Relating to Samsung's Notice of Motion and Motion for Judgment as a Matter of Law, New Trial, and/or Remittitur.

Having considered Samsung's motion, and good cause having been shown, the Court GRANTS Samsung's motion and ORDERS sealed the documents listed below.

| Document | Portions to be Filed Under Seal |
| --- | --- |
| Declaration of Michael Wagner in Support of Samsung's Motion for Judgment as a Matter of Law, New Trial, and/or Remittitur | See conformed highlighted version of document to be filed within 7 days of declarations in support. |
| Exhibit B to Declaration of Michael Wagner | See conformed highlighted version of document to be filed within 7 days of declarations in support. |

**IT IS SO ORDERED.**

DATED: _____

The Honorable Lucy H. Koh
United States District Court Judge