# EXHIBIT 1

Case 5:11-cv-01846-LHK   Document 3830   Filed 06/11/18   Page 2 of 2

Apple Inc. v. Samsung Electronics Co., Ltd., et al.                                                                 EXHIBIT 1

**Calculation of Per-Unit Supplemental Damages Amount on a Product-By-Product Basis 1/**

| Product | | Jury Verdict | # of Units | Per Unit |
|---|---|---|---|---|
| | | | 4/ | |
| Droid Charge | 2/ | $54,839,113 | ▮ | $ ▮ |
| Galaxy Prevail | 3/ | $22,143,335 | ▮ | $ ▮ |
| Galaxy S II (Epic 4G Touch) | 2/ | $63,456,820 | ▮ | $ ▮ |
| Galaxy S II (Skyrocket) | 2/ | $20,090,290 | ▮ | $ ▮ |
| Galaxy S II (T-Mobile) | 2/ | $54,045,652 | ▮ | $ ▮ |
| Showcase | 2/ | $30,662,111 | ▮ | $ ▮ |

**Sources/Notes:**

1/ Per-unit damages were calculated in accordance with the method stated in the Court's March 1, 2013 Order re Damages (1846 Dkt. 2271 at 5:21-26) for any product that Samsung continued to sell after the date of the relevant jury verdict.

2/ Verdict Form, 5/24/18, pp. 2-3.

3/ Verdict Form, 11/21/13, p. 1.

4/ JX-1500. Units shown are through June 2012 which reflects what was available as of the verdicts.