1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION FOR ENTRY OF JUDGMENT OF INVALIDITY ON APPLE'S CLAIM FOR INFRINGEMENT OF THE '915 PATENT OR IN THE ALTERNATIVE FOR RELIEF FROM JUDGMENT UNDER RULE 60(B)(6)** |
|---|---|

On July 26, 2018, the Court heard argument on Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC's (collectively, "Samsung") Motion for Motion For Entry Of Judgment Of Invalidity On Apple's Claim For Infringement Of The '915 Patent Or In The Alternative For Relief From Judgment Under Rule 60(B)(6). Having considered the arguments of the parties and the papers submitted, and good cause appearing, the Court grants Samsung's motion; vacates and relieves Samsung of the interim partial judgment (Dkt. 3290) to the extent it awarded damages based wholly or partly on infringement of the '915 patent; directs entry of judgment for Samsung of invalidity on Count 12 of Apple's Amended Complaint, alleging infringement of the '915 patent; and directs that Apple make restitution to Samsung of the monies Samsung has paid Apple for infringement of the '915 patent, in the amount of $145,899,403 plus interest.

**IT IS SO ORDERED.**

DATED: _____

The Honorable Lucy H. Koh
United States District Court Judge