1  ERIK J. OLSON (CA SBN 175815)            WILLIAM F. LEE (*pro hac vice*)
   ejolson@mofo.com                         william.lee@wilmerhale.com
2  NATHAN B. SABRI (CA SBN 252216)          WILMER CUTLER PICKERING
   nsabri@mofo.com                             HALE AND DORR LLP
3  MORRISON & FOERSTER LLP                  60 State Street
   425 Market Street                        Boston, Massachusetts 02109
4  San Francisco, California 94105-2482     Telephone: (617) 526-6000
   Telephone: (415) 268-7000                Facsimile: (617) 526-5000
5  Facsimile: (415) 268-7522

6                                           MARK D. SELWYN (CA SBN 244180)
                                            mark.selwyn@wilmerhale.com
7                                           WILMER CUTLER PICKERING
                                               HALE AND DORR LLP
8                                           950 Page Mill Road
                                            Palo Alto, California 94304
9                                           Telephone: (650) 858-6000
                                            Facsimile: (650) 858-6100
10
   *Attorneys for Plaintiff Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**DECLARATION OF MARK D. SELWYN IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL** |

I, Mark D. Selwyn, hereby declare as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Apple Inc. ("Apple") in the above-captioned case. I am licensed to practice law in the State of California, the Commonwealth of Massachusetts, and the State of New York, and am admitted to practice before the U.S. District Court for the Northern District of California. I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts under oath.

2. Pursuant to Local Rule 79-5, I submit this declaration in support of Apple's Administrative Motion to File Document Under Seal ("Apple's Motion to Seal") regarding the parties' Joint Request For Extension Of Time ("Joint Request").

3. The parties' Joint Request contains information that Apple and Samsung have agreed to treat as confidential and that the Court indicated could remain confidential. Accordingly, the parties seek to seal the Joint Request.

4. Apple's counsel met and conferred with Samsung's counsel regarding this motion to seal. Samsung's counsel consents to and joins the request.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this Declaration was executed this 20th day of June, 2018.

By: */s/ Mark D. Selwyn*
Mark D. Selwyn