UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLE'S MOTION TO FILE DOCUMENT UNDER SEAL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

ActiveUS 168122834v.2

Case No. 11-cv-01846-LHK
[PROPOSED] ORDER GRANTING APPLE'S
ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL

WHEREAS, Apple Inc. ("Apple") has filed an administrative motion for leave to file document under seal;

Having considered said motion, and for good cause shown, the Court GRANTS Apple's motion and ORDERS that the document below be filed under seal:

| Exhibit | Portions to be Filed Under Seal |
|---|---|
| Joint Request For Extension Of Time | Entire Document |

**IT IS SO ORDERED.**

DATED: _____

The Honorable Lucy H. Koh
United States District Judge

ActiveUS 168122834v.2

-1-

Case No. 11-cv-01846-LHK
[PROPOSED] ORDER GRANTING APPLE'S
ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL