UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK |
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER GRANTING JOINT REQUEST FOR EXTENSION OF TIME** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1  Having considered the Parties' request, and for the reasons stated therein, the Court
2  GRANTS the Parties' request to extend the date to file oppositions to post-trial motions to July 5,
3  2018, and the deadline for filing replies to July 12, 2018.
4  **IT IS SO ORDERED.**
5
6  DATED: _____
7  The Honorable Lucy H. Koh
   United States District Judge