United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| APPLE INC.,<br><br>       Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO. LTD., et al.,<br><br>       Defendants. | Case No. 11-CV-01846-LHK<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL AND JOINT REQUEST FOR EXTENSION OF TIME**<br><br>Re: Dkt. Nos. 3833, 3833-3 |

      The administrative motion to file under seal, ECF No. 3833, and the joint request for an extension of time, ECF No. 3833-3, are GRANTED. The deadline to file oppositions to post-trial motions is extended to July 5, 2018, and the deadline for filing replies is extended to July 12, 2018.

**IT IS SO ORDERED.**

Dated: June 21, 2018

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge

1
Case No. 11-CV-01846-LHK
ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL AND JOINT REQUEST FOR EXTENSION OF TIME