1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK |
| Plaintiff, | |
| vs. | [PROPOSED] ORDER OF DISMISSAL |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1  Whereas the Court has been advised by the parties that the above-entitled action has been
2  settled, all remaining claims and counterclaims in this case are hereby dismissed with prejudice, to
3  the extent such are still pending, and all parties shall bear their own attorneys' fees and costs.
4  Apple's Motion for Supplemental Damages, Prejudgment Interest, and Post-Judgment Interest
5  (Dkt. 3826-3), Samsung's Motion for Entry of Judgment of Invalidity on Apple's Claim for
6  Infringement of the '915 Patent or in the Alternative for Relief from Judgment Under Rule
7  60(b)(6) (Dkt. 3827), and Samsung's Motion for Judgment as a Matter of Law, New Trial, and/or
8  Remittitur (Dkt. 3828-2) are denied as moot.

**IT IS SO ORDERED.**

DATED: _____

_____
The Honorable Lucy H. Koh
United States District Judge