UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER OF DISMISSAL** |

1     Whereas the Court has been advised by the parties that the above-entitled action has been
2 settled, all remaining claims and counterclaims in this case are hereby dismissed with prejudice, to
3 the extent such are still pending, and all parties shall bear their own attorneys' fees and costs.
4 Apple's Motion for Supplemental Damages, Prejudgment Interest, and Post-Judgment Interest
5 (Dkt. 3826-3), Samsung's Motion for Entry of Judgment of Invalidity on Apple's Claim for
6 Infringement of the '915 Patent or in the Alternative for Relief from Judgment Under Rule
7 60(b)(6) (Dkt. 3827), and Samsung's Motion for Judgment as a Matter of Law, New Trial, and/or
8 Remittitur (Dkt. 3828-2) are denied as moot.  The Clerk shall close the file.

    **IT IS SO ORDERED.**

DATED: June 27, 2018

*Lucy H. Koh*
The Honorable Lucy H. Koh
United States District Judge