UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 South First Street
San Jose, CA  95113

———————————————

www.cand.uscourts.gov



FILED

JUN 29 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Susan Y. Soong
Clerk of Court

General Court Number
408-535-5358

June 29, 2018

CASE NUMBER(s):  11-CV-1846 (LHK) 12-CV-630 (LHK) and

CASE TITLE:  APPLE INC., v. SAMSUNG ELECTRONICS CO. LTD., et al

**RECEIPT**

I acknowledge receipt of the following exhibits in the above case:

See attached Order (Dkt #2261) regarding Document Locators (11-CV-1846 Dkt #3783 and 12-CV630 Dkt #1891)

by:  Albert Younger
Divisional Supervisor

Counsel for:  APPLE, INC / SAMSUNG ELECT.
Name of Plaintiff/Defendant

ERNEST AGLIPAY (Apple)
Name of Counsel:  CALEB BRALEY (SAMSUNG)
(Print)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>          Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO. LTD., et al.,<br><br>          Defendants. | Case Nos. 11-CV-01846-LHK, 12-CV-00630-LHK<br><br>**ORDER DIRECTING PARTIES TO RETRIEVE ADMITTED TRIAL EXHIBITS** |

On June 27, 2018, the Court filed an order dismissing with prejudice the 11-CV-1846 case. No. 11-CV-1846, ECF No. 3836. On April 10, 2018, the Court entered final judgment in the 12-CV-630 case. No. 12-CV-630, ECF No. 2257. The deadline for filing a notice of appeal in that case has now passed. *See* Fed. R. App. P. 4(a).

Accordingly, the parties are hereby ordered to retrieve from the Clerk's office the copies of admitted exhibits for all of the trials in the 11-CV-1846 and 12-CV-630 cases by July 2, 2018.

**IT IS SO ORDERED.**

Dated: June 27, 2018

*Lucy H. Koh*

LUCY H. KOH
United States District Judge

1